

Name "Mr." United States Attorney General Special-Prosecutor Lee K. (general eagle) Clarke (et al.-ie. App T-USDC 1991 + US Const. Article VI + III", Ambassidors, Public Ministers and Counsuls", ie. Etc. and 'Federal-"CRIME-VICTIM"

Address @ Shasta Cty Jail, wrongfully, 1655 W. IST ST, 96001 Redding, Ca

CDC or ID Number Re. "Treasonous-OR-NOT" Law + War (For ie. Systemic "Willful-Non-undestanding" culprits)

**FILED**

MAR 0 1 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

MC-

Ca. Superior Court, Shasta Cty
(Court)

(Pre-fer under-Protest ie. F+T-US-DOJ AT US Non-Assistance violating 28 USC 594")
"USA0 + SP, Lee Clarke (et al.)
Petitioner 'Federal-"CRIME-VICTIM"'
vs.

(F+T)-SCSO, M. Johnson, Randell x 25+;
Respondent J-Cave Beatty, IAC Anton Curry,
Tim Prentiss, DA-S/Bryant (CHP-Husband W.Liz, Mo's CHP-Husband), Etc. ref. SAC-CA-USDC # 21-1399

Anti-18 USC 2382-concealmts
**PETITION FOR WRIT OF HABEAS CORPUS**

No. 2:22-CV-380 DMC HC
(To be supplied by the Clerk of the Court)

**INSTRUCTIONS — READ CAREFULLY**

GROUNDS(S): (el. "Forced)" Necessitated "Draft" Comp[-]ounded-Syntox): That 2-9-2020+ (infected case 20-2015; Etc. Calif Partnership-Malicious-Prosecution Malfeasances And/or Neglects + Nonfeasances Etc. Snow bailing events ERUPTS (felonies + Treasonous)-"Unreasonable-Search+Seizures" (esp. by dated context/ TON=T-M$N'S OR CCOT/ 2011-Jury's Fraudulant-Psych-Impeached-Disredable; "Lawful-Crimes" per "Lesser-of-Two-Evils-Doctrine" Lawfulness, Etc. and 2018 release Transcript "Boots + Tires-ARE-Made-for-Walking"/ "Situational-Mgt."), And Unlawful-WIT, Wife (2-Becomes-1) violations "Self + Incrimination" prohibition's/ Etc. Ref.'s 5-6-2021 +/- "F+T "confirmation-Bias"/ "Female-favoritism-unlawful-discriminations (+ conseq. CAUSATION'S re. "cker danger of Convicting the Innocent"/ Stovall vs. Denno, Mayer vs. City of chicago; Etc. "T.O.N." +), AND: That is Concerted-systemic- "Badges & Robes"/ Siskiyon + Sha-Cty's-CA-IAC-ATY's/ Accessory's & Enablers/ 2011 + Jury's "Final-Judgment"-Fraudulant-felonies + Treasonous-psych-"Political-Trials."-State-whores/ defective-oversights-F+T "Totalitarism" "Foreign-To-our Const" EXPOSED 'Govt-Anti-America-War-CONSPIRACY (ie. 18 USC 2384; 4; PC 422.6; 1961 Str., And, 2381; 2382-- 'F+T-concealment-Crimes'/ Delinquent-USA- "Allegiance"-obligations-Responsibilities; ie. Etc.) VIOLAT-ED

• In most cases, the law ... ce of a copy of the petition on the dist... y attorney, or city prosecutor. ...
  Penal Code section 1... ...nment Code section 72193. You may ... by mail."

"SYSTEMIC "Partnership-Malicious-Prosecution"!

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

"MOFTP TOO N." Re. "The-Alarm-of-Tyranny (TON)!

Form Approved by the Judicial Council of California
MC-275 (Rev. January 1, 1999)   **PETITION FOR WRIT OF HABEAS CORPUS**   Page of
Penal Code, § 1473
Cal. Rules of Court, rules 56.5

VIOLAT-

ING -- ie. "..[A] and To HAVE The Assistance of Counsel FOR his-her DEFENSE." (vs. IAC-ATY's, Etc.) - RIGHT's (ie. F+T-oppression's "Wrath-of-An-Woman!"- exposing 'FRAUDS' + 'Alterior-Motives'; ie. F+T-oppressions re. 4th Remurder, Incompetant-courts; "No-CALIF-"Foreign-To-our-COAST" - Jurisdiction - Authority", "The Defect Is Fundamental)" Pc 1012 / [Vs. Gann, 259 (A2 709, 1948/ "Motion in Arrest of Judgment"-F+T obstructions / "offense committed OUTSIDE The court's Territorial Jurisdiction / [vs. Cries 224 (A3d Cal, 1990 / Etc. + Tent-competent's; Free vs. Bland's "Any State Law---/ MUST Yield"/ In Re wtc Disaster, 414 F3d 352---"creating the Federal CAUSE of Action, superceding state Law remedies, and giving The Federal court Exclusive Jurisdiction" HERETO", ie. "Prosecution's Suppression of Favorable Evid (see In Re Pratt, 1999 C9 (A 4th 1515 w/IAC+ biased Judge, Jailers-Meds, ITF-Pc 4019.5, Etc.) Def. entitled to discharge on SHOWING That Prosecution withheld significant EVIDENCE That could have been used To impeach Key Prosecution witness'/ Ref.'s suff. 'ALTIOR-MOTIVES'/ Discredable- "(redable-Evidentuary-Support" w/ Sister Debra Pease rel. 7+ weeks Evelyn + Lee "Insane-Bouse-Gift-Fights" @ Nash-Tenn+ 321-948-0226/ ie. LnK-M. Neighbor Brett's Ride to hitchhiking wife told him. Lee "chomo" Lie, after Telling Lee, Etc. Home-with-Him-BS/ ie. Told Aty RM Hixon witnessed That I Told her We Sexual Lovers BS - Psycho-Lie/ie. For search warrants + 5-6-2021 Perjury-Proof-Hearing/ie. 4+ Unbiblical Math 18: 15-17 "church" Previous + after CAUSED Arrest "Enablers" Non-Interventions For snowballing wife's Trespasses Destroying marriage, However, rel. her "ACE's; adverse-childhood-experiences, Foster homes abandoned, unloved, molested, Etc 'Defensive-victim'; Reg's Here "The-Rest-of-The-story!" For No-PV-Etc-"CRIMES"/ ie. Etc. 4th Event, obstructions To 25+ Defense Ca Evid.C. 451 Judicial-Notices; and Twists, D. Aty's "showing" suppression AND "F+T-concealment-crimes"; And-- F+T-Fraudulant Psycho "Unable" violates previous IAC-ATY, unlawful disregard "and-To-HAVE." THEREFORE implicates Rational-Defense's Fundamental-Rights AND consequrnus Psych-Deliberately malicious "CONSPIRATORS" F+T- "Punishment-For-Exercise-of-(Rights)"; erupting USMC-PTSD Aggrivated deprivations w/ SCSO-Jailers, Med-wellpath corp. "Custodited-Handicap(s)" ie. 4-7+ Daily Violated-Rights" (shocks the conscience/ Torts res), THAT includes Implicated F+T- Malfeasance's and/or Nonfeasance's Participating culprits' cops, Judges, ATY's, Bd-of-sup's, Dist-Aty's, P. Recall-Liz M.; CHP-Husbands, AVs-DOJ/ x-Aty-Gen/ATY M. Scott, Ca- BAR/ Jud-Perf/ Med-Bd/ Disability-Rights-(a/ US Cong. Jud-Cmte, Etc. Cover-up's And Retaliations 'MO' Party's Treasonous systemic F+T-". Political-Trials."-EVASIONS/ Murderers Delinquent USA's Responsible "Allegiance" obligations (see Preambles or sept-Collective-Action "ASSISTANCE"!)

SCSO, Davies, Wellpath - Medical-Corps Sheriff M. Johns
Q-Jack - D.A's; Co-BAR/Jud-Perf/Med-BJ/US+Co-Pet/
ACT-I---Org-Fed-mtc/ &c. OVERSIGHT'S XIII+
Y- . [illegible]
[illegible]
[illegible]
"F+T "..LO y-T[illegible] / IT I TheIR DUTY To AssisTance
THISE WV- EFF [illegible] , II [illegible] These Cr [illegible]
[illegible] COST [illegible] AND [illegible]
[illegible] Justice/ [illegible] / [illegible] -
Co [illegible] ActIon [illegible] Evidence ; AS T [illegible]
[illegible] InComptenT [illegible] ( [illegible] )
[illegible] "matters outside The record"
ental Rights [illegible] VS [illegible]
An-Woman" Frauds + Pretension) Etc, and "Unlawful-
Female- Favoritisms- Discriminations" (w/fc, Causations
Stovall Vs. Deanos -- ", The clear danger of Convicting
The InnocenT..") AND Consequences Systemic-(F+T)
Evasions, FRAUDS and ImplicatIons CONTRARY To US-
ConsT's ProtecTions + ProhibiTion ( [illegible] VS [illegible]
1776 "He-she Has-- X 27+ AbolishmenTs PoverTy And
[illegible]
[illegible]
[illegible] presenting Treatments
TONE-T-M+N'S OR [illegible] [illegible]
Sommers" War on Boyz" THAT [illegible]
Fully set ForTh Here To [illegible] Discharge relief on
"WillFul- Treason (S)" (Culprits), and, THAT Saries
(3) ConsTiTuTes [illegible] Prosecutions suppressions of
Favorable Evidence (See InTegra [illegible] 4TH
[illegible]) Defendant was entitled To Discharge on show-
ing ThaT Prosecution-(eTal) withheld significanT
EVIDENCE (eTal) That Could have been used
To Impeach Key Prosecution Witnesses. [illegible]---fc.
[illegible] Pg 2-cf- [illegible]



"Mr. United States Attorney General +

Name: [case 2:20cv-00653-WBS-DMC Document 1 Filed 03/01/22 Page 4 of 323] MC-

eagle) Clarke (et al. — ie; App T-USDC-
Address: 199 + US Const. Article VI + III ", Ambas-
sidors, Public Ministers and Couns. u.s. ",
ie. etc. and "Federal-"CRIME-Victim")"
@ "POW"+ "Treasonous-Imprisonment"!

CDC or ID Number) (F+T)-Shasta cty Jail — Wrongfully!
1655 West ST, Redding, Ca. 96001

US-"Courts-of-Inquiry"; 10 USC 935
T-"Foreign-In-Cal-Court"/supervi-
Court-CA-Shasta (Partners-In-(crime, OR—)

(Court)

Dated; Jan. 20th, 2022                    (# "MoFTP"; TON=T-MIN's OR
Lc/ge (et al. — ie; SII + Art. 1987 +          PETITION FOR WRIT OF HABEAS CORPUS +)
Print-Man "C.CDT-Endeavors           CCDT/NCRE/AO-LM!
Petitioner ie. 5 19o + "DVE The People -
vs.          Beneficiaries; ETc.)          No. _____
Ca-"People"-CHARGERS/SCSOM/K-          (To be supplied by the Clerk of the Court)
Respondent Johnson-Judes; GENE RENZII          W/ o: pirate "Filed"/ ReTyPed
"Badges + Robes"/T-J-Civ-Betty/          and "ordered" MIA poss revid.
Flyn/IAC-Atys AnTo CoTo/ Tim PrenTis/          UN-Constructed-(Art T-"Peath")
Quack-"Pos"-Carlson/ 4NSTRUCTIONS — READ CAREFULLY     #T-20-2015
R-1. Ca. Evid. c. 451; "Judicial-(NATIONAL)-Notices";
PC 995; 1385; Non + Statutory Dismissal(s) /(Partnership)-Malicious-
Prosecution" 52 Am Jur 2d IV § §T; NoT "Legally Committed by
Magistrate" And "Superior Court(s) "Has No Jurisdiction To
Proceed" @ 54 c 2d 503; "Dismissal(s)"-"DISCHARGE(s)";
w/ ie. Implications — /"Prosecutor-"Misconduct(s)"; "Seditious-Conspiracy"
R-2. as that HERETO-Concerted-Abuses/Neglects (Refs; "Due-
Dilegence"; esp. (e. 'Felonious/+ Treasonous-", "Political-Trials; oppres-
sions; "Judicial-Activism"; IAC Forced-"Ineffective-Assistance-of-
Counsel"; "Custodial-Handicap[s]", violations 4-7 + Daily Legal-
copies/ Defense-Rights/ "Confrontation-Right / "Redress-of-
Grievances--"/ Prohibitions "Unreasonable-§+s" And "Cruel+
UnUsual-Punishment" AND esp. (el. denials vis mc-PTSD PC 2653,
2652 "Particular-Medical-Treatment is Required"/"Allow any
LACK of care Whatever." 422.6/148.5 / "Public-Trial"
esp. (e. Grievances-violations-"Law-Enforcement"-oato-
IAC-Atys Tim PrenTis/ AnTo CoTo/          J. Carabed/ FLYN
In most cases, the law [...]se of a copy of the petition on the dis[...]y attorney, or city prosec[...]
Penal Code section 1[...]nment Code section 72193. You may [...]by mail.          Pg I-of-__

---

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as
amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished
the Supreme Court and Court of Appeal.

"MoFTP" = "Treasonous-CR-NoT"

Form Approved by the          PETITION FOR WRIT OF HABEAS CORPUS          Penal Code, 3/4(?)
Judicial Council of California          Cal. Rules of Court, Rule 56.5
MC-275 [Rev. January 1, 1999]

ETc, AND,

as That such 7+ months Routinely. Adverse
Sacomating reactions (Notably, That FBI-vs'te
4-To-7+ Suit-Right-Delay- aka 178 t+wIT/as #2-
...) ie. "Retribution" AND "(counter claim".)
IS ESPECIALLY PROBLEMATIC as was made

(1-of- ): ___ HERETO custody-etc
PreJudicial-Adversities INCLUDES real
Derivative-Effects (aka- Implications):

(2-of- ): As That such Lpge 1991+
discoveries, Confrontations, corrective-
Action changes (aka ECOT-endeavours) is
is Paramount For "AssisTance" (Vs. sep-weenings),

(3-of- ): That Combat Duties onto
'Domestic-Treason' High Crimes INCLUDES
occessionally Necessitated ("Lesser-of-Two-
Evils-Definitions)/ "Lawful-Crimes";

( - ): As That 'Color-of-Law'-circled
A.W/of Neglectful-NonFeasance's (on Lge) s
PreJudicing "CCOT"- Endeavours AND CONSTITUES
18 usc 2381 Treasons-"Aid+ comfort--"

ie. Ref ___, ie. "CA-...L" ...
...ities ... ... ... IT is
Their Duty To THROW - off such Govt and "(Sum:"Suc-
ide-By-Treason!"); ie. the ... That "Mission" ...
color-of-...

Dated: _____ X _____
matters    Signed This date For PeRvivwnst Truth of The
           AND as To USA Penalty of PerJury conseq's.

"Frauds" 4 unceasse...
"Forced"- Compounded-SynTax + F...
Access To-the-Court-ARTICLES + ...
Tone-Di(AFFES;", ...
+ / KV/P/M/ Penied-Legal-...s Legat...
KRoNic...t /KV/P/ ...
Fraud That V5. ...
(is-4) ...

MC-

Name: Special Prosecutor Lee K. (general eagle) Clarke (et al.--ie AppT-USDC-

Address: 1991 + US Const. Article VI + III", Ambassidors, Public Ministers and Couns uls"; ie, etc. and "Federal-"CRIME-ViCTIM")

@ Sha-cTy Jail, 1655 WEST ST, Rdy (A, 96001)

CDC or ID Number: "Pow" + "Treasonous-Imprisonm't" (Conseq. T-"Death"-LAW-"Judge"-C, Betty, ETc.)

T-Shafta Cty, (A, Superior Court; W/ie, "Four-Branches-of-GovT"-OversighT-officials; US Cong. (Jud (Court) CmTe") "MoFTP": AnTi 18 USC 2382

11+ PETITION FOR WRIT OF HABEAS CORPUS
WRIT OF Quo-WarranTo

Petitioner: Le/ge (eT al,)/ fant-Man-J.R./ Federal-"CRIME-ViCTiM!"

vs.

No. _____ (To be supplied by the Clerk of the Court)

Respondent: (F+T)-"Foreign-Te-our-ConsT"/Enlif "People"-Energy, SCSO, D, ATy, "Judge" C, Betty, IAC-ATy's, Two Plaintiffs, CCTC-eTc. CX 70+ Accessory's

"T, O, N,!" Re: #207__-2075  21-13__

INSTRUCTIONS: READ CAREFULLY

Treasonous-"ToTaliTarism"-Evasions, and RetaliaTions; (Felonious + Treasonous)-" PoliTical-Trials, @397 US 337, 18 USC 2384 + 4 (ETc-F+T)-"SediTious-Consplfracy" (ie, SCSO 2-9-2020+; ie, D. ATy's; ie, "Judges" ie, IAC-ATy's T. Pentis + A. CoTa; Jailed-Med", Psych-Fraudulant"-DC;S), AND-F+T-UnlawFul-2011-Jury's-same "MaTTers-Settled-by-Judgment"/ Res Judicata/ Disregarded Currently (prestated-plus-TorTureous) Violating", And To HAVE The Assistance of counsel FOR his Defense." F+T-"Punishment For Exercise of Rights"-CRIMES (w/ F+T-FBI's US + Ca-DoJ; Med-Bd/Jud-Perf/DRC/Etc. and Ca-BAR-"Accessory's") ETc, AND-

• In most cases, the law [...] ice of a copy of the petition on the dis[...] y attorney, or city prosecutor. [...] Penal Code section 1[...] nment Code section 72193. You may [...] by mail.

(#"Commercia[...] Belli", w/ie, "TheaTTes Mode, OR--!" #)

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

(@ "The AkVm eT Tyrany(en)" + (GovT-FBI's] "RighT of Resource" / Treasonous-OR-NoT-LAW+WAr Breach of ConTract")

Form Approved by the Judicial Council of California
MC-275 (Rev. January 1 1999)
PETITION FOR WRIT OF HABEAS CORPUS
Page of
Penal Code, § 1473
Cal. Rules of Court, rules 56.5

[Replica: "Medical Board of Calif; "Consumer-Services;
and Housing Agency; Dept-of-Consumer-Affairs"]

Declaration, And, Federal U.S. Const.'s --
"Grievance - Right(s)":
                                        DATED: Jan.17/22
✗    "McFTP": SUPP.-(T.O.N.)-Ref.'s AND
ongoing Anti-18 U.S.C. & 2382 + 4: 'Non-
concealment-crimes- Report + Presentment-of-
Felony's-And- Treasons-Incidentals'; WHEREAS
alternatively OTHERWISE Myself/Etc. "F+T-"Accessory":
✗ ✗   PS. prerequisite- understanding and Ref.'s ie.
✗ 15975 4632-1-17-22; ✗159710142-9-17-22;
✗159836502; ✗160066892-1/19/22; Etc,
AND-- (ie) Ca.Evid.C. §§ 451-"Judicial-Notices" (etc) as
HERE TO 'Represents- Fractional+Purposeful-INTRO';
That more specific is COUNTERED (/unreasonable") per
T+F-coerced-Futilities AND Required due-Dilegence HEREAFTER.
            DECLARATION (McFTP):
         P--- w/ Ref's Totality (ie. favoring 1-10-2005 T/
"Treasonous-or-Not"-Law + War; TON=T-M+N'
OR CCDT/ NGRE/ AO-LM' ie. Etc.), and, as That
January 17th, 2022, approx. 1330 hrs "I" (et al.); LC/gc
Was Notified on cell-speaker That I was To go To
"Booking" (being denied what for requested; as To Right's
and Needs, However did Take Pocket US Const);
Then 20 min's isolated Holding-cell, I was escorted
Interview Room, Dep's La Mear + Alcazar w/ LT Mavlo',
Millis, and Female-"DC" on Laptop (letter "Demanded-
Right" ID-ed as "DC" Robin Campbell), and, whereas--
        ⟶ Pg. 2-of- ⟵



"AG; United States Attorney General &
Name Special-Prosecutor Lee Kirk (Herbert-
eagle) Clarke [et al.--ie; Appt-USA-
Address 1991 + US Const. Article VI + III", Ambas-
sidors, Public Ministers and Counsuls";
ie, etc. and "Federal-"CRIME-Victim")"
"POW" + "Treasonous-Imprisonment"
@ Shasta Cty Jail-- "1655 West St, Redding CA 96001
CDC or ID Number US Const's A-4,5,6,+/-
w/ "Treasonous-or-Not"-Law & War"

Courts of-(USA) Inquiry" (10 USC 594+)
Calif-(TON) Superic Courts, Shasta & Sisk-Cty's
"TRIBAL-COURT"        < "MofTP" Anti-18 USC 2382

PETITION FOR WRIT OF HABEAS CORPUS

Le[ge [et al.--ie. CCPT-5170+
"we the People" Beneficiaries, US-Veterans-
Petitioner USMC, AMI-Native-Americans;
vs.

No. _____ (To be supplied by the Clerk of the Court)

X-USA's "Foreign-To-our-Const"-
Respondent unlawful-officials; F+T-
SCSO-Jailers-Med'l IAC-TimPrentiss
Ca-Judges/DixATY/ "People"-charges;
Ca-Bar 501(c)+/M/ INSTRUCTIONS — READ CAREFULLY
US Cong. Jud-Cmte. etc. ch(#1)

+ supp. "WRIT-of-QUO-Warranto"
To Oct.'20 US+Ca-S.CT.'s Rel.
"No-Lawful-" @-Authorities-
Jurisdiction-"

Ca-Evid-C-Ss-451-Judicial —        NOTices

X 22 + "Dismissal" (PC 995 + Non-Stat'd)-
Grounds-For-Relief(s)" Release (# vs. Felonious + Treasonous-
False-Imprisonment"/ POW! / 18 USC 2384+4: Seditious-Conspiracy)
ie. "To be Informed"/ ie, "To HAVE The ASSISTANCE of Counsel for his-her
DEFENSE."/ "Conflicts-of-Interests" Free / Prosecuters-Misconducts-
esp. Violations "Unreasonable Searches + Seizures" D.V.-Etc-charges!
w/ Enablers-"wrath-of-An-Woman!" FRAUDS+Pretensions;
w/ prohibited "Self-Incrimination" (2-Becomes-one! Married);
w/ biased Non-Neutral-Dishonorable "Judge(s)" "Confirmation-
Bias" + Unlawful-Discrimatory-Female-Favoritisms -
(Notably esp. "Forced" IAC previous-Dist-Aty-Prosecutr-Misrep-ATY-
Tim Prentiss any "Judicial-Activism", ETC. THAT's she say'D
DIST-ATY's   re Judicial 18 USC 2382      "Concealment-Crimes"    ETc
and Viol's -      Public-Trial-RIGHTS    (KQMS, KVIP, KNTV, KNCR

In most cases, the law re ...ce of a copy of the petition on the dist... ...ty attorney, or city prosecutor. See...
Penal Code section 16... ...nment Code section 72193. You may ... ...by mail. (Rel, CuJudicial-Handicap")

Mark Kent, Jn carPentr/Terry Repose / carl Betts/Matt/D.J.Ray Mark Ron/E.M,
Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as
amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished to
the Supreme Court and Court of Appeal. Redd-Shasta/ Freedom-in-Action  (STeffeRE) / ETC.
and KTXL-JOIN 862-5168 221-0101; JR 356-0342  MD 338-0778
RMH-244-9606; FBI-223-C493 Conf.P.L 223-5898;  PCC 202-456  411.
Form Approved by the PTC  And PL   PETITION FOR WRIT OF HABEAS CORPUS  Unlawful Phone's  Penal Code, § 147?
Judicial Council of California                                                                          Cal. Rules of Court, rules 56.5
MC-275 [Rev. January 1, 1999]

30 +

years Ref.'s "CA-Medical-Board-oversights-"Grievances", for Psycho-"Dr.'s"-ETC-", Political-Trials."-CONSPIRACY- knowingly- ENABLED-and- PARTNERSHIPS- violat- ing "i; and To HAVE The Assistance -of Counsel FOR his-her DEFENSE."- Rights- LAW, with discrimatory + Unreasonable + Etc. Feloniously- AND- Treasonously CONDUCTING-"defendances", As anti-JUSTICE-EVILS, For Corrupt Court's Forced "Surrogate- Prosecutor"-IAC-Pd-ATY'S, so as To Stovall Vs. Denno's CAUSATION'S "..The clear dang- er of CONVICTING The INNOCENT.", by F+T- "Ineffective Assistance of Counsel" Deprivation's, esp. For Denied- Relief'S- RELEASE by PARAMOUNT Rational- "..For his Defense."- oppressions and Suppressions/ ie. That Inclusive IAC-concept's F+T-violation's "unreasonable -Searches + Seizures", ERUPTING "credible-Evidentiary-Support" To Such Ref's Fully WHEREBY--"counterproductive" here Power-"Di"-Reveres Lake, Switzerland, Exhibit Campbell, ETC are CONFRONTING THEIR -USA "Allegiance"- obligations- Responsibility as To "Part-of- Problem- OR- solution!"/ Corrective-Action/ "Report"-ETC.- F+T- ongoing "CRIMES"/ without "willful- law- understanding!"- Amino-acid-? Vs. alternative Felonious + Treasonous-18 USC 2382+ 4-"CONCEALMENT-CRIMES", 2384; 371; 1961; 241 Etc. "Seditious- conspiracy"; Jail-IAC-ct- ETC.- Suppressions Favorable To Def. Intact 40+Pg. 5-30-21 "Mandan-Motion"; 14+ Pgs June 21 Demurrer-

→ Pg. 6-of-   ⊏

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

LEE K. CLARKE, *(et al)*
w/ *lee 1-30-2005 v Torts - Components Notices !*
*× 5 1.% + "we The People* Plaintiff(s)/Petitioner(s),

vs.

SHASTA COUNTY SHERIFFS DEPARTMENT,
ET AL.,
*USVA, US-PoJ, AG, US-Atys, USMC, Congress;*
*etc. Treasonous* — Defendant(s)/Respondent(s).
*overviewers of US Const. Law --*

Case No. ___2:21-CV-01399-JDP___
※ *That's Also (unbifurcated- WRIT*
CONSENT / DECLINE OF U.S.
MAGISTRATE JUDGE JURISDICTION
w/ *Re ※ 05 cv - 2073°*
*lec # 18 cv- 2c44 -JAM-KJN,*
*i.e., ※*

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Therefore, within 30 days, the parties shall complete and return this form to the court. However, the parties are advised that they are free to withhold consent without adverse substantive consequences. *(and "Forked-Tongue" coercions by* USOC, etc. *routing partial's & Enables to f+t -"Punishment + For- Exercise - of* Civil- Rights!" - Crimes *Re:*

DATED: ___August 9, 2021___    ___/s/ — Jeremy D. Peterson___
United States Magistrate Judge

---

**IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

---

☐    ___CONSENT___ TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____

Signature: _____

Print Name: _____

( ) Plaintiff / Petitioner    ( ) Defendant / Respondent

*No-Waiver US Article VI*
*Judge, Purposefully*

---

☑    ___DECLINE___ OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.

*(etal.)*

Date: ___8-1-2021___

Signature: _____

Print Name: ___Lee K. Clarke (eTal,)___

( ) Plaintiff / Petitioner    ( ) Defendant / Respondent

Large Immiediately (and defensively!) ProTesTed The unreasonableness / unlawfulness / etc. AND exercised strategic + purposeful -- "REFUSAL - "RighT(s)!"

R -- This was ("Proper, NoT repeated") furthered by particulars (etc), and conducted competantly So (# NoTably, as appropriate-response, by Defendant's) 8+ Months snowballing 'felonious + Treasoneus - "False-Imprisonment" - USA - "CRIME - VICTIM!" - of - DomesTic-Enemies', To "BangBanging" - TorTures"; Ref. Jails - SCSO, WellPaTh - corp - medical; etc. and 'Ca-' PEOPLE' - charges', For X 400+ "Redress - of - Grievances" RightS; as # 159710142; #159754632; Etc. and 'SatisFacTory-Corrective - Reparation - Implications' -- ie. as To inTolerable coercion's To cooperate 'IAC - UnlawFul - Misrepresentation - DeFense - ATY'S AND Derivatives "SelF - Harms" AND 'Felonious + Treasonous - "Badges - AND - Robes" - Enabler/s + Accessory's THATS "Danger - To - SelF - AND - OTHERS" DISORDER", "); So -- In ThaT PRIMARY. Pursuing - Avoidance - For - ADDITIONAL - (F+T) - MisconducT - Adversities (by Respectively collective circumstancial Applicables, and "EvidenTuary" Learning - ExPeriences; albeit "FORCED!" problemsome Compounded - synTax - MulTi - EFFiciency!" / ie. as currently F+T - Pc - 1368+ IST - BS - Applicable '2011 - Jury', discredited "PoliTical + Fraud - ulanT" - Psycho - OP's - UnlawFul - ManiPulaTions, ThaT is Res - Judicata, CollaTeral - EstoPPel, and Today's "AbsoluTe - Bar", being 'F+T - ignored' / ie As To 20+
⟶ Pg 4 - oF - Z

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LEE K. CLARKE, (et al.)

Plaintiff(s)/Petitioner(s),

vs.

SCSO,

Defendant(s)/Respondent(s).

Case No.  22- 1399-
2:22-CV-00026-JDP (HC)
05 CV 2073
18 -

CONSENT / DECLINE OF U.S.
MAGISTRATE JUDGE JURISDICTION

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Therefore, within 30 days, the parties shall complete and return this form to the court. However, the parties are advised that they are free to withhold consent without adverse substantive consequences.

DATED: ___January 5, 2022_____        ___/s/ – Jeremy D. Peterson_____
                                              United States Magistrate Judge

---

**IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

---

☐    *CONSENT* TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____

Signature: _____

Print Name: _____

( ) Plaintiff / Petitioner    ( ) Defendant / Respondent

---

☐    *DECLINE* OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND
     REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.

Date: _____

Signature: _____

Print Name: _____

( ) Plaintiff / Petitioner    ( ) Defendant / Respondent

**18 USC 2384: Seditious conspiracy**
Text contains those laws in effect on May 31, 2021

From Title 18-CRIMES AND CRIMINAL PROCEDURE
PART I-CRIMES
CHAPTER 115-TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
Jump To:
Source Credit
Miscellaneous
Effective Date

**§2384. Seditious conspiracy**

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

Based on title 18, U.S.C., 1940 ed., §6 (Mar. 4, 1909, ch. 321, §6, 35 Stat. 1088 ).

HISTORICAL AND REVISION NOTES

EDITORIAL NOTES

AMENDMENTS

1994-Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000".
1956-Act July 24, 1956, substituted "$20,000" for "$5,000", and "twenty years" for "six years".

STATUTORY NOTES AND RELATED SUBSEQUENCES

EFFECTIVE DATE OF 1956 AMENDMENT

Act July 24, 1956, ch. 678, §3, 70 Stat. 624, provided that: "The foregoing amendments [amending this section and section 2385 of this title] shall apply only with respect to offenses committed on and after the date of the enactment of this Act [July 24, 1956]."

*[Handwritten marginal annotations, partially legible:]*

by Absent title // Badges + Act inconsistent // Robes-" Articles-" Cover"

(e). felonies & treasonous violations of U.S. Const.-Laws; Authority (i.e. Article VI while "The US Const. is both to be "supreme law of the Land" and including that "The judges in every state...be bound thereby" by S.C.'s ...

Here-TO "Seditious- Conspiracy"

Re: conducts (I-Men's) aka-- Abuses and Neglect(s) That which Constitute's ---

(ii) If Two or more persons in any state or Territory, or in any place subject to the jurisdiction of the U.S.;

OR To OPPOSE by FORCE The AUTHORITY Thereof

ref. Blacks Law Dict certified; oppositional: "Act of opposing or resisting; Antagonism; Antithesis; Also, a position confrontation, that which is or furnishes an obstacle to some result;

"Political party opposed to ministry or administration;

"DEmaurrer"--
AGAIN! -- Re. x4 + "Federal-Jurisdiction-only!" - issues-Grounds;
25+ pgs June '21 "compulsary-counterclaim!"; as To
continued or MIA Writ's + "Merts" 5/2 (/21) ETc.
and - - 4,000 + relevant fgr. Per. vs. Const? "Supreme-Law-
of-The-Land" As Support when a LONG TRAIN of Abuses
and usurpations --/ IT is Their Right, I T I S Their
DUTY TO THROW OFF Such Gov't. and, LOL AKA-
so Therefore Willing + Able cooperation amongst compet-
ents, meaningful and effective Representation "Attorney"
VERSES But Appt-prejudicial Malfeasance's and/or
Nonfeasance's IAC-Aty's misrepresentation's is
what ERUPTS such "cooperation" To be intolerable
"self-Harms!", and, subsequently furthermore THAT
Necessitates TON-component's/ ie. People vs. Wilson's
Reqd - "DEMAND!" - court-etc. collective-Action Too
violated-Rights OR constitute voluntary waiver
of The deprivation's @ 32 CR 44, 1963; And, Makes
Le/ge, etc. "proper, NOT Popular!" Protected 1787; Reason-
able. competant, non-complacent, Lawful; Etc. To
be NON-cooperative-To-Torturiously-"Forced!"-
IAC-Aty's-Necessitatedly: regardless To extra-
ordinary; or unforfeited for corrupt "murderer"-
OTHERS. There Anti-Justice-Judges / Dist-Aty'/
Jailers - Well-path-Medical-corp / sheriffs / etc.'s state-
whores" AND "Traitors + Invaders" - Accessory's +
"Enablers"/ etc. prevelant implications - - ie. as
THAT Dismissal-And-Release, as the RESULT of
HERETO - or now corrupt case are "Poisoned"-
and - "Tainted" by + because such "Partnership-
Malicious- Prosecution" CONSPIRACY re. 52Am
Jur 2d IV & 57; Pc. 1785; 995; 1170.9; Etc. and
18 USC 3182 - "MCU"-"TON"; Pc-2065/5028/2653/
⟶ Pg. 8-of-  ⟵



① NOTICES: "OUNZE-      -Nihup(-KyTe-lo"

Re. AMI ', TON, AIM,         DaTed: 1-30-2005 (t/.)
Lc/ge (eTal.); ₹ T.C.        w/ie "TreasonOUS-
And "Red-Road!"             OR-NOT"-Law₹
"The-New-Sacred-Hoop"       WAR` (undivision)!

        ② Please Take NOTICE, w/ie. ref's and Implic-
aTions, as To Kick-off SegmenT, From NaTive-
American so called bible--"Black-ElK-Speaks!":

        ["] IF The old camp Circle, The
SACRED HOOP oF The LaKoTa (₹Tc), and
The old days have been rudely shaT-
Tered by The machines oF a (Ind-
usTrial and) ScienTific erra, and IF
They can be no more In The Trad-
iTional sense, The universality
oF The Images and dreams MUST
TesTify To The Emergence oF a
NEW SACRED HOOP, a new
Circle oF InTense Community among
Indians, FAR ouTdisTancing The
Grandeur oF Former Times. ["]

EXHIBIT "A"

2653/

"Particular-medical-Treatment-is-Required.." / 5025 -"deport-
ation---/ Country-of-Citizenship" / NOT-This "x-USA" /
Etc. as and ongoing, consequential procedures "Duly-
Convicted.." 13th Amendment FOREVER "Poisoned"- Etc.
For ANY "Involuntary-Servitude" Lawfulness, AND
ALL deprivations "LiFe, LibeTy, ProperTy and/or Pursuit
of Happiness!" is Felonious + Treasonous unlawfulness-
Longstandingly!).

P-- As that such prompt obligations "REFUSAL"-
Rights!" That included simplified And explanitory REAS-
ON-ABLENESS: Albeit, However, including provocative-
InTeruption, And, consequences ("Normal") (1T-numbered-
effects) increased InTensity (1-Me AGAINST 6-oThers)
at Least, She-"DA" wit, And; /(Rel"DE f.K. wATy-RCM),
For (ie) "No! This is unlawfully violating 6Th Amend's
LAW "To be Informed.." (w/ us-ConsT: in hand;To
more Than (eF.- snow, except reported "Gangbanging"-
InTeruptions/ DisTractions/ Again!), ResulTing "Rapid-
Fire!"; As "Ambushed-Defense!"; denied defense-network
NEEDS. For non-IST (interruption again; Again "JusT
Talk To her!" insertion also ie is wrong abT)- changed
pattern To "Not-willfully,..; copy-editors and actual-
Editors "Plebion-rights" (Per consequences & That's [illegible]
actual "Fraudulant-f.Ks" coverns- f-4T-TorTure/ Etc.
(times (explained-- 2011-3 "DA" willen GRANTED "That
[illegible, faded line]
Conversion; "fair-"; Political-Trials; manipulative JusTice is
coverts; (a 1-down-ricp-") "ContinueT-AnTi-abuse-of-
Civil-RighTs" / alm-- (opposite of unconst"), so-- IAC,
Biased-Judge/etc. conspiracy; cover-up Evasions; NOT-Tak-
Le/ge IST-1370-BS-- sickness & T-obstructions But,
wrongfully, deliberately, Flagrantly, Etc. Pretensions
That "I'm IST-BS? F-4T; AND, as DENIED-Evid-Torts-
⟶ Pg 10- of ⟵

Case: 22-1003    Document: 36    Filed: 08/01/2020    Page: 17 of 323

Code to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, §1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, §1112(i)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, §121(f), Mar. 9, 2006, 120 Stat. 223.)

REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§5701 et seq.) of Title 26, Internal Revenue Code.

AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).
2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

| Sec. | |
|---|---|
| 2381. | Treason. |
| 2382. | Misprision of treason. |
| 2383. | Rebellion or insurrection. |
| 2384. | Seditious conspiracy. |
| 2385. | Advocating overthrow of Government. |
| 2386. | Registration of certain organizations. |
| 2387. | Activities affecting armed forces generally. |
| 2388. | Activities affecting armed forces during war. |
| 2389. | Recruiting for service against United States. |
| 2390. | Enlistment to serve against United States. |
| [2391. | Repealed.] |

AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".
1953—Act June 30. 1953, ch. 175, §5, 67 Stat. 134. added item 2391.

## § 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).
Section consolidates sections 1 and 2 of title 18. U.S.C., 1940 ed.

The language here used omits, as unnecessary, the words "within the United States" after the word "convicted", contained in said section 2, and changes the penalty provisions in accordance with the recommendation of the Senate Judiciary Committee.

The mandatory punishment provisions of the 1940 ed. were omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.
Minor change was made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

## § 2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909. ch. 321, §3, 35 Stat. 1088).
Mandatory punishment provision was rephrased in the alternative.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## § 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25. 1948. ch. 645. 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed.. §4 (Mar. 4, 1909. ch. 321, §4, 35 Stat. 1088).
Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## § 2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

PROOFs: "Evidence-Based-Practices"; F+T-Crimes;
while "F+T = "Foreign To our Const" - 3 ADC/FBI/

"Constitutional-Rights   Vs.   _____
" Foreign-To-our-Const/ "our-"Four-Branches-of-Govt.-
sub-ordinate-officials / Rom. 13:7, Matth 18-15-17 __

and __ to Oür-no Monumental-Goal nor-Listening loud __
__ THIS __ __ (F+T __
and/or Incompetent-"Confirmation-Bias" (w/no)
"This is recorded on Zoom, w/ mistrust To Access, etc.
Prestated"); THAT-"You(-"Noticed)" Her/Them To be
"Misanderized" (v w/ "Suicide-By-Treason") + rel,
"Treasonous-or-NoT" - Law + Win"; A, To includes
Totality and Derivatives w/ "Jailers-Medical constant
Tortures (abuses/Neglects; unlawfulness); violated-
G__ __ "Pedless" __

__ × 40 + __ __
__ 2 __ TiME __ __ THAT
__ so __ __
"Battel-place" __ it is - Naturally aggravated by the
Psy __ __ __ AND __

Effects" __
Therefore "Provable-(has) __, now John Federal-cRiME
VICTIM!" - F+T-Advestise/"willful-Treason"/ insTead of
→ Pg 12 - of - ←

MC-

**Name** Special-Prosecutor Lee K. (general-ebble) Clarke (et al.- ie. 1991+

**Address** USDC extraordinary Appt. US Const's Art-3 "...Ambassadors, Public Ministers + Consuls" ie. Fed-"Crime-Victim" + "Dependent-Domestic-Nations" requires "Protective-Intervention"s, "Home-Post" USA Embassy/Personal-Freedoms/etc. (et. Paramount U.S.C.)

**CDC or ID Number** N/A (# TON-USPC-21-1399/ETC+)

(4 "CA-"Foreign-To-our-Const"-No-Authority!" +)
Oct. 2020 Writ-of-Quo-Warrantos/etc.) Ca Supreme Ct-SF (Ma's) Appt. ct. Duties (Scire-Facias)
@ 1855 West St. (et+) Per F+T-Ct, 1-19-2021 Missing + Absent )
Redding CA. 96001 (MH) Violating 4-7+Rights-Daily              (PRAECIPE-Writ)

(# "Jury"-Trial-Right "Vital-Restraint"-on-Gov't!) (Court) "MoFTP" (Anti-18 USC 2382)

PETITION FOR WRIT OF HABEAS CORPUS

Point Man Lodge (et al. ARP. 1987                      (w/ Receivers Dutiful Allegiance Responsibility)

**Petitioner** ("Federal-"CRIME-VICTIM", Fed-off)                  # S 272187

vs.                                **No.** _____
                                   (To be supplied by the Clerk of the Court)

"The-PEOPLE"-(Calif-"Charges"-F+T-Trials) (ETL) PS-Sum' Collective-Action!
**Respondent** Sheriff Mike Johnson, Judge Flynn     OR, T-"Death"-Law-Cure!
Cara Beatty, IAC-ATVS Tim Prentiss Ant         (w/ Appt. Assistance-of-Counsel Demand)
Co Ta, Jailer + Med, FBI, US, POS, AG, ...

**INSTRUCTIONS — READ CAREFULLY**

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
  ↳ F+T-Futility/or w/ ie oct. Res-Judicata Writ (2011-Precedent)

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.
  Dutiful-(T-"Death")-Kill-T-Traitors C.B., S.B.T.P.A.C.ETC (Self-Incrimination'd Suicides-By-Prison

- Read the entire form *before* answering any questions. Etc
  Relie FS-OR-ATT'S   OR-Additionally-"F+T-Choices Similarly

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
  < Sum' Precedenting "License-To-Kill!" To

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
  Treasonous-misconducts + Done-For-Good!"

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
  w/ ie "...of Constitutional Methods For Put-

- If you are filing this petition in the Court of Appeal, file the original and four copies.
  ting an END To Them!" When a

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.
  Political Trial Reaches this Court For

- Notify the Clerk of the Court in writing if you change your address after filing your petition.
  Review (Ref F+T-Evid. Oct. 27, 2020!)

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.
  @ US Sct. 397 US 337 Case-Law w/ ie F+T-Violations & Court's "Original-Jurisdiction"

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.
T-PC-1252 (Custody of Sights) "Raise-the-Deck-Count!"

Page or

('TON')  PETITION FOR WRIT OF HABEAS CORPUS (AO-LM)

Form Approved by the
Judicial Council of California
MC-275 [Rev. January 1, 1999]

Penal Code, § 1473
Cal. Rules of Court, rules 56.5

proper Non-IST Official Professional Adju-
... As T "Non-IST ..." REPORT

Lcge
IST- "Confirmation-Bias"
2011-Jury: "Final-Judgment"
F+T-Ignored-Crimes; ...
... "F+T-"Totalitarism"
... ... F+T- ...-Deprivation
and violated-Rights, ETC. "Suicide-By-Treason!" is
Potential ... INSTEAD of The
... ... Adversary, Non-IST:
... ... ETC. ...
... "Checks + Balances" Prosecut-
ion "Assistance's" -- 28 USC 594 +/-  Ⓖ However --
alternatively "Deterrance" for HEREAFTER preJud-
icial Malfeasances and/or Neglectful-Nonfeasances
onto myself Lcge (et al.) Arif ... "C.C.D.T."-
Endeavours / Otherwise + Elsewhere Requirements
THAT withstandingly ... constitutes Treason's ...
"..." / ... ...
ANT ... T-Futile-oversights ...
"Lesser-of-Two-Evils-Doctrine!" Arts/...
"Treason's-"Death"-LAW-Cure" is preliminary
... and more ... ... People Politiful
... ... ... ...
... 'CCDT', "Alarm-of-Tyranny!"- Assistance ...
... ... ... (Righteously ie. Self-Circum-
venting ... Unm 2014 "Confident-Idiot-Theory!" +
"Resistance"/ ... and DSM-Dr. Spitzer's "Frauds" Av
Sept 27 2015 NPR, Peoples-Attorney's (F+T)-"Pray+Defend", as
for Psycho-Prof's confronted To Correct 'Misdiagnosis-"5%"+

⟶ Pg. 14-ct-    ∠

# WRIT-oF-Habeas-corpus-("McFTP"):

ground's-For-Reliefs'-(Poisoned-", Duly-Convicted", by "Partnership-Malicious-Prosecution"/ 18 USC 2384; 4', 241; 371; 1961; 2381-2382-"CONSPIRACY")-(re-requisites Dismissals / "Discharge" (or Consep.T-M+N):

#1) Murderous "DOMESTIC-Enemies" Infections/ GoVT. c. 8658; Sheriffs "Release"; AIT-T-"Peath"-LAW-(use #2) Neutered Mail's (grievance's; TON, etc) Reg's "Confrontation-Right(s)!"/"Assistant") VALIDations #3) Calif xx CTy's "FruiT of Poisonous Tree(l)"-ENCROACHMENT'S; Dismissals (F+T-IAC, etc, consp.); #4) ("classified"-Final-secreT's National-security"/

#5) Viol's Med; USVA; USMC-PTSD; APA-(F+T)-"AssisT-Veterans"; "Particular Medical TreatmenT is Reqvred" #6) F+T-Futile-Grievances-Reliefs Vs. ConsT's-Law "Throw-off"; T-"Peath"-Law-(use #7) 2-9-2020(+/-) Arrest's w/o No-Calif.-Jur-Authority; w/r, OCT.'20 US+(a.s.CT's "writ of Quo warranTo #8) As To (entitled) 5-5-21 Pka-Agmt-offered 120 days Total shu CTy (CTS-F+T-ignored!) #9) "Armed-Robery" TorTures 10-27-21 Coffey/ Paper boughT; Games; Growing-$10K Violated-RighT's #10) "Badges +Robes"/"People"; F+T-"ParTnership-Malicious-Prosecution" @ 52 AmJw2d IV, §57

#11) unlawful-WIT(wife) Testimony violates "2-Becomes-One"/ Domestic-Tranquility; No-Self-Incrim

#12) (F&T) "Prosecutions Supp Fav. Evid (Jun'21, 4lfgs Meridian, Counter-claim, WIT, Grc.) Entitled Discharge --

#13) wife's 5-6-21 "Perjury" Provably, BUT, Revealed-5 of-F&T-officials -90% + Rectified Vs, Discardable

#14) IAC-Aty's; Judges; Grc. (F&T)- "Political-Trials." -CONSPIRACY (False-Imprisonment/ Grc)

#15) Viols "Public-Trial" / Confrontation / Defense/ ETC. "Redress of Grievance" RIGHTS (wife, KBMS, KVIP, KCBX, KNCR, Cast&inkeBOTTS, Nick-Hornet, Pete Petds, Nick unbothed,

#16) F&T-Ca, (Shea Cty "3-STrikes' OUT) Por D Aty S. B.; + Recall-Shen L. M.; "CHP-Husbands"; Grc. Issues

#17) That oppressed-unpreferred-EVID's ripens systemic-purpose-FUL + fraudulant-mis diagnosis ("counter-productively" 2007, US-DoJ, CrIpa-RpT-(Ca-PMH) w/le. "Doctrine-Unclean-Hand

#18) F&T-Viol's Pc 1369+/- Jury-Trial Fundamental-(Defendant/ Patients) RIGHTS

#19) Tortureous-Implication From Systemic "Four-steps-forwards, THEN, Ten steps Backwards!" Adversities

#20) That Jailers-Med. (18 USC 2382 + 4-- and, viol.ctions Defense/ Confrontation rights w/ phones RESTrictions and obstructions (systemic-injustices)

#21) That Jailers-SCSO-Med. "Partnership-Mental cases unlawful-prosecuting Violated-Rights, AND especially as and because F&T Violations Grievances-Redress

#22) unlawful (Jailurs-Med; SCSO- HQ; "Pros. Supp-Fav-Evid". -- IAC-Consp; V-Defense-Rp w/ 104;

*

#77) That such 30+ yrs retaliatory-Injustic obstruction) To collect Domestic-Treason THAT erupt T-Totalitarism Nullified "checks + balms AND requires To necessitate "it, The DUTY To Thraw-off" (provoked-unprefered), T-fed LAW-core (updated 17 8r-2 ref vs. mcCarthy

"IMportant-question being on denial of fundamental right (m re Bell, 1742)

WRIT of Habeas Corpus (MoFTR)/ Grnds for Relief;
(re. 'Partnership-Malicious-Prosecution (Poisons) "Poly-Convicted" Distress)

※ 11)    THAT (unlawfully-Coerced, AND,
Lawfully-Suppressed!)/ ie. 5-6-21 +/- witness-"wife"-
(EBW-clarke) Testimony, for coerced-violations us-
Const. " establish Justice, ensure Domestic Tranquility,"
and, violates 5ᵀᴴ Amnd "nor small be compelled
in any criminal case to be a witness against him-
self/herself." (No-"Self-Incriminations", REL. USA-
Treaty-Law; Native-Americans: "Domestic-Dependant-
Nations!", one Nation under God "Natural-Law" AND
Bibles "Two-Becomes-One!"-Marriage!) requires
"Suppressed" (obsolete, etc. until Divorce-dissolution)!
(w/ Ref. 5+fgr. Oct, 2020
Writ of QWD warranto

※ 7) THAT 2-9-2020 (F&T) Arrest is without
(No)-Calif-Jurisdiction-Authority (x4 Removal reas-
ons)/ ie. per Fema-BIA-Trailer house-"Indian-
Allattment" Thats "Exclusive-Jurisdiction" USDC
1957 In re Carman (4. Lc/ge 1991+ Federal-officer
us AG & sp / Ambassidor; USSA-Embassy; 3. same Lc/
ge 'SCOT Combating Domestic-Enemies /Domestic-Treas-
on" erupts state of Calif. wide "Conflicts-of-Interests"
to Lc/ge entities (and esp. Tempting additional
Abuses + Neglects Self-Servingly, to EVADE such
F&T criminal-Misconducts-Exposed/ formally-
Prosecuted "Badges + Robes"/Accessory's-Crimes to be
Un-Oppressed "Counter-Claim/charges");

7.5- "Defect is fundamental-- / "Lack of Jur. of Court--/ Peuple vs. 6rm 259 Cal App 706, 709/
PC 1012, RC 100 J)

# 16)    THAT '(F+T)-"CA-People"-CHARGERS' are Routinely- unlawful -(F+T)-"Foreign-To-out-Const"-(counterproductive)-officials' (& "cunningly" as us, Means' TON! v), rel. current Recall-ShasTa "Some of Calvary"-Hypocrits' (ie. Ap'21 'un-lawfully-So' expelled me & "Service-Dog" Bonneyview "church"; ie. Sre. and Liz; Bridgets-'CHP-"Husband"; - Relevancies Cases unlawfulness; AND, Carl-Linda Betts, Terry Reposa, Sre, and Pete Peters; SHOW'S THATRE "Public-Agents" breeding 'misunderstandings' AND worsening Problems by Fundamtal problems EVADED) by unlawful & wrongful-Discrimentory-Favoritisms (dishonor + uncourt), AND, That SITUATIONS CORRUPTION'S erupts (minimally!) "3 - STriKes, And, 'You're-OUT!" ShasTa iTy" 1/1!!

Furthermore -- as To 15+ yrs back cala Beatty PATy Humbolty iTy Evid-Tampering Drug Cas- CRIMES' iTy-Pd AFTER SiskiTy PATy CRIMES Recording Jail Defindant ATy's; Sre, and sheriffs HIRING (Mora-Turpitivdi-crims) HIRING Van Goener AFTER Wash-State Retard victim Abus MURDERS + Cover-up's (AND, necessitated Competent? ..and To HAVE the Assistance of consul FOR his-her DEFENSE, That produces These + others "credable-SvidentTary-Suffect", but, currently Good Faith by Sources, personal wiTnes-sing similar TIes THATS 'circumstanTial-collectively Provovable-cause", and more so discernable facTual rather That subjective WANTs)!

# 9 )   THAT   Jailers, Cmsy, &Tc oCT 27 '21
Armed- Robary / 7-10 + TORTURIOUS- Grievanges-
enDe- Denied- purchas (Ref. #15874662₂) W/ OThr wise-
"NoTiced" owed US $ 10,000. 00 (violated-RighT(s) Law)
W/ie. Fake dishonorable "usMc" Rep ___ 18 usc
2782 + 4; 'F&T- ConcealmnT-Crimes' (Hereby $ 20K
specific RighT, And, 50 K resolution crimes Cond. "New")
Ref's   # 15874662₂, 158065721, 159248002,
&Tc. Grievance's AND TorTureWs-ToTaliTy "Have-Ti-Fight-
For- RighTs"! (rel. 6 coffys boughT + Paper Tablet,
del-1, Rep-wiT.; got $-refunded, STill owed 2-
coffey and Paper Tablet; TORTURES!) T-obsT's)


# 6 )   THAT   May 6 '21 + ; x400 +/- TorTuriaus-
Grievance's violations (conig. 'Murderus-stress),
Feloniusly and Treasonausly (W/ie. obsT's CourT,
"Public-Trial" eTc. Reliefs preJudicial effects), THAT
ERUPTS 'F&T- FUTiliTies' Too NecessiTate "Lesser-
of-TWo-Evils-DocTrine" /"Lawful-Crimes!" (J.-
Cara Betty, Rep's van Gowen, Grace, STewarT, Ed-
wards, Creager, Tanner, souTh, Hamby, &Tc. AAG-
ATy's Anton Cotey, Tim prenTis, &Tc. subJecTed US.
ConsT's "Throw- off" / 1781, Republica vs. McCathy
updated "BuTthe Fear of." / &Tc.) Ref. # 15926052₂,
&Tc. and 100 + applicably Relevant prerequisiTes!
＊ NoTiCe's: That T "Deim law (x) IS
Lawful extremism, NecessiTates ArT's, Ti FuTure-oversighTs!

#104)   rel. Ref's + implications Totality,
and-- Numerous (systemic) F+T- Defense AND
Justice RIGHT's (preJudical) oBSTRUCTION(s)--

(a.)    making "28 USC 2284, Three
Judge CourT / "/ filing of a RequsT For Three Judges-
(Sic) To be impossible And unavailable"; AND, That
", specified irreparable damage() will resulT iF The
order (interventions) is Not granted "

# 5) THAT The LongsTanding USVA-
(ETc.) preJudicially -Unlawfully - Discrimat-
ory - (x 25+ yrs) + SysTemic-TorTures' as
That My USMC, MCAS-Iwakuni 1982 +/-,
PTSD "PunishmenT-For-Exercise-of-RighTs"
"100% Service-ConnecTed-DisabiliTy"/ compinsat-
ion + Pension' / Jim Richards 356-0342-Bs-
F+T-"Accessory's" VSO Celeste Travers, Punnis MunT,
VJo- Kim Higgins; PC 5600.3(A)B)c)D); 1170.9, "2066;
422.6, "assisT VeTerans"; 2652; 2657 "allow Any
Lack of Care; Injure or Impair; "ParTicular Medical
TreadmenT is Required"; ie. Non-F+T-Concealment
Crimes/ 18 USC 2382+4 "MofTP"-Pre-ReporT+
DuTiful-USA-"Allegiance"-obligaTions + ResponsibiliTies;
per "Evidence-Based-PracTices" Vs. SysTemic
DeliberaTe-IndiffelenCes, HarmFul Evasions Crims
arragantly betting J-"TotaliTarism"- DefecTive-
oversighTs THATs ("CounterproducTively" @ 2007 US-
Doj rel. 'Crips-RpT VS. Calif.-DMH, Psych mental
HealTh "Frauds" ands 'More-Harms-Than-Good!"
Sadists (Feeding-on-Pains-CAUSED' Good People:
Ref. "Armed-Robery"- sTolen 5-6-21+/- CarToon-Evid)
THATS evily - ProTecTing - wrongsdoings· MisConduTs
People, from ColiecTive-Republics-"Checks+Balances"
(Car-Ber / Jud-PerF / Med-Bd / US long.Jud-(nTe/
DisabiliTy-RighTs)-Calif / ETc. and "People'-charges"!);
T-15 1207 "appropriate-disposiTion" (re. InTerVenTions
and 'as-was' "SiTuatud-MgT/ ETc. "Self-Treatmnt welseving)

Ps. noTably however, Psc. months of John Eible oT
agreed- Sound- / Military- one- crimes' ASF oT Feds' AbFed and ITV!
PoliTicaly-Diagnosis unTiL Fixed SeT- since- by virTue oF
exempT for 2007 -08 4+E months oT-
-Ramifications/

#3)    THAT problematic (F+T)-Calif's-siskiyou + Shasta Cty's-ENCROACHMENT'S (aka--case's!) That requires "DISMISSAL(S)!" Withstandingly as and because "FruiT-of-The-Poisonous-Tree!" (Ref's ie. USDC-ED-CA #2018-CV-2044-JAM-KJN, minn-X-wife-Msgd-My-Fla-Mother/school-shooting-Threat-Manipulation/Fg pease @ AOI/implications Can'T SmiTh Svicidal, MT show EnTratment-Necessity-DUI; ie. WiFe's-EBWC, "ACE": Adverse-childhood-Experiences, unloved-Parents-abandonments, FosTer-Homes, Love-Starved, MolesTed, Etc. and THAT Survival Learnings As manipulations over-powers unWANTS; As 'Provokes-HarmFul-AssaulTs-Abuse-Defensive-Rationalizations', Ref's 4+ pgs    2  ; ie. as To 2014-2018 Shoe cTy-CALIF. "ATTempTed-Murd er" Myself "unreasonable-STS" Slanderous-sex-AssaulT charges, regardless "FacTually-Innocent" Her 50+ miles away RMC disregarded; MYSELF ACTUAL 'Sexual-Crime-VicTim!' SHE-WIFE- Frequently-used-pushme-Away-Lude-AssaulTs; ie. Rel. F+T-CHP Hwy 89 Burney 'LawFul-DUI' shot-out-Truck-window For PreTensions; ie. Etc. AND as To '1-30-2005 (+/-)-"Treasonous-oR-NoT"-Law + War' AND as To '2011-Jury' ADJUDICATION'S, agreements 'F+T-"Fraudulant"-psycho-"Pr-Quacks"-Joining-corrupT-"Badges + Robes"/ IAC-ATy's/DIST-ATy's 18 USC 2382+4: 'F+T-ConcealmenT-Crimes'/ Etc-", PoliTical-Trials." @ 397 US 337 - CRIMES; and, as To impeachments-discredability, Etc. and For "LawFul-Crimes"/ "LawFully-Dangerous!").

Left margin (vertical text):
Viol'ns - "i.e.' To be INFORMED" - unlawlness, Prefeutim ETc. and S=dists mean/clothos (inner)

Defense Pafwwrk - Evid - Presentato Vs. "unlawlness +

("misfondized") Defense -

#22)   THAT Unlawful-(F&T)- "Custodial-Hand-
icap(s)"-("PROSECUTION's suppressions of
favorable Evidence (ref. In re Pratt, 1999, 69 CA 4TH 1299,
1315); "defendant was entitled To Discharge on SHOW-
ING That prosecution witheld significant evidence
That COULD HAVE BEEN used To Impeach
Key Prosecution WITNESS. (11); ie. as ref's
Here-14 "matters outside The record" for IAC-
Aty's/ Judges/ Dist-Aty's /etc. "CONSPIRACY"-Deprivations
For OBSTRUCTIONS" of Lelge's "Defense-RighT(s)", as
That 'No-"Domestic-Violence / Gre.-CRIMES' 2-9-2020,
but 'F&T- (counter charges) - "unreasonable-Searches &
seizures"/ Rush-To-Judgment/ "unlawful-Female-
Favoritisms-Discriminations"/ ETc. and 5-6-21 +
routine "unreasonable" Jailers, medical, SCSO-HQ Gre.
prejudicial- ADVERSITIES (legal copies, mails, confrontat-
lions consequences, For F&T-18 USC 2382 + 4; Unlaw-
Ful- F&T- CONCEALMENT- CRIMES") Furthermore--
esp. as To "obstructions" + "suppressions" For IAC-ATY's
Violations "c, and To HAVE The Assistance of
Counsel FOR his-her DEFENSE." - Rights, by
Judge c. B, Jailers/ Marler Grievance's DISTRACTIONS, AND
denied Legal-copies, Gre Responsible-oversights; Rel. Supp!
25 + pg's June '21 and "compulsary-counter claim" AND
"Marsdan- MOTIONS" x 35 + pg's; WriTs; Gre.), in-short,
and, SOP. (ie) 1-17-22 psych eval denied Defense Pofwwrk Evid
"Dr.-? Robin Campbell, Ref's #1597/0142=Med-6rier(f/-))

*(left margin, vertical)* "Confidential Relief's" / Dismissed / Case(s) / Pending

**#10)** THAT SCSO, Jailers, Med. Wellpath-corp. (rel. CFMG's beknownsT, NoTices: "dangerous-conditions"), Bd-of-Sup's/CTy-Counsel, CrUSe, PressMan, clerks, HQ, Grand-Jury, 2011-Jury-"People"-PlafTees, "ConsT-oversighTs" x 11+; "Public-Trial" RighTs, KQMS, KNCR, KVIP, KRCR, KCBX, "Red-whiTe + Blue PrinT"/ MaTT-unabashed /"F-in-AcTion", PeTe PeTers, Jefferson sTaTe of Mine, Terry Reposa, Lynn CarpenTer, carl+Linda BaTT, Mark + Linda KenT, Mark Baird, ETc. and S. Bridget's + Liz McqUen's CHP-Husbands-"SUSPECTS" And 2-9-2020 sheriff's, AND, CourT/ DisT-ATy's/ IAC-ATy's Mike Borge/ MaTThew Izzy/ Tim PrenTy/ AnTo CoTa/ CourT Marshalls Phillies/NorThrup/ Ramos/ ETc. THAT CollecTively perpiTraTes ConcerTed (felonious + Treasonous-"Foreign-To-our-ConsTiTuTion"-officials-UNLAWFULNESS)-ParTnership-Malicious-ProsecuTion (ref. 52 Am Jur 2d--1V--§§57; ETc. AND 'Lawmakers' CORRECT-IVE "obsTrucTions"-of--JusTice"), THAT, FurThermore, Imposes orchesTraTion's, as To 'F+T-Malfeas-ance's and/or NonFeasance's (aka-Abuses+ NeglecTS), THAT perpiTraTes (F+T) "False-Imp-risonmenT"/KidnaPPing; Murderous/EnTraP-ping "AlTers-Normal-Decisioning"/ slanderous-DiscredabiliTy-"FRAUDS"-F+T- Harmful-"Good-CharacTer"-SupporTive-"AssisTance"-To-CollecTive-AcTion; THATS 'DefecTive-Grievances'-TorTures, Non-saTisfacT-ory CollecTive JusTice for FurThering wrongs and Cover-up's

#) THAT problematic (F+T) Calif's Siskiya+
Shasta cty's ENCROACHMENT'S (aka costs!)
That re withstanding "DISSMISSALS" as+ because
"Fruit-of-the-Poisonous-Tree!" (ie. ReF. USDC
#2014-JAM- 2018), Minn-x-wife-msg-my-Flee-Mother
^AKIM.
School shooting Threat/implications/Expense Aoi/
can't snitch suicidal; ie. wife's-E.BW.C. childhood
abandonments, Foster-Homes Love-Starved Molested,
"A.C.E."; Adverse childhood Experiences as THAT
manipulatively over powers unwants; 'Provokes-
assault-Abuses-Defensive-Rationalizations'; ie.
as To such 'F+T-Sha-cty' 2014-18 BS-
Bogus T-slandering; Sex-Assault-charge, she frequently
used against Me for 'Lude; Push-Away!', regard-
less "Factually-Innocent!"

O/ John Gay
"whereFore Nov's are fair
Nov Nov's Warm Venus

⊃ as To (F+T)
"oppressed/suppressed/Exculpatory
"matters outside The Record" (What-if)/
WHEREAS   Impeach + Discredit WIT-EPW
"wrath of An woman" hards

✱ 14)      THAT (ie) SubJecT  IAC-ATy's/
Etc: (Felonious + Treasonous)—"., Political-Trials."
(@ 397  us 377)— ConcerTed —(AbuSes/Neglects)—"CONSPIRACY"
IS   AS   To  deliberately-Evil (AbuSe-of-Powers)
conviction / committment of Innocent/ Sanely-non-
disordered; And in so doing Such manipulations,
"False-ImprevanmT"/ TorTures USMC-PTSD, "PunishmenT-For-
ExerciSe-of-Civil-RighTs!"/ Etc. and-- MustTly accom-
lishmenT of Side Tracked-DisTractions And obstructions
TO  OTHERWISE  "(paramount)—C.C.D.T." — Collective-
Action-Endeavours (of current Anti-America's
"Badges + Robes"/ "Foreign To our ConsT")


        P--- This is esp. True May 6 '21 (F+T)-
ConsT—(eTc)—"Conspiracy"—(IAC)—UNLAWFULNESS
as  That  (Forced) "Surrogate-Prosecutel" Tim Pratis
Violation's  "(ie).. and To HAVE The AssisTance of
Counsel FOR his-her DEFENSE."; which included
Oppressed—(Fundamental)-Rational—",His DefenSe."/
ie. "wrath-of-An-woman!" Frauds (No pv, eTc
crimes),  and  critical 1985, In re Bower's
",matters outside The Record--" (F+T-Suppression)
W/ WriT ",required." (F+T-Beatty belittled-
NoTices) AND as To  her  5-11-21 X 10+ Events,
psycho Lies Jealousy w/ ATy Rhonda Hixon, SisTer on
Blouse-6'FT @ 321-948-0226/ 18 usc 2382+4; Conceal-
menT-Crimes'; Public Tahoe/ old stn/ KlamathFalls/wallmaT/
shingleTown/ Neighbor- Bret Told him I'm "chomo"BS/

- "chomo"-BS/
etc. "Adverse-childhood-experiences"/Ace, And her
"Alterior-Motives!", for repeated unTruths
beliefs as self protection defensiveness + provok-
ation w/ ie. 4Th month married Fall 2019 Told me
she wanted me To Kill Her So I'd go To prison
for Life!", And prejudicial HARMS To myself
is her pointed want, THAT IAC-ATy, inept
Investigation, oppressed Ten plus Factors
proving Non credible believability To Her
TestiFied preTensions AND "F+T-"Judge" G.B,
worsened by "Confirmation-Bias"/"Unlawful-
Female-favoriTisms-Discriminations"

(left margin, rotated) Is Re Pratt, 1999 G9 (A4Th)
1294, 1315), 82 CFR 2d 260

            " Ps - 12.)That    41+ PSS "marsden
Motion" June '21, and wriT is F+T-obsT's
(w/ Jailor, med   denial Legal copies, consultant crime)
Thats (F+T) "ProsecuTion Suppression of Fav. Evid--/Discharge
    * Ps   13.) That "Wife"-EBW-clarke
5-6-21 committed "Perjury" 5-6-21 provably,
However, such revealed "F+T-conspiracy"
would probably face Disappearance-"cure", thats
intolerable "SelF-Harms" until AppT. Adversarial-
Advocate and Zurcher vs. Stanford Daily "Search-
warrants" (etc) mandatory "In Interests of
Justice!" (Ps-18. except my personal-recorded
custody escort 2-2½ hrs Factual-Perjury-Proof/Etc!)



Sept. 27ᵀᴴ 2021; WriT; Ground- 4:
      "Res-Judicata" (feloniously + Treasonously)!
      That Calif. Courts, Jailers-Medical- Etc.-
"Enablers" are unlawful (both Abuses + Neglects; ie.
18 usc 2382+4; concealment-crimes!) Participating
Siskiyou + Sha- County's PC 1368 + (1sT) "Incompetent-
To-stand-Trial" (FRAUDS!), and, by 2011 + "Res-
Judicata"; THAT's "Absolute-Bar." For AGAIN legal-
matters, being manipulated mental Disorder
as supporting FacTs:
      .. and, HereafTer, necessiTates---", IT IS Their
Duty To THROW OFF such GovT. "Law's ExTremisms

      ___) That Shasta County Superior court "Jury-
Trial" verdicT 2011-(?)-Case#___          (MPD, 2972-
eT al. "Judge" Cara BeaTTy, DisT-ATy's Toby Powell, Etc. and
"WIT." DMH "Dr." John Eible) resulTed PerTinant "PRECEDENT"
("As-An-MaTTer-of-Law", albeiT regardless systemic Suppression st
Concealments of HERE Bonafied "Common-Law" AUTHORITY:
Rel. Treasonous-LongsTanding-InsurrecTion's)

      ___) This; consequence of Calif-DMH: ASH "Paranoid"
and "Delusional" (Frauds-sop-"PoliTical-Trials"- F+T-
Psych-prof's!) AND "Defense-Rights" For "TruTh+
Justice"; That Impeached AND DiscrediTed such
"To be as an Result of Mental Disorder" as (W/Ref's),
as and because PRESENTMENT's enormously exposed

To [illegible] Art. "[illegible]-E[illegible]" exposed
[illegible] (illegible), [illegible]
(AUSE GOVT'S [illegible])
[illegible] "[illegible]" ([illegible]
"[illegible] Balances" Accountabilities for [illegible] (people),
and, NOT Dangerous due To pretended mental Disorder.

___) That current deprivation's "Assistance-of-
Counsel", Psyche-D.'s want "Self-Harms" [illegible]
To unreasonable IAC-Arg's; denying "Defense" Rights
(Penitently + civilly), ETC, AND, denying Jury oversights;
obstructions, is undeniable Treasonousness GovT.
"Public-officials" (caught "Self-serving" corruption)

[illegible] Govt, etc. Authority:
[illegible] Still-y." ___ THAT'S
"Res-judicata!"; "Collateral-Estoppel": That
Calif.'s T-pe. 1252 (F+T)-"PASS"-The-Buck-Game;
Re. whats "Adverse-To-The-STATE.." (as To
more + more "Four-Branches-of-GovT" subordinate-
citizenry', They're "Foreign-To-our-Const"; as to
[illegible] our Republic by Treasonous "Totalitarianism"
Vs. "Checks-And-Balances" onto Delinquent-officials
(# W/ Traitors + invaders Re. "War-on-Boyz" book
by Mrs. Christine Hoff-Sommers, And, my suff.)

especially ie.

re. "Evidence-Based-Practices" (vs. "F+T-Subjective-"View point-Discriminations") / Etc. and --"Assistful-Non-Concealment-Crimes-"REPORT"-And-"Demands" (RAP);

↳ (4 a.k.a -- "The-Alarm-OF-Tyrany-(TON)!"; ie. by "Whistleblowing"- Duties, To These "F+T- "Domestic-Enemies"-Officials, BUT, Infectious, epedemic "Normalcy-Bias" (etc + cowardice), THAT "Badges + Robes" generally evidence by AND because "Two-Wrongs-will-Hopefully-Equal-An-Right-Perspective", Relevantly with NPR 9-27-2015 "News" for Fraudulent evil "DC'S" misdiagnosis To Include Their "Deny-AND-Defend", And for current "F+T-" "Confrontation-Bias" and purposefully for STovall Vs. Denno violations CAUSING "The clear Danger of Convicting The Innocent."

b. Supporting case, Etc. Authority:

#Rel. Non-(F+T)-Concealment-Crimes-(sup)- Per 18 USC 2382+4 "Allegiance" Duties!

P-- U.S. ConsT. Law; USMC/ "OATH" + "Code"/ (Ref. PL 115-41), 38 U.S.C. 323+/-; Etc. and History w/ plato's problematic "Complacency"

w/ in re pratt @ 69 CA4 1315; in re Carman 1957; In re Bower 215 CR 267 ("matters outside The record-// WriT HC// "Required" OR Here 1 AC-ATY); "Estoppell-By-Contract"; "Medical-Jurisprudence"; "Threat" (vs. "Political-Argument"), stare decisis (ie. Judges 2011 Jury "precedent" implications); My sick vs. Devils Lake @ 718 FSupp 757 ("Exclusive-Jur." USPC)); s/ence of Fla vs. clark

w/ 42 USC 1997; US- DOJ ATy-Gen. ('MOU) commenced "investigation" Jail + DMH-Hospitals; "Federal-Consent-Judgment" AND 2007 "Crifa-Report" (violations "counterproductivity" 18 "Evidence-Based-Practices"); 1970, US-S.CT. Illinois vs. Allen/ @ 397 US 337; "F+T-" "Political-Trials," + "exterminating Dissenters" w/ F+T-2010 People vs. D'Arcy (etc) unconst.- Denial for 1st-const. Jury-Trial-Right (per 6ᵗʰ Amᵈ "In All Criminal Prosecutions," 7ᵗʰ Amᵈ's civil "common Law Jury" "shall be preserved"), ETc. AnD THERWISE is HERE "unreasonable-searches + seizures")/ c 1170.9/ 5025/T-1252 ("AS/ "The-Brady-Gm+"/ 1001, 1002, 1003, 1004, Govt C 8658, 5-5-20 "withdrawal --

⟨Replica⟩

Sept 27th, 2021 ∴ W/(iT (HC) 6 grounds; w/ "Res-Judicata"!
("∴ release him (or) order." (Jury-Trial-Rights 28(a)(b)(i)(ii)
GROUND 1:

() "Felonious + Treasonous - (18 U.S.C.
§ 2384 + 4; etc) - "Seditious-Conspiracy";
w/ "∴ OR To Oppose by FORCE The Authority
There of∴"; U.S. Const's Article VI "Federal-
Supremacy"; Violation's Protections + Prohibitions
etc. and -- "Unreasonable-Searches-And-Seizures"!
(w/ie. "F+T" "Custodial-Handicap(s)" Rel. grow-
ing x35+ "Grievance-Rights" Violations!

a. Supporting facts:
(Sum: REF. (F+T) Malfeasance's And/or Neglectful-Nonfeasance
↳ parenting 1-30-2005 (+/-) "Treasonous-OR-NOT" Law + War
Formalized "TON" - Components (T-M+N's Vs. ccDT-NGRE/
AO-LM), etc. (ie. Deterrants

↳ Ref's Totality SetforTh now fully (ie. IAC-ATy
deliberately by biased-Judges C. Beatty/ Massoen-Motion
Denial "Conflict"-Free-Rights rel. Tim kenTiss previously
sis kiyou county Dist-ATy Prosecuting Lodge, That denying
OATH's "establish-Justice" violating "∴ and to HAVE The
Assistance of Counsel FOR His-Her Defense."-Rights/
"Federal-Jurisdiction-only"/ "Wrath-of-A-woman"-Prov-
ocations + frauds/ "F+T" "Punishment-For-Exercise-of-
Civil-Rights"/ Retaliations politically unfettered RighTeous-
Law Fullness/ For Bible's Matthew 18: 15-117, Pre-etc + after
2-9-2020 (+/-) For 5-6-2021 (+/-) F+T "Judicial-Activism" ie. (ra-
BAR, ie. ca-commission-on-Judicial-performance re. calif-
medical-Board, ie. "Disability-RIGHTS-Calif." ie. Jail +
institution Call-Logs: Perincident-culprits, AND "The
People of St(a) of calif." -CHARGERS; etc. "Defective-Oversight
"ENABLERS; ie. rel. ref. 5-30-2021 plus obstructed
25 + my Massoen-Motion Writ of HC; "compulsory-counter claim"
etc./ie. etc. and shasta & siskiyou county's; Dist-ATy's,
Psych-"Pros"; wellpath-Medical, Jailers, sheriffs, Bonnie-T-John-
son, wells Fargo Bank, Mike Polan, Tony serra, Karen snell, Eric
Buiz, Rhonda Hixon, Katherine + Kurt Manuel, Erin McNally, etc.
confrontation-Right To Beneficent Assistance choices versus
Partnership-Malicious-"Prosecution"-(F+T)-Participants/etc per
Their Collective-Action-ccDT-EVASIONS-Negligence's; 18
USC 2382 + 4; USA-"Allegiance"-obligations; especially ie

KEEFE COMMISSARY NETWORK
P.O BOX 17490, St Louis, MO 63178-7490
350 for SHASTA COUNTY JAIL COMMISSARY

| | | | |
|---|---|---|---|
| Name: CLARKE, LEE KELLY   KIOSK | Bal Before Order: 30 |
| ID: 33255   DOB: | Bal After Order: 20 |
| Acct #: 15227 | Order #: 19092 |
| CPR #: 100121274 | Order Date: 10/25/2 |
| Block: LEVEL   Tier: 3D   Cell: | |

19092316-100121274

| Bav-Seq | Qty | UOM | Description | Alias | I | Pl |
|---|---|---|---|---|---|---|
| KA1 | | | | | | |
| 5-130 | 2 | EA | AAA 1/EA ION3 BATTERY | 1206 | | MiA |
| D-1000 | 1 | EA | CHILI RAMEN | 6529 | | 13 |
| D-1060 | 1 | EA | HOT SPICY PORK RINDS | 6127 | | 2 |
| D-1105 | 2 | EA | MANILLA ENVELOPE | 1015 | | 0 |
| D-1303 | 1 | EA | FLOUR TORTILLAS 6CT | 6600 | | 2 |
| D-1307 | 1 | EA | FR VAN CAPPUCCINO 8 OZ | 2041 | | 3 |
| D-1436 | 1 | EA | COCOA BUTTER LOTION 4O OZ | 0215 | | 1 |
| E-2313 | 1 | BX | (BOX)SALTINE CRKR 16OZ | 3107 | | 3 |
| E-2430 | 2 | EA | OLD CONDITIONER | 0002 | | 1 |
| F-3125 | 4 | EA | PEANUT BUTTER ON CHEE | 3223 | | 2 |
| F-3202 | 1 | EA | S.S. HOT COCOA | 0270 | | 1 |
| F-3206 | 1 | EA | MAXWELL HOUSE COFFEE | 2017 | | 9 |
| F-3210 | 3 | EA | 4OZ KEEFE COFFEE | 2010 | | 17 |
| F-3218 | 1 | EA | POP TARTS STRAW 2PK | 3193 | | |
| F-3307 | 1 | EA | BUTTERFINGER CANDY BA | 4005 | | 1 |
| G-4303 | 1 | EA | SNICKERS CHOC PEANUT | 0010 | | 1 |
| G-4323 | 1 | EA | ZC CHOC CREME CUPCAKE | 3270 | | 1 |
| G-4327 | 2 | EA | SPY REFRIED BEANS&RICE | 2670 | | 3 |
| H-5000 | 1 | EA | KF FD COFFEE YELLOW 30 | 2015 | | 11 |
| H-5307 | 1 | EA | LEMON DROPS | 4110 | | 1 |
| H-5319 | 1 | EA | MS DUPLEX CREMES 6OZ | 3045 | | 1 |
| J-7335 | 2 | EA | JOLLY RANCHERS ASST. 3. | 4135 | | 4 |
| J-7404 | 2 | PAD | BOARDROOM PAPER 50 CT | 1060 | | 3 |
| J-7408 | 1 | | 4OZ SHAMPOO | 1000 | | 1 |

Total Pick Qty 46
Total Weight 10.99 Lbs

SubTotal: 16
Tax: 0
Total: 16

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed: _____   Date: 10-27-21
Witnessed By: _____   Date:

---

*Handwritten annotations:*

w/ Rep Schrible?

w/ 2:22-vs-DMC - SC

MIA (coffey's
(3 Reds), 1 max, 1 x yd
1-MIA Paper Tablet white
11-6-21 Tablet wsg.
11-10-21 (w) wsg.
24 Rec'd 1 yellow beg out of coffey diffrATypes etc

#Jails #1587466 22; 1-11-22; CMSY-Reg
or 24 w, Tortures V5.

" Torture - etc - (F&T) - Evid. (₂)

Sum (¹): DEMAND provide me NOW Bought m... $10,000.⁰⁰ / 42 USC 1983 / Inmate-Welfare Fund/ Daily Tortures
(Have-to-Fight-For-Rights)

Pet (³): 5-6-21 w/ acknow Just NOTICES / alt. felonious and
Treasonous - Aid and c / OBST's Prejudices / 18 USC 2384; 4--
Seditious - Conspiracy

Decprier (⁴): STOP Armed-Robbery, fire Retaliations PRESTATED / RSF
10-27-2021 purchased 6/ MISSING 5 coffys & Refunded 3/ owed
2 w/ Tablet

(*) Tortures w/ 11-6-21; 11-10-21; Ten + Dep's verbals, etc, 1,#
w/ 1592498.0022; 1-14-22, APA (Revocation-Rights).

```
                    =========================================
                              SHASTA
                Sent Order 100121274 for CLARKE, LEE KELLY
                    Monday, November 08, 2021  @06:47
                    =========================================
```

ID            Order #              Name
33255         100121274            CLARKE, LEE KELLY

Order Date                Location                    Order Form
2021-10-25                JAIL LEVEL 3D               UNASSIGNED ORDER FORM

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|-------|-------------|-----|-------|--------|-----|-------|--------|
| 4005 | BUTTERFINGER_CANDY BAR 1.9 OZ_288/CS | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 4135 | JOLLY RANCHERS ASST. 3.7 OZ | 2 | 2.00 | 4.00 | 0.00 | 4.00 | Sent |
| 4110 | LEMON DROPS | 1 | 1.70 | 1.70 | 0.00 | 1.70 | Sent |
| 6127 | HOT SPICY PORK RINDS | 1 | 2.00 | 2.00 | 0.00 | 2.00 | Sent |
| 3045 | MS DUPLEX CREMES 6OZ | 1 | 1.80 | 1.80 | 0.00 | 1.80 | Sent |
| 3107 | (BOX)SALTINE CRKR 16OZ | 1 | 3.25 | 3.25 | 0.00 | 3.25 | Sent |
| 3223 | PEANUT BUTTER ON CHEESE CRACKERS | 4 | 0.70 | 2.80 | 0.00 | 2.80 | Sent |
| 4010 | SNICKERS CHOC PEANUT | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 2015 | KF FD COFFEE YELLOW 3OZ | 2 | 5.50 | 11.00 | 0.00 | 11.00 | Sent |
| 2017 | MAXWELL HOUSE COFFEE 4OZ | 1 | 6.80 | 6.80 | 0.00 | 6.80 | Sent |
| 2041 | FR VAN CAPPUCCINO 8 OZ | 1 | 3.50 | 3.50 | 0.00 | 3.50 | Sent |
| 2070 | S.S. HOT COCOA | 2 | 0.65 | 1.30 | 0.00 | 1.30 | Sent |
| 1206 | AAA 1/EA ION3 BATTERY | 2 | 0.70 | 1.40 | 0.00 | 1.40 | Sent |
| 0001 | 4OZ SHAMPOO | 1 | 1.67 | 1.67 | 0.00 | 1.67 | Sent |
| 0002 | 4OZ CONDITIONER | 1 | 1.67 | 1.67 | 0.00 | 1.67 | Sent |
| 0215 | COCOA BUTTER LOTION 4OZ | 1 | 1.51 | 1.51 | 0.00 | 1.51 | Sent |
| 1015 | MANILLA ENVELOPE | 2 | 0.32 | 0.64 | 0.00 | 0.64 | Sent |
| 1060 | BOARDROOM PAPER 50 CT WHITE PAD | 2 | 1.77 | 3.54 | 0.00 | 3.54 | Sent |
| 3193 | POP TARTS STRAW 2PK | 1 | 1.30 | 1.30 | 0.00 | 1.30 | Sent |
| 3270 | ZC CHOC CREME CUPCAKE | 1 | 1.85 | 1.85 | 0.00 | 1.85 | Sent |
| 2670 | SPY REFRIED BEANS&RICE | 2 | 1.95 | 3.90 | 0.00 | 3.90 | Sent |
| 6026 | CHILI RAMEN | 11 | 1.21 | 13.31 | 0.00 | 13.31 | Sent |
| 2010 | 4OZ KEEFE COFFEE | 3 | 5.80 | 17.40 | 0.00 | 17.40 | Sent |
| 6600 | FLOUR TORTILLAS 6CT | 1 | 2.15 | 2.15 | 0.00 | 2.15 | Sent |

                              Order Total   91.49   0.00   91.49

| Alias | Description | Qty | Price | Extend | Tax | Total | Sent |
|-------|-------------|-----|-------|--------|-----|-------|------|
| 2017 | MAXWELL HOUSE COFFEE 4OZ | 1 | 6.80 | 6.80 | 0.00 | 6.80 | Yes |
| 2010 | 4OZ KEEFE COFFEE | 2 | 5.80 | 11.60 | 0.00 | 11.60 | Yes |

                             Refund Total   18.40   0.00   18.40

| Category | Max Limit | Current |
|----------|-----------|---------|
| Order Form Max Limit ($100.00) | 100.00 | 0.00 |
| Commissary Items | 100.00 | 0.00 |
| Phone Time | 50.00 | 0.00 |

Funds Available
300.08

*(handwritten annotations):*
3 of owed 5
And, paper-Tablet!

↳ more "slowy" MNA
bag & paper tablet credits

-------------------------------------------------------------------

                              Page 1



Alcazar, Smith
1900 hrs.

Clarke, Lee Kelly

3D15

1  National - Emergency:
2  "MoFTR" (Anti -18
3  USC 2382 + 4; Etc)-
4  TON: WriT - oF -
5  Habeas - Corpus -
6  (For Reliefs - Release -
7  Now)/ AO-LM-
8  HoKa - Hey!
9

DaTeD:
Declaration - # 4ᵗʰ Grounds:

10      (4-oF- ):   THAT ("shocks -The- Conscious"/Tort-
11  urious/ Poisoned + Tainted ", Duly- Convicted." Implicat-
12  ions, AND "Counterproductive" Persecution Rel. 2007 US-
13  DoJ VS. Calif - PMH / CIPA- RPTS, 42 USC 1997), Felonious +
14  Treasonous unlawFul Abuses + NeglecTs Concerted
15  misconducts: "Partnership - Malicious - Prosecution" - CONSP-
16  IRACY` (colusion, negligence, Etc. concerT's "Normalcy - Bias"/etc);
17  And `F+T-" False - Imprisonment"/ "Political - Prisoner"/ violated-
18  RighTs" (Appeal 2011- Jury Rel. "Final - Judgment" Conseqi's Res-
19  Judicata; "Absolute - Bar"; corrupT- GovT- oppresses Criminally;
   Due - Process", us consT's Article VI 'Fed- Sup'; Etc. and ", TO
   HAVE The AssisTance oF Counsel FOR his - her
   DEFENSE." righTs!),   However, especially prob-
   lematic is The SophisTicated and cunningly condoned
   inTolerable Inclusions To unreasonable + unnecessary
   (# unconsT! #) "CusTodial - Handicap(s)".   Such InTro,
   and PointeD Focus, is HERE encompassing SCSO - sheriff's,

44 + Jailers / Wellpath med. corp / $\overset{-Sheriff's;}{Etc.}$ re. Defective-
System evidenced evil, wrongful, unlawful, Etc.
and Torturous <u>11 +</u> Grievance-Rights-Issues
(being <u>injuriously ignored</u>, AND, <u>denied</u> 51%+
beneficiary Inmates for us Least's Law intended
<u>more Good Than Harm</u> "Adult-Discipline"/ Ps. conseq.
rel. my, Lelge 1990 'Domotic-Treason' Discovery Mfg.
criminals, Division, Etc.!); ie. Furthermore as denied
"Defense-Rights", Reasonable <u>Legal copies</u> + Glowing-
voluminous amounts (AND, '40 + Defendants' USDC
#21-1399, by snowballing Gangbangers "<u>Traitors &
Invaders</u>", Reqs 'APPT-"<u>Assistance of Counsel</u>"-Aty's)
THEN constantly <u>Tortured</u>-"Have To Fight For Rights"
by 'Defective-oversights'(Ps- Deliberately & purposefully!),
Retaliations, And <u>Futilities</u>- proper-INTERVENTIONS;
and, Implications Revolutionary confrontation's/
"Treasonous-OR-NOT"-- 1-30-2005 + Law + War/
misconducts choosing's "<u>willful-Non-understand-
ing</u>" For consequential Implications To --'Their' 18
USC 2382 + 4 'concealment-crimes' (albeit Defendants-
Party, by "<u>Problem-OR-Solution!</u>"/ ie. unlawful-<u>FJT</u>-1ST-
Relitigate-"Final-Judgment"- 2011-"Jury"-Similiars-Systemic-
<u>FRAUDS</u>: Ps <u>ref.</u> Phil-Trompet interview DSM-inventer Dr.
Spitzer's 'Psych-is-"Subjective" & "Fraudulant"! #)/ as
That Systemic officials / Judges / etc. Arrogance is rel. Nov.
2014 cornell savy "<u>The confident idiot Theory</u>' and
"Resistance" To correct shown To be own wrongs' AND
compounded closeminded self Harms by "T-"Totditarism"

Re. '2011-(?) "Jury-Trial" - ("Lawfully-Dangerous" Combating
'Domestic-Treason' w/ "Lesser-of-TWO-Evils-Doctrine" Capabilities/
ETc. AND, NOT-"Dangerous"- Because-Mental-Disorder)-Verdict,
and, Therefore Sept, 2021 (+/.) Shasta & Siskiyou County Cal
CASE'S  20-02075;  ____ ; Etc, PC-1368(+/-)-I.S.T-
(Etc)- Psych Mental Health (Felonious & Treasonous)-Pretensions
(by Non-MDO-2972 Entirety) VERDICT) Suffers "Absolute-BAR"!
And -- especially (2972 AND 1368+Applicables!) as +
because ".. a matter ONCE Judicially Decided is
finally Decided." Res Judicata Definition WHEREAS
such (2011-Jury's) "Defense-Rights" + "Counterclaim"-
successfully AND Precedentingly Presented FUNDA-
MENTAL unlawfulness To be "Fraudulant"-
"Doj's" and "Accessory"-officials To be Caught
Conducting 'F&T' "unreasonable" Etc. + Torturous-
".. Political-Trials.", Evasions AND "obstructions-
of-Justice (!)" (Furthermore -- Psych "Doj's" DIS-
credited + Impeached in 'Malicious-Psych-Mental-
Health"- Etc. - Prosecution / Persecutions/ And THAT
'F&T-" Foreign-To-our- Const."-PEOPLE` deliberately,
cunningly, deceitfully, and Aggrivatingly is apparant-
ly PURPOSEFUL For 'Evading-oversights-"Justice"-
Etc. and / OR so in That 'Manipulated-"Fraudulant"
Adversities - CAUSES- Complexities; THAT which
Complacent 51%+ People-"Traitors + Invaders" Vs.
HERE TO Anti-Domestic-Treason-Insurrection-"The-Alum-
of-Tyranny-(TON)!" (or alt. T-"Doctrine-or-unclean-Hands").

Case 3:22-cv-00883-JLS-BLM   Document 42   Filed 07/12/22   PageID.44   Page 44 of 323

right of an authorized State official to proceed in State court on the basis of other enforcement actions, on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, §1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, §1112(i)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, §121(f), Mar. 9, 2006, 120 Stat. 223.)

REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§5701 et seq.) of Title 26, Internal Revenue Code.

AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).
2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

| Sec. | |
|---|---|
| 2381. | Treason. |
| 2382. | Misprision of treason. |
| 2383. | Rebellion or insurrection. |
| 2384. | Seditious conspiracy. |
| 2385. | Advocating overthrow of Government. |
| 2386. | Registration of certain organizations. |
| 2387. | Activities affecting armed forces generally. |
| 2388. | Activities affecting armed forces during war. |
| 2389. | Recruiting for service against United States. |
| 2390. | Enlistment to serve against United States. |
| [2391.] | Repealed.] |

AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".
1953—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

§2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).
Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the tax was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.
The words "every person so convicted of treason" were omitted as redundant.
Minor change was made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

§2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).
Mandatory punishment provision was rephrased in the alternative.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

§2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).
Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

§2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

USDC, July, 2020, Sac-CA.
* Unbifurcated-WRIT #1983;
* 18 USC 2382: Non-F+T-
"Concealment-Crime"-
REPORT-Duties! Corrective-Action

Lee K. Clarke (et al.)
SHASTA COUNTY JAIL
1655 West Street
REDDING, CA 96001

Re. "Treasonous-Imprisonment"    AND, "The-Alarm- of-
Tyrany-



PEANUTS    Each Thurs, May 26 - Jun 1, 2021    G4

RED AND ROVER

(And--2-MIA; Traitors-
"Armed"- Robery" etc.

DILBERT    RRS Newspapr. July 28 Tb, 2021

BABY BLUES

Sum: "Badges + Robes" /
Psycho - Quack - Pri.s
"Frauds" / state-whores /
etc. requires 'NON-
"Resistance" To show
Wrongs (rel. alt. Confid-
ent - Idiot", 2014, (or self-Uay)

1-30-2022 (ii) Red-Part

TON - "Notice(s)":

R--That 'Treasonous' -- "Forked-Tongue(s)!"; "Flag-Waivers!",
ETC. and PreTended "Good-People", THAT're 'Haters-To-Me!' (and
implicatingly! #), as because You OR They are PROGRAMMED-
CONDITIONING - DEPENDANT - TO - Convienance; And, not disliked (ETC)
because "FACT-BASED" wrongs, However, "National-Emigency!" NOW
for (out)-OBJECTIVE-MATURE-INTERVENTION(s)-"Assistance"!

and --

(ii) 'IF' police-officers, congress-REP's (Pelosi, schummer,
AC, w/ec - "Power-Mongers") etc. are TRUE-ly disturbed
or upset for "Jan.-6th!" uprising/ 'Rise-In-Crime'/ "Cops-Govt-Targets"

THEN --

First (wise) Thing surely NEEDS To be 'NOT-Bs "Good-Intentions"-
Worsening-Matters' (esp. responsive / Emotional); and acceptance
most problems Today are GoVT-CAUSATIONS (w/ "Truth-Hurts!").
as "We The People," decades irresponsible OVERSIGHTS, And, as
shock for ERUPTED ", IT IS Their DUTY TO THROW-OFF
such GoVT." Lawfulness (as contrary spoiled Arrogance); PS.
and MY 25+ yrs Lack-of-FACT-Based-Supportive-Advocacy +
Assistance; ETC-others VS. GoVT-Sys-Perceives-"Self-Harms"-Norm-
alcy-Complacent-Unamericans (that Stopping + slanders My "Checks + Balences"
Revival), so sad! w/ ie. Lie EXHIBIT "A" "Home of Free, Land of The Brave!

right of an authorized State official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, § 1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, § 1112(i)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, § 121(f), Mar. 9, 2006, 120 Stat. 223.)

### REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§ 5701 et seq.) of Title 26, Internal Revenue Code.

### AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).

2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

### EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

Sec.
2381.　　Treason.
2382.　　Misprision of treason.
2383.　　Rebellion or insurrection.
2384.　　Seditious conspiracy.
2385.　　Advocating overthrow of Government.
2386.　　Registration of certain organizations.
2387.　　Activities affecting armed forces generally.
2388.　　Activities affecting armed forces during war.
2389.　　Recruiting for service against United States.
2390.　　Enlistment to serve against United States.
[2391.　　Repealed.]

### AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, § 330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

1953—Act June 30, 1953, ch. 175, § 5, 67 Stat. 134, added item 2391.

### § 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§ 1, 2 (Mar. 4, 1909, ch. 321, §§ 1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

### AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

### § 2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., § 3 (Mar. 4, 1909, ch. 321, § 3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

### AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

### § 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., § 4 (Mar. 4, 1909, ch. 321, § 4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

### AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

### § 2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

Case 2:15-cv-00384-WBS-DMC   Document 1

↳ PS-7, Such 1991 discovery 'Domestic-Treason' (ie, Co-T-Criminal-Law-System) was properatiuely-seriously-formalized 1-30-2005 T/-"Treasonous-OR-Not") in short, because Treaslaws - obstructions and prejudices to collective-action Does Constitute T-"Aid+C"!

1  by— "Mr. United States Attorney General AND Special-
2  Prosecuter Lee K. (general-eagle) Clarke (et al.— ie.
   rel 1991 +/- san jose usdc, etc Appt per us const Articles
3  3 & 6 "..public ministers and counsels.." THATS Oversights
   to insurected "Four-Branches-Of-Govt"-Corruypt-Subordinate-
4  Officials'; ie Etc and for harmonious alt. to "it is their Duty to
   Throw Off such Govt..." lawful extremisms...)"
5          c/o kcm-1308 placer st, Redding CA 96001
6          w/ ie 8700 Lake Mcumber Dr, Shingletown, CA 96018
           (* federal "Home-Post"; Reservatuon; xusa Embassey *)
7
   Tel (recorded); 530-407-4507
8
9                  **Calif Supreme Court**
                (@351 Mcalister st, san francisco, Calif)
10                      Etc- AND—
11                 **U.S.A. SUPREME Court**
12     (* Wash-DC; ,rel. US Const Art 3 'Orig-Jur'; - etc & State "..must Yield."! *)

13  — — — — — — — — — — — — — — — — — — — -  ) s & S case's:_____
    Lee Clarke (et al)                                    )
14        Defendant; Etc                                  )          _____
    Vs.                                                   )
15  "..the People.." of CALIF;; (F&T)  Siskiyou & Shafta Counties )    Ca S Ct Case No.
16        Plaintiff;; Respondent                          )
    — — — — — — — — — — — — — — — — — — — -  )          _____
17

18                  **'Writ- Of-"Quo-Warranto";**
    (Re. No- Lawful-Calif-Authorities-Jurisdiction; By 'F&T-"Private-Armed-Forces", that
19  ref's "Credible-Evidentuary-Support" longstandingly "**Foreign to our Const**"; And is
20  consequential felonious & Treasonbous Encroachments AND Non-Interventions;
    However, Alt. 'Freedom-of-Choices" FOR  Officials "Willful-Treason" Evid! );
21                          And—
22  '**Dutiful-Federal-"GRIEVANCE-RIGHTS"**- (USA's- Allegiance); Relevant Status-Quo
    norms that CONDUCTS-(feloniously & Treasonously)-OBSTRUCTIONS to (ie)
23  State-"Governor(s)" & State "Judge(s)" for Citizenry's-Mandatory-Disclosures-Of-
    (F&T)-knowledge- AND-Knowns (purposeful Corrective-Action); w/ ie 18 U.S.C.
24  Section 2382 Non-Concealment-Crimes-Participations—(On-Treason-
25  Crimes-"knowledge"!); Amended correctively to include all "Four-Branches-Of-
    Govt"-Subordinate-Officials' (w/ us congress and news-media-"Press"-
26  Watchdawgs Verses current discrimatory &  subversive evasions); for Oversights-
    Intervention-Relief's ("Yesterday!"); Or— Alternatively Evidence  addressees
27  Implicatedly Caught officials 'f&T-"Willful-Crimes"!

28
                                        RECEIVED
                                        OCT 2 7 2020
                                        OFFICE OF THE CLERK
                                        SUPREME COURT

**Argument** (Simpified per Alt.lc/ge's F&T-Futilities):

(1)  That The-State-of-Calif's— Santa Cruz, Santa Clara, Shasta, and Siskiyou COUNTIES 1986 thru 2020 presently, Rel 14-plus case's-particular-Specifics (Referances fully set forth hereto for due diligence & due-process Hereafter!); And especially regarding SAME's for 'Unlawful-(F&T)-"Color-Of-Law"-(Etc)- Condemnation-Factors-(aka involuntary experiences virtuosly exploited)', Which ERUPTS Voluminous-Deliberate-Systemic-(Quid-Pro-Quo)-Manipulatited-Injustices-Subjected-Onto-Accused-Criminal-Law-State-"Defendants"-As-Lee Clarke-Experiences-("Counterproductively" w/ prejudicial Derivatives); And— that which both intolerably & wrongfully subjects prejudicial detriments onto LC/ge (et al) and similar Defendants numerously, alll while benefiting cover-up-(F&T)-Conspiracy-Crimes BY "..Foreign to Our-Const.."-Officials (re US- Constitution's-Violations; etc and State-Whores) purposefully for Treasonous-"Totalitarism"; that's F&T-overthrowing the US Const's guaranteed The-Republic-Govt   (* Furthermore re— "We the People" Hierarchy & Responsibilities, verses current 51% plus majority's "Complacency"-Etc, making them "Traitors-And-Invaders"; And, therefore NOTICINGLY consequences such '(F&T)-Obstructions onto 'CCDT'-Endeavours, as—Nationally-Necessary-Movie-Remake-Project, re 1942 The-Remarkable-Andrew, AND Confrontations to be Exploited Factors, so as to **circumvent** Plato's applicable republics epidemic plundering AND Destruction to be by Problem-Of-Problems to be **complacent** un-American "we the People.." majority factually; w/ ie. paramount 1-30-2005 +/- "Treasonous-Or-Not" law & war; and References and totality too— TON= T-M&N's or CCDT-NGRE/ AO-LM! *).; Such as by such 35 years achieved facts too collective truths (albeit admitted problematic for politically-unpreferred's!); ie. for total same Torturiously etc futile "Law-Enforcement" corrective oversights complaints; ie. for commonplace "Ineffective-Assistance Of Counsel" (aka IAC-Misrep's violations "..and to have the Assistance of Counsel for his/ her Defense." rights AND Conspirators) ie. for basely NON-(honorable)-Neutral-Calif-"Judges" (whom "..the MAJORITY Error..", 1989 People Vs Johnson's Justice Mosk's revelations, esp re neglectful-Nonfeasance's for Compliance's to US Const's & higher precedenting authority's, so more so 'F&T-"Promoted-Prosecuters" cunningly & deviously); ie.  for subversive **'F&T-"..Political-Trials."**(ref 1970 US S Its Illinois Vs Allen)— Suppressions-Etc & Evasions (rel 'F&T-Calif- pc 1252, for "Adverse to the State" matters to meet 'F&T-"PASS"-The-Buck-Game'; w/ derivatives as Enablers condoning dysfunctional "Two Wrongs Will Hopefully Equal An Right Perspective!"; And relevant 4 CALIF Mental Hospitals Committtments as and because CALIF allowing fraudulant-Etc Psych-Doctors); ie.as that 'Continuing-(F&T)-Corrupt-Partnerships-Worsen-Matters' (* verses corrective-interventions again today demanding! *) as and because  'X-USA's-Insurrections-Amongst-(F&T)-Defective-And-Discrimatory-US Const's-"Checks-And-Balances"-Oversights-And-Accountability's-PROTECTIONS-To-Be-(factually)-Unavailable'; by— CALIF state BAR; Comm on Judicial Performance; Medical-Board; Protection and Advocacy Inc; Calif's Assembly & Senate Conflicts; US Congress Judiciary Committee INTERVENTIONS (rel F&T-Joe Biden & K Harris); "Governor(s)"; Aty-Gen(s); US DOJ Barr & McGregor Scott (esp rel f&T-denied 28 USC 594 mandatory "Assistance");; US Prez(s); Etc and delinquent "We the People.."!

(2)    Furthermore— this specifically encompasses FACTS for (F&T)-CALIF's Shasta & Siskiyou County's 14-Plus years unlawful misconducts that F&T-Subvert-(more god than harms)_ "Justice-Right(s)"; particularly by Calif official entities Deprivation's for lawfully Required- 'Dissmissal-Relief(s)'; by and because denials to CALIF pc 1004 Demurrer, for US Const's Article 3 & ^ "Federal-Supremacy"; to THESE Federal & State go Calif's CONFLICTS mandated us s it's free vs bland's— "A<u>ny State Law—// MUST Yield.</u>"; Etc and affirmative Defense hereto "Federal-Jurisdiction-Only" matters being F&T-VIOLATED!

(3) This immediacy NEEDING LAWFUL OVERSIGHTS INTERVENTIONS Now includes current past 2 + years snowballing **relevancies** Prestated, by **Calif's** Shasta & Siskiyou County's CASE's  (BS etc and "unreasonable"; esp per "Lesser of two Evils Doctrine", Re. necessary-lawful- crimes <u>verses</u> lc otherwise F&T-crimes-intolerably); w/ ie IAC; violated Defense-Right's; Demorrer dismissals; Etc (and is at least presently 'F&T-"Punishment for the Exercise of Civil Rights"; rel parenting TON, that's 2005 party to Sac Calif   USDC Case availably Noticed; Etc entirely & per   in re Lewellan Component's

(4) As that—'**Calif**-State and Federal- USA-"CONFLICTS" (*w/ **Noticed**-Ramifications; Re.  Interventions; State's-Dismissal-Per- "..Must YEILD."- Relief's; Etc OR again hereto SOLIDIFY such F&T-Crimes By- "Badges & Robes"- Officials!); is here Set Forth Fully TO References-Relevancies; ie. as to 1-30-2005 +/- "Treasonous-Or-Not" law & War formalized; And for—    F&T-Malfeasance's and/ or Neglectful-Nonfeasance's voluminously & Misconducts-Totality; And— notably instead of OTHERWISE officials too—  "<u>**Constructively-Combat-Longstanding-Discoveries-And-Orchestrations-Of-Ongoing-And-Worsening-Domestic-Treason**</u>" [dutifully etc] to be beneficently, etc and allegiantly assisted (* and not norms T-M&N's, that in turn results to erupt <u>Treason's</u> "<u>Aid and Comfort—// is Guilty of Treason and shall suffer..</u>"; via prejudices onto this lc/ge;; w/ us const's paramount todays- "<u>But when a long train of abuses and ursurpations—// it is their Right, it is THEIR Duty to Throw Off such Govt..</u>"; w/ ie.const-lawful-harmoniousness-preferred-Here- AND- Now, to OTHERWISE  provoked lawfully Necessitated extremisms; and updatedly revised precedent 1781-? Republica Vs Mcarthy's— "Enlisting in the service of an Enemy is clearly Treason AND nothing will excuse such Act(s) BUT the fear of immediate death" approx, However, Treason's Death penalty does CURE problemsome officials gang banging per "Two Wrongs bs to equal right; rel NPR-The Peoples-Pharmacy 9-27-2015-? 'Institute of Medicine Reprt's University of Virg Timothy Mcdonald & Stanford Unerversity's Jeff Driver's "..5 %.." (plud)-psych-Dr's-Misdiagnosis AND historic admission that Causes- (F&T)-"Deny-And-Defend"-cover-up's; And— for Ref's "ALL" Documents; rel Text's; Recorded Conversations lawfully Preserved; Court Reporters Transcripts;; Etc for— Non-Fraudulant-Collective-FILE; As; brisk summary —-

And prevalent to calif- AND- Federal -"CONFLICTS", that relevantly precedes TON-Deterrances-meaningfully-formalized- 2005, However, also and more so today includes such 1991 san jose & sf- USDC's **Extraordinary APPOINTMENT** to LC's — "United States Attorney General & Special-Prosecutor Lee k. Clarke (et al)"  official & Personal Capacity (rel AND "Independant-Counsel Act", to be per US Const's Article 3 — "..Public Ministers And Counsels.." LAW; And Article 6 federal us const is "supreme law of the land" LAWfulness NOW; w/ ie 28 use 594 mandatory "**Assistance**" (alt 'Contempt-of-Congress' duties & implications!);; And— WHEREFORE such "..Origional-Jurisdiction.." is to be ONLY by **our United States Supreme Court**, Washington DC (* Noticed— w/ ie implicated- F&T-Culpabilities, for 'business-as-usua'l to be assertively discouraged, for consequential- F&T-Malfeasances and/ or Neglectful-Nonfeasances; esp for subordinate screening clerks-Etc. & manipulative expectations for procedural compliances-thats "slavery"-(etc & self-harms-Delays), for correcting here National-Emergency- Treasonous- and- felonious- snowballing- Situation; furthermore— as applicable Relevant to F&T-prejudices, as threatened unlawful "Custody" of LC/GE (et al); Etc   and **F&T-custody detriments Onto OTHERWISE-C.C.D.T.-BENEFICIARIES;** esp ADVERSELY onto NEEDING- "Home-Post"; AMI-Reservation (w us Const's "..Treaties made, or Which Shall Be Made.."!); & USA-Embassy, being developed    for "Defense-of-Habitation" Needs; and, for CCDT-Endeavours-AND-Essentials; benefiting 51% plus "We the People.."; with personal progress steadily).

**        w/ Package's-Attachments— (compulsary to 'T.O.N.' conclusions)- (compelling Reliefs Demanded, sought "Proper, And Not Popular!" Emergency Injunctive Interventions NOW Vs. 'F&T-Concealments-Crime-Alternatively,, & Prayed):

* ten pages 1-30-2005 "Treasonous-Or-Not" Law & War; , Email 37 + Govt Entities; Etc and Dutiful-Allegiance's- Non-(F&T)-Concealment-Crimes;
* hertz rel my USMC-PTSD; and, US ADA Service Dog (ms teddy willow) Registration;
* 20 pgs (18 USC 2382; MOfTP: Non-F&T-Concealment-Crimes-Presentment 10-2-2018 (purposeful similar corrective action OR Alt. f&T-Culpabilities);
* 13 pgs (F&T)-CALIF-D.M.V.; Ca-"Governor(s); etc rel fraudulant "Refusal"; Etc and Unlawful c.d.l.-suspension (Entrapingly; Etc);
* 17 pgs (Filed Sac-Calif-US District Court July 26, 2018); ["]Non-"Concealment-Crimes"-Report' ["]; Case No 2:18CV-2044 ( w/ ie stamped face pg; 2-pgs fax Ref Proof for served Calif Siskiyou County District Attorney

This is formerly declared for truth of the matter, with our USA Const's law's, under penalty of perjury, on this _____, _____ , 2020

sincerely, Constitutionally Yours, and, in the spirit of My Ancestors;

"Mr. United States Attorney General and Special-Prosecutor Lee K. (general-eagle) Clarke (et al.)

— LAW'S (Re.

"Pros-Sup-of-Fav-EVID @ 69 (A4 1315)

".. Discharge --"!

✡ ✡ ✡ ✡ ✡ ✡ ✡

w/ (ie) Coerced "Ambushed-Defense" by only Told My need in booking + denied DeTail's, BuT 20+ Min. holding cell escorted To visiTing Room w/ LapTop-Female, LT Marler, Millis other side set-up, Told No cooperation To Psychy-eval PreJ. Defense-Right's UNLESS Recorded — And — My Preserved copy; And That its unlawful per 2011-Jury similar Frauds discredited; And rel. 2007 Phil-Trumpet Dr. SPITZer Interview admitting Psych's "subjective" + "fraudulent", so unlawful re-examine (State Causing Legal complexities THEN manipulating Psych M.H. Arena Abuses/Neglects), and, as To my Lawful Anger CAUSATION's and by my wrongfully 8+ Months Proper cooperations Participations only, as F&T-violations "To be INFORMED.." unreasonable / Etc. Crimes, And HERE "Mirandized!" For SOP-Systemic crimes (and why Recorded Psych Evals TRUTH To be Intolerably, implicatingly, Etc. Evaded!)

(F&T-"closed" w/ Ref's ie. # 159836502-Fed-offices, Etc. "Requests")

(CoNT'D)

therefore problemsome & confrontationally-justified, in addition to

"Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here—

"Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem-- by

discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05

"We the People..") & "Domestic-Enemies". This is provably true. Not only by recently

TREASON" would continue to grow & prosper; by government-officials (subordinate to

Such is largely suspect to be purposeful result so in that "DOMESTIC-

(#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

**An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation**

right of an authorized State official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, §1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, §1112(i)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, §121(f), Mar. 9, 2006, 120 Stat. 223.)

REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§5701 et seq.) of Title 26, Internal Revenue Code.

AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).

2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

| Sec. | |
|------|--|
| 2381. | Treason. |
| 2382. | Misprision of treason. |
| 2383. | Rebellion or insurrection. |
| 2384. | Seditious conspiracy. |
| 2385. | Advocating overthrow of Government. |
| 2386. | Registration of certain organizations. |
| 2387. | Activities affecting armed forces generally. |
| 2388. | Activities affecting armed forces during war. |
| 2389. | Recruiting for service against United States. |
| 2390. | Enlistment to serve against United States. |
| [2391. | Repealed.] |

AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

1953—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

### § 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

### § 2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

### § 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

### § 2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

# 164702712:                    (+/-) Feb. 16'22; Inv-Req.

SUMMARY(ᵈ): That Your #162954192;0103;
"Suicide-By-Treason!," - UNAMED-Traitor(s) Get Me
Prosecuted USDC "Impersonate-federal-officer"/MYSELF!

Dated (ᵈ): 5-6-2021+/- AND Ps- THEREFORE
You T-Traitors ("Forcing") Comrad-Coworkers
"Lesser-of-Two-Evils-Doctrine!"-(LAW))/T-"Death"-
LAW-Cure / DUTY'S

Describe (ᵈ): Further WHEREAS Un-Obstruct
1991 + ("Counterproductive") 2007, US DOJ Vs. Calif-
DMH) PRECEDENT-Case-LAW Too Jury "NOT-Guilty!"
VERD

EXHIBIT "A"

MORE SO

Treasonous—"Death"—Law—Cults"/ "Suicide—By—
Treason!"/ "Lesser—of—Two—Evils—"continuing a
"Lawful—Murders!"/ Etc. EXTremisms—Resolutions;
And, however, US Const. Law "It is Their Duty
To THRow—off Such Gov'T." LAWFULNESS;
Regardless for Dislike a unpreferred, BUT, as
Thats proper because Results from FqT "checks
and—Balances"—GRIEVANCES being 'FqT·Futile',
whereby myself Treasonous ignoring sames,
amongst X—USA—overThrown—Republic THATS
FqT—"Foreign To our Const"; T—"Totalitarism"·
Socialist)—sTate; and such I—"Aid and Comfort"—Deriv-
atives / ie. as my False—Imprisonment—Etc. THATS
FqT—OBSTRUCTING: "CCOT"—Endeavours, elsewhere
Necessary Corrective—Actions, Etc. AND FqT Participate
Opposing, THATS continuous continuing Treason
"Loyalty—i.e.—Treason"; Detrimental Interfering,
collective—harms Etc. + Etc. Etc. detriments Etc.
Beneficiaries; detrimental effects Summary per Here 'FqT·
Fox's—Watching—over—Chicken·Koop'/ Viewpoint—Discriminations;
Etc. and Those T—Relations—US—Const. "Checks+Balances" oversight!

And— As That Grievances—staff (and being IT ignored) upon—appropriate
Grievances—mine Services To DEFERing my Self—Harming past
disposition, To Med—Well.Health/ETc. For MORE To Thus Violent—
iously "Care and Treatment" re. as my PTSD Thats "Evid-
ence—Based Practices" (whereas US per vs. Calif·DMH 2001—Court
Refer To committed these Violations+ Violations); However Should Precede whistleblowing—Report.
Abuses + Neglect (Anti-alt. 18 USC 2382+4; as Man-
datory Legal Mandatory—Crimes, these being Treasons Harm Myself
and—— That Counters, obstruction + suppression; That
reveals Violated—Rights False + Treasonous Improvement Etc.
and Perpetrate Corrective Interviewing, Relief—Release

P Rel, 10-2-2021, #1441325262 ("IT6"-"2C" (Not-6R))

#163986892; Feb 12, 1609; GRIEVANCE
SUM_ ("): Marler, Etc, CLOSED-Eyes/Ears; My Custody;
Adversities (TON= T-MIN's or cc0T!) is Treasons -
"Aid and Comfort"/ Esp Calif-Psy-Crime;
Rated (") Feb 2, 1537 #1610 54732; Ref "Pleas see/Your
mental Health/ That's coming "Dissenters" MURDER-
OUS "Self-Harms!" GENOCIDE
Describe (") 5CSO, WellPath, Etc, "DANGER-Self-OTHERS-
DISORDER(s)!"/ Dunning-Kruger- BIAS; Esp by
I-"Totalitarism" DENIES USConsT, "checks-And-

Feb 13
1109        Feb 13
            0023 ( ): if you are willing to see mental Health
            I will Talk to Them and get you schedule

(F+T X 6+ "faux-off!" AborT; 55% Torture; Send incomplete/"Forced"
and, Noticed Suff ASAP make Sheriff M. Johnson Traitor's-
oversight's

( ) No!, That's exact OPPOSITE To HERE
"REDRESS-of-Grievance" RIGHTS, For Systemic "CLOSED-
Ears + Eyes!"; THAT'S worsening Medical/ WellPath-Esf/
SCSO-HQ/ Jailers / Traitor Sheriff Mike Johnson/
I AC-pd-ATy's, Courts, Etc. "SeditiouS-Conspiracy!"
(And routinely Felonius and Treasonous "Enablers" AND
"Accessory's"; and, consequently NecessiTate More so

#165007602 (t/-)                          feb 18, 1529. Inv-Req:

     ( ): Corrupt Discrimatory Jailers/Med/You-LTY-
WHORES worsen matters by unlawful Favoritisms, BUT,
Const's "Throw-off!" OBJECTED!

     ( ): 5-6-2021 (rel. t/- ie, 1-30-2005 "Treason-
ous-OR-NOT" LAW and WAR for Abuse; Neglects (esp.
Viol's grievances & unreasonableness (SOP)

     ( ): STOP Facility ENTITIES Provoking
worsen T-"Death"-LAW-Cure/ "Lesser-of-Two-
Evils-Doctrine!"/ "Lawful-Murders!"/ "IT is They DUTY!

#165011298, feb 18, 1551,     Pod-officers :

     (1): Ref's #165007602-Inv-Req (t/-); STOP
"Throw-off" ALT. LAW, for OVERSIGHT-"People"-DUTYS,
by mature REDRESS Reliefs (Defense's x 20+ ISSUES

     (2): 5-6-2021 t/-

     (3): Your All Faulty Tablets CAUSATIONS
MUST STOP being: CORRUPTLY Exploited Cover-
up's, Blaming Me (ie. No widgets Typed; ie. ETc. RUSHED

EXHIBIT "A"

# 165014132g Feb. 18, 1611, Med-Req.:

_____ (0): Ref. # 1650007602 +/- (w/ Account "Pwr-off" Log Evid TORTURES Vs. Sep 2384 / 4-CRIMES) That negotiates CONTRITIOUS correction Med "care-

_____ (): 5-6-2021 +/- (Ps w/ USVA, chico VA Nicki Balboa; get sha cty VSO Vs. Report Their ALT. Felonious 18 USC 2415 4; ETC. CRIMES To Me!)

_____ (C): PC 2653 LAW "Particular-Medical-Treatment is Required"/ To be Independent-Eval-Prof-For-PTSP; NoT 18 USC 2382 CRIMES/Harms

# 165017372, 2-18-22, 1629, APA-Grievance:

_____ (): Dep's STORM, Scribli, Etc. NORMS choose "unreasonable JOINING V.S.-"CRIME-VICTIM!"-Here (rea's "THROW-OFF!" ExT) Vs. NoN-Partiality!

_____ (b): 5-6-2021 +/- (Ps such "Pur-filigaric" STAFF x40+ VICL's griev Issues AND HERE ENTITLED ALL Rights; Unlawful CHOOSE 1 Futily Gr AGAIN!

_____ (c): Evily manipulated BLAMES Me 4 Grievances DENIED Reliefs. For TableTs and STAFF Flaws (i'e. "Pwr-off" IGNORED TorTures CAUSES me RUSH (conseq--)

— TOPA·ץS —

F&T–1ST–Unlawfulness / Etc. provoked EXTREMISMS·RESOL-
UTIONS, However, ANP per US Const. LAW "IT IS THEIR
DUTY TO THROW–OFF such GovT..."–LAWFULNESS
(PS–Regardless for we dislike & UnPreferred, BuT, as and because
"forcy!" and "Forced!" per THESE–F&T–FuTile–ResulTs–From–Def-
ective – "checks–AND–Balances"/GRIEVANCE'S); or OTHERWISE
Treasonous–Silence Myself ignoring SAMES amongsT 'X–USA–
OverThrown – by–F&T–" Foreign To our Const."/&–"TotaliTarian
SocialisTs–STaTe/TraiTors & Invaders "Majority"/ whom ResisT &
obsTruct corrective–Action By Prejudice's Myself &/or constitute
Treason's–"Aid & ComforT"/ Derivatives/ie. as My withstandingly–
(F&T)–"False–Imprisonment"–(Etc)–CRIMES"; That's (F&T)–"obsTructing
paramount corrective–Action–For–InTolerable–Domestic–Treason (aka "C.CP1
endeavours"!); Etc. and––encompasses '(F&T)–Participation–Culpabilities;
("Treasonous–or–NOT!"/ Problem–or–Solution!) THATS here continuing
Treasons Again 1776+ "Poverty & Despair!"; NATIONAL–EMERGENCY;
collateral–Damages 51% + "we The People" OTHERWISE benefitmeasures;
As To detrimental effects SUMMARY per HERE–(STATE wide)–F&T–"Fox–
Watchin–Over–The–Chicken–Keep!"/ "Viewpoint–Discrimination"!/ Etc. and
THese PROVEN–FACTS for F&T–DefecTive–US–Const's "Checks–And–
Balances" oversighTs!)/ AN –– as THAT Grievance STAFFS (& Per–VIP–Named
"unreasonable–Searches–And–Seizures" THAT's coercing My (etc) "Self–
Harms!" participaTion/ my med–well PATH/ETc. Violated–
RighTs'; for be knownsT To be MORE TORTures To be Yield–
ing!) "Care & TreaTment"; re. USMC–PTSD/ Evidence–
Based–PracTices" (P NoTiceD) rel. US·Per. VS. Calif–PMH
Psyche–Psych, 2007+ crisia – ReporT's admiTTed Violations
To be "counterProductively" for US–ConsenT–Judgment's prot-
ection) And ProhibiTions"!)/ However, Miled, should diT.
proceed "whistleblowing!"–RepoT These Harmful To myself (etc) Abuses
and NeglecTs (aka –)–"AnTi–current medical, ETc, "F&T 18 u.s.c.
2382 +4! For NON–CONCEALMENT–CRIMES; Felony & Treason;
for Violated–RighTs to AN counter obsTructions & suppressions (as
Erupt "F&T, Futu–Treasonous Improvement" To PerpeTuiTy InTervention/refusT!)

* Mailed 2–15–2022, 0800 AM

RPPs Roger Bradley

Falls Church, VA. 22042

c/o 3120 Fairview Park Dr. suite 300,

Etc. @ 3120 Fairview Park Dr., suite 300,

w/ buying–out, c/o Global–Tel·LINK–Corp', LEO

#163986892; Feb. 12, 1409; Grievance - Right(s):

**SUM** (11): Marlar, Etc. "CLOSED-Eyes/Ears!"; My custody's Adversities (TON = T-M+N's or ccoT!), is Treason's - "Aid+Comfort"; esp. - Calif-Psy-CRIMES

**Dated** (11): Feb 2, 15 37; #161054732; Ref. "Please See/Your Mental Health/Thats 'coercing - "Dissenters" - MURDEROUS - "Self-Harms!" - Genocide

**Describe** (11): SCSO, Wellpath, Etc. "DANGER - Selfs + OTHERS" - DISORDER(S): "/ puning - Kruggel - (Disorder) - Bias; esp. by -- To - "Totalitarism" DENIES us ConsT, "checks - And --

(The Atom - of - Tyranny - (T.O.N.))"

(Re/ Feb 13, 00 23;) 11): IF You are asking To See Mental Health I will Talk To THEM and Get you scheduled

F&T x6+ "Power-OFF!" Aborts + Tortures; send 55% incomplete "Forced!" Send AND "NOTICED" ASAP-supp. mailed sheriff Johnson's Due-Diligence oversights

2-13/2022
v us mail (11): NO!; Thats exact OPPOSITE HERE for My "REDRESS - OF - Grievance's --" RIGHTS for systemic "CLOSED-Eyes + Ears!"; Thats WORSENING medical/wellpath-calf/scso-HQ/Jailers/Traitors sheriff Mike Johnson (?/!)/IAC-pd-Aty's; Court's; Etc. "Seditious-Conspiracy" (and Routinely felonious + Treasonous Implicated "ENABLERS" And "Accessory's!"; And MORE so consequently Necessitates Treason's - Death-LAW-(ure) "Suicide - By - Treason!"/ "Lesser - of - Two - Evils - Doctrine" AND "Lawful - Murders!" Ref 2011-Jury-Res - Judicata - TODAY'S!

(conT) APA-GR# 160740692                    (ref. whole)

Le (ge                 '( ): Third "work" entry attempT
w/ F+T subversive Tablets Power-off ToRT-
ures ignored AGAIN deputy's Scheibli/Hambly/
Dunham / Van Gunn / Edwards/ creager/ Banis/
Caudel/ Wynoff/ Grace / GTL/ Marlar/ Stc. x20+
(Therefore Refeance Now completeness via
Seperate TON-DocumenT's, AND ToTaliTy Now
Vs. otherwise Willful-Treason's AlternaTive mis-
conducTs!); And, by class-counsel; BS - APA-
coordinator (# "state-whores"! #) condoning
These COVER-up's AND TORTURES; And fd/
Systemic distraction's; w/ie. Felonius AND
Treasonous OBSTRUCTION'S To subjecT 1-24-
2022 Violated-"LAW-En Forcement"; as To
My "DeFense-RighTS)" (# esp. respectively-
relevant HERE IAC-ATy/ biased-Judge/ DisT-
ATy's 18 USC 2382 +4 concealment-(crime)/ Stc.
"CONSPIRACY," That SCSOO wellpath corp; Dr.
R.C., &Tc. (conFront EiTher--"Problem-oR-soluTion!"
'T.O.N.'! #), TO FrauduIantly Psycho QvacK
"Pros" Violation's-- "... and To HAVE The
AssisTance of counsel FOR his-her DEFENSE,"
LawFulness; As Thats previously 1-17-2022 +/-
Demanded LawFul RighTs (# And That

(✸ And THAT
SCSO, HQ, Sheriff Mike Johnson Implicated To
be deliberately Joining, as Treasonous CHOICES
EnlisTees; by disregarding My etal. US MAIL-
ed; &c. These Grievance's Demanded-oversight's! ✸);
and -- Demand Full Print out and DVD-elecT
preserved Grievance's / RequesTs / &tc. Evidence's --
by + because (ie) "Right-To-"REDRESS-of-
Grievance(s)" / 'SATISFACTION'-Reliefs-Corrective-
Action Vs. worsening psycho "Alters-Normal-
Decisioning" CAUSATIONS; and TorTurious
USMC / PTSD / AOA/ FoT-"Have-To-Fight-For-
Rights!" THATS (✸ "coincidently"!/?? ✸)
beneficial To CorrupT sTaTe noT being
promptly Corrected For wrongs, of CorrupTion's
"PaTern And Practice" (✸ esp. cover-up's! ✸); ps--
and as is why GovT. hierarchy "We the People"
Jan. 6 BS-"RioTs" / noT Enough of "Enough's-
Enough!" / &tc. Thats getting More and More
J cops ShoT (regardless Good-oR-Bad deservingly)
+ &tc. And CRIMES Rising, THATS per My
° 1991 + USDC, "UniTed STaTes ATTorney General and
+ Special-Prosecuter"/ US const."s ArTicles III, VI, &tc.
o Appointmt') "., Ambassidors, Public Ministers and Counsels.,"
✸ AND, according To Discoveries + Duties, Re. Treasonous-
criminal- JusTice-System's "COUNTER PRODUCTIVELY"
making, violent, angry, &tc. criminals

Ref.'s * 157,20,202
Dec. 31, '21;



Jail-Medical —                    #160066892; 1-19-2022

SUM ("): That You "Probable-cause!" HERE
(F-T)-MISCONDUCTS (Ref.'s) ERUPTS Yourselves
("Danger-To-YOURSELVES/ others!"-DISORDER!) Thats
Discouraged!

Date (4): 1-19-22 +/- w/ VIOL'S T-15-1205-NON-
(complete): ERUPTS-"Suicide-By-Treason!"-(unp); Stc.Dep
DOC STUM TOLD Ø 10 K each "PWR-off"-COPS

Descibe (") : These USMC, PTSD, Torturious-CAUSATIONS
(ie) "Have-To-Fight-for-Rights!" (w/ SCSO Hiree van Gomer w/
Sadutic-Wash-State-Assault, AND SCSO Conseq's Moral-
Tucpitude For Employing Him; Shaftas-Tactics "Traitors-
And-Invaders"-ADVERSITIES; worsenings The Current
Felonious + Treasonous Futile-Grievances/ US Const's
"checks + Balances"/ Fraudulant Psycho Dr.'s Quacks
IGNOREING "Ineffective-Assistance-of-Counsel"-FACT-
ORS'/ and, X7 + SCSO Ambushed-Defense 1-17-2022 D/. Rob
Campi w/o IAC, NO-IST-BS-Politics    (")

(composite?) Or

, COMBINED...") of some PTDE APA, issue
disregarded AND (discrimination-political-torturing)
(Rel. your Felonious and TREASONOUS BS
State where APA-coordinator participates
Tortures Accessory's These Treasonous-
"& Political-Trials," evasions + provocations,
TO US-CONST's-unpreferred-extremiums, And,
"Suicide-By-Treason!" (esp. the Retaliatory
evil females (expecting Discimatory-Unlawful-
Favoritisms!) and, Tablets "Off-site"-"Power-
Off"-Tortures, aborts Grievance's sadisms Tortures,
And PREMEDITATED's without work saved,
and interupting calls, when Grievance composition,
Etc. THAT'S Forcing Treason's-"DeaTH"-Law-(use
(OR alternatively "We the People," choosing Join
Treason s-intolerably: As per competent, Etc.
Extraordinary "1-30-2005 +/- "Treasonous-or-Not"-
Law + war (Etc) Ref's and Pre-Diligence, and
personal Pow-Wow Treasonously Resisted x100+
Grievance's, For Ten plus Months Tortures, AND,
PTSD evil aggrivations)

        w/ Ref's Grievance's ie as
     # 16154732 (ADA-Grievance Right),
        Jan 25, 2218 (ref. whole)

pg 2-of-4

**Re:- "The-Alarm-of-Tyranny-(T.O.N.)!".**

#1 6 0 7 4 0 6 9 2; US-APA, 6R, 1-24-22; 0954:

(") ؛ Jailvs-Med / Marlo / Etc. "Treasonous-
Imprisonment" Vs. "Law-Enforcement"; 6TH
Amend's ", FOR his-her DEFENSE." (Recorded-
Psych-Eval-"Dr.")

(") ؛ 1-24-2022+L (Ps- Here EVASION's
TO MY NOT-IST, BUT, IAC-ATY's/CB/Ayn/
D-ATys 18 usc 2382+4 / Etc. 'F+T-CONSPIRACY-
IS INTOLVABLE!

(") ؛ SCSO; Med. DISREGARD 1-17-22+/L
"DEMAND"-ed Psych-Eval To be preserved ()؛
F+T-Accessory's; condones her "ConFirm-Bias"/
"Frauds

✓ STAFF, Jan 25, 1124 () ؛° Upon APA Review of
 This Grievance, I am Unable To ascertain
 any Grievance issue relating To ADA or
 mobility. Therefore I am denying This
 Grievance.

 L4ge, Jan. 25, 2250 () ؛° Violations for reas-
 onable sheriffs "LAW-Enforcement"; Defense-
 Rights; Recorded Quack Co-Conspirator Dr.

# 165014132, Feb 18, 1611    med

( ) Ref # 165000760 2 +/- (w/A ccount)
Pwi-off Log Evil TORTURES vs Sep 2384/5
CRIMES) that negotiates CONTRITION (Affliction Med
"Care

( ): 5-6-21+/- (Ps w/ USVA, Chico VA
ENicki Palmos, gutshen cty VSO, Vs. Report This AIT,
Felonies 18 usc 241, 4; ETc CRIMES Me!)

( ) Re 2657 "LAW" Particular-Medical-
Treatment is Required "/ To be independent Evl. Prof-for-PTSD,
# 165017372, 2-18, 1629, APA-6 years

( ): Rip STorms, scribbly, etc NORMS chosen
unreasonable Joining vs-"CRIME-VICTIM!"-Here
(reg's "Throw-off!" ExT) vs. NON-Partiality!

( ) 5-6-21+/- (Ps such Pvt-Diligence stuff xye
+ Violi given isivei ANY HERE ENTITLED All
rights, unlawful CHOOSE 1 futily 6r AGAIN!

( ) Evily manipulated BLAMES me 4
Grievances DENIED Rights, For Tablets and
Staffs Flaws (ie Pwi-off IGNORED
Tortures (AUSES me Ruin!)

#165007602, Aug 18, 1529, Invr-Rig
( ) Corrupt Ascrimatory Jailers//med/ You
Conty WHORES wasn matter by unlawful favoritisms,
But, Const's "Thraw-off!" OBJECTED!

( ) 5-6-2021 (Rel +/- re. 1-30-2005 "Treasonous
or-Not" LAW and war for Abuses, Neglects (esp Viols
grievances "unreasonableness (Sup)

( ) STOP Faulty ENTITIES Providing worsened
T-"Death"-LAW-Cure / "Lesser-of-Two-Evils-Doctrine!" /
"Lawful-Murders!" / "IT IS THEIR DUTY!

#165011292, Feb 18, 1551
( ) Ref.# 165007602 Invrs-Rig; STOP
Thraw-off ALT LAW, For OVERSIGHT-"People"-
DUTYS, by mature REPRESS Reliefs (Defense 5x20+
issues

( ); 5-6-2021+/-
( ): You/ ALL faulty Tablets CAUSATIONS
must stop being corruptly exploited cover-up's
Blaming Me (ie. No widgets Typed; ie. ETc RUSHED

ConT. # 16290020 2.

— Frauds, BUT,
Well (of Th cop MEPICAL, Jailers, scso,
etc. cover-up's)

(as That OFF's starting THIS
Grievance, and violated before due Reds
being so evily mishandled as usual);
by gang banging systemic distraction And
Deferrances, unreasonableness, etc. and
"Doctrine-of-UNCLEAN-Hands!" UNLAW-
FULNESS Felony's and Treason's), as
HERE TO additional Systemic Unlawful-
ness your 0430 AM "Suicide-By-Treason!"
TRAITORS denying me grievance Right
TO Know STaffs NAMES involved (and
F&T-Obstructing such SHERIFF mike
Johnson PERSONALLY Formalized CONF-
RONTATION-Right's, (Capability's "Treasoner-
or-NoT"-LAW-And-why, and deliberate
evidence based Sadists "Two-Wrongs-will-
hopefully-Equal-An-Right-Perspective!" /
further ADDITIONAL Abuses AND Neglects!/
Danger self and others DISORDERS

Fraudulantly Unlawful Incomplete
Grievances (being ABORTED); changed Reports,
and, subjected EVID-Tampering (deliber-
Indiffer

- For - Exercise -
of - Protected - And - Prohibited - Civil - Rights!",
Etc. 11 plus Today's 42 USC 1983' $10K
ea Indebtedness Today, Etc. and Obstruct-
ors To Search - Warrants Now Today on
Tablets

Staff Feb 10, 0457) My clerk, your appeal
does not make sense. Unable To
decipher what your saying

Judge (etd) Feb 10, 1533) Thats your faults
w/ 'REQUIRED compounded syntax multi-
effeciency' per Felonious and Treasonous
Tablets "Power-offi" Tortures, Lost works,
DETRIMENTAL collateral-Damage, purposeful
CAUSED Anxiety (Appeals APPEALS because my-
self OTHERWISE here Joining Treasonous in
SILENCE and 18 USC 2382+4/TON/
Concealment-crimes, VS. Dutiful - WHISTLEBLOW-
ING - Report' ie. here To F-T- "Punishment-
For - EXercise - of - Rights - CRIMES / PTSD-
Tortures esp Rel intolerable Sames DENY-
ING "Care - And - Treatment" / "Evidence -
Based - Practices" RESPONSIBILITIES / esp.
including against fraudulant and unlawful
AND "counterproductive" psycho-Dr's unreas
onably doing Me BS IST-Frauds, But,

-Than-God)!".

So alternative defective grievance Tortures provokations, CONSTANTLY Feloniously and Treasonously HERE 4 To 7 plus violations protections and prohibitions That requires us CONST LAW-Enforcement onto you all F.T. Traitors: our-"Four-Branches-of-GovT"-subordinate officials THATRE overThrowing "we the People..." GovT; and, Futile Grievances cover-ups Sonists Evasions games and Distractions! Thats DENYING REDRESS- Reliefs ("yesToday") provoking extremism us ConsT "IT is Their DUTY To THROW-OFF Such GovT"/ and - Treasons-"Death"-LAW-cure / "Suicide-By-Treason!" Misconducts (unamerican Epedemic Self-Harms) Complexity Disorder and NoT Exploiting benefits My work synergistically!) / Etc. Forces unpreferred lternatives, AND, demand My 4Th here us Mailed Sese sheriff mike Johnson be Formulized immediately and Dutifully Now por defense and us ConsT CONFRONTATION - RIGHT(S); like IT or noT with Your all deliberate Worsenings (esp. Treasonous Morlw Randell, sheriff Johnson, Bs class Counsel, ST-APA Coordinator, Etc, AND all OTHER directly and InDirecTly Implicated Such "Treasonous-Imprisonment!"/ violations defense rights/ Copies / Tor Turious -" Punishment-for-Exercise-

\# 162908202, Grievne Feb 6 '22, 1221
    () Jails, SCSO-HQ, ETc 18 USC 241;
4 / CONCEALMENT-CRIMES For MED Viol-
RighTs; Grievances T-15-1205 (Non)-COMPLETE
(Viol 422.6
    () 5-6-2021 +/- (Refs Pwr off w/
\# 162705722; 162612012; 162475552;
162191612; STc. To/Tures HARMS; Reg's RATY
Referral   (officials ProsecuTed(s)!)

    () Grievances misTreated To be requests
SECOND To AborTed FRAUDS Delib (rate)
Prosecution's - Suppressions - Favorable - Evidence/
1999 In Re PratT / DISCHARGE

STaff, Feb 6, 1245)   Clarke you need To be
clear and write what you actually want
To grieve. I donT understand Your
grievance.

L4/ge, Feb 08, 1115)   BS, LIE w/ can'T respond
HERE To 3 Times here now LosT work "forbidden"
"Power-off" sTaff LosT work, as To felonies and
Treasonwily evil sTaffs admin, Marks, Sgts, STc.
sTate whores ENABLERS (w/ willful)- Non-under-
sTanding; evil RackeTeering crimes deffrauding Tax-
Payers w/ These "You" all "More-Harms-Than-Good!"



< TON=T-MEN's -
OR- CCDT! >

'F + T - S.C.S.O.'
* 149476952 '      Nov. 9TH, 2021. ADA-Grievance--

SUM(") ` That HERE TO  USMC- PTSD-ADA-TORTURES
(w/ Ref's. AND. "Partnership-Malicious-Prosecution"-
FACTORS` Poisoing Req'd 13TH Amend's "..Duly-Convicted.."

Dated(") ` Nov. 10TH, 2021 +/- (PS. rel. Ad-Seg violations,
To 2007 ` US-DOJ, "Ecipa"-RPT on state Hospital's
Psych, For "..Counterproductive.." HERE Ad-Seg. !

Describe(") `  As (ie. etc.) F+T-Jailers/medical/etc. w-
US-DOJ, ATY Gen Merrick Garland (7-etc) CRIMES-
Here (Non-Interventions!) for Noticed 42 USC 1997

        w/ ie. 9-12-21 * 141227842 ` ie. 11-10-2021 +
* 149643972 - Cmsy-Rel-Rea's ` ie. 11-10-21, 1400 +/- hr. Confront-
ed personally + verbally LT. Marla (stop unlawful preJ, Ad-Seg) `
ie. 10-2-21 * 144152662 (6P V. ITF) ` T-Dep. van Geen ` ie. *147436272)
ie. 8-26-2021, US-ADA, 6-R ` # 138928102 (Disc; Poli; "Psych-
Jacket"/ F+T-"Advers To the state"- EVASIONS - Domestic-Treason"!)

EXHIBIT "A"

<u>Rel.</u> "ALL-USA-"Grievance-Right(s)"/"F&T-"Custodial-Handicap(s)";

⤷(ie) 9-12-2021 # 141227842: APA-Grievance
   (): PL 96-247: Sect-4 w/ 42 USC 1997 (+/-)(a(2) Again "Notified
in Writing Govt(ers) // AG(ca)// and The Director of The Instituti-
on (const's MJ & ER)!
   (): Dated 8-1-2021 (+/-)
   (): Rel. US-DOJ, US Attorney General (xx) ", Intention To
commence investigation of Such Institutern"/ "Deprive Such
Person of any Right (u)

⤷(ie) US-ADA, 10-8-2021: # 145037742 --
   (): As To direct Admin & implicated Jailers-Med Treasonously
Delinquent USA "Allegiance" OBLIGATIONS Neglecting
Grievance: "Assists." -- (u)


⤷(ie) 9-17-21: US-ADA, # 141903342 --
   ("): Felonious & Treasonous (w/ 18 USC 2381, 2382, 1961, 2384,
4: Etc) "Seditious-conspiracy"-CRIMES whle CT-VIOL-
Holding Cell Gen R 25
   (u) As To Gen Rule 25 "Inmates Will OBEY ALL
Laws of The United Statesu", BUT, MY F&T-Const-
antly OBSTRUCTED To 2382-(McFTP)-Report Ong

⤷(ie) 9-14-21, Med-G.R.: # 142137192 --
   ("): Re(u) PC 2652 "... or allow ANY Lack of
Care u" (F&T) Violations & Crimes (med/US-ADA/USMC-
PTSD Aggrivations): ESP-HEREAFTER-(SOP):
⤷ (ie) 10-27-21, 1340 Hrs. — :# 147580712 --
   (): F&T-SCSO-Med-Crimes: SOP (ie) includes <u>unreasonable</u>/
Grc Ad-Seg (oceJ's) <u>Ref's</u> Prev Earnestness (EP Vs. ITF) and
Coercive CONSP
   (u): 10-20-21 +/- (1s 147436272: Re. "Lawful-Murder"
Color Beatty T-Traitor for "Lesser-of-Two-Evils-Doct-
rine" For PEOPLE ALT-T
   (u): Whle No real safety Security Inst INTEREST
(as no more ITF: benefits To Gov WHILE PreJ I'm
Entitled Rights: Resolves Probs — (#146715942) —
⤷ (ie) Aug 26/21, ADA, G-R, # 150912602 --
   (u): V-GR: Forked Tongue (NOT Parenting Purpose For
REDRESS and Collective-Action: To x35 + V-ER") <u>Denial All</u>

# 1 5 7 2 7 9 8 3 2 - Tablet - Crisis (GTL), 1-1-2022:

Reqest ( ): STop: GTL, 7+ months (F&T)-CONSPIRACY
(Refs & Due-Dilegence), For SET-UP premeditated
EVASIONS, To "Redress-of-C." RIGHTS-VIOL's

( ): 12-31-2021 w/ Ref's # 135478252;
#135504462; Etc. x25+ Felonius & Treason-
ous Evidence's

( ): Seperate To Custodians-Med-SOF (Abuses/
NeglecTS) self-serving Grievance's obsTS is predom-
inate Unlawful elect-Etc AborT-AbliT

# ADA, # 157355692; Jan. 1, 2022

( ): w/ Ref's F&T-LT. Marlar/Tanner/SouTh/
Etc. CRIMES Deny's # 154140692; 154709232-ADA;
156414562-ADA TorTures Disc's (Discenting) "Redress

( ): 5-6-2022+/- (SUM; Assistance's OR
Felonious & Treasonous Misconducts!) (w/4tw3 + MIA)
(w.nk TorTures)

( ): That TorTurious manipulative GTL, Etc.
Grievance System (w/ x10+ Jailers, Med, HQ (Etc)
18 USC 2382+4: CONCEALMENT-CRIMES) Non-Report"



F&T-SCSO - Grievance _____ - NO.# 154535232, 12-13-2021

Sumary (4): That Jailer, etc. are willful - Treva.is (Ref Exp elsewhere non-Rep) w/ Ca.s.ct.# 5472187 (Fraudulantly incomplete, rel denials)

Dated ("): 12/13/21+/- Rel psycho "Badges + Robes" per "The Dunning - Kruger - Effects (Disorder)"; 'Danger Yourseluest and - others', esp Tablets

Descrive (4): Req's 'T - "Death" - Law - Cure' (vs. AIT's) w/ Dep's. Van goen, Dumstad; Rogers, Edwards, Etc. Deny - Grievance - Rights - NEEDS (by ITF, Pc 4019.5 Unlawful    (Ref's # 1141326629, Etc. Evid's!)

EXHIBIT "A"

(* And THAT
SCSO, HQ, sheriff Mike Johnson Implicated To
be deliberately Joining, as Treasonous CHOICES
EnlisTee's; by disregarding My et al. US MAIL-
ed; Etc. These Grievance's Demanded-oversights! *);
and -- Demand full PrinT out and DVD-elect
preserved Grievance's / Requests / Etc. Evidence's --
by + because (ie) "RighT-To-"REDRESS-of-
Grievance(s)" / 'SATISFACTION'- Reliefs - Corrective-
Action Vs. worsening psycho "AlTers-Normal-
Decisioning" CAUSATIONS; and TorTurious
USMC / PTSD / AOA / "F+T-"Have-To-FighT-For-
RighTs!" THATS (* 'coincidently'!/?? *)
beneficial To CorrupT sTate noT being
promptly Corrected for wrongs, of corruption's
"PaTern And Practice" (* esp. cover-ups! *) ps--
and as is why GovT. hierarchy "we The People"
Jan. 6 BS-"RioTs" / noT Enough of "Enough's-
Enough!" / Etc. Thats getting More and more
J Cops shoT (regardless Good-oR-Bad deservingly),
+ Etc. And CRIMES Rising, THATS per My
1991 + USDC, "United sTates ATTorney General and
J Special-ProsecuTer" / US const.'s Articles III, VI, Etc.
Appointmt's) "., Ambassiders, Public Ministers and Counsels",
AND, according To Discoveries + Duties, Re. Treasonous-
Criminal- JusTice- sysTem's "COUNTER PRODUCTIVELY"
making, violent, angry, Etc. Criminals

(cont) ADA-GR# 160740692                    (ref. whole)

Lc/ga            (): Third "Work" entry attempt
w/ F+T subversive Tablets Power-off Tort-
ures ignored AGAIN depvty's scheibli/Hambly/
Dunham/ Van Gomn/ Edwards/creager/ Panis/
Caudel/ wynoff/ brace / GTL/ Marler/ Gr. x20+
(Therefore Reference Now completeness via
Seperate TON-Document's, AND Totality Now
Vs. otherwise Willful-Treason's Alternative mis-
(conducts'); And by class-(counse)', BS - ADA-
coordinator (+ "=-to-whores"! #) Condoning
These COVER-ups And TORTURES, And Fot
systemic distraction's; w/ ie. Felonias AND
Treasonous OBSTRUCTION'S To Subject 1-24-
2022 Violated-"LAW-En Forcement"; as to
My "Defense-Right's)" (# esp. respectively-
relevant HERE IAL-Aty/ biased-Judge/ Dist-
Aty's 18 USC 2382 +4 Concealment-Crimes/ Etc.
"CONSPIRACY; That SCSO well faith corp' Dr.
R.C., Etc. Confront Either - -"Problem-oR-solution!
'T.O.N.'! #), TO Fraudulently Psycho Qvack
"Pr.'s" Violation's-- ". and To HAVE The
Assistance of Counsel FOR his-her DEFENSE.
Lawfulness' As That's previously 1-17-2022 +/-
Demanded Lawful Rights (# And That

50 P

"counterproductively!"; and, derivative Treasenous Entrapments Janury 6th protestors; etc. and #16174 4 572; APA murderious-Infections causing To many weaker inmates "suicides" (frauds & murders!); and-- Large amounts NEED-ING legal copies DEFENSE-Right(s) Law (reqd by and because mostly Large amounts by These grievances "custodial-Handicap(s)" CAUSATIONS and Lawfully unavoidable by "Doctrine-of-Unclean-Hands!"; As That unlawful Your corrupt Jail and medical Traitors etc. To benefit from your own wrongs, AND, as To made The complexities systemic to escape Justice Accountability's, and get cover-up's For t-Accessery's Lazy reviewing DEFER-RANCES, That don't fix The problems by more so defraud The Taxpayers, and as To such Torturious Tablets Power-off shut down Lost work pre-send grievances, Coincidence Not

And "Prosecution's Suppressions of fav-orable Evidence (1999, In Re Platt and Reqd "Discharge "mY) w/ "Matters outside The Record (1985, In re Bower) is devils denials!

Re. # 161423702; 16125662; 16161162; 16105 4732

STaff Response X 4 Jan 29, 2706) (This grievance is be-
ing denied at Level one of The grievance process
as There does noT appear To be any issues
related To The APA. I am also unclear as
To any grievance That is being addressed with-
in This form. This grievance will be Forwarded
To Level Two.

Lc/ge x4, Jan 30, 1248 ()", so as To clearly
EVIDENCE hereTo "Suicide-By-Treason!" corrupT
Jailers / medical / class-Counsel / BS APA-Coordinator/
SCSO HQ us mail Implicated sheriff milk Johnson/
Etc. STaTe-whores (and "Monday-Morning-QuarTer backs!"
THAT confront "TreasonOus-oR-NoT" as To HEREBY
Felonious and Treasonous "Fox watchin over The chicken
Koopl" AND defective-oversights "Foreign To our
ConsT" Badges and Robes / Traitors and Invaders)
For #161423702; 16125666Z", 16161116Z; 161054-
772 -- as To routine obvious Disregarded
Grievance's wrongs, as, To get satisfactory
repairs, NOT worsening "Abuses and Neglects" sup

Summary:

5-5-21:

Prescript (2): Rel USA, VSD, VTD, and VA NURI
[illegible] FORMAL Alert (2) 2015 US DOT
[illegible] "[illegible] Person" ([illegible])

BK-Rel (4) 5-6-21?? w/ LAW - "A Nurse ([illegible])
HAS the Resp To Seek Assistance from More
Skilled Personnel @ [illegible], FACTS VE Here (NOT-Evid?)

# 2 61 76 97 82; [illegible] Deputy, Jun 30, 1525

Summary (4): Forward HQ (Treasonous -OR- NoT Law & War)
Sheriff M Johnson -- STOP JAILS CRIMES, Passing - Contests;
Implication T-Penalti- Law
Biongect (4): 5-6-2021
Wants Reg (4): STOP Yure subordinate Treasonous-
CRIMES; Vict's Defense; Legal copies (evil rel c,
Manson D-UNCLEAN-Hands); ReTel's (Evid's)

(left margin, vertical text) Treasonous-1) Continue Thru Conduct; 2) Treasonous of Threats to Territory (below) hand; 3) Treats to Territory

\# 161744572, 1-30-22, 1227, APA-GR
(1) Evil systemic (USMC, PTSP, APA) TORTURES
Re H To 7+ Daily Violated-Rights (Felonwily, Treasonally
Gov 8658 Murderous-Infect

) S-6
(5) ie. as SediT-Consp Cover-ups violr
Defense-R, Legal Copies For Lg Amount, BuT, unlawful
Jaws CAUSED IT (Doctrine UNCLEAN Hand;

(2) 5-6. 21 +L (PS-99 esp Toilets lowr-
off AND LOST work (3× Torture Refs Todays Log)
\# 16147237304 ETc Four F-T-OBST's
[ STAFF BS, DOT, sop C; upon careful review of this
grievance, I am unable to ascertain any APA or Mobility
issues. Therefore I am denying the grievance.

Jan 30, () As that's routing here to state where's Dis-
ISDA, Exp., "Suicide by-Treason()" Treasons-"Death-Law-Cure Necessit-
ated "As-A-Matter-of-Law" NECESSITATEDS For us Const "Throw-
off" and a Less v-of Two-Evils-Doctrine" AND this ETC Futile
oversights by Treasonous-Totalitarism; ie. al to my 4-7+ Daily
Violated-Rights and consequences Meyer vs. City of Chicago's
CAUSATIONs For violated-Rights, INJUSTICE To be "i may
save the state some dollars at cents; but only at The substant-
ial risk of Generating Anger, Hostility, and Frustration -- "ENTRAP-
INGLY "dtvi normal decisioning", esp routing systemic
violations "REDRESS of Grievances AND Power off Tortures/
unreasonable "Search or Seizures" Tortures/ unreasonable "willful-
Non-understanding" Tortures' as to oversight's CONSPIRACY Perfor-
ances Tortures/ As To Stopping Defense-Rights Legal Copies
For OVERSIGHTS courts and Congress and Pres Biden-Harris, missing
US Mails/ ETc TORTURES) Whereas Torturing Gov C 8658
Murderous Infection's, and psych Mental Health "Self-Harms" Coerced
infliction, complicacy, stockholm-syndrome, ETc CAUSATIONS' a
al To OBSTRUCTION's To Collective-Action that's Duly + withstand-
ingly Treason-Aid and Comfort"// shall suffer death/ requirements per ...
[Tiny] Reparation is intending 2-1 BLI promised pardoped V

right of an authorized State official to proceed in State court under State enforcement actions, on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, §1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, §1112(i)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, §121(f), Mar. 9, 2006, 120 Stat. 223.)

### REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§5701 et seq.) of Title 26, Internal Revenue Code.

### AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).

2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

### EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

| Sec. | |
|---|---|
| 2381. | Treason. |
| 2382. | Misprision of treason. |
| 2383. | Rebellion or insurrection. |
| 2384. | Seditious conspiracy. |
| 2385. | Advocating overthrow of Government. |
| 2386. | Registration of certain organizations. |
| 2387. | Activities affecting armed forces generally. |
| 2388. | Activities affecting armed forces during war. |
| 2389. | Recruiting for service against United States. |
| 2390. | Enlistment to serve against United States. |
| [2391. | Repealed.] |

### AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

1953—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

### §2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

### AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

### §2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

### AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

### §2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

### AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

### §2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

S.C.S.O.-(Etc)- Grievance-Right(s)/F+T-Crimes:

＃165284392; ADA, Feb. 2020;            ;

_____ ( ): Longtime SCSO-CONSPIRACY (Admin+HQ)
Condoned Deputy's Alidos Smith, Vochis, Sgt Ahs, Etc.
RETALIATIONS   Psych-Tech- PROVOKATIONS

_____ ( ); 5-6-21 + CPs as to denied Time out Yesterday
5TH; Discrim's-SKipped Ad-Seg AFTER Top out Switch;
Legal-Copies  2 days KepT/ BS THIEFS

_____ ( ): VIOLATING (again!) "REFUSAL"-Rights;
(even after NOTICED/ unlawful wellPath med-
Malpractice) because 6riev's DENIED RIghTs,
CRIMES

    ✳   ᷣᷣ , ✳              ✳ ᷣᷣ ✳

    ＃165452162;  ADA, Feb. 21, 2022, 2028 Hr:
_____ (11): 6rievances/ Tablets-CRIMES (Ref.＃144132662
"ITF-PC-(NOT-6P)"- Pod; Partners - Disc's/ Deny-
ing Tablets RIGHTS  PC 4015; 4226; 4019.5
_____ (11): 5-6-21+/- wall Tablet Powr-off Suspicious Loss;
DISC's- Denied-Reas-Time-out-Time (ITF Yesterday Stop-
ped My-Fla-Mom-b-d-86-CALL
_____ (11): ENTITLED ALL RIGHTS; Req's Const-
"LAW-Enf/ Viol-6rievs/ DEFENSE/ Due-Pr/ Non-8TH-Am-
Prob/ ETC. FORCED use Time out-Hr UNLAWFUL here

# 1605598427; 1-22-2022,

( ) FORWARD Sgt Ah, Webb, (ed video via
Cty (8) wise-press man # 160558 1725 JAG; Atys
X 100 + Rhad-Hixon Jolpe Po Zim and Potter

( ): 5-6-21+/- w/ Fvck the "Swinded-By-Treasem"
ethnial (regt-"Bieth"-fore) mishandled # 16074 4232 reg for
Legal copies Treasawireff

( ): Ref'i, ANP, encompassing to FORCE us
Const Law "THROW-off" EXTREMISM, us Mil, (ivTi-
of-Inquiry (Your X-usA, T-PiRACY) 10 usc

# 160558172, 1-22-22, 1940, ADM

( ); Confrontation, Defense, Justice Rights
AND Duties (VS, HERE TO Routine UNCONST-F-and-
T-obstructions "Redress / Injustice / PIRACY x-USA)

( ); 5-6-21 +/- (w/ "Treasonous-or-NOT")
Sheriff Johns, Rep Webb, Cty Counsel Cruse-Pressman,
JAG, Sha Cty Judge Doller, Aty's R. Hixon

( ); DEMAND Corrective (ie) 10 USC §935,
Courts-of-Inqury (" C(2) Any Person who is (A)
Subject To This chapter,] w/ Robin Campbell

# 160649572    Classification Rep Sgt AD    1-23-22

[illegible] manipulate NO Police ANY [illegible]

[illegible] 9-13-21

[illegible] Lack of [illegible]
New Sheriff? Rel, prev. Evidence For "PEOPLE" Enabling New Sheriff
Mike Johnson sup crimes, ie, rel, can't Job w/ DA Atty & Beatty Crime
(i) ie [illegible] Apple [illegible] the [illegible] KRBK? [illegible]
[illegible] Time He'll get To Know The Jail System." (+/-)

L # 17756 [illegible] Aug 16, '21, 1311
Re: (i) As To New Sheriff (Lawful-OR-Unlawful) - TEST & Evidence
FACTS, ie, as To correcting or condoning (F&T) - Scso - Jails; Mal-
CRIMES Here ("(a) [illegible]" verbis ("a) Punished") for Jails (1368;
1ST) Consp (18 USC 2 & 3 & 2 & 4) or; Fraud; "UNABLE", but, "motivated



"GRIEVANCE(S):

Re, (Infectious) "Emergency" (Maintained +
"Mass - Psychosis"), per Gov.T.C. 8658

↳ # 13967 2812; 9-1-2021, US-APA—G.R.
"Re, TORTURE CURE Epidemic - PETRIMENTS (+ Gov C, 8658):
↑ ("Esp. Re, CLOSE-MINDED Screening (u) Loughson T."
( #(cont.) 138895632, 8-26-21, () Conduct Cure, Prisoners
↳ (Med) 139712652, 9-1-21, Wickaroos + deportations (Torture Cures)
13999 1242; 9-3-21 (+/-) Grievance - Rights
Re, "Ref.); "(+T) Non-", RELEASE, "-Me' (W/
Randall M. Johnson, (etc.) "People") (Viol-Petram(s), Grievance(s)
Appeal(s) RIGHTS) ("Foreign-Te-cur-(cont") SHOW/ INFECT-
ions (is) the Nail That Stands Tall Gets Pounded Down"

↳ # 7400 25482; Sept, 3rd, 1123, APA-Grievance-R.
(refts # 13971 1242; 1311 5032; etc.)
Re, "Wrongful Psych MisTreatments AND (-) own implement
Get IT (rel, A-many, Discrimination, So. Politics FOR outlaw
Inventions () rel, "war of Perception" TRUE) (Reviews
(right + ...)

↳ # 13894 8102; Aug 26 Th, 21, APA—G.R.
Re, "(Sept, Randall() etc. "Psych-Jacket" (APA story-6; R";
(W) 138 824 2C2, Etc) "by Sgt Hebets, (Routine) // TRUE-7 Sept
Randall Jenney ongoing in U/C 2584 (+4 Conf (V-78-R-8-24"

↳ # 140 239982 (+/-), Sept, 5 Th 21st, US-APA- Grievance-R
Re, "Jailers, Med, CT, Etc (Conf., "FORCE-(ing)" (Ref, Ra,
Crim, July Init, 3427 and HERE TO Lady Govt Officials
FRAUDS), (is) To EXTREMISM()

JAIL / APA - US / GRIEVANCES

# 135380722, 7-30-21, 1959
Re. Rx Query (etc) Legal Sefus (confr. med Rd.) Fact (BS) Policy 707, 17.13.4
# 136047142, 8-4-21 (8-5-21, 2552)
Re. Wanted [5 9 yr now] My USPS (IFP) Co-T2/ fut Ys & Hx T2-Smith)
137 4872 5 2, 8-15-21
Re. 2384, "opposes" (temp) Viol. "Right-of-Rescission" (Release Me
8-13-2021, # 137203112 -- APA Grievance
Re. "PC 2652" "allow Any lack of care whatever Pg." (+ mt East]

Re. " FHT-Torturers (US-APA), (Refs BS) Response
Re. " storms, South MIA USP - Co-T2 Crimes
          (L- w) 135423572, Frauds, Etc. x 19+ Medical "Psych-ReType
                    8-17-21
# [177749412 (FHT) "DUI-5" Co-v/o 2 (RT) "Suicide By Travenovism-ss")
Re. Hx Trans (Conv, GAN, Rhc) (now shill) Pc 5028 (USA-Lawsuit) Termination
                          IFP

135221142, 8-29-21, APA - Grievance
Re. "Shady" (made out Torturers) AND Judge (RICO)
(causing) Death "Fake - Suicides" (in Water & more from E-29 dying
137 5 12345, 8-24-21      (--1, Status USPS--Co-T2)
Re. (Ty-mt) "You Have The Right To Appeal OK, if you DON'T Publish
135 44782, 8-31-21

135599612, APA- Grievance, 8-31-2021
Re. Query fee for Tablet, big manila Envelope (8/-Any)

13 96728127, 9-1-2021, US-APA-Grievance      w/ RCIC EMNDED
Re. Sustained Torturous Epidemic Detriments (w/ Gov C. 8658)/ Release Me

139707992; 9/1/2021, GR
Re. X-billing-Rights (Etc, old) (Rel, # 13822 Us...8/2/21, Ret, m App off)
13 9991242, 9-7-21, 0736 - Grievance
Re. (FHT)-Neg - "RELEASE"- Me (Co-T 8658 "Conv") Nail medi fill funded
4802 8982, 9/17/21, 1129 - APA - Grievance
Re. "FHT" infection (Block wardd) Wrongful Pg+Amp+wrongful Denied Psych
(Discrimination, etc. Points) (in various inventories  PC may end)

# w/ (Ref) (Rec T1t2) 13 5 3 EOZ522 = () Step (to grievance)
# 135215282, 9-22-21- Any Remit (mid Step)

# Grievance's (and) Medical (malpractice)

↳ PC 2652 (a) "or Allow Any LACK of Care" (whatever paper
    (Je. F&T-Dep's V-GR + Def. Edwards 9-8-21 RN-WIT, ETC)
↳ PC 2670 "Fundamental Rights against Enforced Interference"/
    (Acts performed or permitted. Abandon-Law "who Lacks The Capacity"
    ()()))

↳ Ca Civil Code § 1714 (a) --
    Med-Custodians DUTY - "[it] To use ordinary CARE And SKILL
    in The Man-gmt of Their property or persons so as to not injure
    Plaintiff or others."
    T-15-3999.206 -- "Right To Health Care Services
    [a] shall be provided according To Any"

↳ Ca Penal Code § 8658 -- (a) In Any/Case in which an
    EMERGENCY Evacuation The ADA / (disability descrimination)
    US-ADA, 42 USC §/12131 et seq

    §1382 §4 (...)

↳ PC 11166 (a) "REPORT" Duties (R&I) "probable cause" child Abuse
    Re. F&T-(MIA) Process/Law's Assistance (anti 18 USC 2382(a))
    Brenzan-McCorquodale Act
    (a) intended To better utilize existing resources; AND "To improve
    The Effectiveness of necessary mental Health Services."

    8th Amend's VIOLATION (Cruel + Unusual "/ Shock The Conscience)
    (1973)...

    Fraijo vs. Hartland Hospital, 99 Cal App 3d 331
    Re. "A Nurse is negligent if he/she fails to meet plaintiff
    std-of-care, Fail to use/ The Level of skill, knowledge of care
    given Ord-(Physical) That a reasonably careful nurse would use
    in similar circumstances" (The way/as to think/act standard)
    "if nurse has responsibility To seek assistance from
    elsewhere..." (99 Cal App 3d 331
↳ "Cause" + "(harm)" (Cal. Civ Jury Inst T, 3427

# 163986892, Feb 12, 1609, GRIEVANCE
Meals, etc CLOSED-EYES / Ears, My Custody T-"A" & Comfy T"/esp pgrievances

# 164635902, Feb 16, 1420
Jail/med Systemic Misconduct] (Grievances) Tortures & Futility/Tier/(consclmts
↳ ref. 163437772 "closed by facility (134831312,7-26-21)
— By staff, Feb 19)" we will look into your claim & see if Must Action
w/ ie. 161427702; 16125662; 16161116.2; 16165 4772 (161744572

# 165284392, Feb 20/22, ADA
Conspiracy (Admin + HQ) Condones Rep's RETALIATIONS

165452162, Feb 21/22, 2028, ADA- Griev
(supp.)  Denying Tablets- RIGHTS pc 4015, 422.6, 4019.5/ Disc's
↳ Rel. w/ 144132662 (confiscated Tablets, inmate viol Rights
Punishment; contag, Gov 8158 infection; Emergency Totality Release

# 164062642, Feb 13, ADA- Grievance
2+ wris prep + TORTURES (Pow-off/Loss) Ref Supp Grievance Mailed sheriff

# 164594342, Feb 16, 1126 ADA- GR
Constant Staff, "two-wrongs / Missing 2-14-22 MAILED HQ sh Johnson Ton
DEMAND / INTERVENTION (s). (ref # 163986892 +/- 6"-Supp-
"Pow-off" Tortures, VIOL's ALT "willful-Treatm (POHF/confrontations)
↳ cmsy # 16366.1022; Feb 16, c.637

# 165768852, Feb 23/22, ADA
Ref's x 40+ "REPRESS (w/

# 165957242, ADA-ER, Feb 24, Hr 1456
Both ^

Work Needs; Etc.) VERSES productive
Grievance's To change Corrupt Govt Entity
(18) <u>unlawful</u> Jails (Jailed Legit Myself). so
That <u>Grievances-WANTS-RIGHTS</u> are pre-
sented ...

... approaching
Them - Deputy for Legal Copies Needs (rel.)
wrongful deprivations by STAFF majority
so as To ...

... Invaders ... my by Idiot
IST - Bs (Politically only AND That They-ITF
Conveniently ignores or don't wanna Hear
Evidence- FACTS And Rational FRAUDS, That
Jailers ETC. Feloniously + Treasonously perpetuate!

(PS not To mention as To Their ITF
... 
USC 2/82 + 4; Feloniously + Treasonously
"CONCEALMENT-CRIMES");

(For Real!).

STaFF oct. 6 '21, 1030 (ii): Mr. clarke, from what
I can decipher from your Grievance You
are asking multiple items. The Tablets are
handed out in The pods, and rotated. No one
is denying you To Submit a grievance. You
stated, "Incompetent-To-stand-Trial!" must be
addressed with Your ATTorney and The Court's.
You also STATe move You To GP which
I'm assuming is general-population. You are
currently housed in general population. In
The future please utilize one grievance per request.
Thank you for your cooperation.

Ldge  10-6-21, 1542 hrs (ii): NO, in Felonious and
Treasonous EVASIONS To Non-GP (Inmate-Task-
Force, AND, Per cops-conspiracy violations To
Defenses; Grievance-Rights; etc. and (consequently)
For "FALSE-Imprisonment", etc. AND wrongFul "Ad-
Seg", with NON-GP-Pod", For INTERVENTION'S,
But, more so "E&T-OBSTRUCTIONS", ETc. TORTURES
(ie) "Have-To-FighT-For-RighT!"), and, That This
Tablets "RoTaTions" are amongst (Hoarders +
Mob-Rule) For Movies, Video-visits (BS 24/7!),
Texting, etc. Drama (w/ FacTual REF's To
us Log's That pre de TABLET's presume
RoTaTions, All night Long), not once For my

-To -Our-Const.-
Treasonous - OFFICIALS - "Totalitarism"; Rel. My
#21-01399   USPC unbifurcated WRIT-And-1983-
Lawsuit for oversights, injunctions, and,
Interventions - RELIEF's AND Collective-
(Action)-INTERVENTION's; Necessary pronout-
ions; Etc. Thats admittedly political in whats
preferred for "Commi's-And-Traitorous-"Badges-
And Robes"/ AKa 'our-"Four-Branches-of-Gov't,"-Subord-
inate- officials" AND Treasonously Complacent "We
The People" ENABLERS To such Treasonous, Evil, Etc.
Perpetic, Etc. and Treasonous-overthrow--Espec-
ially with and by These 'F&T-", Political-Trials" AND
Fraudulant 'F&T-Psych-Arena-BS-"Incompetent-
To-Stand-Trial"; That needless To say is
drastically and seriously problemsome by ITF-
Tablets misconducts OBSTRUCTING "Grievance-
Right(s)"; Etc. and as To getting Jail staff (ie. F&T-
van Geen, Gillis, Pumstad; Abernathy, wynoff,
Gibbs, Tanner, Etc.) To choose Routine "No!";
Non- Assistance more felonious + Treasonous
18 USC 2384 + 4 -- "Seditious-Conspiracy"; Etc. and/
or systemic F&T- 18 USC 2782 + 4; CONCEALMENT-
CRIMES (# w/ violations v.s.A-"Allegiance"-obligations;
per "willful-Non-Understanding!", Etc.) For PREJUDICES
To Le/ge's Justice (and 'AD-SEG) is 'F&T-"Punish-
MRNT-For- Exercise-of- Civil-Rights!"; So--Move
me G.P. (For real)

Re. (Page 97 of 323) mess
PC 422.6, 4019.5;
4015; etc.

## ("F&T-"EVIDENCE"!)

Re. PC 4019.5; 422.6;
etc. unlawful crimes!

# #144132662; Dutiful-"GRIEVANCE-Rights"; 10-2-21

SUM ("): w/ Ref.'s -- "GP"-Inmates` That
BOTH benefit cops-staff And Detriment
or Harrass another Inmate buisness (rel.
reliefs) is "ITF"-PC (NOT-GP)

DATED ("): 10-I-2021 +/- w 40 mins Tortures
HERE (Twice denied ADA Grievance)

Describe ("): "clear And Present Danger": ITF-
partners 9-30 Edwards "move him C-1 or Some-
Ting; "He's not GP; 10-2 van Goen "whats
wrong (with him)

STAFF ? OCT 3; 2327 hr ("): "This has been addressed"

LC/ge OCT 4, 1618 hr ("): That Feloniously & Treason-
ously (so called) "This has been addressed" BS (w/
hasTy biased, oversimplification- unlawfulness), BuT,
by no means has been given PROPER Resolutions
AND corrective-Action (aka-- US Const "Checks & Balances"
re. Dutiful-"Grievance-Right(s)" for The-Republic
VERSES HereTo "CounTerproductive" Foreign-To-our-(Const,"

Cont. # 16249082

— frauds, BUT
well, those MENTAL, Titled, etc...
tried cover-up ...

(e) That such is effecting THIS
Grievance, and violated [...] also [...]
being [...] evilly mishandled as usual);
by Gang banging systemic distinction and
Deliberate, [...] unreasonableness, etc., and
"One-way-of-Unci-each-time," Unlawful-
FULNESS (felony's and Treason's), as
HERE TO additional systemic Unlawful-
ness your 0430 AM "Suicide-By-Treason"
TRAITORS denying all grievance right
To Know staffs NAMES involved (and
F+T-obstructing such SHERIFF, mike
[...] PERSONALLY [...]
[...]
[...]
evidence based [...] "Two-wrongs-will
+ Hopefully-Equal An-right perpetual"/
[...]
[...] and other OBSERVERS

(S) Fraudulently Unlawful Incomplete
Grievances (being ADOPTED); changed Reports,
and, subjected EVID-Tampering (deliber-
Indiffer

- For - Exercise -
of - Protected - And - Prohibited - Civil - Rights", ,
Etc, 11 plus Today's 42 USC 1983; $110K
+ a Indebtedness Today, Etc. and OBSTRUCT-
ORS To Search - Warrants Now Today on
Tablets

STAFF Feb 10, 0957) Mr. clerk, your appeal
does not make Sense. Unable To
decipher what your saying

Euler (etd) Feb 10, 1533)  Thats your faults
w/ ill Guided compounded Syntax and in-
effeciency, per Felonious and Treasonous
Tablets "Power-OFF" Tortures, Lost work,
DETRIMENTAL collateral - Damage, purposeful
CAUSED Anxiety (Appeals APPEALS because my-
self OTHERWISE here Joining Treasonous in
SILENCE and 18 USC 2382 & 4 / TON/
Concealment - Crimes, vs. Dutiful WHISTLEBLOW-
ING - REPORT; ie. here To t-T- "Punishment
For - EXercise - of - Rights - CRIMES / PTSD -
Tortures esp Rel intolerable Samus DENT-
ING "Care - And - Treatment" / "Evidence -
Based - Practices" RESPONSIBILITIES / esp.
including against fraudulent and Unlawful
AND "counterproductive" psycho-BS Unreas-
onably doing Me BS IST - Frauds, BUT,

That topic our law is more extracted — extradite
official THATRE over TWO ting, we the
People BUT not while permanent routings

That's PENSIVE REDRESS — Reliefs (ystay ?)
Prodoking extremism us CONST "IT IS Their
DUTY To THROW-off such GOVT "and — —
Tremens — perm'l LAWs ... / minute-By-
Treasont" Misconduct (unumian Epidemic
Self-Harm, complicity Disorder ad NOT Exploit—

Tennieu by formalized immediately and thin—
Edly Knowl govt defens ... adj GOVT consT—

plaint records, meant Abuses' No me meant;
OST—ADA lawbunties, sm, nmr All CONFER oudly
and incorrectly implicated with "Treacherous—
Imprisonment(!") / violations defense rights/
Copies / Tor Turious — " Punishment-for-Exercise—

# 162908202, Comm Five '22, 1221

() Jails, SCSO-HQ; ETC 18 USC 241;
4 / CONCEALMENT-CRIMES for ME(D) Viol-
Rights; Grievances T-15-1205 (Non)-COMPLETE
(Viol 422.6

() S-0-2021 T/- (R/E) Tw'are w/
# 162705722; 1622.12012; 162475552;
16219161612; etc. To/Tures HARM's; Req's PATY
Referral

() Grievances mistreated to be reports
second to Averted criminal Delib (rate)
Prosecutions - Suppressions - Favorable - Evidence/
1999. In Re Pratt / DISCHARGE

Staff, Feb 6, 1245) Clarke you need to be
clear and write what you actually want
To grieve. I don't understand your
grievance.

Lyje, Feb 08, 1115) BS, LIE w/ can't respond
HERE to 3 Times here now Lost work "Forbidden";
"Power-off" STAFF Lost work, as to Felonies and
Treasonously evil staffs admin, Marks, sgts, etc.
State whores ENABLERS (w/ willful)-Non-under-
standing; and Racketeering crimes defrauding Tax-
Payers / w/ These "How of 'More-Harm-Than-Good'!"



Re. (F&T) Evid.

1
2
3
4
5
6
7    No # 165 452 162          Feb. 21.'22, Hr 2028/APA

8
9    SOM   ():  Grievances/TABLETS- CRIMES (REF.'s
10   #144132662 +/- "ITF-PC (NOT 6P)"- Pod;
11   PARTNERS - Disc's (Ciminations)/ DENYING-Tablets
12   RIGHT'S  PC 4015; 422.6; 4019.5

13
14   Dates   (): 5-6-21+/-  wall-Tablet/ "PWI-off" susp-
15   icious LOSS; DISC's (discrimination's) Denied-Reas-
16   Time-OUT-Time (ITF Yesterday STOPPED My-Fla-
17   Mom - b-d-86- CALL

18
19   Describe  ():  ENTITLED  ALL  RIGHTS; reg's
20   US CONST LAW-ENFor; VIOL Griev / Defense/
21   Due- Pro / Non-8Th-Amd-Proh / ETC "FORCED!"
22   use TimeouT Hr  UNLAWFUL here

23
24   (Notices: ie. 2-23-22  verbal-DISC-Tablets-ITF-Crimes;
25   w/ 14+ Pg's Feb.11'22  DIST-AT's·· "The-Alarm-of-TYRAN-
     NY-(T.O.TN)!"  Cie. 1-of-101+ #165452162 +/- W frauds
26   ConsTrucTions, TorTurious- AnzieTy, incompleTe; ie 165768852;
     Ref's x 40+ "REDRESS

EXHIBIT "A"

## An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1.)    The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largely suspect to be purposeful result so in that "<u>DOMESTIC-TREASON</u>" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "<u>Domestic-Enemies</u>". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "<u>Treasonous-Or-Not</u>" revolution (* whereas be '<u>part-of-the-solution</u>'/ not problem– by "<u>Proportionate-Seriousness</u>"! *), and of which is largely unbeknownst to readers here— therefore problemsome & confrontationally-justified, in addition to    (            )

"Grievance-Right(s)"! @ 5-9-2021

#2-of-4+)   That 18 USC's 2381 + 2382; re,
Treason Law's exact Terminology erupts
"Treasonous- OR- NOT" Law + War (rel "Problem
OR-Solution"!), Therefore — SCSO-sheriff-order-
"The People" we're the Attorneys (ie.
US- DOJ, w-DC, ATy. Gen. AND, the-CA-US-ATy (R.M. xcept;
ie P.Talbot, etc), For 28 u.s.c. s 594 (+/- etc) Mandating
"SHALL" provide such LC/ye (etc.) "Assistance."
(ie, and rel courts's § 237, xxx's + BAIL're &c), by
"U.S.-PRE.K-DISTRICT" JS/ 's
OR-- ALT. S.C.SO- ETc. Conducts Treason's
".. Aid and ComForT.."!
           *  w/LC. Re Invaders "War-CRIMES," for
           my US-ADA (PTSD-disord "Service-Dog")'s
           RE-UNION

⟨ 'T.O.N.'- Pkg°. "SERVED!"
Sha.Cty. "Sheriff" (ie Eric Magleeng, etc.! ⟩

#3-of-4+)  via Medically Ref's!

#4-of-4+)  ["] Grievances LAWFULLY by
proxy, per "The-Alarm-of-Tyranny-(T.O.N)!"
Duties, And for Lee Clarke, by Jails "Obstructions."
P ["] -- That S.C.S.O, -Jailers-(etc) Abuses +

Abuses + Neglects past 7 days, relevant To (Him-(Tc) Denied Phone-workability / Tablet's "Grievance-Right(s)" / Law Library Needs (ie. "Preventative-Detention"; "Citizens-Arrest"; Etc.) / "Defense-Right(s)"-CALLS / Etc.-NEEDS, and consequential "Custodial-Handicap"-prejudices (ie. obstruction's To otherwise probable-Reliefs + RELEASE That's also TORTURIOUS-"Shocks-The-Conscious" as Const'l-LAW prohibition; Etc.), AND, subsequently is Evidentiary "Partner-ship-Malicious-Prosecution"; of which ERUPTS what forever "Poisons" AND "Taints" No After The Fact Lawful "...Duly-Convicted..." STATUS (* Etc. so Felonious + Treasonous "False-Imprisonment"; aka "Kidnapping"; Etc. HEARING [illegible]; OR - RELEASE - NOW! [illegible])

[illegible] (... of [illegible], By Ref. [illegible] Shasta County Jail [illegible] 5-8-2021; Re: Such Unlawful [illegible] ("Color-of-Law")-Deprivation [illegible] "SEPARATION" (of [illegible] Fish, [illegible], Etc. "Service-Dog" "Mrs. Teddy Willow"); [illegible] Consq. "[illegible]" [illegible]; [illegible] dogs [illegible] [illegible] ([illegible])- Felonious + Treasonous (Sedition, 18 U.S.C. § 2384; [illegible]) - "CONSPIRACY"! (* [illegible] Jail [illegible], [illegible] Sgt St. Clair, Etc. and Capt. Randall, [illegible], Etc; [illegible], Etc! *)

[illegible]

[illegible]

The following is a sample Proof of Service. Pursuant to Rule 5 of the F. R. Civ. P. and Local Rule 135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

Re. "The-Alarm-of-Tyranny - (T.o.C. N./Draftees To T-Entities?)"

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

Lee K. Clarke; USAG+SP
(eTc---ie 51% Plaintiff or Petitioner
v. CCOT- "W< The People" Beneficiaries)

(F+T)-"Badges+Robes"/ie SCSO;
Accessory"? Defendant or Respondent X 70+
Treasonous-"Totalitarism" --
Participants (Malfeasance's AND
Nonfeasances)-Malicious-Pros-
ecutions"/ Defective-oversight/
US-Const-Law."Throw-off"'s--
Culprits-(F+T-Self-Incrim's)--

# (ie) 05CV-2073-
# 18-(MofTP;Etc)-02044
Case Number 2:99-CV-99999 ABC DFG
(example case no.)
< #2:21-01399-
# 22-(HQ)-026-

SAMPLE PROOF OF SERVICE
"Treasonous-or-Not" as to Here
(F+T), Political-Trials"; Treaty's;
Detrimental obstructions "CCOT";
Etc. "Treasonous-Imprisonment"
AND, Prov-ETC. Relief's VS. etc
SEP - 18 USC 2382+4; F+T-

I hereby certify that on Feb. 20 th, 2022
(Date)
TON= Particulars'
CCOT-Precise-(Title of Document Served and Filed)
INTERVENTION's (aka--"Compulsory "Part-of-The-Solution!")

I served a copy of the attached
"Concealment-Crimes"

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
(F+T) Shasta Cty, CA. Jail 1655 West
enevelope in the United States Mail at ____ (Location of Mailing) ST, Rdng CA.
< TON; CCOT; Collective- "Draftees" X 11 +!?
(List Name and Address of Each Defendant or Attorney Served) W/ Ref's (US-Const's-Law's)
"Long-Train" / X 70+ Entities Confronted To 1-30-
2005 (A/-) "Treasonous-OR-NOT"-LAW-and-WAR, And, for
Particular Situations: Dutiful-"Allegiance"-(X-USA)-
INTERVENTION's-Assistance!" (ie. TON-PKg Nov
10th 2021: 'NON- (F+T)-CONCEALMENT-CRIMES'
< cont. over-pg)

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)

Summary: "(Lakota-Sioux's)-" ounze-Nihupi-Kyte-Lo"!
(aka-/- "Friends is preferred, BUT, Enemies if we must"!)

Lee K. Clarke (et al.)
SHASTA COUNTY JAIL
1655 West Street
REDDING, CA 96001

w/ie. Fed-R 202-324-3000, 5 32-223-
6473 ? Barrel, Bill Tower 572-246-1210 (223-
5349, 224-225-3676 (Consp. & Malice + Sy-6554)    — CRIMES ';
ALT. "PV Whistleblowing" – Rep. T14 (MLTD); Per-
otherwise 18 U.S.C. §§ 2382 + 4 Delinquent-Duties;
and / OR  etc.  ie. Felonious + Treasonous 2381-2382;
2384 ', 241 ', 371 ; 1961 ', "obstruction-of-Justice"/
ETC. "PARTICIPANTS"– Malfeasances And/OR Neglect-
Ful- Nonfeasances – (Criminal MISCONDUCT'S!),
iTemized  log  elsewhere Ref.'s, onto --[e. "Pick"
530-246-9131, 3187 Barrel CT. Rdng, Ca. 96002-?', 356-0342;
605-4367; KVIP-6M  Phil Morrow (Rel x 4+ unbiblical Mythiie;
15-17 "churchy" frauds), Patrick (Jones fort) 1000 E. Cypress Ave
Dane Whittington (Gee-Eng); ATy Pete Peters (KQMS/"Freedom-in-
Action'.''); Matt- ("Liberty- unabashed'/KCNR, Terry Reposa, Lyn
Carpenter(; Mark Kent, Carl + Linda Butt', Bob Bullows/Veterans
or MCGuill', DTA - USV A/ veterans - Justice-a-French/ VSO/
[illegible]
[illegible]
[illegible] 988-5788 '; 641-[illegible] 75-174-378-2 [illegible] 762-
207-9588', 973-252-9800; 202-872-[illegible] 650-9815-5000; 434-
295-4784'; 202-265-8305; 800-592-2974; 651-955-9550;
918-492-2600'; 310-255-2000; 510-831-4357; 971-236-7897;
(530)-744- 4539; 244-1600; 243-8599; 355-7559 4/McLaughl-
lon/ 918-331-8115 – 415-977-5800; 415-954-9995/ 800-
342-2255' ACLU / Calif Senator Padill/ ATy Tony Serra, John
Sneil, Erin McNally 530-246-1578; Mike Berg 241-2090/
Patrick German 262-2166/ chris ikelstrom 774-9534/415-
463-7000 & 310-277-0910 & 310-772-2328   PS 2+J/Archy
Pugh          / Ronald inST + Daniel Sheehan Jesuit 831-457-6135/
Wa- craig  Hullet / Dr. Tom Berot whisper-pastor 561-753-5798/
inv-ROT/ Dave Emery KFJC- 201-521-1416; 201-200-9368/
Clyde Lewis, Ground-Zero 503-225-0860/304-445-2980/

WRIT-oF-Habeas-corpus-("MoFTT").

ground's-For-Reliefs-(Poisoned-", Duly-Convicted"-
by "PartNership-Malicious-Prosecution"/ 18 USC 2384',
4', 241', 371', 1961' 2381-2382 - "CONSPIRACY")-(pre-
requisites  Dismissals / "Discharge" (or Consp.T-M+N):

#1)  Murderous "DOMESTIC-Enemies" Infections/
GovT. c. 8658', Sheriffs "Release"; AIT-T-"Death"-LAW-Cure
          #2) NeuTered Mail's (grievance's; TON, ETc)
Reqs: "Confrontation-Right(s)"/"Assistant") VALIDations
          #3)  Calif xx cTy's "Fruit of Poisonous Tree!"-
ENCROACHMENT's; Dismissals (F+T-IAC, Etc, Consp.);
          #4) ("classified"-Final-secreT's National-Security")

     #5) Viol's Med', USVA, USMC-PTSD, APA-(F+T)-
"AssisT-VeTerans", "Particular Medical Treatment is Required"
          #6) F+T-FoTile-Grievances-Reliefs Vs, ConsT's-
Law "Throw-off"; T-"Death"-Law-Cure
               #7)  2-9-2020 (+/-) ArrisT's Y/o No-Calif-Jur-
AuThority; w/ie, OcT.'20 US+Cas.cT's "Writ of Quo warranTo"
          #8)  As To (entitled) 5-5-21 Pke-AgmT-
offered 120 days ToTal Shu cTy (CTS-F+T-ignored!)
          #9) "Armed-Robery" TurTures 10-27-21 Coffey/
Paper bought; 6ams; Growing-$10K Violated-RighT's
          #10)  "Badges + Robes"/ "People"; F+T-
"ParTnership-Malicious-ProsecuTion" @ 52 AmJur2d IV, 857

#11) Unlawful-WIT (wife) Testimony viol-
ates "2-Becomes-One" / Domestic-Tranquility; No-sin-lack,

#12) (F&T) Prosecution Supp Fav-Evid (Trials,
4Ph; Murder, Confrontation, WIT, Etc.) Entitled Discharge --

#13) wife's 5-6-21 "Perjury" Provably, BUT,
Revealed-5-31-F&T-etrials-40% + Rectified Via Discidable

#14) IAC-Aty's, Judges, Etc. (F&T) "Political-
Trials," -CONSPIRACY (False-Imprisonment / Etc.)

#15) Viots "Public-Trial" / Confrontation /
(wife, IROMS, KVIP, KLBX, KNCR, Carl's LinkBotts, Nick-Hornet,
Pete Petes, Nick unbashed, DeFense Etc. "Redress of Grievance" RIGHTS

#16) F&T-Ca, (Shock ty "3-STRIKES, OUT) Per
D Aty S.B." + Recall-Shen L.M.; "CHP-Husbands!" ; Ca, issues

#17) That oppressed-unpreferred-EVID's ripens
Systemic-purpose(FG) + fraudulent-mis diagnosis ("Counter-
productively" 2007, US Dep, "CRIPA-RPT-Ca-PMH) w/re "Doctrine-Unclean-Hand

#18) F&T-Viots PC 1369 W-Jury-Trial"
(Incidents of re-(Defendant / Patients) Reports

#19) Torturous-Implication, From Systemic
Real-stepped-through THEN, Through Present "Quo, The

#20) That Failed-And (F&T Conspiratorially
and violation of confrontation, Testimony etc. and efforts

#21) That Jailers-Scso-Med "Partnership-Malic-
ious-Prosecution (F&T Conspiratorially) Testify-
ingly as any because F&T Violations Grievances" - Redress
cases) unlawful-Prosecuting Violated-Rights AND effect-

#22) Unlawful (Jailers-Med) Scso-
HA; Pros-Supp-Fav-Evid - IAC-Consp; V-Defense-RP Fed.12
w/ 104;

* #77) That such 30+ yss retaliatory-Injustice
obstruction) To Correct Domestic-Treason
THAT erupt T-Totalitarism Nullified "checks + balm, AND services
To recognition "Still the Duty To Throw-off" (provoked-unpreferred) T-"fact"
LAW-Cure (updated 1787-3 Rpt Vs. McCarthy

Case: 2:21-cv-01399-JDP   (?)

USDC, July, 2020, Sac-CA.
# Unadjudicated-WRIT #1983,
# 18 USC 2382, Non-FTT-
"Concealment-Crime-
REPORT-Duties" Corrective-Action

Lee K. Clarke (et al.)
SHASTA COUNTY JAIL
1655 West Street
REDDING, CA 96001



and that Debra frantically couldn't believe "Crazyness" over a blouse she'd given my wife AND No other Women involved (except nation-Pretension); So call Her, etc. and commence Full Investigation Re: Her "Alterior-Motives!" AND TRUTH I'm repeatedly "Crime-victim" Here/"Yesterday!" (Ps w/ Traumas for our-victims (Anyway) Real-Estate-Scams; ie. Her Family's Slander, Lies, vandalism, etc. since 2014 Att-Attempted [illegible]

etc. include New marriage (complicated-"God-sent" "Man") ie. MY 2018 retrieval), Loneliness, dating several before Her "Front of the Line", that included Her 25 yr Grand-daughter! Admittingly "Weird!" in Sought "Ruby-Lady; [illegible]

Kickacks- Release (ex/? PuP/TY/Home Pest?) etc. and "CSSA-Embassy!!"); Ole-Obligee Neighbors, Relations My Understanding(s) To one more "Miscarriage-of-Justice!"      Some change from unlawful Disenrollment- Persecution? To LAWFUL — — — "Wow!" and w/ "Intentionally disliked, etc. Affectionately-serious "Assistance" to my Nationally Personal Work [illegible]

(∀ TON = T-M+N'S- OR- CCOT/AO-LM! ∀)
Ps- No- Ca-Jur or EA-20 "Indian-Allotnt
∀ [illegible] 1957, [illegible]
"OUNZE-Nihupi-
Kyte-Lo!" [illegible]

Constitutionally Tough, best interests powers for Creator-God's present; You and Yours, and... In th SPIRIT OF MY Ancestors--

Mr. UNITED STATES Attorney General + Special- Prosecuter Lee K. (General-eagle) Clarke [et al--- ie. extraordinary Unit [illegible] Appt. [illegible]
Ministers [illegible] Pg. 13 -of- [illegible]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LEE K. CLARKE ,_____

                     Plaintiff(s)/Petitioner(s),

vs.

SCSO ,_____

             Defendant(s)/Respondent(s).

Case No.    2:22-CV-00026-JDP

### CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Therefore, within 30 days, the parties shall complete and return this form to the court. However, the parties are advised that they are free to withhold consent without adverse substantive consequences.

DATED: ____January 5, 2022_____          ____/s/ – Jeremy D. Peterson_____
                                             United States Magistrate Judge

**IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

☐   _CONSENT_ TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____          Signature: _____

                                        Print Name: _____

                               ( ) Plaintiff / Petitioner   ( ) Defendant / Respondent

☐   _DECLINE_ OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.

Date: _____          Signature: _____

                             Print Name: _____

                            ( ) Plaintiff / Petitioner   ( ) Defendant / Respondent

HOWEVER

all of which in Turn Seriously + withstandingly --
implicates Yourselves, PA-S. Balgent/T. Farull/Stern-
ant/ &rc. CULPABLE such 18 USC 2381 "Aid &
comfort"; 2384; 241; 371; &rc. "Seditious-
Conspiracy!," - PARTICIPANTS; &rc. AND/OR
at Least 2382 + 4 (FIT) "CONCEALMENT-CRIMES"!
As To D.A.T.Y's, I AC-PD-ATY's Tim Prentiss (Snr), Cava
Beatty, Jaila-, Sesa-, and Co-Bar/Jud-Perf/Mal-BJ/
Disability-Rights-Calif/ &rc. and US-DOJ, Attny-Gonorals
M. Scott + P. Talberg, AND Arresting "Rush-To Judgment/
Discrimatory/ &rc. Coppers!

Additionally-- Rel. 4 + Pg's 5-11-21 Bullet-
Points, Re: "Situations" &+-CRIMES The Rest-of-The-
STORY!", AND, Re: wifes "A.C.E,-(etc)-ISSUES-Factors,
ie. our 4th Month married Her Telling Me WANT For Me
To KILL Her, so I "Go To Prison For Life!"; ie. numerous
(GOD) "Unreasonable/ETC "shoot out of There!" Departures
(ie. Lake Tahoe wedding-Day For my Civil DUTY Msg, Witness-
Neighbor; Hot creek, River numerosity, Klamath Falls Org, Sr.
And Johnsontown Numerosity); ie. Talk Neighbor Brotherman
Kids me to be "Scared" As Growing HATE Is Violative-
WRATHful" &rc. AND good-START - of-Competent-
Understanding" - Credable - Severity is as To Nash, Pan.
oldest of 6-Sister Debra Pease (321)948-0226, as To
WITNESS "Problems" rel. Returned fund 2 Trailer/ends;
Sister Moving blessed Gifts, and Mrs. E, Mrke
found womans blouse our Rend Mtn, Bel, accusing
assaulting - Battery, &rc. me for IT another woman I
had in our bed BS 5 To-7+ weeks (even Mileage);

PN-Evid/ SFIT-(____)")

Pg. 12 of 42

8/2/2021      'Being sane in insane places' - Google Scholar

## Rouse v. Cameron

..., ..., Dist. of Columbia Circuit, 1966 - Google Scholar
373 F.2d 451 (1966). Charles C. ROUSE, Appellant, v. Dale "C" CAMERON, Superintendent,
Saint Elizabeths Hospital, Appellee. No. 19853. United States Court of Appeals District of
Columbia Circuit. Argued March 23, 1966. Decided October 10, 1966. ...
⭐ 99   Cited by 1613   How cited   Related articles

## Rosenblock v. Bd. Of Governors of Univ. of NC

... F.Supp. 1039 - Dist. Court, ED Pennsylvania, 1975 - Google Scholar
The caller's attorney shall be in receipt of the notice at least forty-eight (48) hours prior
to the Hearing. [20] This possibility of error is discussed by … R. Rosenhan ...
In "On Being Sane in Insane Places," 179 Science 250 (1973) ...
⭐ 99   Cited by 405   How cited   Related articles

## Bailey v. Kremens

428 F.Supp. 1321 - Dist. Court, MD North Carolina, 1976 - Google Scholar
429 F.Supp. 1321 (1976). Jane Cheryl ROSENSTOCK, Plaintiff, v. The BOARD OF GOVERNORS
of the UNIVERSITY OF NORTH CAROLINA et al., Defendants. No. C-75-483-D. United States
District Court, MD North Carolina, Durham Division. December 17, 1976 ...
⭐ 99   Cited by 46   How cited   Related articles

## Tarasoff v. Regents of University of California

... P. 2d 334, 17 Cal. 3d 425, 131 Cal. Rptr ... - Cal. Supreme ... 1976 - Google Scholar
... [19] Other studies, and there are many, have reached the same conclusion. psychiatrists simply
cannot predict dangerous behavior" 105, at p. 227.] Equally illustrative studies are collected in
Rosenhan, On Being Sane in Insane Places (1973) 13 Santa Clara Law ...
⭐ 99   Cited by 5338   How cited   Related articles

## People v. Burnick

... P. 2d 352, 14 Cal. 3d 306, 121 Cal. Rptr ... - Cal. Supreme ... 1975 - Google Scholar
... See, eg. Rosenhan, On being Sane in Insane Places, 179 Science 250, 252 (1973); Eight
"sane" "patients" (including the psychologist, a pediatrician, a psychiatrist and a housewife)
feigned various mental illnesses by feigning a controlled pattern of symptoms. ...
13 SantaL.Rev. 1190, 1200-1201; accord, Rosenhan, On Being Sane in Insane Places (1973)
13 Santa Clara Law. 379, 385, and authorities cited in fn. 11.] ...
⭐ 99   Cited by 558   How cited   Related articles

## Conservatorship of Roulet

... P. 2d 1369, 152 Cal. 3d 219, 152 Cal. Rptr ... - Cal. Supreme Court, 1979 - Google Scholar
... (footnote omitted.) (Developments in the Law — Civil Commitment of the Mentally Ill (1974) 87
HarvL.Rev. 1190, 1200-1201; accord, Rosenhan, On Being Sane in Insane Places
(1973) 13 Santa Clara Law. 379, 385, and authorities cited in fn ...
⭐ 99   Cited by 727   How cited   Related articles

## State v. Krol

44 A. 2d 286, 68 N.J. 236, 192 NJ Super. 460 - NJ: Supreme Court, 1975 - Google Scholar
... (footnote omitted.) (Developments in the Law — Civil Commitment of the Mentally Ill (1974) 87
Harv.L.Rev. 1190, 1200-1201; accord, Rosenhan, On Being Sane in Insane Places
(1973) 13 Santa Clara Law. 379 ...
⭐ 99   Cited by 486   How cited   Related articles

## In re Stephenson

287 NE 2d 1273, 67 Ill. 2d 544, 10 Ill. Dec. 507 - Ill: Supreme Court, 1977 - Google Scholar
287 N.E.2d 1273 (1974). Diamond, The Psychiatric Prediction of Dangerousness, 123 U. Pa.
L. Rev. 439 (1974); Rosenhan, On Being Sane in Insane Places
Scheff, Being Mentally Ill: A Sociological Theory 130-33 (1966) ...
⭐ 99   Cited by 129   How cited   Related articles

https://scholar.google.com/scholar?hl=en&as_sdt=2006&q=%22being+sane+in+insane+places%22&oq=a     1/2

---

8/2/2021      'Being sane in insane places' - Google Scholar

## State ex. Rel. Hawks v. Lazaro

202 SE 2d 109 - W Va: Supreme Court of Appeals, 1974 - Google Scholar
... can be measured. See, Bagshaw and Bagshaw, "Psychologists High
Priests of the Middle Class," Psychology Today, December, 1973; Rosenhand, "On Being
Sane in Insane Places," Science, January, 1973. The lack of ...
⭐ 99   Cited by 337   How cited   Related articles

https://scholar.google.com/scholar?hl=en&as_sdt=2006&q=%22being+sane+in+insane+places%22&oq=a     2/2

Nonfeasance's;
" EnlisTees - To X-USA'S Enemies    MISCONDUCTS, of
which is    inTolerably - New-Unamerican-NORM!) AS
THAT    2011-Jury's' (Precedenting And oppressed
"case-Law"!)   "Final - JudgmenT"; To "Psychy-"Frauds'
doing 'F+T-"Political-Trials," - ADVERSE-(etc)-
Tyranical Cover-Ups; PurposeFul-slanders, And
SysTemic-DisTractions-AND-Evasions (esp. rel.
Conflicting "JUsTice!" For DespoTs - DespoTism's--
F+T-Pc-1-52 "Adverse-To The-"sTate" Side-
"Deep-STate"/shadow-GovT/Globalists!), and, HENCE
accomplishing   evil "counterproductive" EFFECTS
Deliberately!), all while OBSTRUCTING The OTHER-
WISE   LawFully SHOULD occure INTERVENTIONS

discredited purpose's REVEALED - wrongful-mental
Health"- Political- Encroachments- onTo - Solely AND
withsTandingly - Legal-Matters- only; as To such
F+T- "Ranishment--For-Exercise -of-(ivil-Rights!" --esp
as and because "C.C.D.T."-Endeavours/ combating-
DOMESTIC- TREASON- correction; Etc. and THERE-
FORE dangerous "As-Matter-of-Law" and Those
such GovT-officials- willful-CRIMES, Torts,
Etc., and, "Point-Man!" ARE-S.I.I. To Centralize
FACTORS for "We The People" Collective RESPONSE.

Accordingly ("ALL-Things- Considered!") This
current  withsTandingly-Relevant AND "Res-Judicata!"
matter    ERUPTS To Todays BS-IST-1368+
FRAUDS (officials-crimes w/ F+T-Auxsiary-Frauds)
w/ REFS    mental-RD-Grievance's / Etc. HOWEVER

— ∆ Pg. 8- of -142

# Shasta County Sheriff's Office

## INMATE GRIEVANCE / APPEAL OF DISCIPLINE

☐ Grievance          ☐ Appeal (Log#_____)

From: _____    _____    _____
      Name (Last, First, Middle)                Jail Key Number    Housing Unit

Grievance is about:  ☐ Jail Procedures    ☐ Jail Conditions    ☐ Medical    ☐ Other

Date and Time of Incident: _____

Describe the reason for your grievance in your own words. Please be specific. (use additional sheets if necessary) _____

_____

_____

_____

_____

_____

_____

Inmate Signature: _____    Date/time: _____

_____

**THIS BOX IS FOR OFFICAL USE ONLY**

Received by: _____    _____    _____    _____    _____
             Last Name      Badge #       Date          Time          Log#

Grievance Routed To: _____

Initial Grievance  ☐ (Staff Level)  ☐ (Watch Commander)          *Previous Response Provided
   ☐ 1ˢᵗ Appeal (**Watch Commander)                                ☐ YES        ☐ NO
   ☐ 2ⁿᵈ Appeal (Facility Manager)
☐ This submission is not a grievance:
   ☐ It is an appeal of discipline – Incident Report #_____
   ☐ It is an inmate request or statement.
Response to Inmate Grievance:

_____

_____

_____

_____

_____

_____

Response by: _____    _____    _____    _____
             Last Name      Badge #       Date          Time

*Grievances being answered by Facility Manager or above must have previous responses attached.
**All grievances will be answered at the lowest possible level. If it is necessary for the Watch Commander to answer the
initial grievance, a Watch Commander not associated with the initial

"DISSENTERS") BUT,
The idealistic, virteous, Civ. Rights—Right And wrong
is—wrong Insatiable Responsibilities I was Long-
ago "Forced'" To Confront 2381 + 2382 Infra-
tions. Merely competently To do my Part for such
situational Incidentals, so—"Enough's—Enough!"/
HoKa-Hey!, re. War-on-me Wrongfully So,
and TON—LaW + War Discovry; That AIT. myself For
'Treasonous—Futilities', THAT encompasses "IT IS
THEIR DUTY TO THROW—OFF such Govt." —LAW—
EXTREMISM's (and, as even Further more, For
Necessitatedly provoking ALTERNATIVE—
Un preferreds; esp. 'Treason-"Death"- LAW- (ure
'Treasonous—oR—NoT', 'Awful-But') Into-205 y's
'or-else of recourse Life-By-Prisons', 'Judicial-
Murders!" vs. 'I-2, Political-Trials," / ETC and
"Suicide—By—Treason!") —— Again prefer INTile
alt. 'Establish—Justice'" / "Redress—of-Griev-
ances(s)—-"- 'Freely, NoT Popular!' SATISFACTIONS/
ETC, and "Unavailable"/ "Ineffective"/ 28 usc 2254(b)/
ETC. So As THAT meaningfully Demand Revitalized
—(Un-Extinct + overThrown) US-ConST. LaW- re.
"Checks—And—Balances' righteousness.

        Your—Calif—DATy—offices ETC. And PA-Mr.
Toby Powell  are (or, Reasonably—sHoULD-Be)
Implicatingly AWARE / Be KnowNsTs/ etc. (al-
beiT regardless Systemic—self-serving-"WillFUl—
Non—Understanding(s!)"; In—shorT, and, 'TON'-
DETERRANCE'S To Evasion's; Quid-Pro-Quo
Felonies + Treasonous Malfeasances/Non-Feasances;
                    → Pg 7—of—14←

right of an authorized State official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, §1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, §1112(i)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, §121(f), Mar. 9, 2006, 120 Stat. 223.)

REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§5701 et seq.) of Title 26, Internal Revenue Code.

AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).
2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

| Sec. | |
| --- | --- |
| 2381. | Treason. |
| [2382.] | Misprision of treason.] |
| 2383. | Rebellion or insurrection. |
| 2384. | Seditious conspiracy. |
| 2385. | Advocating overthrow of Government. |
| 2386. | Registration of certain organizations. |
| 2387. | Activities affecting armed forces generally. |
| 2388. | Activities affecting armed forces during war. |
| 2389. | Recruiting for service against United States. |
| 2390. | Enlistment to serve against United States. |
| [2391. | Repealed.] |

AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".
1953—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

## §2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).
Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

## §2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).
Mandatory punishment provision was rephrased in the alternative.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## §2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).
Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## §2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

Guaranteed-

"Republican-Form-of-Govt." / That "We The People"-
Hierarchy-Soverign-"Self-Govt(s)!" Vs. Democratic "Mob-
Rules!"; WHEREFORE caught 'color-of-law-offic-
ials' to be deliberately, purposeful, plundering
'America-The-Beautiful' (x.-Home of The Free, Land of
The Brave!,"), by conducting PROHIBITED Pre-
1776 - Again - "Poverty-And- Despair!" CAUSATION's
(ie. x 27 + "He she HAS---/ combined with OTHERS
To SubJect us To a Jurisdiction THAT is Foreign-
To our ConsT ---/ ie. etc. AND systemically-
Absolutism - violating "REDRESS-of-Grievances"
Futilities, DENY - Entitled-Reliefs, To be (Govt-crimes"),
albeit briskfully Put, AND, inconvint compounded syntax.

P-- In addition, is Protesting-Grievance; TO
'F&T-", Political-Trials." @ 397 US 337§ THAT which
1970+ US S.CT.'s "Foreign-To-our-ConsT." - DEFERRAN-
CES/ That Formally ADMITS Govt-Judiciary's
Evading "Defense-Rights"/ To contrary "establish-
Justice"/ systemic "Punishment-for-Exercise-of-
Civil-Rights!"/ Manipulative-deprivation-of-Rights-
SubJected-CONCERT (etc), AND, consequential--"The
clear DANGER of convicting The Innocent" Per
TON: Stovall vs. Denno! These discovered
"State-Secrets!" / Swampsters-In-Action-Intolerably,
WHEREAS 18 USC 2384 & 4; 241; 371, 1961;
etc. Perfect-Evil-Govt.-Crimes, Tortures, Murders-
of us - Adverse 'USA-Today' -"DISSENTERS"; But.
→ Pg. 5-of-14 ←

" Womens -
Abuse!" (rel. Spoiled chilvery Blank-check!" w/ Hitlery's BS
"A woman Has A RIGHT To be believed!"/ Nope! not
HERE To Facts; of 2019 even For 50 mile reach when
The RMC 44 days "Factually-Innocent" oppression;!) ;
only "Animal-Cruelty!" is by state + city 5-C-2) "Ailt-Fer-
Fer-Real!" (SEPERATION-TORTURE from Her master; probably
blaming Herself-(B)); Etc. and extreamly serious snow-
balling Ramifications; as To "F+T-Criminal-VIOLATION'S
To X-USA's perfect-ing "Common-LAW" (Vs.) For
NO "2-or-more-witness-Rule" REQUIREMENT consiquently
Systemic "counterproductive" (Supreme-Law-of-The-Land", AND,
"Domestic-Tranquility" LAW VIOLATION'S routinely!); same for
UNLAWFUL 5-C-21+/- Wife-Evelyn-Witness-COERCED-
"Self-Incrimination!" Protected GUARANTEE violated;
Per "Marriage's-"2-BECOMES-1!" RE. "She+I"-BOTH"
Did-NoT- Authorize" Public court Testimony complex Priv-
ate info. To Gov't-Encroachments, AND Foreign Nevada state's
"Federal-Jurisdiction-only'"/ 1 of 4+ Re 100+ perverse
oppressions "Threads depravity"/ Then freedoms denied;
"Any State Law --/ MusT Yeild." / Ref.'s Totality Vs.
LongsTanding "F+T-"Foreign-To-Our-Const."-Evid-
enTuary-Malfeasances-And-Nonfeasances'-(culp-
able-"CONSPIRACY"/ Etc.- Misconduct's @ re. pre-
stated + implications ie "Convicting The Innocent" deliberately)
And, furthermore THEREFORE "Factually-Discredab-
bly-Supported" To be TREASONOUS-"Totalitarism"-
SocialisTs-STATE! over Throwing GuaranTeed-
                          → Pg 4-of-14←

as Thats evident. FtT-"Pynishment-for-Exercise-of-Civil-Rights"; For persisting-OPPOSITE-TO-WRONG-"Defense-Right (s)": As For No. occurred Domestic-Violence Etc, 2-9-2020, BUT, is/was "Wrath-of-An-Woman!"-Fraud's; percipitated by Past Lifelong abusers "ACE" "Adverse-childhood-Experiences" EFFECTS (ie. distrust, manhater, "Good"is-mishandled Like "Throw-the-baby out with The Bathwater; Loving addressing Past events to improve is met closeminded Contempt "ITS Dead And Stinking!"; Stc, and very young child practices perfected to all This Repetitious Pretensions beliefs -- so as to Practice and Embrace Life Long Independant Defensive Best Effort "Survival"; ie. furthermore "Noticed" To implicate "ENABLERS" Felonious + Treacherous-"Badges + Robes"/Accessory's/Family Advocates/Etc-official CRIMES, For BS-"Good-Intentions!"/Stc, and participants HERETO numerowsly 'violate-Rights' (ie 18 USC 241,4,2384, Stc, and Capc 422.6, 4019.5, 4015, 1096, Std): As To Treasons-"Aid and Comfort"- (Fully)-Effects: Elder AND womans-
→ Pg 3-of- ⌐

(s, 4:) Denies (Not Timely) as To Immenet "Itself Tees" in (K) BS-of-SoP's; dept on "Assistance of counsel for his defense." & w/ for "(Confrontation (Rights))" (ofc. w/ & "Long-Term "Combined")

therefore problepsome & conformationally-justified, in addition to "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here—
"Treasonous-Or-Not" revolution (* whereas be "part-of-the-solution"/ not problem— by discovered framer Jefferson's "the chains of the Constitution.." for activated 1/30/05 "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently TREASON" would continue to grow & prosper; by government-officials (subordinate to Such is largely suspect to be purposeful result so in that "DOMESTIC-

#1.)  The misunderstandings about TREASON subject matter is magnificent & serious.

An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

ETc. 15

en course... S Document 1-... Filed 03/01/22 ... Page 122 of 323 when a <u>LONE-TRAIN</u> of Abuses and Usurpations---/ IT IS Their Right. IT IS Their DUTY To <u>THROW</u>- off such Govt. and..."; And, as To ("T.C.N")-Calif--"People,"-chargers" x70+ "Collective-Draft-ees"; For /(same-Trial"-CETA-RIGHT'S-X-USA'S-"/establish-Justice"; ie. James Richards 530-356-0342; Dick "Burst" 246-9131; Rany-Sal-vation-Army-Dept, _____ United-Way; Michael Fdn, Ed Howard, Chad Franklin; <u>Catholic-Charities-FaiTH</u> ie. "The New World Library"; Navato Ca; Vatican-SF Thomas More Society ATY'S Assistance, ie. Etc. x70+ Each <u>Dutiful-"Allegiance"</u>-INTERVENTIONS-Assist-ance, and Ref's. This is MOST-Single-Dire-NEED (Top Ten) To get <u>Corrective-Action</u> To (F+T)-VIOLATION'S (aka--Concert-ed-F+T-CONSPIRACY')--"... and To HAVE The Assistance of Counsel FOR his-her DEFENSE." RIGHT'S (+ es-Notices rel. 2-9-2020 +/- combatting-unlawful-F+T-Arrests) "Unreas-onable- Searches-And-Seizures"; for ie. "Unlawful-Female-Favoritisms-Discriminations" rel Mrs. C. Hoff-Sommers "War-on-Boyz!"/ "Confirmation-Bias" / "View point-Discriminations"/Etc. by-- SCSO-participants, "Badges + Robes"/Quack-Fraud-DA'S/JAG Accessory's/ETC-officials"; yourselves DIST-ATY'S, rel. Co-Aty-... Badge-ETC. Gov C 12550 "Take-Full-Charge" Office Etc. and Shasta County Board-of-Supervisors (e Pald) July 2 2021 and 14 pgs. Oct. 20th 2021, "Demanded-"INTERVENTIONS, Appoint "ASSISTANCE of Counsel FoR His (Rational + Un-... ... ... DEFENSE "/...

... ... ...

... ... ...

"Deliverances" being Governmental-Unethical Tortures, To 25+? Relief Typus, albeit That establishes <u>deliberate-disregard</u> Indifference. (for is Punishing before Trial; Right... ... ...-... ... ... ... Etc...; Via-and- such <u>Systemic-trying-Fatality's</u> Sadists; entering Their People-Customer's (us of per Jailers-SCSO-Jail, Admin, Medical, Well-Path Corp, Etc. "Back-turners!"; AND as To such Subversive-Practices, and choosing NOT Available Dutiful Reliefs BUT For additionally Deliberate USMC-PTSD Aggravations, Harms and Injury's THAT Routinely "Shocks-the-Conscience" Tortures,

⟶ Pg. 2-of- 2



1   T.O: (F+T) Sha-Cty, CA.

2   Dist-Aty's, S. Bridget, T.
3   Powell, S Tormant: Etc.
    (personally, by Grievance Law
    1355 West Street
4   Redding, CA. 96001 (w/ oversight?)

5   Ref.'s uncenst-(esis 20-x1860
    OZ C75; ETC. +sisl(c-Cty;
6   calif-"people", AND,
    1-30-2005+/- "Treas-                              ※ Ref. Grievance's (F+T)
7   enous - CRiNet" -                                    Criminal Misconduct Evid's !
    Law + War Cos either      Abuses, Neglects, T-Malfeavance's And/or
8   Neglectful-NonFeasance's THAT PREJUDICES Otherwise Payment/
    "Part - of - the - Solution" / corrective - Action - "C.C.D.T." - Endeavors:
9   However, contrarily should Dutiful Allegiance Interventions -
    Assistance"; ie - For stopping Violated - Rights; Etc. Ads-Imprisonment!
10                                                       DATED: Feb. 11th, 2022

11   Re: "Confrontation - Rights" / D. Really Evidence, AS

12   That ERUPTS - (ref's) - Beknownst - Unlawfully - Suppressed -

13   Exculpatory - Evidence (Defense - Rights) Esp. prevalent (F+T-

14   "Concealment - Crimes" (18 USC 2382+4) To Scso - Arrest, IAC-

15   Aty / Biased - Judicial - Activism - Judge / D.Atys / Fraud - "DA" - Unlaw-

16   Ful - Referrance's/ Jail - Med/ Etc. (2384;4) Seditious - Conspiracy

17

18   Greetings, and; "Respect - For - All - of - My - Relations!" (Rel. Bible;

19   Rom. 13:7, directly + implicatingly, 'Give All Their Due). "I" (etal.) Come Today in

20   a Good - Way, However, must assertively confront - 'Violated - Rights' - forcit

21   (Etc. ref's May '21+/- 'Felonious + Treasonous - "OBSTRUCTIONS b)"/ ie. 1985

22   In re Bower, "Fundamental - Rights"; "matters outside the Record...";

23   Writ for Habeas Corpus is "REQUIRED" (alt. F+T-IAC-ATP/ "Grievance -

24   Right(s)" / MofTP/ "Access - To - The - Court" - Compulsory/ Etc. Problems one futilit-

25   ies Mandate "DISCHARGE" rel. "Prosecutions suppressions of fav-

26   orable EVIDENCE - -", per 1999, In re Pratt: And, Etc. is
                                          → Pg. 1 - of -   2

                        EXHIBIT "A"

85 - (TON) - CVC - 2073 -

Cases: 21 - 01399 - JDP -
22 - (HC) - 026 - JDP -
18 - (MOFTP) -
(eTal)

Lee K. Clarke
SHASTA COUNTY JAIL
1655 West Street
REDDING, CA 96001

Re: 'NON - (F+T) - CONCEALMENT - CRIMES';
Per 18 U.S.C. §§ 2382 + 4 PUTY'S (MOFTP)!
To: "CALIF - PEOPLE" - chargers - (T.O.N.) -
ATTORNEY'S - - (ie) Katherine C. Manuel + Shasta-
County BAR Assn; Kuceras McNally; Berger?
Izzy; Berg; Russel; Stokes; cruise; T.
Serra; K. Snell; Etc. VIA Same's and Mrs.
Rhonda M. Hixon @ 1574 West ST, Rdg 96001

DATED: Nov. 10th, '21

Re: For The confrontations AND Correction To (F+T) -
IAC - ATY'S Anton CoTow; Tim Prentiss; Etc. AND
18 USC 2384; 4 (etc) "Seditious - Conspiracy" (ie. "Judges"
C. Beatty; D. ATY'S; "Fraudulant" - Psych - Pc's; sese. Med; Prc.

DECLARATION - (Dutiful, Etc - NOTICES):

The BS - Pc 1368 +/- (1ST) is currently Again Unlaw-
Ful (w/ Ref's), and specifically For violating such 2011 -
Jury's ("matters settled by Judgment"/ "Final - Judgment"/
"On The merits"/ "a matter once Judicially decided is
Finally decided"/ Etc) - And Res - Judicata (+ for same
issues) To 2011 +/- "Fraudulant + Political + Unlawful -
Deferrances, And Discredable - Discriminations Psych - "Pc's"! +)
THATS mandating "Absolute - Bar" For Psych - BS (Felon-
ious + Treasonous) - ", Political - Trials," @ 397 US 337 and
Systemic "Obstructions - of - Justice"/ And Evasions of
US ConsT's "Common - Law" (ie. "Heard before
Condemned!"), and That appT - id - ATY's - Intolerable
For "Surrogate - Prosecutors" misconducts To be
Pg. 2 - of -

The following is a sample Proof of Service. Pursuant to Rule 5 of the F. R. Civ. P. and Local Rule 135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_LGB K. Clarke, USAG+SP_ #(ie) 05 CV-2073-(McFTF)
(ET al.)
_____
Plaintiff or Petitioner
_Federal CRIME-VICTIM_
V.                                    Case Number: 2:99-CV-99999 ABC-DFG
                                      (example case no.)

_Calif. (Shee-Sink Tys)-"PEOPLE",_    #221-01399-
_SCSO-ETC,_ Defendant or Respondent   #22-0026 (HC)-
_IA(-ATYY/Judges Betty-Flyn/_         SAMPLE PROOF OF SERVICE
_Joilers-Med/Etc, "Prosecutes_
_(1999) In Re Post Suppression"&_
_Discharge"), US-DOJ, x-ATY-Gen/_
_ATys McGregor Scott",_

I hereby certify that on _____(Date)_____, I served a copy of the attached

_____(Title of Document Served and Filed)_____.

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at _____(Location of Mailing)_____:

(List Name and Address of Each Defendant or Attorney Served)

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)

misrepresenting defendant's "... and TO HAVE THe
ASSiSTance of counsel FOR his-her DEFENSE."
Rights (notably THAT cunningly- manipulates an
political states preferances To avoided, ie. as To
no authoritative Powers' and/or "Federal-Jurisdiction-
only!"/ rel. 'Fed-Supremacy"/TON comformanT's free
Vs. Bland's; "Any state Law---/ MusT Yeild."/ Etc.
and "wrath-of-An-woman!"; Frauds, No Domstic-
Violence CRIMES (etc. and "lawful-crimes!" Defense To
Jury THATs politically-unpreferred's), And, such non-
Res-Judicata is merely additional F&T-"unreasonable-
Searches-and-Seizures" (etc., and/or solidifies Psycho-
"Frauds" News-ed 9-27-2015, NPR, says Virginia's
Timothy McDonald + stanford Navy's Jeff Driver For
Proving misdiagnos's get "Deny and DeFend!" (cover-
up's).

      This all sought correctve confront-
ations is admittedly and understandably To
be difficulT and problemore or resentments, BUT,
such is serious "catch-22!" That my Silence/etc.
would Truly constitute Intolerable "Self-Harms!",
THEREFORE "Calif-PEOPLE"-chargers/ "Enablers"/
"F&T-"Accessory's" are best To be confronted
for "Problem-or-Solution!-(T.o.N)!", and, expose
such 'F&T-(ie. 18 usc 2384 + 4) "SediTious-
Conspiracy" (Ps. That hopefully GETs solution
based "assisTance" Vs. unpreferred F&T-formulents)

     _____ Pg. 7-of- ___

Case: 2:21-cv-01399-JDP — (?)

USDC, July, 2020, Sac-CA.
# Unbifurcated-WRIT #1983;
#18 USC 2382; Non-FIT-
"Concealment-Crime"-
REPORT-Duties: Corrective-Action

Lee K. Clarke (et al.)
SHASTA COUNTY JAIL
1655 West Street
REDDING, CA 96001



F+T- Participants):

Violating 4-To-7+ U.S. Const.'s-Law-("Rights")- Protections -And- Prohibitions- Daily (* w/ Ref.'s fully Set Forth at This Point + Hereafter! *)-- ie. 'Felonious + Treasonous - "False-Imprisonment(s)" (* Ca Evid Co 451 Judicially-NOTICED/s-- That's withstandingly True, as per 'IAC-"Surrogate-Prosecuter" (s)- Pd-ATYs; Etc. "Conspiracy's, AND, Concerting- Systemic T-CA-PC-1252 "Adverse To The State"- Such Subject "PASS"-The-Buck-Game / EVASIONS/ Contrary ".. Establish-Justice.."/ Too "Defense-Rights": And, 'F+T- Concerted -"conspiracy" Includes 18 USC SS 2502 + 4: Officials 'concealment-crimes', and/ OR 'F+T- Partnership- Participations- For -"Fraudulant"- Psych- F+T- Political + unlawful -"State- whores" + "co- Conspirators", To Tortures / 'Violated-Rights' / Etc. and obstructions, THAT're Derivatively Culpability's, However, 2011-"July" (Final-Judgmnt) IS SAME fundamental, "Fraudulant" -Psych-M.H.-"Disorder"- manipulations, albeit 2011 discredited Quacks, Etc Criminals, w/ "Judges" C. Beatly, Dist-ATYs, Toby Powell. LT-Marshalls, Etc. WITNESSES AND Factual-Record for Today's "Precedented"-LAW! AND 'Proving-Unlaw - Ful -(F+T)- Psych-M.H.-".. Political-Trials." (rel. IAC, etc. const's rational Based "Defense-Rights"); Etc. and "Lawfully-Dangerous"/ etc. are 'Legal-NOT-PsychMH'
    → (g. 4- of-     ∠

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

LEE K. CLARKE, *(et al)*
w/Lee 1-30-2005 *FCR's Components Notrius!*
x51% + "We the People" Plaintiff(s)/Petitioner(s),

vs.

SHASTA COUNTY SHERIFFS DEPARTMENT ,
ET AL.,
USVA, US-DOJ, AG, US-AT'ys, USMC, Congress;
etc. *Treasonous"- Defendant(s)/Respondent(s).*
*over two wer's of US Const, Law --*

Case No.   2:21–CV–01399–JDP
* *That's Also (unbifurcated-writ*
CONSENT / DECLINE OF U.S.
MAGISTRATE JUDGE JURISDICTION
w/ *re* * 05CV-2073°
*Lee # 18 CV-2044 -JAM-KJN,*
*re # 22 (HC) 026-JDP*

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Therefore, within 30 days, the parties shall complete and return this form to the court. However, the parties are advised that they are free to withhold consent without adverse substantive consequences. *(and "Barred-Tensos" Coercion by USDC, etc. routing Partys+ Enables to F+T "Punishment+ for Exercise of Civil-Rights" - Clims+c ₧₧)*

DATED: ___August 9, 2021___          ___/s/ – Jeremy D. Peterson___
                                       United States Magistrate Judge

---

> **IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

---

☐  **_CONSENT_ TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____

Signature: _____

Print Name: _____

*No-Waiver US Article III*
*Judge, Purposefully*

( ) Plaintiff / Petitioner    ( ) Defendant / Respondent

---

☑  **_DECLINE_ OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.

Date: ___8-1-2021___          Signature: ___[signature] (et al.)___

                              Print Name: ___Lee K. Clarke (et al.)___



*Obviously Part I* *of* *Set I*

(cont) "Legal"-"Nct"-"Psych-MH"

THATS RESULTS, TO "2011-Civil-"Common-Law"-July's ONCE and For All Confrontations, And THEREAFTER US const's 7TH Amnd's ["]and no FACT Tried by a Jury SHALL Be otherwise Re-Examined in ANY COURT of The United-STATES, THAN according to the Rules of The Common Law. ["]; And, THEREFORE requires such (F+T) - 1368 + (1ST) To be Subjected To "Arrest-of-Judgment." (√ "Yesterday!" √).

CC -- w/ Aty's Joe Ahait, Anika Stokes, John Kucera, Mike Borges, Eric Berg, Erin McNally, Mike Dean, Jon Lowry, Matthew Izzy, Tory Powell + Stephan Bridget, — Stermont, Walter also; Kath-Manuel, Tony Serra, Elizabeth saul, serras + McNamara, Anto Coto, Tim Plattis, Sean Rashkis, Rhonda M. Hixon 530-244-9606 (√ centralized-Service, "Assistance" - "Draftees"! √)

⟶ EXHIBIT "A" 5 -of- ⟵

<Assistance - Districts! +)

R-- Accordingly, Seperate To any and ALL so-called 'convienance - bias' (or T.O.N.= Problem-or-Solution! +), THAT Here To erupt's Formalized, pitiful, Righteous, etc. ASSISTANCE'S VS. otherwise (F++?) 18 USC 2382+4: discouraged, wrong, unamerican HERE, etc. Concealment-CRIMES!

Please and thank you ASAP "Yesterday!" (or Enemies)

constitutionally Yours, and, In the Spirit of my Ancestors --

"Mr. United States Attorney General + Special-Prosecutor Leek (general-eagle) clarke (et al--i.e. Fel. USPC 1991+ Appt US Const Article's III, VI, IV. +/- "Ambassiders, Public Ministers and counsels" AND 28 USC 594 +/- "Assistance benefits or alt. 'Duly-Conducted' imp-Fedeal-officer - AND evid. Fel. US PrJ, AG/Soc-US Aty's/etc F+T- "Foreign To our Const"-DONE "As An Matter of Law" Plsq: i.e.Fed

T.O.N. - (CONT'd) (confirmation!)

---

## An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1)   The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largely suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper: by government-officials (subordinate to "We the People..") & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be "part-of-the-solution"/ not problem-- by "Proportionate-Seriousness"[*]), and of which is largely unbeknown to readers here-- therefore problemsome & conformationally-justified, in addition to

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

LEE K. CLARKE, *(eT al.-- ie. 51%+ "We The People," Amicans "CCOT beneficiaries)*
Plaintiff(s)/Petitioner(s),

vs.

SCSO, eT al. *(F&T- "Foreign-To-our- ConsT"/ "Budges & Robes"/ No-AuThoriTy's PasT-consenT-ETc-) UnlawFul-US+CA-Judges (JAM+KJM),*
Defendant(s)/Respondent(s).

Case No. 2:22-CV-00026-JDP *(HC)* *Rel.(?) 2:22-cv-01399-JDP-"* *"2:21-cv-01399-JDP"* ~~CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION~~
*05cv-2073- 18cv-2044-JAM-KJN (# 3 Judge fixed by "conflicts-of-I" w/ 2044, ETc, CTs-Violated-RighTs)*

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Therefore, within 30 days, the parties shall complete and return this form to the court. However, the parties are advised that they are free to withhold consent without adverse substantive consequences. *However, unfixable "forked-Tongue"/ cunning- coercions by corT USDC Evasions parTy routinely AND courT's "F&T"Ponishment-for-Exercise-of-civil-RighTs" Enlisted/ 18 USC 2384:4, 241, 371, 1961, 2381-2382, ETc.*

DATED: January 5, 2022          /s/ – Jeremy D. Peterson
United States Magistrate Judge
*w/ KJM+JAM Disqualifies "Conflics"*

**IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

☐  *CONSENT* TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case. *Ps. CA-BAR 6111 Vann No. 22-0-00386 Sean Mark Rashkis, w/ 18 USC 2382, non-concealmnt-crimes*
Date: _____  Signature: *Application's corrupT Judges "to-cops"!*
*"No-Waivers, Any RighTs" w/ ie. ArTicle-III Judges-No-(Color-of-Law)-Immunity, for corrupT* Print Name: *F-Treedom" overThrow coup!*
( ) Plaintiff / Petitioner  ( ) Defendant / Respondent

☑  *DECLINE* OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE *(remand)*

*w/ oath' US-ConsT, ETc Re. NaTional-Emergency, eTc.*
The undersigned declines to consent to a United States Magistrate Judge and requests random reassignment to a United States District Judge. *DoTies vs. F&T-concealmnt crimes*

Date: 1-15-2022   Signature: *USAG & ST / USSA-Ambassador*
Print Name: Lee K. (Kingsleigh) clarke *(etal)*
☑ Plaintiff / Petitioner  ( ) Defendant / Respondent

<u>Mailed</u> -- Supreme Court of Calif. @ Sept, 13th 2021 (x5 Mads)

350 McAllister St, San Francisco CA, 94102
w/ Jal Apps Hodges & Lowe

<u>CONTENTS</u>:

25 pgs w/ Proof-of-Service; Emg Petition for Writ of H.C. (SUX & Shasta) (A)
4 pgs -- "IV; Restmnt (IAC-ETC) Suppressions & Evasions Convicting "the Civil Power'"--
5 pgs -- Ground VI writ of HC re: 10-27-20 -- "writ of Quo Warranto"/ (a) "Foreign"
18 USC 2384 pg/ Notes, Statute   Ls 2pg Bastrd ADA Form & 5-7-21 "Div'y..."
2pg USMC, PTSD, ADA, Service Dog Co. T2  Ls 2pg Letters 5-26 permits 7-28 D. Matt
Ls Grievances Plkg C - PW) 140817632/39707992, 9-249-21/ 6 pg GR-Gov't 8658, ADA-
Res + Medical Sims & 6 pgs Med-Bd.; 4095 8658 + 39672812-ADA; 2 mSw;
#139499242, #139499242-4-3-21; & 24-21 x 9- FIT -"Evidence";
Ls NS- PDT, Aty Gen & Sac IA US Aty PKA 8-1-21 (W/ isMRV-14421 old
oregon Trail, RDng, CA; 3 pgs US Aty M.Scott-P. Talbg Agt 21 (Rel 15 pg 2-18-21)
4 pgs US DoJ. Civil Rights/PW WIPE 8-17-21;
Ls 2 pgs 9-2-21, FBI (Shr CTY) CowT/11+ criminal-misconduct-Reports
Ls 6 pgs 5-13-21, Ca Com on Jud Perf.  Ls 4 pgs of 4 on + US Congr Jud Cmte
Ls 4+ pgs 0-4-20/ Sc 4015 "(NRA -"Competent-Authority" (Pow/Corp).
Ls 4 pgs 8-1-21, Ca Supreme CT For (via) Shasta CTY
Ls 3 pgs 7-1-21, VFW-Cmdr, Garry Norr'B, S.216 West Able St.
Ls 2 pgs 7-4-21, Sha CTY Sheriff's Office, Sh-BranteX (& successors)
Ls 3+ pgs 7-9-21, Lake M, neighbors Ed Stewart + Chad Franklin
Ls 4+ pgs 9-1-21 RDng Randurs, Aty Troy Edwards; B. Keluchi, Jack
Petter Jr; James Haywards, "Pastor" Glimian Frank AND Anderson
"Full-Gospell-"CHURCH"; ("INTERVENTIONS" by "Christians" Bible Methods,
16, 17, "CHURCH"  Ls 4 pgs; 8-26-21, Kent, Linda, Travis, KCNR via 14421 old oregon Trail
Ls ___ (pg) Ps 41, Ps-42 -- NO 1 INfECTIOUS Problem --
Ls 2 pgs  Sha CTY SUper CT, 8-1-21, Via CA Supreme CT, (T-1ST)
Ls 2 pgs 9-1-21, Cnty Reg. #140471232;
Ls 6 pgs 7-4-21, #132161852, ADA-Grievance-Right ("Restelants")
    & w/ 300 Park Marin IV, RDng Lot, 16.01
    attn, Jail-Pastor/ Sheriff's MIKeJohnsrs RptG.R,

& w/e Gamblers 'NOTICES'; Le/ge/ etal.-"ie, 1991 + APPT. USDC
w/ Const Article III "Ambassadors, Public Ministers and Counsels";
ie, ETC. and US DoJ. ATY Gen. Merrick Garland, ETC (contented
"T.O.N; (e. PL 96-247, 42 USC 1997 a-L + (CERTZ USDC
"MOTION to INTERVENE..."; "... to Practice of Resist-
anced" (CRIMES)"

**DETAILS OF COMPLAINT (Attach additional pages if necessary)**

State your complaint in chronological order and in detail. In addition, please include dates of treatment and list all relevant treating providers specific to your complaint. It is important that you be specific regarding any allegations of substandard care. Providing a comprehensive narrative of your complaint allows for a more expeditious review process.

Signature                                                                    Date

Application -
Platform - Mechanisms - System - Built or constructed-
Participation, as To electronic - High-Tech - mixtures
Someway detrimentally AFFECTS an DETainee's
NEED or problem or proTesT For "care+
TreaTmenT!" RIGHT` And/oR violation's 4TH, 5TH,
6TH, 7Th, 8TH, 10TH, 13TH, oR 14TH, OR 1ST and oTHER
protecTion's And ProhibiTions "RIGHT's", and, as THAT
"correctional-officers" HAVE SOCIETY-TAXPAYERS-DUTY's
To prompTly CURE Vs. 'alt-"More-Harms-THAN-Good!"-
TruThs; Rel. T-Calif.-1991+ Domestic-Treason's-"MF6-
criminals, Adick's, Psychotic and Homeless problems!)";
And -- (4) THAT ("Demands!") To be NoT only Immediately
("YesTerday!") PROVIDED such Information To Sames (Re.
"NoTICES" w/ie. "Problem-oR-soluTion!," and 1-30-2005 +/-
"Treasonous-oR-NoT"-LAW-And-War` 10+ pgs componenTs;
ie. etc.) for Jailers + DeTainces phone, TableTs, com-
munication - Messaging, County conTracTs, specific Consid-
erations, over all, UnbeKnownsTs, set-up, "Psych"-etc
Professional Involved InpuT, All Rel. rational-Dialog STarT-
To- compleTion, including "Bugs"-ImperfecTions-Repairs, To ie.
SCSO Grievance's-3-STeps- Layers; ie. for 4 days Limit-
ation on appeal opTions; AND characTer Info count
Summary + DescripTion; For DeTainees-inmates NoT
abled "construcTion-saves" Per shared Use Knowns
InTerrupTions Vs. LosT- work, FrusTrations, AnzieTy,
STresses + Real Trauma relevanTs ThaTs Felonious-
etc. 'Violated-RighTs' CRIMES; Re. Grievances ONE-Time-
STopped IncompleTe-Frauds, Rel. "Credeble-Evidentury-SupporT"

— support"

for "Law-Enforcement" and "establish-Justice, & "Allegiance", putiful-Participation-Responsive-Disclosures (4 And my properly-immediately PROVIDED HERE Longstanding Denied—"...and TO HAVE The Assistance of Counsel FOR His Defense." To Me Now"!4), etc. and USA-Patriotic "Due-Diligence" vs. "F&T-"Willful-Non-Understanding(s)!"-Pre Judicial-Participants' THAT's Treason's—"Aid and Comfort" Additionally(ie. esp. as To STAFF Facility "Power-off"/Restart/manual-observation To inmates open Accounts And Torturious-Force-Quit-STAFF-Control with, or w/o, observing-Inmates-pre-"send"-Typing-Status; ie. etc. and as To Your ATY's—manipulatively-Justified-Infringant's ERUPTs at Least 18 USC 2382 + 4', F&T-"CONCEALMENT-CRIMES"!

In closing now (w/REE's, Presented, Demands, TON; ie. immidite provicings + cooperation's; AND, "Public-Trial" RIGHTESS; via "Gov't-Grievances"-Watch dawg-Transparent-Web-$-Business/ "C.A.B.S" /Etc), as expect Response's-2-weeks-HEREAFTER-Rec'd, AND, additionally Include contritious Discussion for "Plea-Bargain!"-Culpability-AND-Resolutions-opportunity (Re. My 28 USC 591 et seq. paramount FRUIT Prosection US Court's Powers" and USConst's Article III-APPT-USDC "Ambassaders, Public Ministers and Counsels"), Mutually-Beneficially, "Fraud-or-Fee! Constitutionally Yours;

[M] Mr. U.S.A. Attorney General & Special-Prosecuter Lee (Generic eagk) clarke (et al.)"

#163986892; Feb.12, 1409; Grievance - RighT(s):

SUM (11): Marlar, &rc. "CLOSED-Eyes/Ears!"; My Custody's Adversities (TON = T-M&N's or ccoT!); is Treason's - "Aid & ComforT"; &sp. - Calif-Psy-CRIMES

DaTed (11): Feb 2, 15 37; #161054732; Ref. "Please See/Your Mental HealTh/ Thats 'coercing -"DissenTers"- MURDEROUS-"SelF-Harms!"- Genocide

Describe (11): SCSO, WellPaTh, &rc. "DANGER - Selfs & OTHERS" - DISORDER(s): "/ Dunning - Krugger - (DisoRPER)· Bias; &sp. by -- T. "ToTaliTarism" DENIES us ConsT, "checks - And-

(F&T-Period-Names) Feb 13, 00 23; 4): IF You are asking To See Mental HealTh I will Talk To THEM and GeT You Scheduled

F&T x6+ "PowR-OFF!" AborTs & TorTures; send 55% Incomplete "Forced"; send, AND "NOTICED" ASAP-Supp. mailed sheriff Johnson's Bvc-Pikgence oversighTs

2-13;2022
& us mail (11): NO!; Thats exact OPPOSITE HERE for My "REDRESS - of -Grievance's -- "RIGHTS For systemic "CLOSED-Eyes & Ears!"; Thats WORSENING medical/wellPaTh-Calf/scso-HQ/Jailers/ TraiTors sheriff Mike Johnson (?/!)/IAC-Pd-ATy's; CousT's; &rc. "SediTious - Conspiracy" (and RoutiNely Felonious & TreasoNous ImplicaTed "ENABLERS" And "Accessory's!"; And MORE so ConsequenTly NecessiTates Treason's - "DeaTh - LAW - (use/ "Suicide - By - Treason!" / "Lesser - of - Two - Evils - DocTrine" AND "Law ful-Murders!" Ref 2011 - Jury - Res - Judicata - TOPAYS-

— TO-PAY'S —

F+T–1ST–Unlawfulness / etc. provoked _EXTREMISMS·RESOL-UTIONS_, However, ANP per US Const. LAW "IT IS THEIR _DUTY_ To _THROW–OFF_ Such GOVT..."-LAWFULNESS (PS–Regardless For we dislike + unpreferred, BUT, as and because "Proper" and "Forced!" per _THESE–F+T–Futile–Results–From–Defective – "checks–AND–Balances"/ GRIEVANCE'S_); or OTHERWISE Treasonous–Silence Myself ignoring SAMES amongst _X–USA–overthrown–by–F+T–"Foreign To our Const."/T–"Totalitarian Socialists–State"/Traitors+Invaders "Majority"_/ whom RESIST+ OBSTRUCT Corrective–Action By Prejudices Myself &/or constitute Treasons–"Aid+Comfort!" Derivatives/ie. as My withstandingly – "(F+T)–"False–Imprisonment"–(etc)–CRIMES"; That's _(F+T)–OBSTRUCTING_ paramount _Corrective–Action–For–intolerable–Domestic–Treason (aka "C.C.P! Endeavours!"_); etc. and – – encompasses "(F+T)–Participation–Culpabilities" ("Treasonous–oR–NOT!"/ Problem–or–Solution!) THATS here continuing Treasons Again 1776 + "Poverty + Despair!" : NATIONAL–EMERGENCY, Collateral–Damages 51% + "we The People" OTHERWISE beneficiaries, As To Detrimental effects SUMMARY per _HERE–(STATE wide)–F+T "Fox watchin–Over–The–chicken–Koep!"/ "viewpoint–Discrimination(!)"_/ etc. and These PROVEN–FACTS For F+T–Defective–US–CONST'S "checks–And–Balances" oversight(!)! And – – as THAT Grievance STAFFS (R. Perry-IP-Name) "unreasonable–Searches–And–Seizures" THAT'S coercing My (etc) "Self–Harms!" participation/ to med–well path/ &/R. Violated Right(s) for "Known'sT To be MORE TORTURES To be yielding(!) Safe + Treatment's re. USMC–PTSD. Evidence–Based–Practices (P NOTICED) re. US pet. vs. Calif–DMH, Psycho–Psych, Loc T + CRIPA–Reports, admitted violations TO BE "Counter Productively" For US–Consent–Judgment, Protection) And from Prison(s)(!) However, Fated, should _DIT–pressed_ "whistle blowing!" Report Those Harmful To myself (etc) Abuse and Neglect, (aka "Anti–current notice, ETC, F+T 18 U.S." 2382 + 4! For NON–CONCEALMENT–CRIMES: Felony+Treason! For violated–Rights @ An counter obstruction + suppression; as Erupts "F+T, false–Treasonous Imprisonment" To Perpetuate Intervention/Rehab!

* mailed 2–15–2022, 0800 AM
(etc. @ 3120 Fairview Park Dr. SUITE 300,
W/ USATTY–SWT., Fo. GloBAL–Tel.–LITIS–CORP!; LEO,
Falls Church, VA. 22042
RPs, Roger + Bradley

#165007602 (#/), Feb 18, 1529'. Inv-Req:

( ): Corrupt Discrimatory Jailers/Med/You-cTy-WHORES worsen matters by unlawful favoritisms, BUT, CONST'S "THROW-off!" OBJECTED!

( ): 5-6-2021 (rel.+/- ie. 1-30-2005 "Treason-OUS-OR-NOT" LAW and WAR for Abuse; Neglects (esp VIOL's grievances / unreasonableness (SOP)

( ): STOP Facility ENTITIES Provoking worsen T-"Death"-LAW-Cure/ "Lesser-of-Two-Evils-Doctrine!"/ "Lawful-Murders!"/ "IT is Thev DUTY!"

#165011298, Feb 18, 1551, Pod-officers :

(1): Ref's #165007602-Inv-Req (#/-); STOP "THROW-off" ALT. LAW, for OVERSIGHT-"People"-DUTY'S, by mature REDRESS Reliefs (DeSense's x 20+ issues

(4): 5-6-2021 +/-

(5): Your All favity Tablets CAUSATIONS MUST STOP being: CORRUPTLY Exploited Cover-UP's, Blaming Me (ie. No widgets Typed; ie.ETC. RUSHED

EXHIBIT "A"

# 165 01413zg Feb. 18, 1611; Med-Reg :

_____ (O): Ref # 1650007602 +/- (w/ Account "Pwr-off"
Log Evid TORTURES Vs. Sep 2384/4 CRIMES)
That negotiates CONTRITIOUS Correction Med "Care-
)

_____ (): 5-6-2021 +/- (P5 w/ USVA, chiie VA
Nicki Balboa; get shracty VSO Vs. Report Their
ALT. Felonious 18 USC 241: 4: ETc. CRIMES To Me!)

_____ C): PC 2653 LAW "Particular- Medical-
Treatment is Required "/ To be Independent-
Eval-Prof-For-PTSP; NOT 18 USC 2382 CRIMES/Harms


# 165 01 7372, 2-18-22, 1629, APA-Grievance:

_____ C): Dep's STorm, Scribli, Etc. NORMS choose
"unreasonable JOINING V.S.-"CRIME-VICTIM!"-
Here  (reas "Throw-off!" ExT) Vs. NON- Partiality:

_____ (W): 5-6-2021 +/- (P5 even "Pre-Pligera"
STAFF x 40+ VIOL's griev Issues AND HERE
ENTITLED ALL RightS; Unlawful CHOOSE
1 Futile Gr AGAIN!

_____ (W): Evily manipulated BLAMES Me
4 Grievance's DENIED Reliefs. For TableTs and
STaff Flaws (ie. "Pwr-off" IGNORED
TorTures CAUSES Me RUSH (conseq--)

[↑ Rel. 10-2-2021; #1441352662 ("ITF₀"-₽C (Nct-6R)]

"Dick TD"

#163986892; Feb 12, 1609; GRIEVANCE
SUM ("): Marler, Etc. CLOSED-Eyes/Ears; My Custody;
Adversities (TON= T-MIN's or eeOT!) is Treasons-
"Aid and Comfort"/ Esp Calif-Psy-Crime
Rated ("); Feb 1, 1537 + 161054732; Ref "Please See/Your
Mental Health/ That's Coming "Dissenters" MURDER-
OUS "Self-Harms!" GENOCIDE
Describe ("): SCSO, Wellpath, Etc. "DANGER-Self-OTHERS-
DISORDER(s)!" / Punning-Kruger- BIAS; Esp by
I-"Totalitarism" DENIES USConst. "Checks-And-

Feb 13    Feb 13
1609     1609     002-3 ( ): If you are willing to see Mental Health
                  I will Talk To Them and get you schedule

< F&T × 6+ "Saw-off!" Aborts ↓ 95% Tortures Send incomplete/"Food"
and, Noticed Supp ASAP make Sheriff M. Johnson Traitor's-
oversight's

( ) No!, Thats exact OPPOSITE To HERE
"REDRESS-of- Grievance's- RIGHTS, For Systemic "CLOSED-
Ears + Eyes!"; THATS Worsening Medical/ Wellpath-Leg/
SCSO-HQ/ Jailers / Traitor sheriff Mike Johnson/
IAC- PD-Aty's, Courts, Etc. "Seditious-Conspiracy!"
(And routinely Felonius and Treasonous "Enablers" AND
"Accessory's"; and, Consequently Necessitate More So

MARE SO

Treasonous—"Death"—Law—(safe")/ "Suicide-By-
Treason!"/ "Lesser-of-Two-Evils-(Nothing)"
"Lawful-Murders!"/ Etc. EXTremisms—Persistions,
AND, however, US Const. Law "it is Thy DUTY
To THROW-off such Gov.T." LAWFULNESS,
regardless for Dislike a unpreferred, BUT, as
thats proper because Results from F&T "checks-
and-Balances"—GRIEVANCES being "F&T-Futile",
whereby myself Treasonous ignoring Somes,
amongst X—USA-overthrown-Republic, THATS
F&T—"Foreign To our Const", T—"Totalitarianism"—
Socialists-State; and such T—"Aid and Comfort"-Deriv-
atives/ ie, as my False-Imprisonment-Etc. THATS
F&T—OBSTRUCTING: "CCDT"—Endeavours, elsewhere
Necessary Corrective-Action, Etc. And F&T-participants
wrongdoing, THATS consequently continuing Treason,
(and Ty—law—frequent)...
...
Benefactors; detrimental effects summary per date "F&T-
Fox's—watchin-over-chicken-Koop"/ viewpoint-contaminations;
Etc. and those T-Relations us-Const's "checks & Balances" oversights))

And, As That grievances-staff...
...seizures... exercise my self-Harming...
...To med-wellmonth/Etc. For MORE TorTures violent
...rape and Treatment. ie, as my PTSD Thats "Evi-
ence-Based-(facilities)" (whereby US PC7 vs Calif-PITH, 2007...
...admittedly these retaliatory, violative...
...However, should proceed whistleblowing—Abuse
...& Neglect (Anti-Civil. 18 USC 2382 & 4; as Man-
...crimes, these Felony/ Treasons. Harm Myself
and— That Counters, obstructions & suppressions that
reveals Violated-Rights; false & Treasonous-Imprisonment to
ones perpetuity; Corrective Intervention Tidy, Refund-Release



# 164702712 :                    (+/-) Feb. 16 '22 ; Inv-Req.

SUMMARY(ᵈ) :   That Your # 162954192 ; 0103 ;
"Suicide-By-Treason!" - UNAMED-Traitor(s) Get Me
Prosecuted USDC "Impersonate-Federal-Officer"/MYSELF!

Dated (ᵈ) : 5-6-2021 +/-   AND Ps- THEREFORE
You T-Traitors ("Forcing") Comrad- Coworkers
"Lesser-of-Two-Evils- Doctrine!"-(LAW!)/ T-"Death"-
LAW- Cure / DUTY'S

Describe (ᵈ) :   Further   WHEREAS   Un-Obstruct
1991 + ("Counter Productive" : 2007, US DoJ vs. Calif-
DMH)   PRECEDENT- Case-Law Too Jury "NOT-Guilty!"
VERD .

EXHIBIT "A"

right of an authorized State official to proceed in State court, or take other enforcement actions on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, §1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, §1112(i)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, §121(f), Mar. 9, 2006, 120 Stat. 223.)

REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§5701 et seq.) of Title 26, Internal Revenue Code.

AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).
2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

Sec.
2381. Treason.
2382. Misprision of treason.
2383. Rebellion or insurrection.
2384. Seditious conspiracy.
2385. Advocating overthrow of Government.
2386. Registration of certain organizations.
2387. Activities affecting armed forces generally.
2388. Activities affecting armed forces during war.
2389. Recruiting for service against United States.
2390. Enlistment to serve against United States.
[2391. Repealed.]

AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".
1953—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

## § 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).
Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

## § 2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).
Mandatory punishment provision was rephrased in the alternative.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## § 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).
Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## § 2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.



# 159710142;                    Medical-Grievance @ 1-17-22, 353PM:

Summary (**): Med. wellPath corp, SCSO-Jailer; factual—
"Prosecution - - " (Quid-Pro-Quo= won't DO should's,
PC 2652, 2653 "Particular-M-T-Req'd); NOTICES!

Dated (**): 1-17-22  w/ Hedges; Lowe; Creager; LaMeur;
Alicar (JUST TALK TO her/etc. Self-Harms-Coercions),Marlar;
Millis,  M Johns

Describes (**):   That previous ONGOING med's felony's
and Treasons  violating "care & Treatment" (USMC-
PTSD, Etc. OATH'S-AnTI-DomesTic-Enemies); Political-
Prisoner, deliberate)-Indif's (Ferances) + Malicious-
TorTures  INTERCEPTING Grievance's w/ i.e. F+T
18 USC 2382 + 4  CONCEALMENT-CRIMES/ Non-
"Redress of Grievances.." SAT(isFacTory) corrected
VIOLATIONS; Frauds; Supp-Evid), AND, Sames
For unlawful-Today's-Psych-"Pr."-F___ ? ConF-
Bias'; SabaToged-"DEFENSE-RIGHTS"/ denied-
Paperwork + ".To be INFORMED.."-LAW's (re

EXHIBIT "A"

LAWS (RE:
"Pros-Sup-of-Fav-EVID @ 69 (A4 1315)
".. Discharge--"!

☆ ☆ ☆ ☆ ☆ ☆ ☆

w/ (ie) Coerced "Ambushed-Defense" by only Told My needed in booking + denied DeTail's, BUT 20+ Min. holding cell escorted To visiting Room w/ Lap Top-Female, LT Marler, Millis other side set-up, Told No cooperation To Psychy-eval preJ. Defense-Right's UNLESS Recorded—And-My Preserved copy; And That it's unlawful per 2011-Jury similar frauds discredited; And rel. 2007 Phil-Trumpet Dr. Spitzer Interview admitting Psych's "subjective" + "fraudulent", so unlawful re-examine (State Causing Legal complexities THEN manipulating Psych M.H. Arena Abuse/Neglects), and, as To my Lawful Anger CAUSATION's and by my wrongfully 8+ Months proper cooperations participations only, as F&T-violations "To be INFORMED.." unreasonable / Etc. Crimes, And HERE "Mirandized!" for sof-Systemic crimes (and why Recorded Psych Evals TRUTH To be Intolerably, implicatingly, Etc. Evaded!)

( F&T-"closed" w/ Ref's ie, # 159886502-ped-officials, Etc. "Requests")

An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largely suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem— by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here—therefore problemsome & confrontationally-justified, in addition to (Cont'd)

"The-Alarm-of-Tyranny (T.O.N.)!"

Re:

\$ w/ Id SPC-EP * 21-1399
                    22-026

TO: "Ca-"PEOPLE"-chargers"/
Treasonous-OR-NOT"-Confrontation-Rights!
(ie) Global-Tell-Link-Corp/Hierarchy
att. CEO, Bd; Aty's, Installers, Etc.
3120 Fairview Park Dr.
Falls church, VA. 22042

(SF-CA) (650)-770-7570
415-703-1158
Van N., S.F. CA
94102-3297
FAX- (CA)
S.F. (CA)

Dated: Feb. 10th, 2022

Re. "National-Emergency!" (TON: Problem V. Solution) Party
Felonious + Treasonous "CUSTODY" implications; DEMANDS;
Interventions "CONSPIRACY"-Accessory's/ Immediate
Corrective-Action (alt. "Assistance"); Vs. "Willful-Crimes"!

        Greetings, and, "Respects-For-All-of-My-Relations!"
"I" (et al.) come Today in a good way, HOWEVER, as
That also my USMC, Native American Lakota-Sioux
"Honor-shirt!" society, Etc. makes me "forced!" To
be unfortunately, properly, abnormally, compet-
antly, Etc. and proportionately seriously To be
US Const.'s 6th Amend's (+/-)"Confrontation-Right()".
This is particular To "NOTICED" discovery of (Felon-
ious / Treasonous) CRIMES under Your-All particip-
ations AND cause HERE; problematic Yourselves
American-soil-Based (as To rel. Corp. "color-of-Law,
fake immunity-pretensions, "Mirandized!", no escape
"As-An-Matter-of-Law" us Const. "Justice"Accountability's),
and, (2) THAT Your shaft a count (a. Jail) Phone Service,
Tablets, Products, Installation Fo. Facility AND Detainees
Is ref. Totality at issue; THAT (3) Facility-Admin/

- Admin./
Staff / SCSO / County-Board-of-Supervisors, etc./ Med-
ical (ie. CFMG; ie. Wellpath (eg; Nasha Tn; etc) /etc.
and US Const.'s oversights Apatuses -- As To
particular electronic and other coordination for
contacts, medical, requests, custodians responsibility's,
protected Civil-Rights AND prohibited Unlawfulness,
Grievance-Rights corrective "REDRESS-"-satisfact-
ion's / etc. "Public-Trial" related Provisions (and,
as even Furthermore, as To Discovered-Defects
beKnownsT authority's AND ignored Nonfeasances,
THATS Notably Suspiciously "PROBABLE!" premedit-
ately To continue-oR-Additionally-worsen The
beforehand corrupT cover-up's, manipulatively-
caused complexities To Systemic Evasion's For
Discrimatory obstruction's AND suppressions As THAT
pester RightTeousness-Prevails-Wrongfulness; AND,
as such OTHERWISE HERETO encompasses such
deliberate and SophisTicated unconsT-unamerican-
FtT-CRIMINAL-Abuses + NeglecTs-unlawfulness/
ie. 18 USC 2384; 4; 1961; 371; 241; etc; 2381+2382;
ie, especially so as To self-servingly ConcealT And PurThere
"obsTiucTions-of-Justice!"/ "ViolaTed-Rights" AND
implications-NATIONAL-EMERGENCY "Traitors+Invades"
DesTroying America by FtT-"Political-Trials," Suppres-
sions victimized "Dissenters" And Cover-up's Accessory's be-
ing condoned-ENABLER(s)/ etc. and-- especially
relevanTs Re. Adverse-ArbiTrary IMPLEMENTS-
ENHANCED, weather vTilized or builT, application

Application -

Platform - Mechanisms - System - Built or constructed - Participation, as To electronic - High - Tech - mixtures Someway detrimentally affects an Detainee's NEED or problem or protest For "Care + Treatment!" RIGHT` And/OR violation's 4th, 5th, 6th, 7th, 8th, 10th, 13th, OR 14th, OR 1st and OTHER protection's And Prohibitions "RIGHT'S", and, as THAT "Correctional - officers" HAVE SOCIETY - TAXPAYERS-DUTY'S To promptly CURE Vs. 'alt - "More-Harms-THAN-Good!" Truths; Rel. T-Calif. -1991+ Domestic-Treason's "MF6-" Criminals, Adick's, Psychatic and Homeless problems!); And -- (4) THAT ("Demands!") To be NOT only Immediately ("Yesterday!") PROVIDED Such Information To Sames (Re. "NOTICES" w/ie. "Problem-oR-solution!" and 1-30-2005 +/- "Treasonous-OR-NOT" - LAW-And-War` 10+pgs components; ie. Etc.) For Jailers + Detainees phone, Tablets, Communication - Messaging, County contracts, specific Considerations, over all, unbeknownsTs, set-up, "Psych"-Etc. Professional Involved Input, All Rel. rational-Dialog START - To - completion, including "Bugs"-Impefections - Repairs, To ie. SCSO Grievance's - 3 - STeps - Layers; ie. For 4 days Limitation on appeal options; AND character Info. Count Summary + Description; For Detainees - inmates NOT abled "construction-saves" per shared use Knowns Interuptions Vs. Lost-work, Frustrations, Anxiety, Stresses + Real Trauma relevants Thats Felonious-Etc. 'violated-Rights' CRIMES; Re. Grievances ONE-Time Stopped Incomplete - Frauds, Rel. "credeble-Evidentury-Support"

− SUPPORT"

for "Law-Enforcement" and "establish-Justice", (&one's) "Allegiance", Dutiful-Participation's-Responsive-Disclosures (4 And my properly-immediately PROVIDED HERE Longstanding Denied−−", and TO HAVE The Assistance of Counsel FOR His Defense." To Me New", W, etc. and USA-Patriotic "Due-Diligence" VS. F+T-"Willful-Non-understanding(s)!"− Pre Judicial-ParticipanTs' THAT's Treason's−"Aid and Comfort" Additionally (ie. esp. as To STaff Facility "Power-off!"/RestarT/manual-observation To inmates open Accounts AND Torturious-Force-QuiT-STaff-Control with, or w/o, observing-Inmates-Pre−"Send"-Typing-STatus; ie. etc. and as To Your ATy's − manipulatively-Justified-Infringmnt's ERUPTs at Least 18 USC 2382 + 4", F+T-"CONCEALMENT-CRIMES"!

In closing now (w/ REE's, Presented, Demands, TON: ie. immidilte providing's + cooperation's; AND, "Public-Trial" RIGHTES; Via 'GovT-Grievances"-Watch dawg-Transparent- Web- $- Business/ "C.A.B.S."/ etc.), as expect Response's-2-weeks-HEREAFTER-Rec'd, AND, additionally Include contritious Discussion for "Plea-Bargain!"-Culpability-AND-Resolutions-opportunity (Re: My 28 USC 591 etseq. Paramount FRIF Prosecution US Const. Powers and USConst's ArTicle III-APPT-USDC "Ambassadors, Public MinisTers and Counsels"), Mutually-Beneficially, 'Fraud-or-Free'! ConstiTutionally Yours; (M) Mr. US.A. ATTorney General + Special- ProsecuTer Lee (General eagle) clarke (eT al.)"



# 20 - 02075 ;
# TRO-USVA-197304 ;
# MoFTP : TON :

< 6pgs Rewrite / ETC >

TO: SHAFTA - ___ County - (CA) - GOVT ;
Board - of - Supervisors (w/ Successors) :
w/ ie. Clerk of The Board :
w/ ie. Cty-Assessor- Leslie Morgan
(re. "Home-PosT"; USSA-Embassy"; ETC.) ;

DATED : July 7th, 2021 (0-6 (j))

VIA -- County-Counsel (ie) Mr. Cruse/
ETC. and --'CA; "PEOPLE" - chargers'
by unavoidable "Public-Trial"-Right(s)
% 1450 Court St. Suite - 332
Redding, CA. 96001-1680

'Supp. "MoF.T.P." - T.O.N. - (alt. 18 USC 2382)'

Re. ("NOTICE'S !") - "DUTIFUL "Allegiance" / INTER-
VENTION (S) - and - REQUIRED - RELIEFS-
(TON; Release!): for snowballing -(Felonious + Treason-
ous - "False-Imprisonment"; USMC-PTSP-ADA-(Tortures; ie.
unlawful "separation" of "service-Dog" / Animal Cruelty / ETC.).

> Pg. 1 - of - 14 <          EXHIBIT "A"

− cruelty; Etc).

As That (w/ ie. Referfance's AND implicat-
ions / Totality; by <u>pue-pilegence</u>; USSA−"Allegiance"-
obligations VERSES otherwise F&T "Foreign−To−our-
<u>Const.</u>"− Criminal−Misconducts/ Abuse's + Neglect's/
T−M&N's <u>OR</u> C.C.O.T./ <u>Evidence</u> + IncidenTals) <u>ie.</u>
THAT   THIS  Lc/ge (eT al.) − −

(1.) is again "(F&T)−'Federal−"CRIME−VICTIM"
of 'calif−(F&T)−"Badges−And−Robes"− officials − State
Accessory's (ie. No−Jur−Authority; 'Fed.−Jur−only'; Etc.
and <u>No−"Probable−Cause"</u> withstanding circumvention's
arrests "Unreasonable−Searches−And−Seizures" 2−9−2020
rel. 'WRATH−of−An−Woman!'"−Fravds'; PC 148.5, and My
No−crimes), AND Therefore Myself subjected To (ie)
'F&T−"PunishmenT−For−Exercise−of−Civil−RighTs!" by
<u>unreasonable "Rush−To−Judgment"</u> / 'Unlawful−Discrimat-
<u>ory−female−FavoriTiims"</u> / Etc. and "confirmaTion-
<u>Bias!"</u> AND/or "<u>Danning−Krugger−Bias−(effects−</u>
"<u>Disorder</u>" THATS SysTemic−Epedemic Re. "Danger−selvest
OTHERS!"): albeiT−−2007, 42 USC 1997, US−PoJ
VS. Ca. DMH, 'cripa−RPTS'; "counTerproductive"; By
and because ROUTINELY Numerous daily violations
<u>(ie)</u> as US const.'s 6<u>Th</u> Amend.'s−−"... and To HAVE
<u>The AssisTance of Counsel FOR his−(her−ou)−</u>
<u>DEFENSE."−RighTs−LAW</u>' (rel. no deliber-
ate−InJury To wife; sTanding InToxicated <u>on</u> bed, To
Find Phone Need; That required Fix ceiling LighT, as
Found out she'd removed bulb on ceiling FixTure, AND,
Therefore as To "WRATH−of−An−Woman!" Fravds,
However, <u>problemsome for Politically−Unpreferred's</u>

⟶ Pg. 2−of−14 4

= Unpreferred's

AND, albeit consequently That PARAMOUNT "Defense-
Right(s)" For IAC-Aty's/Judicial-Activism "Judges"/
Dist-Aty's 'concealmnt-Crimes'/ Custodial-Handicap,
Jailers + Medical, Grievance's class-Counsel, Bs ADA-
Coordinator, Etc / Accessory's AND Defective-
Oversights - **18** USC 2384 + 4; "Seditious-
Conspiracy"; 241; 371; 1961; etc. and 2381-2382,
Felonious + Treasonious EVASION'S
OF Political-Unpreferred(s); Rel.T-PC-
1252 "PASS"-The-Buck-Game' As to such
"Adverse-To-The-STaTe"; etc. and/OR 1970,
Illinois Vs. Allen, 337 us 337, wherefore
F&T-".. Political-Trials." WHEN "STate Invads
at its own peril" and ERUPTS Despotism's "Two-
Wrongs will Hopefully Equal An Right Perspective" For
Abuses and Neglects Systemic Cover-up's!); ThaTs
evily despotic concert Furthering
ANTi-JUSTice-Wrongs!

(2) IT is seriously and with-
STandingly problemsome concern's
as To (ie) 18 U.S.C. § 2384 + 4:
'(F&T)-"Seditious-Conspiracy" ThaTs
by and because misconducts For
T-MalFeasance's and/OR Neglect-
Ful-NonFeasance's AND THEREFORE
constituting unlawful, or To Oppose By
Force The Authority Thereof." ESPEC-

ESPEC-
TALLY re ... ... Resylucies + Petitions
(& ... ... ... ... ... T...
... ... ... ... ... ... ... ...
... ... ... ... Theoretical"/ "...
... ... ... ... ... Punish-Torture.
THEREFORE such Resistances + oppositions
Consequently committs conducts Thats Also Trea-
sons ". or adheres to their Enemies, Giving
Them Aid and Comfort -- / is Guilty of
Treason AND SHALL -- " w/ie. applicate
derivative consequentials, as ... disliked;for-
"Competent-Non-Compromising-Discrimatory-
Virtiousness AND required "checks+Balances"
oversights onto x-USA-Govt's-"Four-Branches-
OF-Govt."-Subordinate-officials"! *), And, as
To Systemic AGAIN Insurrections - UNLAWFUL
... ... ... ... ... ... ... ... T ...
... ... ... (... Integrity', ..., ...
medical; scso-HQ, sheriff's run Johnson, Admin
Murder; wellpath corp; Board-of-Supervisors, Etc.
... "CALIF-"PEOPLE" ... (* ...
Adverse "CONSPIRACY" ... And ...
"Traitors-And-Invaders!"; PS--especially RC.
"Proper -- Vs. Popular; sckewings as --
"F+T-"Willful-Non-Understanding(s)"/
"F+T- Judicial-Activism- "..."-- SHALL AW
(& Not! *) Their offices DURING Evil Behavior-
Betty, Flyn, Etc. (conter, These ...-...

—ProsecuTers—
"Confirmation-Bias"] Vs. otherwise SHOULD-Be Honorable "Judicial-Restraint"/ie. as NOT-sof-'Violated-Rights' CAUSATIONS "The clear danger of convicting The Innocent" per US S.CT.'s Stovall vs. Denno, AND, particularly Systemic HERETO Concerted IAC-ATY's, Judge, ETC Violated "Defense-Rights" For politically-unpreferred-implicated-matters THAT'S T-Ca-Pc-1252 "Adverse-To-The-State", AND, resulting 'Unlawful-"Foreign To' our Const."-F&T-Misconducts-CRIMES': To deliberately subvert Justice; BUT, "Credable-Evidentuary-Support"-F&T-Culpability's; AND, WHEREBY-- more so seriously necessitates OUR US-CONST.'s "checks-And-Balances"-oversight-Accountabilities' (& To "Protect-And-Defend" US Const, And Guarantee on paper Lie Alone To be "REPUBLIC", but, x-USA's Insurrection's, plundering's and subjected Despotism's REQUIRE'S our honorable "Public-Action!" Deeds so as To circumvent The pre-1776 x 27+ "He (she) Has COMBINE WITH OTHERS -- ("); THAT Sadly, unlawfully & unnecessarily, etc. and NEEDLESSLY AGAIN causing CAUSATION-Effects To be "Poverty-And-Despair!", aka Contrary-Blessing's!);

(3) as To 'F&T-Violations-For-"Confrontation-RighT(s)!", That requires further oversights, directly onto Entities as --'OUR-"Four-Branches-of-GovT."-Subordinate-officials' (& NoTably--

1-9-22 5-of-14

(* NoTably--
as To "We The People..." Hierarchy "MasTers" as
The [illegible] USA Intended "Self-Govt.!" *) [illegible] Eph.
6:4, [illegible] *), As To To Calif-Ar, Go-T. N. rel.
18 pgs 5-22-2021 GovT. Code 12550 "Take-
Full-Charge"; Ca. Gov/Newsom's US ConsT;
Article-2, S-2 "Reprives And Pardons"; Ten-Fed-
eral + STates "...Judges..."; US Congress "Judiciary-
CommiTTee"; Calif-BAR/Com-on-Jud-Perf./
Medical-Board/ US + Ca-DOJ, X-ATy-Gen,
ATy's M. Scott, P. Talberg, Etc. (*"NOTICED" esp.
rel. ie. 15+pgs 2-11-2021, and Demanded 28 USC
594 +/- "AssisTance"-LAW, BUT, F+T-Resisted;
noT withsTandingly JusTifications To deny
Lelge US-Independent-Counsel provisions + Powers!*);
For "Pres."-Biden-Harris (aka--"MofTP" w/
US ConsT's Article-II, S-3 ". He SHALL Rec-
eive..." THIS "[illegible]" [illegible]
[illegible] and [illegible]..." [illegible] III, 1991+
USDC-AppT' ie Etc.); For July+2019+/- 4-Ref-
Math. 18: 15-17- "Churches" (per Bible's ConsT-
[illegible] ConfronT BroTher + Sister's "Trespasses",
AND, [illegible] That's ParT "The-Rest-of-The-STory!", [illegible]
[illegible] 'No-Criminal-[illegible]-WITness', BuT [illegible]
So 'withdrawal-from-Criminal-Activity'; As 5-5-
21 + 'Non-"Silent-Complacency' For Lelge Joining
CorrupTly-Insurrected-Calif.-STaTe's-"[illegible]-Abuse"
HERETO, And 'No-ReTaliTory-"Animal-CrvelTy!" by
Lelge BuT By Calif., And, THEREFORE--
sheltee "For women only"/ [illegible] of Men [illegible]

Pg 6-of-14

1

THEREFORE--
culpable, "F&T" and/or "FraudulanT"- unbiblical-
X4 + Caught-delinquent-"churches", AND such
"F&T-"unreasonable"-5-6-2021 CT's remand To
unlawful-custody" reinsequence's, including pc
4015 'Non-" compeTent - Authority"- unlawful
"F&T-"False-Imprisonment"- SCSO/Jailers/med/
ETC. and -- 18 USC 2382 + 4-- F&T "CONCEAL-
MENT-CRIMES" for many beKnownsT Redding-
Rancheria, CEO- ATy's Tracy Edwards, Barbara +
Glen Murphy, Haywards, Kelvchi, Prs. Jack fatter
Jr, Colleen sisk, PopeJoy, Rhoads, Greg
Mickey Gemmi Jr; PeTe CanTrell; WINTU/PIT-
River/Toyon/LaKoTa-NATION'S/ETC--
Tribal-CourT; And, TON: "ThB-NEW-
Sacred-Hoop!"), ETC. and---"The-People"-
(OF Calif.)-CHARGERS-"PlainTiffs" (* And,
PS.TO. erupT's/NOTICED" for "Demanded!" us-
ConsTi's 14th Amend'S 4- GuaranTeed "BounT-
ies FOR SerVices in suppressing-Insur-
rection-- SHALL NOT Be QuesT-
ioned.." W/Re. $400.mil. 'Soverign-
USSA-"DependanT-DomesTic-Nation!"; my self
LC/ge (et al.) HERTO current 12 mnth Pkg-AgrT;
ETC. and $7.1 mil. Re. sha cTy CA 2014-18, I-
M+N'S; And ModificaTions (URRENTLY conditional
ReliefS-Release ResoluTions + Riparation's, oweing's,
ETc. and US-"CRIME-VICTIMS!"-Pains" AND/or RETire-
menT-ResoluTions "OpporTuniTy" on or before 5-5-22

5-5-2022;

AND, especially re. my Rel. "TEN-"USSA-"Embassy" 2.3 hereas "HOME-POST!"; USA-"Reservation" (w/ie. "Treaties made, or which SHALL be made.." LAW!), etc. DevelopmenT-IoTality @ 8700 Lake McCumber Rd, ShingleTown, Calif. 96088; PS w/or w/o LongTime 'US Admin. oFFice oF The U.S. CourTS'; Etc. boughT--formalized Feb. 28Th 2020 AND "I.E./..." (exclusive, Member of Treaty Donated "En-charge!");

(4)    As That parenTing--'1-30-2005H' "Treasonous-OR-NOT"-Law-AND-war" rel. "Problem-OR-soluTion!"-CAUSATION's + Ref's (ie. fore-Fathers beknownsTs Republic's INTENTION's; 'No-"Kinda-Pregnant TO-THESE-EXPECTED-InTernal-DesTruction!), That THERE-AFTER 'ConfronTations' implicates 'AssisTances' Vs. Problematic obsTrucTion's and 'PreJudicial-AdversiTies' (FurTher more--For DeTerrances "exposed", 18 USC 2384, To soughT ALT.'s for Collective-Action/"E.C.D.T." - Endeavours, DUTiFul American virTues) of which OTHERWISE-proportionate-Seriousness encompasses NECESSITATED US ConsT.'s ExTremisms (NoTice, However, albeiT personally + oFFicially UNPREFERRED, but, "Forced" due To presTated RouTinely InTolerable 'ParT-oF-The-Problem' misconducTs To be Norm!); As To FACTUALLY Here Again + Again provoking DuTiFul-(STd) US ConsT. "Law-EnForcemenT"; As To--(ii) BuT when a LONG TRAIN of abuses and UsurpaTions--/ IT is Their RighT, IT is Their DUTy TO THROW-OFF such GovT.

such Govt.

and -- CIIS; As That Implicates- Widespread-F+T-public-Knowledge-Re. "January-6ᵗʰ-1" PROTESTORS "LawFulness!", However, Such "Traitors + Invaders!" That "in-charge" of "Establishment" Openly dislike AND Resist The incidental- "Employees"-RIGHTS-Responsibilities-OVER-subordinate-"Public + Quasi-officials"-And-"Employees", and worseningly, as To "Hardened-Hearts"/ close minded Their own unlaw-Fulness/ Fortifying-Capitol PREVENTIONS Treasonousness? "Slaves-ANTI-"Masters"!)? As HERETO That Patriotic-Americans-Situational-"Allegiance" VERSES Treasonous-unconstitutional-"Traitors + Invaders!"-"Majority!"; And additionally applicable For US Const. Law Powers Revitalized per (i.e.) UPDATED 1781-? Republica Vs. McCarthy "T-"Death"-LAW-Cure" REPLACES "Fear"-AND-T-"Political-Trials"-F+T-obstructions" (PS-Necessitately circumvents F+T-Persecutions by These Type Self-Serving Cover-up's officials "Suicide-By-Treason!" Resolution!), AND, 18 USC 2381-2382 "Domestic-Treason" Combat, as by "Lawful-Murders" + "Assassinations-ordered!" (AO-LM; 2007+) THAT erupts respectively Collective "Lesser-of-Two-Evils-Doctrine" AND ("Forced!") Formalled "License-To-Kill!" Lawfully, Purposefully, Rightewlly, Etc. and Precedentingly (+ SUMMARY: So consequential Deterrance's seeks + expects changed "Adversities"-To-"Assistances"; Join "C.C.O.T."-Endeavours"; And, Reparations, Contritions, "Retirement Resolution!"-RELIEF'S: "Yesterday!"; That's Lawful-

Lawful—

Alternative—INTERVENTION'S TO "CCPT—"Endeavours;
AO—LM; Etc Thats Paramount "As-An-Matter-of-Law" Vs,
"Suicide—By—Treasonsmess!" w/ie. Required "Self-Incrim-
inations"—VOLUNTEERED—"Tresspassors" HERE shrills/
DIST-ATy's / S. Bridgett / Judges Beatty + Flyn—Etc / IAC-ATy's
Tim Prentis, Anton Cota, Mike Bergus, Matthew Izzy, Etc 11+/
Rep. Marko / Dale Ball / Tony Hayward / Etc. X77.+ "Treasons-
"choices" And/or Totality which includes "People"-
conducting—T—M+N'S preJudicial Le/gi's and/or CCPT-
Endeavours Misconduct's of Abuses + Neglects; ie.
especially Aty-IAC-pd Tim Prentiss / SISK.Cty Anto Cota/
Judges Beatty + Flyn + SISK. cty Biego / sheriff—Jailers+
Medical—wellpath corp, Etc. Ret. "Abandonment-Harms";
"Violated—Rights" AS "REDRESS—of—Grievances—" OVER-
SIGHTS; etc. and "Torturious—F+T—"Punishment—For—
The—Exercise—of—Civil—Rights"; AND, again is
Notably provoking The Necessitated ("Forced!") Unpref-
erred AlT.'s "Treason—"Death"—LAW—(ure EXTREM-
ISM'S; TO INTERVENE Immidiate/ US Const's
harmoniously—Lawful / Provoked—Necessary + unavoidable
or Myself Intolerably Treasonous/ Etc. For "Establish-
JusTice," RELIEF'S—Release—INJUNCTION'S;
And, This is albeit Very much REGARDLESS as
That "Competantly—Rational—".. For his Defense."
Rights being Retaliated—Disregard AND oppres-
sive—suppression's; Feloniously And Treasonously;
especially by "F+T-Psycho-"Pris"—FRAUDS-(That's
again systemic "unreasonable—searches+seizures"!);

- Seizures "!);

And, per Relevant ref.'s (ie) 8 pgs 6-22-2021 'Calif-Medical-Board'-"GRIEVANCE-RIGHTS"-for-REDRESS", ETC. And Confrontation To CONSPIRACY Thats ALSO coercing "Self-Harms!" - cooperation's with Unlawful-6th-Amend's ".. and TO HAVE The Assistance of Counsel FOR His-her Defense."-Rights-Deprivation's (And That Furthers IAC = "Ineffective-Assistance-OF-Counsel" To be deliberately-Unethical-Evily-Fraudulant-misrepresentations "As-An-Matter-of-FACTS & LAW!" WHEREBY "Courts-IAC-ETC-"Seditious-Conspiracy" persists, In violation's 1985, In re Bowen @ 38 C3d 872, Re. "Required"-WRIT For "matters-outside-The-Record" AND Denied "Fundamental-Rights" Here, as to "wrath-of-An-Woman!"-FRAUDS and/or "Prosecution's Suppressions of Favorable Evidence -- 1999; In re Pratt 69 C.A.4Th 1315; rel. wife's "Alterior-Motives"/ "Credable-Evidentuary-Support" To "Unreasonable" Reliability Numerously; For X4 "No-Calif-Jurisdiction"/ ca pc 1004-Demurrer "Fed-Jur-only!"/ 1991 USPC Appt 'US-Special-Prosecuter'/ Free Vs. Bland's "Any STate LAW -- / MUST Yeild" - OR alternatively "TON-Treason's-"Aid & Comfort"/ as To Calif.'s-"Conflicts-of-Interests" Re. Le/gis 1991 + Treasonous -Calif- UnJustice- charges / Rel. 2-9-2020 Charges Trailer-Home To been 'BIA-FEMA-"Indian- Allotment" THERFORE is "Exclusive-Jurisdiction"-To-be-Federal-Court's per 1957, In re Carman 48 C2d 859, 887 / Etc. and -- That consiqutly

5-6-2021  IAC-ATY's Tim Prentiss 'non' adequate ^(consequently)
oftor Tunity To cross Examine" meaningfully VS.
"wholly Foreign" UNLAWFULNESS per Crawford
VS. Wash, 2004, 541 US 36, briskfully PUT HereTo),
SO -- compounding BOTH Malfeasances And/or
NonFeasances by "PARTNERSHIP- MALICIOUS -
Prosecution"- Conspirators' @ 52AmJur 2d §57, as
esp. VIOLATIONS US Const.'s Article vi "Federal-
Supremacy"/ unlawfully Disobediantly 'NOT-", MUST-
Yeild," by TON-Free VS. Bland's 1962, 369 US 663,
AND, especially as and because These "Compet-
antly"- Earnest- Articulated "Rational" manipulatinly
SUPPRESSED- Systemic- TORTURES- Purposeful-
"Frauds"- (F+T- crimes)- To- PreTend-Discredable; By
18 USC 2382+4: unLawFul-Concealments-F+T-
Deferrance's; "viewpoint -Discriminations"/"confirm-
ation-Bias"/ "willful-NoN-understanding(s)"/"The
Dunning-Krugger-(DISORDER)-Bias-Effects!/ See
and non-Transfers OR Removals So AS TO
INDULGE Conflicts-Adversities; AND, outrag-
ious "Badges + Robes!"- officials + Accessory's
THAT persist F+T-unlawful-"Abuse-of-Powers
Manipulation's; THATS purposeful CAUSATIONS
evil Injustice's HERE, and Routinely onto
US unpreferred-"Dissenters" THATS w/ie, "(aus
sine- QVO-NonI!" and/or unamerican Genocide
murderous extermination. "War-oF-Prin-
Cipalities!", That evil-wrongdoers COMBAT

1-of-14
2º
3º

COMBAT

Good + Righteous; "Stupidly!" #).

AT any Rate -- IT's <u>Immediately-Necessary-</u> (TON; <u>LawFul-Extremisms</u>) - <u>For-Collective-OVERSIGHTS</u> <u>INTERVENTION</u>- BY- either- Establishment-(Harmon- iously!)-OR- Constitutional- Citizenry (aka "Throw- off"; Etc.)!", And, That Requires Dutiful "<u>Allegiance</u>" obligations "<u>Assistance</u>" responsibilities (w/ ie. "Prov- ided "<u>Ancillary-Services</u>" need social media public- ation, So called "Secretarial," Legal copies, "<u>Filed</u>"- Defense-Rights -TON-Doc's Etc. per-- Acevedo Vs. Fortinado -? Re. Access To The Courts w/ "<u>All-</u> means" defendant "might require" So as To "get fair Hearing"; ie. Etc.), and, ie. That myself LC/ge is construcbly "<u>As-An-Matter-of-Law + fact</u>" To be applicable US const.'s Article I, S-9, arguably <u>Un-</u> Lawful-Calif-Custody' AS PER "<u>No Person --</u>, accept any Present --, of Any Kind whatever, from any --, or Foreign State." WHICH I, LC/ge am Rel. 5-6-21+/- w/ Beatty-SCSO-Etc.- "Foreign-To-our-Const."; And unlawful Remanded Custody Implications rel. A-1, S-10 "LAW" Thats "Impairing The Obligation(s) of CONTRACTS". Etc. and X 11 + Jailers, SCSO, Med VIOLATIONS of Federal "Redress of Grievance" RIGHT'S/ TORTURES! (and, needless To Say, only Further compounds To solidify factual "Conflicts-of-INterests!"; for-ALL-Calif- Authorities And Myself; esp. rel. "Class-Action!"

— ACTION!"

officially virteousness diligently benefiting X 51% +
"We the People..." - "C.C.P.T." - Endeavors Beneficiaries, AND,
That Tempt Evil Adversaries To I-M.J.N's prejudices,
BUT, discourage Such Treasonous-Misconducts! (†)), So,
Please immediately (TODAY) Help Now, Mutually Benefic-
ially w/ Reliefs --

#    (S-77) and
req's seriously Formal
"Confrontations" Vs-DoJ;
Sac-CA-US-Aty's-(Crimes
(ie. Disc. FAT-NOT-Prosec-
uting Those 18 USC 2384,
4, 241, 371, Etc)+Assistance!

(S-44) and Ensure
↓+my Vulnerable-Property,
↑ Generator, Etc. Assistfully-
Protected (rel. Your- All
culpable complicency Debts)!

(S 43. as That corruptly adversarial system
Fails proper Input For my Progresses, community-
Good-standing For Property Ownership + Responsibiliti
Feb 29TH, 2020, and Hard Work (mentally + physi
"CONSTRUCTIVE- Custody" Time!) THATS such Productiveness
Hereby Requires we get me Some deserving appreciation, Assist

In The Spirit of my Ancestors,
and, constitutionally Yours,
So, Pray conducts For God Blesses
[signature] (Etc.etal.)
w/ "T.O.N"!
"Mr. United States Attorney
General + Special-Prosecutor
Lee K. (general-eagle) clarke
(et al. -- ie. 1991+ JSPC Appt
US CONST. Articles -III, VI,
IV, Etc. "Ambassadors, Public
Ministers and Counsel," ie.
Etc. extraordinary Nullified-
officials' and unreknownsTs))"

4-of-14

Case: 2:21-cv-01399-JDP — (?)

USDC, July, 2021, Sac-CA.
* Unbifurcated WRIT #1983,
#18 USC 2382, Non-F+T-
"Concealment-Crime"-
REPORT-Duties? Collective-Action

Lee K. Clarke (et al.)
SHASTA COUNTY JAIL
1655 West Street
REDDING, CA 96001

Re. "Treasonous-Imprisonment", AND, "The-Alarm-of-Tyrany-



Further more ("Needless-To-say!"):

1) "F&T- "Unlawful- Feminazi-Discriminatory-
Favoritisms" (I. e- es. F&T-"Judge C.B."
5-6-2021 fake-"Hearing"/"Confirmation-BIAS";
and I.F- As "Forced" IA- "Conflicts-of-Interests"/
"Divided- Loyalty"/ Deliberate 6th Amend "To HAVE--"
Violation's "premeditated-Intent-Unlawful-F&T-
Persecution + Injury's w/ "Accessory's"; Co-F&T-Com.
on Jud. Perf., &c. collective 1.6-"T-"Totalitarism")

2) Rel. (ie) 6ov. C. 8658; Emergency-Release;
Communicable-Disease- (Federal-"CRIME-VICTIM!")-
Injury's, by [illegible] Assault/[illegible]
[illegible] AND /or T-[illegible]-Related [illegible]
([illegible]) [illegible]
Wrong's w/ IR. rel "Bounty-Bugs-(liberty)-
Bias- Effects (&c. State Hallerand-Irvs; and "we" more
[illegible]
[illegible]
[illegible] I.F-- Nov 2019 (controversy's "The Conf-
ident Idiot Theory";

& w/ td SDC-EP # 21-1399
                    22-026

TO : 'Ca-"PEOPLE"-charges'/
"Treasonous-OR-NOT"-Confrontation-Rights!
((ie) Global-Tell-Link-Corp/Hierarchy
attn. CEO, Bd; Aty's, Installers, Etc.
3120 Fairview Park Dr.
Falls Church, VA. 22042

Dated: feb. 10ᵀᴴ, 2022

Re. "National-Emergency!" (TON: Problem V. Solution) Party
Felonious + Treasonous "Custody" Implications: DEMANDS;
Interventions "CONSPIRACY"-Accessory's/ Immediate
Collective-Action (alt. "Assistance"); Vs. "Willful-Crimes"!

        Greetings, and, "Respects-for-All-of-My-Relations!"
"I" (et al.) come Today in a good way, HOWEVER, as
That also my USMC, Native American Lakota-Sioux
"Honor-shrTl!" society, Etc. makes me "Forced!" To
be unfortunately, Properly, abnormally, compet-
antly, Etc. and proportionately seriously To be
US Const.'s 6ᵀᴴ Amend's (t/-) "Confrontation-Right(!)".
This is particular To "NOTICED" discovery of (Felon-
ious/Treasonous) CRIMES under Your-All particip-
ations AND cause HERE; problematic Yourselves
American-soil-Based (as To rel. Corp. "Color-of-Law",
Fake Immunity-Pretensions, "Mirandized"!, no escape
"As-An-Matter-of-Law" us Const. "Justice" "Accountability's)
and, (2) THAT Your shafTa Count (a. Jail) Phone Service,
Tablets, Products, Installation Fo. Facility And Detainees
is ref. ToTality at issue; THAT (3) Facility-Admin/

- Admin./
STaff / SCSO / County-Board-of-Supervisors, Etc./ Med-
ical (i.e. CFME; i.e. Wellpath (eg); NashoTa; Etc)/ LIC
and US ConsT.'s oversights Apatuses -- As To
particular electronic and other coordination for
contracts, medical, Requests, Custodians Responsibility's,
Protected Civil-Rights AND Pohibited unlawfulness
Grievance-Rights corrective "REPRESS-"-Satisfact-
ion's / Etc. "Public-Trial" related Provisions (and,
as even furthermore, as To Discovered-Defects
be-knownsT authority's AND ignored Nonfeasance's,
THATS Notably Suspiciously "PROBABLE!" premed it-
ateoly To continue-or-Additionally-worsen The
beforehand corrupt Cover-up's, manipulatively-
caused complexities To Systemic Evasion's For
Discrimatory obstruction's AND Suppressions As THAT
pester Righteousness-Prevails-Wrongfulness; AND,
as such OTHERWISE HERETO encompasses such
deliberate and Sophisticated unconsT-unamerican-
FtT- CRIMINAL-Abuses + Neglects-unlawfulness/
i.e. 18 USC 2384; 4; 1961; 371; 241; Etc, 2381+2382
i.e. especially so as To self-servingly conceal And part
"obstructions-of-JusTice!"/ "Violated-Rights" AND
Implications-NATIONAL-EMERGENCY "Traitors Invaders
Destroying America by FtT-"Political-Trials," Suppres-
sions victimizeo "Dissenters" AND Cover-up's Accessory's be-
ing condoned-ENABLER(S)/ Etc. and-- especially
relevants Re. Adverse-Arbitrary IMPLEMENTS
ENHANCED, weather vTilized or built, application



Witnesses.[1] -- ie.
as To Both -- Direct + secondary Accessory's,
For wife-Evelyn's "wrath-of-An-woman!"-frauds
(w/ref: 4pgs + 5-11-21 expressed-IAC-Aty's/Etc."Alt-
erior-MoTives"/"Counter claim"-Factors-", matters-
outside The Record" Violates "Fundamental-Right(s)"; ie.
Etc. and -- 'F&T-"obstructions"-systemic-"catch-
22!," For "SHOWING" witHeld 'Significant-Evidence'
AND There Fore Subsequent Confrontations AND
incidental developments: ie. biased-sheriff's-
2-4-20 Arrests "Unreasonable-Searches+Seizures"
ie. "Judge"-Cara Beatty's repeatedly NON-", During 6000
Behaviors" as least Article-III/ PC 4015 Non-"Competant-
Authority"s esp. by Forced "Conflicts-of-InTrests"
IAC-Aty's-- surrogate-prossicutor Tim Prentis/Ando lCTY,
esp. violation 4+ "Defense-Rights" as PC 1054 Demands
'Fed-Jur only!", ie. As To Dist-Aty's courtroom-
EVENTS eript; 18 USC 2382+4 Concealmnt-linked
Culpabilities, as To 2-584?, 241, 371, 1961; PC-22.6"
Gross F&T-"Seditious-conspiracy") To have Implications!
⟶ Pg. 3-of- 4

EXHIBIT "A"

Implication's!

¶ (4). Such; Boldly Put Systemic Violated-Rights the enormously extraordinary. AND, CONSTIT-UTED SHOWING ELEMENTS for Privileges, HOWEVER Neither Properly Competent Oversight's to HEREAFTER Self-Serving "Obligated Choosing" between two "Rights Period; F&T—"WILLFUL" crimes, Via Constant Malfeasance's and/or Neglectful-NonFeasance's! v) THAT WHICH "Showing"-Suppression" IS BY AND Because-- (4.A) Violations (IAC; Conflicts Free) ", AND TO HAVE The Assistance of Counsel FOR his-her DEFENSE." (Ps- Tortures 8th Psycho/Res-Judicata/unlawfulness; F&T—"Punishment-for-Exercise-of-(civil)-Rights!" Coercing "Self-Harms!"-Cooperation's To Unlawful "Ineffective-Assistance-of-Counsel" VIOLATING "Rational-"Defense-Rights"-Law); (4.B) Unconst-Etc. violations (2-becomes-1; Marriage) 5th Amend's "Self-Incrimination"-PROHIBITION-Coercion's 5-6-21+/-; (4.C) "Speedy-Trial" Violated-Rights (w/ct. record "effecting" unlawful Coercions of one right, so as to benefit another, Entitled "All Right's!");

→ Pg 4-oF-  ←

(Continued w/
Addendum/o(Effect's))

An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

(#1.)    The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largely suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.") & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be "part-of-the-solution"/not problem-- by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here-therefore problemsome & confrontationally-justified, in addition to



ENTiTled ALL RighT's!)

(4. d) violations - ... "..ConFionTed/Compulsary Piocess (esp. re. 'F&T-"Enablers"/ IAC-Judge- DATy"-DG's"-Jailers -ETc.= violations us-const-Law "... establish JusTice, insure Domestic- Tranquility..; "Confirmation-Bias"; V-"shall make No- Law Respecting AN EsTablishment of Religion, OR Pro- hibiting The Free Exercise Thereof.," As To Her Prayers for This "MAN" Thats "God SenT!" w/ie. 4+pgs- 5-11-2021  "MatTers-outside--The-Record" IAC-ETc."Suppression's "The-Rest-of-The-Story!"; ACE = "Adverse-child hood-Experiences" Unbeknownsts-"Alterior-Motives!"- No-Lc/gc-CRIMES-Vs. "wrath-of-An-Woman!"- FRAUDS; Mrs, christine Hoff -Sommers "war-on-Boyz!"-MEN, and, albert "war of-Principalities" AND, includes 'NON- "Discrimatory-Femi nazi--Womens- Abuse!"/ aka--"wants" vs. "ougHTs"!); (4.e) T-PC-1 1369-x4+ MonThs VIOLATED-"Jury-Trial" + "Fundamental- RighTs" (Demanded; Req'd People Vs. Wilson. TON-Component's: Jailers/Mel/CT/eTc. "Grievances"- REF's, and, DefendanTs- F&T- DeFerrance's/ aka 'Treasonous-"TotdiTarism"- PC- 252-"PASS"-The-Buck-Game Re. MatTers-"Adverse-To-

EXHIBIT "A"          ⟶ Pg. 5-of- ⟵

"... A) Of 323 - To -
The - STATes " - AnTi - "Judges" - Oath - "Establish - Justice"!); (4.F)
Snowballing "F&T - "Unreasonable - Searches + Seizures" Ie. as
Jailers - Medical "Custodial - Handicap(s)" 5-6-2021 +/-
4 - To - 7 + Daily violated - Rights, Tortures, and "Particul-
ar - Medical - Treatment is Required" Pc 2653, 2652 "allow"
Vs, alt (PSD - Aggrivations) by 18 USC 2382 +4/ F&T-
Concealment - crimes / Detriments w/je, 2-11-2021 US-X-PoJ-
F&T-Participation choices vs. 28 USC 594 +/- "ASSISTANCE"; As
Legal - copies, Legal - mails, "F&T - Phones - Grievances - ETc;-
violating - "CONFRONTATIONS" - DEFENSE - ETc - JUSTICE -
RightS AND "Suicide - By - Treason!" counterproductive
Worsening's; (4.G) including viol "Public - Trial" KQMS/
KCNR/ KCBX/ KVIP / ETc To "F&T" "Concealment - Crimes"
These - "; Political - Trials "; (4.H) similarly In Part For
viol's "Access - To - The - CourT "; "WRIT - "Mof TP" - TON - 1983 -
Etc. and "Federal - officer - Removal" "RELIEFS"; (4.I)
That Longstanding "F&T - pre - 1776 - "Poverty - And - Pisp-
air!" - (et al)* Systemic - CAUSATION's; Thats - RESULTS -
T - "Foreign - To - our - ConsT," / "Totaliterism" - Socialists/
Ecc. of. Today inclusive inclusion VIOLATION's US Const.
"Checks - And - Balances" / ESp. US Const. ArTicle VI, IV, III -
US - "Supreme - Law - of - The - Land!" and "The Judges -- SHALL
Hold Their offices DURING Good Behavior."; THAT "Pres."
Biden - Harris 25 + yrs US - cong. - "Jud - (ntl) Infections As
Anti - America's - Republic - "Election - Fraud" - Discredited -
"Oath - To - US - Const, Rel. "Threestrikes!" - ouT; Eecs - 2702
again missing 1-18 +2022 REF. (#16011272; 159023502;
Etc +/-); (4.J.) Re "Breaches" + "Rescission - of - ConTract!" -
RIGHT!"; (4.K) "Perjury - Proof" by "Search - WarranTs!"
→ Pg. 6 - of.

— WarranTs!"

AFTER "Dishonorable" — "Conflicts" Replaced, James Zurcher VS. STANFORD Daily; OR MY "EscorT" WITHOUT beneficial "Evidence" DesTroyed; (4.L) As That F&T-M&N's makes 13th Amend's prerequisite ".. Duly-ConvicTed.." To be Nullified & Impossible THEREFORE violations "Life, Liberty, ProperTy, OR PursuiT OF Happiness!" To BE inexcusibly UNLAwful-(Again per Malfeasance's and/or NeglecTful-Nonfeasance's; "Conspiracy"-ConcerT) CRIMES`; (4.M) As That Psycho-"Dr.'s"/ie.Quack 1-24-22 "Fraudulant", Etc and "Confirmation-Bias" Psych-Eval's Robin Campbell's ProvokaTions & Coercions, as That "We agree" This Psych-Eval, is NOT being Recorded Today!!/ "No, as deliberate Treason, Told Demanded Right for Defense & Preserved Per FRAUDS, Rel. PSM-Dir.-SPITZer 2007, "Phil-TrumpeT", InTerview-AdmissionPsychiatry "SubjecTive" And "FraudulanT", THAT 1-17 wiT's LT Marlor, Dep's Millis, SmiTh, Lowe, F-williams, Hodges, van Gomer, Alizor, F. Creager, SchulTz, Walker, Etc. "ResponsibleOR- Culpable" officials "Demanded-RighTs, And CaughTLYing AGAIN necessitates-Recorded-Preserved-Eval, asked

EXHIBIT "A"

⟶ Pg 7-of- ⟵

asked

IF I—Lelge speak w/ APPT-ATY, TOLD NO, WON'T TAke
Calls oR Cooperative Jail visits, AND, ~ is specific part-
iculars For My—NON-IST—BS, BUT, JAC-ATY/Judge/Stc.
"Political—Trials"—conspiracy THAT "COUNTERS" HER-
preconceived agenda; Etc. and w/ie. her "I'm not an ATY!"—
BS—Deferances, TOLD T—Pc 1252 "PASS"—The—Buck—Game
For T—"Totalitarism — socialists—STATE", Both as is
Incompetently—Misrepresenting w/And further part-
icipates AMONGST snowballing—— "Unreasonable—
searches—AND—Seizures"—F&T—VIOLATION'S:
(4.n)  As That (F&T)—2-9-2020—Arrest (USC...) in
...  County, Since, "INCOMPETENT-COURT", ...
BIA—BLMA—Trailor house is "Indian—Allotment" AND pos-
sesses "EXCLUSIVE—Jurisdiction", Per 1951, In Re Carmen;
(4.o)  as That 1491+/— sought Govt—US—Const.—changes;
Torturous—Etc. PERSECUTIONS/ THAT req'd US DoJ Feb '21
Formalized 28 USC §594 (TON)—"ASSISTANCE(s)", Ref. 15+ pgs Etc.;
However, such US—DoJ, x—ATY—GEN/ATY'S (F&T)—"Foreign—To—
our—Const." NonFeasance's (ie. Confronting our—ci ty's Civil—
Rights—Violation/No—DUE/Etc./Relief's Warranted) Co-conspirator-
s, HERETO Traitors—Mal, w/ 18 USC 2382 + 4 "F&T—Treason w/
crimes" ...
... PROSECUTION/ THAT'S not only w/ forthcoming co—con-
Collective—Action Purposefully ESTABLISHED w/ie. FBI, US—Long-
Jud—Cartel/ Lamaitra, Durkan, Brassley, Leahy, Etc. AND Elon—
Musk, But, actually Suing intolerable ifs—Judicial obst-
ructions To "C.C.R.T."—Endeavours THAT CONSTITUTES T:
"AID and COMFORT——/ IS GUILTY OF Treason... w/ Their
Adverse & unlawful Villainous/ "Traitor" & Invaders—
(4.p) furthermore esp. rel. F&T—Nonfeasance's—
prejudices by & because 8—1—21 +/— 42 USC 1997?
CRIPA—Investigation/ commencement/ Relief's (Ref. Jail's
9—12—2021, # 1—41227842—ADA—Grievance & Implication's

→ Pg 8—OF—  ←

Medical Board of California
## Instructions for Completing the
## Consumer Complaint Form

Enforcement Program
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

*[handwritten: F&T-BS ! 'Federal - "Grievance-Rights"!]*

1. Legibly print or type all information.

2. Provide the full name and address of the licensee your complaint is against. Please note that the Medical Board (Board) only handles complaints against the listed individuals on the second page. Please see the "A Consumer's Guide to the Complaint Process" for additional information.

3. Attach a copy of any supporting documents you may have in your possession pertaining to your **specific** complaint; documents may include patient records, photographs, audio or video recordings, correspondence, billing statements, proof of payments, autopsy/toxicology report, police report, court documents, etc.

4. Please sign and date the complaint form. *[handwritten: Dated: Jan. 24th 2022 Re. 16+4 yrs]*

5. Complete the "Authorization for Release of Information For The Subject Of The Complaint" (**Subject** is the physician or other healthcare provider you are complaining about)

6. Complete one of the following medical release forms in their entirety:

   - **"Physician/Provider/Facility Authorization for Release of Information"** (In this form you will list all treating facilities in addition to all relevant treating providers specific to your complaint. If the incident is involving a surgical procedure, it is important that you list any pre-op or post-op providers)

     **-OR-**

   - **"Kaiser Authorization for Release of Information"** (should care and treatment have been rendered at a Kaiser facility please fill out the enclosed Kaiser form and check if it's a "northern" or "southern" facility)

\*\*\* Should the patient be deceased, the person signing the release form(s) must be a legal representative as demonstrated on a durable power of attorney, death certificate, or an executor of will/estate document. **(Please enclose copy of supportive documentation).**

## Please Note:

➤ You must fill out **a separate complaint form for each physician or other healthcare provider** you wish to file a complaint against.

➤ The Board **does not have jurisdiction over billing/fee disputes,** general business practices (contracts, office policies, appointment times/duration, etc.) or personal conflicts, unless the behavior in question interferes with the safe delivery of health care. Please contact your insurance company or your physician's or other healthcare provider's office to resolve disputes outside of the Board's jurisdiction. **The Board cannot award any kind of financial compensation.**

➤ Please be advised that the Board cannot assist with any coordination of patient care. Should you require assistance please contact your insurance company or medical providers.

➤ Review the brochure, "A Consumer's Guide to the Complaint Process", for information about the complaint review process.

**For more information visit: www.mbc.ca.gov/Consumers/Complaints/**



**Medical Board of California**
# Consumer Complaint Form

*"Fraudulent - MBref, Implications*
*"For a*

**Enforcement Program**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

## COMPLAINT REGISTERED AGAINST
*(× 4+ ca, sisk, Shasty*

**Check one:** ☐ Physician (MD)   Podiatrist (DPM)   Physician Assistant (PA)   Midwife

Polysomnographer   Research Psychoanalyst   Unlicensed Provider

**Subject Information**    ☑ *Psychiatry/Fraudulit w/ court-(ask*

Last Name: *CARTER*    First Name: *STEVEN*   Middle Initial: *N,*   Provider's License Number

*Clarke, )*   *Lee N,*   *at al.*

Office/Facility Name    Phone Number

*Siskiyou + Shasta City's-CA., court few*

Street Address    *1500 court ST,*

City: *Redding, calif.*    State: *CA*   Zip Code: *96001*

## PERSON REGISTERING COMPLAINT

Last Name: *clarke (+al.)*    First Name: *Lee*   Middle Initial: *K.*

Street Address: *c/o KLM, 1308 placer ST*

City: *Redding*    State: *CA*   Zip Code: *96001*

Phone Number    Email Address

## PATIENT INFORMATION

Patient's Name    Patient's Date of Birth

Your Relationship to Patient

## NATURE OF COMPLAINT (Check all that apply)

☐ **Quality of Care** (Misdiagnosis, treatment/medication causing side effects, surgical complications, negligent care, etc.)

☐ **Office Practice** (Failure to sign death certificate, failure to provide records, misleading advertising, double billing, billing for services not rendered)

☑ **Inappropriate Prescribing**

☐ **Provider Impairment** (Under the influence of drugs or alcohol, mental or physical impairment)

☑ **Sexual Misconduct** *Watson-boy 21" (MAN*

☑ **Unlicensed Activity** (Aiding and abetting unlicensed practice, unlicensed provider)

Federal U.S. Const.' Grievance- Right(s)

**DETAILS OF COMPLAINT (Attach additional pages if necessary)**
State your complaint in chronological order and in detail. In addition, please include dates of treatment and list all relevant treating providers specific to your complaint. It is important that you be specific regarding any allegations of substandard care. Providing a comprehensive narrative of your complaint allows for a more expeditious review process. (Ps Here Flactiond sel. T- Futilities and Due- Diligence Hereafter Req'd.+)

R-- SUPP.- ReF.'S: (T.O.N., and, ongoing MofTP, as to ANTI- 18 USC 2382 + 4: Non-concealment-crimes-report- felonys + Treasons; ALT. otherwise "FtT-"Accessory").

R-- That Jan. 17th '22 approx 1330 hr I was notified-cell-speaker to go to "Booking" (denied what for, as to Right's and Needs, However, TOOK Lii US Const), Then 20 min's Holding cell I was escorted Dep Lamour, Alizar to Interview room; w/ LT. Marlar, Dep. Millis, Female "DE" on Laptop (Letter ID-ed "Dr" Robin Campbell) AND immediately (And Defensively) Protested My "ReFUSAL-"Right(s)!"

R-- Thus was particularly, (STe) and competently conducted (Notably, as response, To "Gangbanging-TORTURES: Ref. Jails 400+/- Grievance's as #1597101425,1597546325, Etc. and implications --ie. as 'cooperations' erupts Intolerable "SelF-Harms"), Primarily by collective-circumstancied-Evid's (rel. Learning's from Past Experience's of '2011-Jury' Applicable "Absolute-Bar"; Today's again "Fraudulant- Discredable-Psych- unlawfulness; ReF's med-Bd-Grievance's, For "Dr.'s" (unningly Violating "and To HAVE The ASSISTance of Counsel FOR his-her DEFENSE." LAW, w/ Discrimctory + Unreasonable "Deferrances"; de. esp. as That "..Unreasonable- Searches + Seizures"-(Felonious + Treasonous)-VIOLATION'S inclusive To partnering "Ineffective-Assist-ance- of- Counsel" (contray prestated, and, preJudicially-detrimental To Rational + meaning Ful ".. FoR his Defense." Rights- LAW' To be either CompETANTY-RepresenTed, by AppT- Assistance-Pd-ATY; OR misrepresentation-ATY That makes cooperation To be "SelF-Harms" AND/OR prop-erly - reasonable, CompetanT, LawFul, Non-Complacent, Etc. To be non-cooperative-To-"Forced"-IAC-ATY - NecessitaT-edly: albeit extraordinary and unpreferred To others Corrupt--

Signature _____                    Date _____

< Draft:

OTHERS CORRUPT--
as anti-Justice-"Judges"/ Dist-Atys/ Jailers-medical-Sheriffs/
Etc. Prevalent Implications AND Ref. Such--".. IT IS Their
Duty TO THROW-OFF Such Govt.," re. HERE To "Long-
Train of abuses and usurpations..").

P--- AS That promptly obligatory "Refusal"
consisted of explantory reasonableness; ALBEIT HOWEVER
met by Provokative-Interruptions, THAT consequenced
increased Intensity (1-Me against 6+others, at Least 1),
for (ie) "no, This is unlawfully violating 6th Amend. LAW, "To
be Informed.." (w/ Const in hand To show except for "Gong-
banging" Interruptions AGAIN!), Resulting "RAPID-FIRE!" as
"Ambushed-Defense; denied Defense Paperwork needs
for Non-IST (Interuption "Just Talk To her"), changed To
NOT without my-copy-Recorded-Preserved Per Numer-
ous "Old-Quick-"FRAUDS"-Crimes (explained 2011-? "Dr."wilson
agreed "That sounds rational Defense"), Implicating IAC-Pd-ATY
Problem NOT-me-IST; BUT, Wrongfully Pretended-IST
AND, denied-evid-Tapes-Proofs; F+T-Crimes; w/ T-3APC's;
so-- preserved "Defense-RIGHTS" or NO-Participation (by
USA common-Law VS. F+T-"Foreign-To-our-Const" )
as Her-Sof-Non-Listening-"Coercions" (This is recorded
on record w/ mistrust, etc. Presented)- THAT "NOTICED" Her-
Them "Text-Memorialized" re. "Treasonous-of-NET", as To
Jailers + Medical Constant Tortures; Violated-Grievances/ETc.
esp Defense + Grievance-Rights, And all but for approx.
2 minutes Time Duration "Demanding-Deval" so Can return Pod
(a) Notably aggravated by The Psycho-"Dr." Robin Campbell,
evident-LongTime-"Experiences"/ Ignoring "Adverse-To-The
State"/ Discriminations + Favoritisms/ Therefore cc/qc
"Federal-" CRIME-VICTIM!" To Her "Confirmation-Bias"-Er
(+ felgniously + Treasonously, AND, applicable "Her-ETc.
"Suicide-By-Treason!" by + because T-"Totalitarism"
encompasses Retaliations INSTEAD OF US Const. "checks
And-Balances") so-- prejudicial Malfeasance's or Nonfeas-
ance's onto myself cc/qc (et al.) constitutes T-"Aid+C" AND,
Requires T-"Death"-LAW-Cures w/ No Female-Unlawful-Disc. Favoritism

"Mr. United States Attorney General +
Name S. Castor [etc.] (USDOJ) + BSL DMC K (eagle) Clarke (et al.--ie; App't-USDC-
Address 1991 + US Const. Article VI + III"; Ambas-
sidors, Public Ministers and Counsuls,"
ie, etc. and "Federal-"CRIME-VICTIM")
Point + "Treasonous-Imprisonment"

CDC or ID Number F+T-Shafta Cty Jail) (PMH) Wrongfully
T-20-02075 (etc) 1655 West St. Redding, Ca. 96001

10 USC 935; "Courts-of-Inquiry" (+T.O.N.;+)
T-"Foreign-To-our-Const."/Superior et; Sha-Cty-Calif"

Dated: 1-28-2022 (F+T-Manuel-Copy)          (Court)        (* "MofTP": TON; T-M+N's or ecrpt)

Le1ge (etal.--ie; 511 + ARP-1987+         PETITION FOR WRIT OF HABEAS CORPUS
Petitioner Point-Man, "C.C.D.T."-Endeav-
ours, re.vs. 51%+"We The+         No. _____
Beneficiaries (ie; etc.)                    (To be supplied by the Clerk of the Court) ASAP
"Traitors + Invaders"/"Bad ie; + Robes"         Duplicate "Filed"/Returned w/
Respondent SCSO, MIK Johnson; IAG-Aty's         ie; ordered! un-obstructed-MIA!
Anton Cota/Tim Prentis; D-Aty's; Bisdeo-
J-Cara Beatty/Flyn/Quack/--Red Emuson                              "Treasonous-
Co. Evid.c. 451; INSTRUCTIONS — READ CAREFULLY                    OR-NOT!
"Judicial-(National)-Notices"; PC 995; 1385,         Non + Stat-
uTory-Dismissal(s); "Discharge"(s)! w/ie. Implications--

* "Prosecutors"-Misconducts; "Seditious-Conspiracy"

If. 1. as that "Concerts-Abuses/Neglects (Refs. Fully; Due-
Diligence"; esp. for "Felonious + Treasonous"/ Judicial-Activism
"Custodial-Handicap(s)"-Violations; Legal-Copies, 11+ Courts-
MIA/"Long-Train"/ Torturious-oversights, "REDRESS-OF-
Grievances--" obstructions and Retaliations/ETC. And-
Systemic-F+T-"Fraudulant"- evasions-"Counterproduct-
ively-Contrary U.S. Const.'s Protections + Prohibitions
by + because "Traitors + Invaders"/ETC. Fully set forth), And,
Constitutes -- [ii] Prosecution's suppressions of Favor-
able EVIDENCE (See In re Platt, 1999, 69 C.A.4th 1315)
Defendant was Entitled To DISCHARGE on showing

• In most cases, the law [...] 'ce of a copy of the petition on the dist [...] y attorney, or city prosecutor. Set
Penal Code section 1 [...] nment Code section 72193. You may [...] by mail.    Pg. 1-of- 4

X Signed- X
USA- Tuth (Gras)

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as
amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished
the Supreme Court and Court of Appeal.

PS-401, "Forced" Fractional/compounded "Draft" To circumvent Gangbanging Marking!

Form Approved by the
Judicial Council of California
MC-275 (Rev. January 1, 1999)         PETITION FOR WRIT OF HABEAS CORPUS         Penal Code, § 147
Cal. Rules of Court, rules 56.5

That PROSECUTION-(eTal.) withELD-(eTal.) significanT
EVIDENCE ThaT could have been used To Impeach-
(eTal.-ie. DiscrediT; esp."Dr"-Quacks) Key ProsecuTion wiT-
nesses. ["]

※4     w/ "Forced!"/"DrafT"- HereTo (Ref.'s) Due-Dilig-
ence REQUIRES- Acquire: GET what Jailers/IAC-
ATy's / ETc. "SediTious-ConspirAcy" is "oppressing", as
in Violation "... and To HAVE The AssisTance of Counsel
FOR his-her DEFENSE." (※ and Felonious+Treason-
ous Violations Legal Copies/MIA MAil's US-Pros, Co.,S,CT.
9-14-21, ETc. confronTed + CorrecTed ※), AND, as ThaT
SubJecT "PraTT-"Showing" is Inclusive "CusTodial-Handicaps"
and/OR     as for SAME + DerivaTive- Implications To viol-
aTed "FundamenTal-RighTs" Rel.(ie) 1985 In Re Bower, 38
C3d 695 ["] when reference To MATTER(s) OUTSIDE THE RECORD
is Necessary To esTablish ThaT Defendant has been Denied a Fund-
amenTal-RIGHT resorT To H.C. is noT-only ApprepriaTe, BUT-
Required. ["]; and, FURTHERMORE, as ThaT HEREFORE
SysTemic, Felonious + Treasoneous, and PerverTed EVASIONS
Requires DISCHARGE AnD or (ie) esTablishment For AcTual-
RECORD   as To "AlTerier-MoTives!" (noT "Demystivalev-
ence"/ ETc. "WraTh- of- An- woman!"- frauds AND "PlanneTary
Enablers!"), where X5 + EVENTS (ie. Debra Prose's House
321-948-0220, Lake Tahoe "wiT-Neighbor"; Kenny Comerdy Reno ReT.
"shoT-ouT"?, Rhoda-Hiron wiT, Neighbor Prof wiT wife Called
Le "insane"; ie. ETc. Lies-CrAzy-Jealousy and MysELF MonTh 4.
married Told me she "wanTed MY wif To Kill (He)!? You GeT To PrisonFor Life,
AND, is serious ACE-case? "Advesc-childhood-ExperiNCe"!). This,
needless To sAy, is "Defense+ confronTaTion-RighTs" (ReF. CrawFord VS.
wash, US-S.CT. For "Common-Law"-RELIABILITY VS. CosTine "Foreign-
To- our- ConsT."/ Stovell VS. Denno violaTed-RighTs-CAUSES "The clear
Danger of ConvicTing The Innocent"/ ETc. and F+T-ReparaTions)
→ Pg 2-of- ∠



1  Dated: 11-14-2021

2

3

4  Re. "Jud-Notice(s)" Used

5  (F+U)-Unlawful-USA

6  Marriage-"Witnesses"-

7  w/(it) Ground-2;        11-24-21; (A.C.T. (Snippet):

8       THAT (ours; -USA)-"Supreme-Law-of-The-Land!"

9  requires "Any + All" "Evelyn-(Burns/Wilson)-clarke-(Wife To
   Lee) made statements-("Adverse-To-Either-spouse") is Unlawfully-
10 obtained + used And/or Suppressed + Nullified. This is by + be-
   cause 'protections + prohibitions' (ie amongst First + Fifth-
11 Amend's RIGHT's (* w/ie. US Const's Paramount "Preamble'
   for-- "..Domestic-Tranquility.." LAW!': Rel. 1986+, X-Wife+
12 C/A-Father-In-Law, Mom, Etc. "Kidnapping!"-Gov't/Ref'st +;
   and, THAT "..SHALL make no LAW respecting an estab-
13 lishment of RELIGION, or prohibiting The FREE Exercise
   These of.." (as-as State + Federal- LAWMAKERS; and such "Law-
14 Enforcement"/ Judge's "ORDERS"/Etc. "Enablers": As Are
   actually opposite-Etc-"LAWBREAKER'S", AND, partic-
15 ularly as to 'USA-"One Nation under God!': WHEREAS
   "A-lawfully-Wedded-("Other-Half")-spouse'(Lake Tahoe NV.
16 (as for off.); Enlisted--"Contractual-"COMMITTMENT"-
   (w/ Mutual trust, Honor, Love, Respect, obedience + Inc Man, San
17 Jose USDC 1989 ("The differance between CommittmenT AND
   Involvement is like bacon + eggs. True; The chicken was
18 Involved, BUT, The pig was definately COMMITTED"(case's)
   is as to Legal implications for 'Two-Becomes-One!'-
19 LAW!'. And, THEREFORE -- 'Husband-or-wife-Relev-
   ants-".. Nor SHALL be compelled in ANY CRIMINAL
20 CASE (regardless for Labeled victim or perpitrator) TO BE
   A WITNESS AGAINST himself-herself.."(* AKa--
21 whereas-- such 'himself-or-herself'; Singular of one-Mar-
   cital-Entity is 'Unlawful-"Self-Incrimination", AND, such
22 USA are evidence's "stolen-property" crimes w/ 18 USC 241,371
   4, 1961, 2384, Etc. or Ca. PC 422.6 --'Violated-civil-Rights'-
23 AND-crimes: X4 + Daily w/ie. Evidence-Code * 451-
   "Judicially-Notices"; ie. and, Needless To say, US Const.
24 Article VI - USA's "Supreme-Law-of-The-Land", AND,
   HERETO, Beknownst Civil Gov't Responsibilities Re. 18 USC
25 2382 + 4; F+T-"Accessory's" VERSES AIT, Non-concealment-
   crimes (meaningful "MoFTP"-Report' Felonious + Treasonous-
26 Occurrance's OR misconduct Consequences crimes Partnerships).

                        EXHIBIT "A"



1/30/2005 – ISN # [illegible]-Allegiance

## An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largly suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "**Treasonous-Or-Not**" revolution (* whereas be 'part-of-the-solution'/ not problem-- by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here—therefore problemsome & confrontationally-justified, in addition to ([illegible] & [illegible], [illegible])

1  Ref.'s (ie) PC-2065
2  Nov. 12-25-2021;

3

4  DATED: Dec. 25TH, 2021

NOTICE'S-(ie):
VS Const.'s A-VI,
"Laws-/Treaties"
"GOOJFL-OR-Else"

5

6

7  "NOTICE'S"-(T.O.N.):_____, and, "[M]emorandum-
8  of- Understand-__ing!"/ "Proper, NOT Popular!"
9  WHEREBY PROBLEMATIC "catch-22!" majorly
10 HaTed for "War-of-Principalities!"; circumventions:

11

12       INTRODUCTION + References:
13       P-- outifully, righteously, spiritually + Lawfully (ie,
14 US Const. Law + "Law-Enforcement"/ veterans, USMC,
15 Etc. STop-X-USA's-Plunderous + deliberate-Destructions)
16 W/ ie. Hudson Vs. McMillian, 503 US 1, 112 S.CT.
17 995 (1992). The allegations of denial of Medical-
18 care amounts To-- "Intentionally Interfer-
19 ring with The Treatment once Prescribed,"
20 which The Supreme court HAS specifically cited as a
21 example of unconstitutional "deliberate-Indifference(s)"
22 To prisoners medical NEEDS. Estelle Vs. Gamble,
23 429 US 97, 105, 97 S.CT. 285 (1976). (Further-
24 more Reference TOTALITY Vs. SOP-"oversimplification",
25 ie. USVA-ETC.-AnTi-"Honorable-Oath"-Against-
26 "Domestic-Treason"-problemsome-" "ExterminaTing+
                    Pg-EXHIBIT "A"- 1-of-

- ", exterminating-
Dissenters." And cunningly advocating 'Felonious-And-
Treasonous- Unconst. "Good-Ol-Boy-System!" Etc.-AND-
Feminazi's - Plunderous-Destructions- Despotisms-
FAVORITISMS- dysfunctional- Discrimatory-"DISORDER-
PLAGUE"; and 'mentacide' w/ "Punning-Kruger-Effect-
Bias- DISORDER/ stanford-Unvy 1974 Dr. Rosenhand's
"On Being Sane In Insane Places!"/ Etc. complex-
ities Reversing-"Right + Wrong!"; ie. 2007 + CALIF-
DMH, Atascadero-State-Hospital, "Expert-Witness"
2011-Jury Dr.'-Psych-John-Eible; USMC-PTSD-Diagnosis-
Derivative- compartmentalization: "F&T-"Punishment-
for- Exercise-of- civil-Rights!"- TORTURES/
"CRIME-VICTIM!"- Retaliations/ Fraudulant-
"Psych-Jacket" Stigma slanders/ POW-"Political-
Prisoner" 2009+/- NPR "All- Things-Considered!"
KCBX incompletely AND Implicatingly; ie. as
That 'F&T-". Political- Trials." U.S. S.CT.@
397-385-337 discrimatory EVASIONS encompas-
ses "Mock-Trials" violated- Rights + CAUSATION'S
", convicting The Innocente." AND Psych-Mental-Health
"CARE-- AND- TREATMENT" requirements to be
explicately "Part-of-The-Solution!"/ Do-No-Harm!
Etc. Vs. Neglectful-NonFeasance's "Deliberate-
Indifference"/ 18 USC 2381: 2384: 1961: 2382-
241: 371: 372; 4: Etc. "Seditious - Conspiracy"
ENLISTEES' and/or 'F&T- Concealment-Crimes';



1  12-25-2021/MOU    /ConT.- Pg-3-of-

7                                    — Concealmt-crims-

8  ie. ETC. AND -- Such Fundamentally-Lawful-
9  Prescribed-"TREATMENT", as To US-ConsT- Law's
10 "Independence"/ ProTecTions-And-Prohibitions;
11 "CONTRACT-LAW", ".. esTablish-Justice.." And
12 "checks-And-Balances"-oversights..implications
13 especially Re. Purposeful "Four-Branches-of-
14 GoVT," -subordinate-AuThoriTies / "Breach-of-
15 CONTRACT"/ "The-RIGHT-of- Rescission"/"The
16 RIGHT To cancel/"Relieved of his-her ObligaT-
17 ions under a CONTRACT on Grounds of -- FRAUD/
18 "Certain Kinds of DefaulT by the other contract
19 ing party." Calif-"court-of-Law" officials; Res-
20 AdJudica, violations "unreasonable-searches+
21 seizures"; ETc. UnAvoidable 'F&T-"False-
22 ImprisonmenT"- Lc/ge-"CRIME-VICTIM!"
23 WithsTandingly Dec. 30Th, 2021!).

25      w/ie. Ca. PC § 2065 - "Responsibility As-
26 sociated with INMATES GranTed Medical Parole;



Parole:

I

Memorandα-of-Understanding with federal, STATE or COUNTY ENTITIES.."; w/ie. Ca PC § 2653- "..order by Physician requiring PARTICULAR Medical TREATMENT is REQUIRED To Prevent -- or Serious and Imminent HARM To The Health of The Prisoner.." (Ps. Rel-Ref. AMI- "Defendant-Domestic-Nations"; US Const. A-I, S-8-3- "To regulate commerce with Foreign Nations--and with The Indian Tribes;"; Jails - Prisons-F&T-"Short-Term" 18 USC 1961+ 4 Racketeering-Profits-(corruptly; T- "Foreign To our Const" - Absolut-ism-"and offenses Against The LAW of Nations"; "No State SHALL-- or LAW Impairing The Obligation of Contracts"; A-VI "..and The LAWS of The United states which SHALL be Made.."/ ie. 'revoked' A-IV 12-25-2021 "Full Faith and credit shall be Given in Each STATE--by General-LAWS.."/ ie. Etc. AND--"..and all Treaties made, OR which SHALL be Made.."),

**An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation**

#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largly suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem-- by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here—therefore problemsome & confrontationally-justified, in addition to (cont!)

1  12-25-2021 / "MOU                    / conT. - Pg. 5 of -

7                                        be Made.."),

8  THAT's  medical—-Juris prudence; Forensics-Critical-
9  clinical—INTERVENTIONS: "Evidence-Based-Practices-
10 (whistle blowing!")— REPORT—(Felonious + Treasonous-
11 false-ImprisonmenT / misdiagnosis - Frauds / IAC; Judge; scso-
12 Jailers - Med - ETC -"CONSPIRACY" / obsTruction-of-JUSTice
13 ETc. and 'Animal-Cruelty-"Service-Dog"-Seperation: CRIMES),
14 OR, alternative consequential 18 USC 2382 + 4--
15 F&T-concealmenT-crimes (PARTICIPATION)!
16       w/ ie. Ca PC 2656-- "., orthopedic or
17 prosthetic APPLIANCE (aka-- US-ADA; PTSD;
18 "service-Dog!"/ Mis. Teddy-Willow) Used by
19 Prisoners.." (¶ Ps. Tortureous-F&T-USMC-PTSD+
20 "Have-To-FighT-For-Rights"-Insanity's! +),
21       w/ ie. Ca T-15-1207, "Medical-
22 Receiving-Screening"/ THEREFORE-
23 HEREIN /"..appropriate disposition.."
24 Vs. prestated F&T-ConcealmenT-crimes (Ps. rel.
25 T-15-1208 Access-To-"., Treatment", albeit
26 exTraordinary "Proper, NOT Popular!" CIRCUMVENT-

CIRCUMVENT-

ION ARE TO HarmFul 'Violated-RighTS'/
STovall V. Deanos AND Moyer Vs. City of Chic-
ago CAUSATION'S -- "... clear danger of Convict-
ing The InnocenT..." AND "...) may save the
STaTe some dollars and CenTs buT only at
The SubsTanTial RISK OF Generating ANGER
HosTiliTy and FrusTraTion amongsT The mosT
numerous Consumers of JUSTICE -- "... approx.'
ETc. advocacy 'AssiTance' To CollecT 'F&T-"False-Imp-
risonmenT" - (... is DoT V. ca-PMH
"... CounTerproducTive...") - CRIMES', However, ThaTs
withsTandingly TRUE regardless for Quid-Pro-Quo/
SysTemic Defellances + Bias'es / ETc. 'F&T-"TraiTor's +
Invaders" arrogant "willFul"-wrongs (Defellance'S)
per coercive 'F&T-"checks + Balances" Insurrection's!)
beKnownsT Non-accounTabiliTy'S/ BS!) ; And- As
per 'DuTiFul-USA-"Allegiance"-obligations';
            W/ ie. ca. PC 2652 "IT thAl be

& To INFLICT any PrasTaval UnnY OR TO
ALLOW Any LACK OF CARE whaTever

                    (G ... R
 ... Hev Cafely-STaly THo;
... To the CourTs / "DeTenTe-RighTS'/ ETc.
AND -- (a- DANGER- RoFi med-DoT-ProTecT
JUd- (m'te DefecTive-oversighTs!) w/ Pow-L.C.'S

            > Pg. 6 -of- L



1  12-25-2021/'MOU'  /CONT. - Pg. 7-of-

2

3

4

5

6

7  w/ low-L.P.'s --

8  "Silence Is An Act!" For "Treatment" (whistle-

9  blowing - Report) Collective-Action, OR, Concerted-

10  "Conspiracy" (Violating-Rights: Etc) Continues --

11

12  w/ i.e. PC 1170.9 -- "Letherwise/And

13  who alleges That The person committed The

14  offense As A RESULT of PTSD--, or mental Health

15  Problems stemming From SERVICE in The US Military,

16  (& Entrappingly/etc #), The Court SHALL -- : make

17  a Determination -- / (b)1) "-SHALL consider -- as

18  a FACTER in favor of Granting Probation." /(b)2)

19  "IF The Court --, The Court may order The Def.

20  Into -- Program (Notably THATS Already on-

21  going "Home-Post/USSA-Embassy, 2-3 Actors, shingle-

22  Town, Calif. Focus.)/ (c) "IF a referral is made -- (as

23  That PC 1368 + BS - IST constitutes) w/ W+I 5600.3

24  (5)B) "Counties SHALL Refer a veteran To The

25  County VSO --, To Determine THE veterans

26  Eligibility for, and the availability of, Mental Health

EXHIBIT "A"

Mental Health
Services provided by The US Dept of Veterans Affairs
OR OTHER Federal Health Care Provider." (Neither ...

... y ... ... ...
S ... ... ...
... ... ... ... ... ... ... cond-
... ... ... ...
... ... of ... Right (... ... ... ... ... E ... ,
HERE TO Context "Problem-of-Solution," "Vendors U,
PS-- RE. to 2053 "(Provide Medical Treatment) Defense +
Counter-Civil-Rights (T.O.N.), to Fuck VICTIMS ...
... ... ... ... ... ... ... ... ... ... ... ...
Lamaita INTERVENTIONS rel. Bd-of-Supervisors, VJO,
VFW, MG Leagues, ETc. 'X400 + T.O.N,' "HIT-LIST";
Patrick Jones, Jones-Fort, KNCR X7X70 Matt/Mark-
Kent / Lyn Gurnir / ETc. "The CALIF-Fueler" (KCHO-KCBX)
w/1 ... Ca T-15 SS 1200 - "Responsibilities For
Health Care Services/ "Facility Administrator SHALL Have
The Responsibility To ensure provision of EMERGENCY and
Basic Health Care Services to all Inmates. Medical Dental
and Mental Health matters involving CLINICAL JUDG-
MENTS are The SOLE PROVINCE of the responsible Phys-
ician: DentisT, AND PsychiaTrisT OR Psychologist, how-
ever -- / "Each Facility SHALL Have--, There SHALL BE
A WRITTEN PLAN FOR THE TREATMENT: Transfer,
... referral in The EVENT of AN EMERGENCY. //
... ... ... ... ... ... ... ... ... ...
... ... ... ... ... ... SHALL be until
In This Facility -- where They or available to REVIEW ...
Ca-T-15-1205 - Health Care Records / "(u) The health
AUTHORITY SHALL maintain individual, COMPLETE
⟶ Pg. 8-of- ⟵



12-25-2021 "MO"                          /CONT. - Pg-9-of-

COMPLETE
and dated health RECORDS in compliance with
STATE STATUTE (and US const) To Include, BUT not limited
To: (ie) 1) (eceiving screening form / history; (3) COMP-
LAINTS of Illness or Injury (aka--Ref's "Grievance-
Rights"; ret. manifestations, worsening cover-ups; and
implications / ie. FTT - "Animal - "Deficiencies" - and
Non-"Due-Diligence"-1202-"Summaries"-Receits!);
(ie) 4) Names of Personnel--; Ca-T-15-1206 "The
Health Authority SHALL -- (ref. " Policies + Proced-
ures") SET Forth in WRITING-- (ie) a) Summoning
and application of PROPER medical Aid (vs.
(cular or Political SOP detrimental manifestations Rel);
(ie) c) Emergency And non-Emergency Medical and Dental
Services (w/ Ref's!), including Transportation; (ie) d) Prov-
ision For Medically Required Dental And Medical
Prostheses (Rel. Ref. accessory, "ADA "Service-Dog") and
eyeglasses; (ie) g) screening, REFERRAL And CARE of
metally disordered (uncooperative)--; (ie) h) Implement-
ation of SPECIAL Medical Programs; (ie) i)
Management (Gov. C 8658-WRIT-Release) of Inmates

EXHIBIT "A"

SUSPECTED OF (ref. Grievances, Totality, Injurys/
Infection / "Illness!) or confirmed TO HAVE COM-

PROSECUTION (+ Therefore Equally UN-"Prosecution"/Evid.-
Based - Practices"! +) SHALL NOT be performed by
medical Pers. well _____ their possibly, ongoing
care. To the Inmates.; (iii) OTHER SERVICES
Mandated by STATUTE (+ esp. sum: 18 USC
USC 2382 - "MoTTP" - ETC. - ReporT- Duties; §§ 4;
AKA-- "Non-f+T-concealment-crimes", To TORTURES, etc.
and Collateral. Relevants: Violated-RighTS! +), and,
(ie) (' Provisions For Timely ('_____ Manuf') and Appropriate MEDICAL And Mental Health screenings,
access To medical and mental health services (+ Rel
T.C.N.

_____ _____ ; "Self-Harms" Patic-
(Patients / systemic - Coercions! +)'

(____ - physician ____ ) ____
____ identification, TREATMENT, ____ and
follow up management of-- and OTHER _____
diseases. (+ However, ____, thats AFTER-FACT TO

⟶ Pg 10-of-   ⟵

1  *[handwritten: VdMr, UNITED STATES ATTURNEY]*
2  *[handwritten: General + Special-Prosecutor Lee]*
3  *[handwritten: K. (General-eagle) clarke (et al--]*
4  *[handwritten: ie. APPT. 1991 USDC by US Const.'s]*
5  *[handwritten: Article III + VI "... Public-Ministers]*
6  *[handwritten: And-Counsels..."; restr. and To]*
7  *[handwritten: Combat T-"Totalitarian" overthrowing]*
8  *[handwritten: Republic)"]* SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  IN AND FOR THE COUNTY OF *[handwritten: Shasta]*

10

11  THE PEOPLE OF THE STATE OF
12  CALIFORNIA, *[handwritten: (# 'T.O.N.' #)]*           Case No. *[handwritten: # 20-02075]*

13       Plaintiff,                      NOTICE OF MOTION AND MOTION

14  vs.                                  FOR SUBSTITUTION OF COUNSEL

15  *[handwritten: 'USAG+5#A Lee clarke (etal.)]* ,    (MARSDEN MOTION)

16  Defendant *[handwritten: 'POW'/Political-Prisoner]*

17

18       TO THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE OF ACTION

19  AND DISTRICT ATTORNEY OF THE COUNTY OF *[handwritten: Shasta]*          .

20       Please be advised that on the _____ day of _____,

21  20 *[handwritten: 21]*, at the hour of *[handwritten: c830]* in Department _____ of the above-

22  entitled court, or as soon thereafter as this motion can be

23  heard, defendant and/or counsel will move the court for an order

24  to dismiss and/or relieve counsel due to inadequate *[handwritten: (ineffective)]*

25  representation of counsel. *[handwritten: "(assistance of counsel)"; IAC.]*

26       This motion is based upon this Notice of Motion and Motion,

27  the attached declaration(s), all points and authorities

28  submitted, testimony and other evidence produced at evidentiary

*[handwritten: → Pg 1 oF 20 pgs ←]*

1  hearing(s), all files and records of the case, and other evidence

2  presented whether oral or documentary,

3

4  DATED: 5-30-2021

   DEFENDANT <T.O.N.>

5

6

7  w/ ie. Paramount references set Forth Fully

8  at This point, To US Const. Inclusions, For Article

9  VI "Supreme-Law-of-The-Land" consistancies

10  Therewith, Conflictions ThereTo "..Must Yeild"

11  (esp. State Law, orders + expectations per US Supreme

12  Court Free vs. Bland); and, ie. such "1-30-2005 ☩-

13  "Treasonous-or-NOT"- Law + WAR" (lot ess grow-

14  ing rel. Components); For -- (either);

15              Treasonously Prejudicial MalFeasance's

16  and/OR Neglectful- NonFeasance's effects

17  From misconducts AND delinquent "Allegiance"

18  obligations Thats Intolerably "Part-of-The-Prob-

19  lem!" constituting Treason's-"..Aid and Comfort-"

20

21           - - - O R - - -

22      "Constructively - Combating -

23  Longstanding - Discoveries-And-Orch-

24  estrations - OF- Ongoing-AND- Worsen-

25  ing- DOMESTIC- TREASON" (Furthermore

26  as To current "Four-Branches-of-Gov't"-Subordinate-

27  officials' violating Protections AND Prohibitions 7-4-1776,

28  For pre1776 "Peanuty+Duspair" That BiblE Eph. 6:5 Servants

   over Throwing Masters; The-Republic; Rom.13:7; ETC.)

-2-

DECLARATION OF _L-c/ge (eTal.)_ SUPPORTING HIS/HER

MOTION FOR SUBSTITUTION OF COUNSEL

I, _USAGISf, Lee K. clarke (etal)_, HEREBY DECLARE:

1.) That I am the defendant/declarant in the within cause of action and I am a lay person untrained in the law; _(Semi-Untrue)_

2.) That declarant is represented by counsel who has failed and/or refused to provide adequate representation in the within cause of action; _(Unreasonably "Forced" w/ Implication, 4TH Amend Violations Prod. for Partnership - Malicious-Proximity)_

3.) That due to conflicts which exist between declarant and counsel, declarant can not and will not receive adequate representation by counsel of record in the within cause of action; _and stipulates To be 8Th Amend Violations, ongoing That expects recification To IAS That ) "Self-Help ) Tortures ) And Justice (e.g. Dismissed for Reserve 4 Duty )_

4.) That at the hearing on this motion declarant will provide the necessary evidence to support the claim herein alleged; _notably regardless of Fundamental + Rational "Defense Rights" being 'Adverse To the State & unref erenced To /systemic Treasonous evasions Crimes_

⚹ 5.) That due to the lack of adequate representation by counsel, declarant has suffered prejudice such as to justify dismissal of charges currently pending, or in the alternative to enjoy the substitution of counsel; _deliberately w/ VSMc-PTSD Tortures To myself and Stipulated Vs - APA- Service for Guilty_ ⚹

6.) That in addition to any evidence presented in support of this motion at the evidentiary hearing on the within matter, declarant does hereby incorporate by reference each and every statement following which has the box preceding same marked:

☑ (a) Counsel has failed and/or refused to confer with declarant concerning the preparation of the defense;

☑ (b) Counsel has failed and/or refused to communicate with declarant;

-3-



(c) Counsel did fail and/or refused to subpoena witnesses favorable to the defense and deprived declarant of the testimony critical to the defense;



(d) Counsel has failed and/or refused to perform and/or to have performed investigation(s) critical and necessary to the defense;



(e) Counsel has failed and/or refused to present/prepare an affirmative defense at declarent's preliminary hearing;



(f) Counsel has failed and/or refused to secure and present expert witness(es) critical to the defense;



(g) Counsel has failed and/or refused to prepare and file motion(s) critical to the defense;



(h) Counsel has failed and/or refused to impeach prosecution witness(es);



(i) Counsel has failed and/or refused to present evidence at motion/writ hearings critical to defense;

(j) Counsel has failed and/or refused to declare prejudice and/or conflict against declarent and due to said failure has taken on the role of a surrogate prosecutor against declarent's interest;

-4-

(k) Other. That (w/ ref. Supp. Pgs, 9 -  )'IAC-ATy'
amongs T subjected 'Adversities" wrongfully, Un-
Lawfully, Etc. denying Pc 1004 Demurrer ("Fed-Jur-
only" esp. rel. BIA "Indian-Allotment" - Trial);And
Tim, Prentiss, "Judge" C. Beatty, DIST-ATy, Bailiff,
ETC. "conspiracy" violating investigation, material
Facts, outside the Record!, ETC. For "Defense-Right"
To "wrath of An woman!" Fully untruths & Hate.

DATED  5-30-2021

_____
DEFENDANT w/ "T.O.N!"

(Cntal.)

W/ ie, Ca. Evidence Code, §451; "Judicial-Noticed"?

    # 7. That here probable continuation
of Felonious & Treavenous - (ie) 18 USC §§2384; "sedit-
ious - Conspiracy"; ".. of To oppose by Force The
The Authority Thereof..", as To whats
".. Foreign-To-our-Const.." by unreasonably decide
insufficient "..necessary evidence To support The claim
herein alleged.." Purposefully §§ 5-Five, THERE-
FORE - - "NOTICE" That This "Defense-Right"-
Construction, memory reliving, Open-Scars, Etc.
is TORTUREOUS "Have-To-Fight-For-Rights";
and, especially for Truth be Told, ToTality ConTexTs,
That's hereby probably "Practicing-Futility!" That ConsTIT-
uTes "Self-Harms!" (albeit "Forced" So, notably non-Psych-
Quacks Frauds mental disorder)

    # 99.   re. IAC-Prejudicial-ATy-Neglects for 5-
6-2021 CT-Marshalls Phillips, Northrup, ETC. 'Stolen-
Phone-ProPerTy-NEEDS' (And "unreasonable-S+S"
relevant "Lesser-of-Two-Evils-Doctrine" Law).

-5-

POINTS AND AUTHORITIES IN SUPPORT OF

MOTION FOR SUBSTITUTION OF COUNSEL

The defendant/declarent submits the following points and authorities in support of the motion for substitution of counsel:

I

**THE CODE OF CIVIL PROCEDURE PROVIDES FOR THE SUBSTITUTION OF ATTORNEYS UPON APPLICATION OF THE DEFENDANT**

California Code of Civil Procedure Section 284 states:

> "The attorney in an action or special proceedings may be changed at any time before or after judgment or final determination, as follows:
>
> ...2.  Upon order of the court, upon the application of either client or attorney, after notice from one to the other."

II

**A CRIMINAL DEFENDANT'S RIGHT TO ASSISTANCE OF COUNSEL MAY INCLUDE THE RIGHT TO DISCHARGE OR SUBSTITUTE COURT-APPOINTED COUNSEL**

The right of a defendant in a criminal case to have the assistance of counsel may include the right to have court-appointed counsel or the public defender discharged or to have other counsel substituted.  There must be sufficient showing that the attorney-client relationship has broken down to the point where the right to the assistance of counsel would be substantially impaired by the denial of the request.  (People v Marsden (1970) 2 Cal.3d 118,123; 84 Cal.Rptr. 156, 159)

-6-

### III

**ON A REQUEST FOR DISCHARGE OR SUBSTITUTION OF COURT-APPOINTED COUNSEL, THE TRIAL JUDGE MUST CONDUCT A HEARING AND ALLOW THE DEFENDANT TO STATE SPECIFIC REASONS FOR THE REQUEST**

The trial court cannot properly exercise its judgment in this matter without giving the defendant an opportunity to voice the specific reasons for requesting a change of attorney. "A trial judge is unable to intelligently deal with a defendant's request for substitution of attorneys unless he is cognizant of the grounds which prompted the request. The defendant may have knowledge of conduct and events relevant to the diligence and competence of his attorney which are not apparent to the trial judge from observations within the four corners of the courtroom. (Id. at 123)

### IV

**THE COURT IS REQUIRED TO APPOINT SUCCESSIVE COUNSEL FOR THE DEFENDANT WHEN THE RECORD CLEARLY SHOWS INADEQUATE REPRESENTATION BY THE FIRST APPOINTED COUNSEL**

"A defendant's right to a court-appointed counsel does not include the right to require the court to appoint more than one counsel, except in a situation where the record clearly shows that the first appointed counsel is not adequately representing the accused.... (Id. at 123, quoting People v Mitchell (1960) 185 Cal.App.2d 507, 512, quoting 157 A.L.R. 1225, 1226)

-7-

**V**

**INADEQUATE REPRESENTATION BY DEFENSE COUNSEL REQUIRES DISMISSAL, REVERSAL OF CONVICTION, AND/OR SUBSTITUTION OF COUNSEL**

A criminal defendant is guaranteed effective and adequate representation by defense counsel at all critical stages of the criminal proceedings by the due process provisions of the United States and California Constitutions.  Inadequate representation by defense counsel requires that the defendant be granted a dismissal, reversal of conviction, and/or substitution of counsel.  (U.S. Const. amend. 5, 6 and 14; Cal. Const. art. I, §§7 and 15; <u>People v Marsden</u>, supra)

**CONCLUSION**

Defendant has been deprived of adequate representation of counsel and is therefore entitled to the relief prayed for.  The Motion should be granted.

///

///

-8-

____ ) That "(F+T-App FIAC-)ATY" Tim prentiss appox-14+ months has consistently mis-conducted Himself (as To systemic-concerted-CONSPIRACY-Partner) To subject This "Mr United states Attorney General+special-Prosecutor Lee K. (general-engk) clarke (et al., ie. rel. extraordinary Precedent 1991 (+/-) Appt. by US cont. Law "Public Ministers and Counsels", purposeFully To combat Est "Four-Branches-OF-GovT" subordinate-oFFicials" violations Guarant-eed "Republic"-USA-GovT," THAT Necessitates "checks-And-Balances"-oversights-Accountabilit-ies", To stop And correct "Domestic-Treason(s)"-ETc.-crimes, Including retalitory cover-up, evasions, obstructions, and self-serving delinquent USA-"Allegiance" obligations for "willful-Non-Understand-ing" and 18 USC 2382+4 "Concealment-crimes")" To suffer "Deliberate-Indifferances", Negl-igencies, Psychological unreasonableness, Etc. Adversities (But is suppost To contrarily help + assist as an "Adversarial-Advocate" vs. LongsTanding "Prosecutorial-Assistant"/ "DumpTruck"/ Etc.).

____ ) That Counsels InFlicted "Adversities" Include NoT (effectively professional) Constructing And Formalizing fc 1004 Removers, as To "No state of CALIF. Jurisdiction"; "Federal-Jurisdiction-only" (per Ref's Removers + HETP, ct Defendant ES/Je making) That "Computer-too"T ____→ Pg 9-ct-

— Conspirator's court

denied and refused To "Filed", or "Hearing" Therefore
Violations USA "common-Law" And "Foreign To our Const";
especially re. "and To have The Assistance of Counsel
For His; Her DeFense." — RIGHT's repeatedly violat-
ed). These (F+T)-IncompeTent- CaliF-superior, tri-(courts
CANNOT overcome US Const, Article III + VI, USPC or
nothing. And US supreme court was clearly "original-Jurisd-
iction", at Least not until "USPC-Federal-Conviction" for
"Impersonating Federal officer" (AS Impossible And counter-prod-
uctive "Precedent" To empower, other Honorable Dissenties, w/
Prosecution, Etc. and "Opposing-Capital" Funding Powers' (evidently),
'Resolving-State-and-Federal-conflicts thru "must-yield-state",
and as To such "Domestic-Treason"; (ca-BARR-Aty's/com-
mission on Judicial Performance "Judges") Etc. and (a-Medical-
Board: Quack-"Doctors"- (a-consp-Frauds'; AND, 11+ Entities'
For Properly-Revised-SHOULD-BE: 18 U.S.C.§ 2382 'Non-
Concealment-crimes-"Presentations'" ie. US Congress-Senate-
"Judiciary-CommiTTee" and 'House-Rep"). And similarly
includes "Credible-Evidentiary-SupporT", by mere reasonable Ref.
Here To, For 'Calif-"Conflict-of-InteresTs" by + because 20+
years case's Unlawful-RetaliTory-Persecutions and/or 'F+T-
"Foreign-To-our-ConsT"- Criminal-Law + Civil-Law: "More Harms Than
Good Encroachments"; THEREFORE Making Large 'Federal-
Crime-VicTim" (Ps. and rel. 28 USC § 2254(b), except-
ions For Exhausting state Remedies, Should bees, is if Their
'unavailable" OR "ineffecTive" Truth be Told amongst 'Calif's-
Treasonousness', worsening ExTremisms Lawfulness, especially

→ pg 10 -of- ←

as To Ramifications From T-Evid.-ca-Pc-1252; arragant ^(especially)
vnamerican's "Traitors-And-Invaders" Legislating "T-"LAW"
That admits "Contradiction-In-Purpose" constitutionelly-
consistant AND IN-FACT addmission, To 1776-Dec-of-Ind,
and US const, was to prohibit same Non-Republic's
Treasonous-"Totalitarism", by T-1252's "PASS"-The-Buck-
Game' For "Adverse-To-The-STATE"-Matters'; NOT To mention
60+ past yrs NOT 1 known "Honorable" Calif. "Judge" per
Oath's "...establish-Justice!!" To Have "Proper, NOT Popular!"
Formally Declared such F+T-"Color-of-Law"-1252-"Unconstit-
utional-"Null + Void"; 'Etc-Consequentials' For 'Sow-"Political-
Prisoners" as resulting effect Thereto!)


____ ) THAT Such subject 'IAC-App-pd-ATy(Etc) has "Skewed"
Court's STovall vs. Denno "Purpose"// is the determination of Truth';
To 'Unlawfully Fraudulent And Averse "Record"; as manipulated
and suppressed Exculpatory Evidence re. "wrath of An Woman!"
provocations, frauds, falsities + Lies (w/ie. "Female-favoritisms-
unlawful-Discriminations" And Court "Judge", PD, P-ATy, Etc, Con-
certing "Confirmation-Bias!") And such violated 'Defense-Rights'
(ie. including "To have Compulsory Process for obtaining witnesses
in his Favor." as To "Psych-Expert"+"Evidence-Based-Practices"
For For "ConTexts" X10+ Events-Dated 5-11-21 That Shows
Her-EWBXC "Alterior-Motives" To BS-Corporal-Injury+Animal-
Cruelty-False-Charges' Etc. To be "Defensive-Independance-Believing-
Sought + Provoked-Husbands-Abuse"; Relevant "Adverse-
Childhood-Experiences" (ACE) w/ "Compassion-Proven-Project;
→ Pg 11-of- ⌐

- Prison - Project",
@ 8726 S. Sepulveda Blvd, STe # D-4201, LA-CA, 90045, w/ oswald
changers -- "Seeing is never believing, --// "We Interpret what
We see (In The LighT) of what We believe" w/ "WAR-on-
Boyz" by Mrs christina Hoff-Sommers That encompasses womans "EntiTlemT"
and/or "Blank-check!" That wrathis for non 100% Spoiled wants w/6-
16-21 Focus on The Family Debra Felita, Wife's "Avoider" per Festering
Issues called "Dead + stinking!", and, 6-15 rel. discuses womans PasT baggage
That makes "DisTrusT-HurT" for undeserving new husband AND God) as
That is purposefully "ParTnership-Malicious-Prosecution" @ 52 Am
Jur 2d IV § 57 Thats cAUSING STovall vs. Penna's Derivative Conseq-
uence To be "The clear danger of convicting The Innocent."';
AND, as rel. 'Marsden-Replacement' 2+ Times previous To
5-6-21 'Prosecution by own ATy's and Rel. BS-1-Min Marsden
5-20-21 (# w/ denied Demurrer RighTs Again, denied RighT
To "Filed" such "Compulsary-Counterclaim" AND NoTICeD
open courT's FOR "Concealments-IS-EsToppel"! *) w/k.
IAC marsden Ground because 'No-WriT-Reliefs-Release AND
per In Re Bower, 1985, 38 C.3 865, 872, 215 CR 267 -- "when
reference To matters outside The Record Is necessary To establish
That a defendant has been Denied A Fundamental constit-
uTional RighT resort To Habeas Corpus is noT only Approp-
riate, BUT REQUIRED." regardless of "F+T-"Judge" Guilty hostile +
coercive dismissal saying Fraudulently "Thats your InTerpretation" (# There-
Fore, separate To Dismissals-And-Reliefs-Release, That compound-
ingly requires Replacement "Assistance of Counsel" AppT, Thats
Conflicts Free, And AppT-Habeas-Assistance Thatsqualified fed-
eral courTs Civil Rights violations + Interventions, is "Remanded!" *)
→ Pg. 12 -of- ←

"<u>Remanded</u>"! ✦),

and IAC-ATy T. PrenTiss, court "Judge" (Betty was also critically "<u>NOTICED</u>" as To "Incompetent-court", No calif. state Jurisdiction on BS-DV 2-9-2020 case per "<u>Indian Defendant</u>" and 'B.I.A.-", Indian-AllotmenTi," - Trailer' THATS "<u>Exclusive-Jurisdiction</u>" of Federal courts, per 1957, In re Carmen, 48 C.2d 851, 859, 887; AND Here 30+ days Thereafter IAC-ATy has not moTioned Reliefs, cooperated in wriT, &c, or Taken 20+ Tried calls and 3 "LeTTers", as stated where ToRTurer!

___ ) $\downarrow$That, w/ ref. IAC-ATy T. PrenTiss 12 pg LeTTer May 21 be attached HereTo (via ATy-patient Advocate Katharine C. Manuk's Non-fraudulent File Holder) But, best-effort esp. for "F&T-"CusTodial-Handicap"-PreJudices, overwhelmed w/ <u>violated "Grievance-RighTs</u>", Legal copies, USMC-PTSD medical "Care + TreatmenT" verses "F&T-"concealment-crimes" 18 USC §§ 2382 & 4 unlawfulness; esp. rel. TorTureaus "<u>False-Imprisonment</u>" + "Separated"-vs-APA"Service-Peg", violations of US ConsT. Article VI 'Fed.-Sup' and Free vs. Bland's sTaTe "MusT-Yeild,"; ETc, w/ie, AcTual "Animal-CruelTy" charges crimes <u>onTo</u> The sTaTe "Kidnappers" vs. unreasonable PreTensions charging Lc/ge same unTruly, as routine DepoTic official snowballing The Worsening of matters AND supporTive Evidence's!)&c, iT was <u>successfully</u> "Murdered" The ReplacemenT of IAC-ATy-Tim PrenTiss (for disagreeable Defense issues + unlawfulness), and re. His "<u>ConflicTs-of-InTeresTs</u>" on ongoing SisKiyou counTy Ca. Case as DisT-ATy-ProsecuTer (and like wise Pensioned for Dismissal), as approx. nov. 2020 and

$\longrightarrow$ Pg 13-of- $\longleftarrow$

Nov. 2020

That approx. 3 weeks Latter "Bs-Criminal-"Judge" C. Beatty Re-neged-? The "Conflict-Disq. AND Reappointed IAC-ATy-Tim Prentiss (instead of entitled Conflict-Free-"Adversarial-Advocate" RIGHTS!), although THAT "Hearing" was Contractually For "To be Informed of the Nature and basis" To be Relevant-Representation (not Tortureous "shocks-The-Conscious" Here-To And infecting "Customary-Malicious-Prosecution" onTo Both Siskiyou + Shasta - DV 2-9-20 (sis,si Requiring Honorable Judical Review Dismissals!), AND, rel Refellance Subj. cT Case # 197304; June 14, '21+ "Armed-Robery" To copy "filed" some 70+L-pgs (orig's + "filed" copy Returned Luge and Rent-ATy-(A.) That includes Court-Contractual obligations OR "Null + Void"-dismissal-Reliefs-Release; And--- includes Case # 197304-bs-TRO-Dismissed Similiarly Re "Violated-Defense", Torture, "Equal-Protection", etc. insTead of Agreed SHOULD been denei, AND reT-vired My property !


____) That IAC-ATy Tim Prentiss violating Acevedo vs. Fortinede's ". Access To The Courts, "-"Rights" (by Self-abandonment, etc. and worthless-coercions), for "All Means Defendant "Might-Require" To get "Fair Hearing (approx-recollection), For Evidence's-obtainment AND "Expert-Wit. applicabilities AND USPC-Writ AND "Lawful"-Trailers + Medical-"Interventions"; For Confrontation Assistance of Counsel" For Unlawful-Custody"; "US-ADA-"Service-Dog" USMC-PTSD needs (unseperated);
↳ Pg 14-of-

(unseperated!);

Etc. Maturely objective "Correction-Action" verses other-
wise Worsening Lawful Extremisms and US Const.'s --
"...It is their Duty to THROW-OFF such Govt." (etc)
and (BOTH personal + official) "Refuse-Right(s)" to these
provocations (including TON = T-M+N's OR ccpt; and
consiq. "Lesser-of-Two-Evils-Doctrin" AND so called
respectively applicable "Lawful-Crimes" by (a) Jis 4.43-
Necessity Defense, For My/Etc. others otherwise intolerable
Treason misconducts), As to Longstandingly snowballing
"Unreasonable-Searches-And-Seizures" (etc) violations!

--) THAT "Iac-Aty Timp (ontise) (court FUT-Aty; provures;
Etc.) currently numerous and compellingly prejudicial Abuses
and Neglects (AKA T-M+N's!) -- esp. Re. "Concealments"
For "wrath-of-An-woman!" frauds, Discredable Impeachments,
and Self-Serving Believing Lies by "Adverse-childhood-
Experiences" (ACE)/Etc., THAT ERUPTS HIS continued
T-M+N's as and because Self-Serving-Interests with
My-Lelga "Defense-Rights" needs (rel, alt. admit FUT-Conf-(crimes),
ie. as to NOT Copy + Formalize 18 Pgs 5-22-2021 (a-Aty-Gen.
Gov. Code 12550 "Take-Full-Charge" to 2-in-Cty-Persecutions;
ie. Etc. (X 17 + TON-Doc's by Ref's here Requires "Assistance-
of-Counsel" Due Diligence Formalizing THEM!) -- via Myself +
KCM (per Causing overwhelmed in POW Status; F+TI); ie. 10pgs
5-30-21 "Judge" Beatty + Biago "TRUCE's "Reconsideration -- (w/ "The-
Rest-of-The-Story!" To 5-6-21 Emotional Manipulation, of some
L/V's y' Charges Contentions, so 120 day Plea-Agrt Release is full);
→ Pg. 15 -of- ←

Release is Rel.);

or otherwise additional 'F+T-"Punishment-For-Exercise-of-Civil-Rights" (Per In Re Lewellen, Violations "Due-Process"; Ps. The precitated Articulates nothing new and Exculpatory, or mitigation, BUT, Bs-Threats per "political-Argument" for Filing-False-Police-Report"/Etc. and T-obstructions Accountability", AND, as is "War-on-Boyz" by Mrs Christian Hoff Somes, and no-Dissuading wiT per Bible, Math. 18 confronT "Trespassers", Then with church witnesses and church THATS Unbiblical churches the week after our Jun 2019 wedding, In short, and we don'T want beloved ones doing wrongs, Lies, violating Marriage's 'Two become one Teamates in Life' Etc. AND Rel. Pres. A. Jackson: "Pray what is RighT is what The Laws (says) meanT'", And 5-5-2021 also reps my non-compliancy To "withdraw from conspiracy--" That Cty + Calif. is here To CommiTTing; However, my Line NO "witness-Tampering" has always been clear, w/ we disagree and Her RighT To her decisions, That Then requires my Defense AND antiTreason duties), And rel. To-OuR-DocumenTs Implications (NOTice - also That he; IAC-ATy-T.P.; She-ETc. "Changing-Adverseness' is exTremely Relevant For problematics, as per Nov.2019+/Cornell-Univ's "The-ConfidenT-IdioT-Theory!" AND as That 'People-shown-wrongs-"RESIST"- Correcting-Their-Own-obvious-wrongs', and rel. Fraudulent Psychiatry Political whereas per 9-27-2015 NPR, Peoples Pharmacy w/ 'LusT-of-Med-RpT', "5%-Misdiagnosis", and correcTive JusTice soughT suffers-- "Pray-And-Defend"; thaTs rel. 'F+T-"Two-wrongs-will-Hopefully-Equal-An-RighT-

→ Pg 16 -oF- ←

- An Right -

Perspective!" evily + dysfunctionally).

___ ) That IAC-ATy not adequately meeting w/ me and undivided objective attention to charges ETC-National-Seriousness (T.O.N), w/ self "willful-Non-understanding" and self-serving arrogance. That effected to join politically-un-preferred myself for him(so) because my issues "Adverse-To-The-State"; So causing soon after starting Adversarial-Relationship (and specifically NOT as Advocate) to Expose "Wrath-of-An-Woman!" situation, as to "Materials outside The Record", derivatively and willfully supported by attorneys who _____ _____ _____ for _____, _____ and _____ To erupt "F+T-"False-Imprisonment"-CONSPIRACY' 5-6-2021 as That includes prejudices to "Home-Post"/ Federal-Indian-Reservation w/ "Dependent-Domestic-Nation" per "Treaties made, or which shall be made,"/ And Federal USA Embassy Property upon USSA-T-Totalitarism "Foreign To our Const" X Republic, And, with county TAX Accessor, Board of Supervisors Appeal and Exemptions, Frauds, F+T-Concealment- Crimes, Me "Govt" To "Public-Domain", including neighbors, declared "Public-Domain" 4-20-21, for obstructions Necessities AND phone Evid Texts parts; Etc. THAT represents issues and "Defense-Rights," Regardless of Systemic "F+T-", Political-Trials," @ 1970 Illinois vs. Allen, in worsening evasions THAT Provokes Extremism "Throw-off"! (Further More w/ie, severity + risk, Cty Dist-ATy's, Ca Governor, State of Ca and us "Judges" us DoJ-ATy Gen Merick Garland and Sac-CA us ATy's M. Bell + P. Talbert, Gen and Biden- Harris- ETc, esp.

——> Pg. 17-of- ∠

Etc, Esp.

rel. Biden V.P-1988 To CIA-Dir-King-Pres-GHWB Thats
duspForums, continue "The-New-world-order", as To multi-
national Corps Economic Regime" for 1991 Craig Hulet, AND
for I-"Interdependence"!); AND voluminous "Co-
Conspirators" That're persisting matters regretably
worse with -- 18 U.S.C. §§ 2384 Seditious Conspiracy;
And, 'FTT-", or To oppose by Force The Authority
There of." (√ "Noticed" yourselves, And, Needless To say!);
Rel. property TAX Appeals, County-state + Federal, for USVA-
Disabled Etc. "Active-Duty" Veteran/ USMC/ US A.D.A / USMC-
§ TSD, Etc, and as AMI-Native American Lakota-Sioux for
Exceptions and USVA-Govt-Enmeshed Terrorism, to provide,
X-property owner, and Neighbors whom're USSA venaucious

___) THAT, as To IAC-Aty-Miscep's "PARTNERING"-
TORTURES (mostly in cover-up "FTT-" "officer of The Court" m.l.,
Unlawful by Polk County vs. Dodson, To Courtroom peddler (mini)
as Thats prejudicially neglecting Sese-Sheriffs-Jailers +
Medical "welfare-Corp" Criminal violations of Civilian-
Rights", Legal Copies + mailing "Defense-Rights" owed by "Inmate-
welfare-fund"; Etc. and derivatives misstrused or deprivation
politically unpreferred "Care And Treatment" RIGHTS, w/ "non-
Concealment crimes - "whistle blowing"; Etc. as THATS --
"Custodial- Handicap" which also "prevent + Taints" The
US const's 13th Amend's prerequisite "Duty-Conviction"
To be Impossible Therefore Unlawful "Involuntary Servitude"
Life, Liberty, Dignity or property tripping Deprivations
___ 19 of 18 - et - __

Peprivations

are consequential additional Crimes of Todays Govt's
insurrections, wrongdoings, and, intolerably "More-Harms-
Than-Good"

___) THAT my-Ls/ge presently (over whelming) situation (w/
Ref's totality!), and x 4+ "Futility"-determinations target
IAC-pd-Aty Tim Pleants To change To ---''_ and to have the
Assistance of Counsel for His, Her Defense,"-RIGHTS,
THEREFORE "unreasonable" continued expectation That
"Defendant"-Ls/ge (etal.) "COOPERATE" with Him-T.P.; in
"foreign-To-our-Const."-(FtT)-Court's-Political; Advise And
unlawful CONCEALMENTS under _____
"Defense-Rights" amongst Convicted-Convictions; Not-
Withstandingly; And, would constitute "Self-Harms" (complicity)

___) THAT (simplified) IAC-pd-Aty-T.P. inexcusable
Failures in 'Investigative-Support' (ie. To "wrath-of-An-
Woman!"; ie. "Female-positions-Unlawful-Presumptions";
ie. "rept-sex-An-Hul"; Also "white-Knight" + "Emphs")
Thats moreso suppressing + concealing 'Defense-Rights" benefits
versus establishing Evid and Support (w/ psych analysis)

___) THAT competant Reasonable Defense Aty Must
establish "Rought-context" of such 2-9-21; not only
for Marital Arguments routinely, as To Ls/ge's overwhelm-
ing Full-Gore Job of "ALL Evidence"(confirmable, severely-
Hammered, "Halfe-face" Argument 'investigative'; her
'Ovl' Ferme condemnable + Remedy; our Real Estate Scams

[illegible handwritten lines] Seemless;

─ (⊕) and that [illegible] regulation, as non-over-implification [illegible] (And [illegible] [illegible] entrant to [illegible] [illegible] (present [illegible], [illegible]) consequently, [illegible] (bad Light Find-Pht Evid Etc and Leg upset) such Accidental focus Light] + Ph Etc. Tunnelvision Cwould/have unreknown [illegible] "Kick" (contact and Tce[illegible] scratch (fly) that would oldtimely [illegible] No-CHRG, [illegible].

As per "Lesser-of-Two-Evils-Doctrine"/ CalJIC 4.43 Necessity Defense / Lawful-Crime-Defense To her charges per TON-WAR and Phone-Evidence Needs Importance.

─) THAT 'Plea-bargain' offer 5-5-21 for 120-days Custody all case Revised (w/ no factual Aggravation-increase) That denotes release OR "Punishment for Exercise of Civil Rights";

─) THAT 5-6-21 manipulated 'Prelim-Hrng', However, so called 'injuries' didn't change [illegible] Leg scratch and therefar IAC-PD-Aty for should have motioned 17 b Reduction of charges to misdemeanors;

Scamers;

ETc. and problemsome Round-Mtn. hypecritical chuch ussues.

___) D. and That proper Rel.Foundation, as "non-
over-simplification Including's (& And "Understanding-
Presentment", To "e.c.l.T."-Endeavours' paramount priority,
And, "T.o.N"! &), whereas consequently Erupts (Find Pht
Evid, bed Light, Etc.+ Dog upset) That Such Focus "Tunnelvision"
Could have unbeknownst "Kick" Feet Nail's Scetch Contact
Accident, but, That encompasses "NO-CRIME", Dismissal,
as per my merged "Personal + "Official"-Combinction-Situation"
By "Affirmative-"Lesser-of-Two-Evils-Doctrine"-Law"
So called "Lawful-Crimes!", w/ CalJic §4.43 Necessity-
Defense'. To "CA-People-CHARGERS' (& And That
I ph 8+ additional $ 400.00 Cost for X'3 memory
Larger For Needs, And Intentions," Provable To
Phones Importance for "Lesser of Two Evils"
To be situationally provoked, but no crime pr
2'/i yr "unreasonable-Searches+Seizures", dbiTsrkitTad.y)

___) THAT 'plea-Bargain' offer 5-5-21, 120-day Custody For all Cases Res-
olved (w/ no Factual Aggravations Increase) That denotes soon Release, OR,
Again additional "Punishment-For-Exercise-of-Civil-Rights"!

___) THAT Such 3+ Demanified, Pc 1004, 'Fed-Jur-Only' (exclusive-
Jur, USPc), unreasonableness of 1Ac-Fd-Aty, is rel. "Viewpoint-Discrimination"

___) THAT 5-6-21 manipulated, ETc, 'Frelin-Hsng' so called caused
injuries, However didn't change Normal Leg Scetch, THEREFORE Fd-
1Ac-Aty should have Motioned CT, 17b-Reduction-To-Misd-charge

"Notice" COPY KCM
orig's FWD TO A
Rdng CA
1308 Placer ST,
96001 {T.O.N.}

→ unwaived unlawfulness!
"Grievance"-PVTY's Again!!!!

# THE STATE BAR OF CALIFORNIA
## CALIFORNIA ATTORNEY COMPLAINT FORM
### Read instructions before filling in this form.

attn. CM-Allen K. Steinbecker w/ Hierarchy & Successor

Please mail to:   Office of Chief Trial Counsel / Intake Dept., State Bar of California
< {T.O.N.} >      845 South Figueroa Street, Los Angeles, California 90017-2515
                  (415) 538-2000; (213) 765-1388  c/o KCM-1308 Placer ST, (A Rdng CA 96001

**(1) Your contact information:**

Your name: _Lee K. (general-eagle) clarke (et.al.)_ POW- Federal "CRIME-VICTIM!" (feloniously + treason-ously)

Your address: _@ Shafta County Jail, wrongfully, ETC._ & Re. "Treasonous"- Imprisonment"-
_1655 West ST, Redding Ra. 96001_

Your city, state & zip code: IAC-Pd-ATY's (aka Fraudulent-misrepres-sentation) AND "Surrogate"-Prosecuters
"Secret-Agents' Traitors + Invaders' THAT

~~Your email address:~~ Enable, Join, participate, ETC. Treason's--
~~Your telephone numbers:~~ "Aid + comfort" by These wrongful and-
Home ____ Work ____ Cell ____ unlawful-prejudices' To collect- Domestic-Treason!

**(2) Attorney's contact information:** Please provide the name, address and telephone number of the attorney(s) you are complaining about. (NOTE: If you are complaining about more than one attorney, please use a separate form or include on a separate sheet for each attorney the information requested in items #2 through #7.)

Attorney's name: Pd 1-IAC: Anton Cota    Pd 2-IAC: Tim Prentis

Attorney's address: 2-- 1701 Placer ST.

Attorney's city, state & zip code: 2-- Redding Ca. 96001

Attorney's telephone number: 1-- 530-338-0778
                             2-- 530-691-0245

Attorney's California bar license number: "Treason's-OR-NOT "ATY's Fraud's--
B rel. Vnconst: "Foreign-TO-our-const" Crimes. Re. Parenting 1-30-2005 (+/-)

**(3)** Have you or a member of your family complained to the State Bar about this attorney previously? (and Peers, citizens) w/ Ref's TOTALITY + culpable 18 USC 2382 + 4 (att. intolerable concealment-
Yes ☐  (circled) No ☐ Crimes vs. Report F+T-obst/suppression, ETC. and oppression-Crime's!)

**(4)** Did you employ the attorney?  Yes ☑  No ☐ w/ CT's-appt-US Const "Assistance" (contracts)
If "Yes," give the approximate date you employed the attorney and the And conseq's "Retract"/Breaches
amount, if any, paid to the attorney. "Right-of-Rescission-(of-contract)
Date employed: ____  Amount paid (if any): $ ____

If "No," what is your connection with the attorney(s)? Explain briefly. _AND, W/_
_Basic's For Wrongdoing's (aka-- Malfeasance's_
_and/or Neglectful-Nonfeasance's)!_
_R--rel. Both+(F+T) "BAR"-ATY's (Cota, Prentiss,_

"The-Alarm-of-Tyranny-(T.O.N.)!"

Prohibited/Unreasonable!

→ pg 1-of-4 +(
(Reverse-sides 6nT)

[Upside-down text at bottom:]
THAT (Relative + rights (Conviction"
~~personal~~ Malicious-Prosecution"
FSS. Comm. I.T. Dismissal Re /Bail!
6 Ps, "Non-Pros, charges (Result-in-
P DISMISSAL)/FRCP 41:s;

CoTa, PrenTiss,
(2014-18 + Joe AharT's "conspiracy"), ETc. THAT ARE
SysTemically (Feloniously + Treasonously: NOTICED!) VIOL-
ATING (our) U.S. ConsTiTuTion's LAW/ PreTecTions +
ProhibiTions; re. ArTicle VI "Suprem-Law-of-The-Land";
Etc. and -- ".. EsTablish-JusTice.."/ 6 Th Amend's --
".. and TO HAVE The AssisTance of Counsel
FOR his-her DEFENSE."-RighT's (notably
regardless For RaTional-ParamounT + PoliTically-Unpreferred)/
7Th Amend's civil Common-Law's --"..The RIGHT of
Trial By Jury SHALL Be Preserved,"/AND
".. And No FacT Tried by a JURY SHALL
be OTherwise re-examined in any
CourT of The UniTed sTaTes.." (ReF. 2011 Jury's
rel. CollaTeral-EsToppel by (collectct Res-JudicaTa!)/
ETc. UnlawFul (F+T) violaTions, DeprivaTions,
SeparaTion- us- APA/ USMC-PTSD "service-Dog" (w/ her
"CrvelTy-To-Animals" officials-crimes!), "False-ImprisonmenT",
'F+T TorTurious-"PunishmenT-for-Exercise-
of-Civil-RighTs!." (o beKnownsT + DeliberaTe
PTSD aggrivaTions/ ie, ConsTanT + FuTile-TorTures,
"Shocks-The-Conscious!"; "Cruel+Unusual-Punish-
menT(s)" by "Forced"/"Have To FighT For RighTs!" P)
by + because (IAC) "IneFFecTive-AssisTance-of-Counsel" misrepresent↑

*(handwritten left margin, vertical):* (iv Soc.- w) + 137 + 21.R. and OBST.-caser)

**(5)** Include with this form (on a separate piece of paper) a statement of what the attorney(s) did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you employed the attorney(s), state what you employed the attorney(s) to do. Sign and date each separate piece of paper. Additional information may be requested. (Attach copies of pertinent documents such as a copy of the fee agreement, cancelled checks or receipts, and relevant correspondence.) *Ref. 5 and P5 - Rel, "Co-Consp.'s Jaile/s - PreJ's - ("Custodial - Handicaper")*

**(6)** If your complaint is about a lawsuit, answer the following, if known:

a. Name of court (For example, Superior Court and name of the county) *Both, Siskiyou & Shasta Conty (Calif); Superior (F&T) Cour'T's!*

b. Title of the suit (For example, Smith v. Jones) *Ca People Vs. L/gx (My Self) "The People of Calif (Mutiny!) VS. L/gx (tal.-ie, and US Constitution authority!)*

c. Case number of the suit (iv) *20-02075; 21-HB-6929; The "...Unreasonable-" (etc.)*

d. Approximate date the suit was filed *Prosecution / Persecution*

e. If you are not a party to this suit, what is your connection with it? Explain briefly. *Rel. be known'sTs & implicated culprits w/ i.e. delinquent "Allegiance" Obligations For F&T; 18 USC 2382 + 4; either "Concealment-crimes" OR -- Alternative "Report" & Correct officials crimes!*

**(7)** Size of law firm complained about:

☐ 1 Attorney
☐ 2 – 10 Attorneys
☐ 11 + Attorneys
☑ Government Attorney' s, *Divided - Loyelty; State - Whores!*
☑ Unknown *despotic - concern more so Systemic - Concert's Routines; THAN; Standard-Malicious- Harmfulness*

**(8)** Translation Information:

If you require that the State Bar utilize formal translation services in order to process your complaint, it may delay our communications with you. Is someone available to provide translation assistance for you so that the State Bar may communicate with you in <u>English</u>? *w/ "Onze-Nihupi-KyTe-Lo!" → That's Long Time "Mirandized!"*

Yes ☑       No ☐

If "no," state the language in which you need formal translation:

_____

**Signature**_____ Date:_____ *'17.-01-11 ⊘ 1202 ₩₩ ⟵*

*(handwritten bottom right): Supp. (F&T-Again) (?)14-of-7+ ⟵*

misrepresent-

ations (# ps. That Biased "Judge" & "Co-conspirators" prej-
udicially Partners w/ie. unreasonable-unlawful denial
"Marsden-Motion"; "conflicts-of-Interest" Replacement,
a was recently Siskiyou city Dist-Atty Tim Prentiss prose-
cuting myself-Lodged So "Forced" T. Prentiss 'Appt-Defense,
and my cooperation's, esp. after subjected Abuses/Neglects
prej-misrep "Surrogate-Preserver", is insanely unreason-
able Etc. (Self-Harms) coercions AND 'Violated-Rights,
including Dist-Atty's witnesses felonized Treason's,
But, 18 USC 2382 & 4; "F&T-"concealment-crimes"!);
and, is intolerably/Etc. Grievanced For (F&T-
"unlawfulness (ie. "Prosecuting-me"-His client Frauds;
ie. Etc. and Tortures "Have-To-Fight-for-Rights") As;
        Sum 1-of-4+)   Then "Evid.-Based-Penalizer
                Only' (a 'Fed-Sup?). Ca Conflict _____

                                            investigative "Mat-
ters-outside-the-Record, Alt-Motives (Non-Pv) "Wrath-
of-An-Woman" (Snowballing) Frauds: (ie "Victim";
        Sum 3-of-4+)   as To   (F&T-coercions
(and actual/violated-R'NHTS) recording "Judge"-A.e. apro-(T-Board-
appointed-Atty _____ charg. Judges fundamental-Rights (affront w/all-
Pens. Etc. and F&T-"Fundament-for-Exercise-of-Civil-Rights" ·
Etc. and Sum-4-of-4#  THAT which Pertains "Delinquent-Due-
Diligence" laws (F&T-Systemic-willful-Non-Understanding) Versus
Respective-US-Const-"Allegiance"-Obligations; Cases "Nolle-
Prosequi'/Master Authority Parens Patriae Passim/"Penumbra-
Doctrine' / "Marque & Reprisals"/ Masters Vs. Servants-
Treason's-"Shall-Suffer-Death," Law-"CURE"-mutiny's-Op-
pressions & Abuses-"Foreign-To-our-Const"-Preservation
By Treason ops ("Badges & Red-ops"/Quacks/Etc. Enablers) Traitor's Universal



1  Dated: 2000+

2

3  Replica "TO" –                  (ps- "war-of-principalities!"
                                    Erupts "Tough-Love!"
4  "Medical-Board-of-CA,           oversights Rel. "Doctrine-
                                    of-unclean-Hands!"
5  ATTn. Director & Hierarchy      Unlawful-To-Benefit-
                                    from-own-wrongs", LIKE
6  2005 Evergreen ST, #1200        Charles manson CASE.)

7  Sacramento, CA. 95815          (* Ref.'s 7-15-2021 Totality*)

8  * ["] DeTails of Complaint (XX):

9      * ReF. 10 pgs 6-1-2021, Ca-Governor Gave a

10 Newsom (TON: "MoFTP": Anti-18 USC 2382 & 4 w/ie.

11 "Non-F&T-Concealment-Crimes-Supp.-"REPORT", and

12 "DUTiFul-USSA-"Allegiance"-obligation) and Success;

13 Particular Best EFFort Segments ("snippet);

14

15     ["] re. "(Feloniously And Treasonous)-"Doctor(s)", who

16 're Joining-(Courts-Etc)-"(18 U.S.C. § 2384, 1961, 4",

17 Etc.-Seditious)-"CONSPIRACY": Thats Violating-

18 ["] In ALL criminal Prosecutions The Accused

19 SHALL enJoy—" (* And per US Const. Article-VI

20 For Const, To be our-"The-Supreme-Law-of-The-Land"

21 VERSE These 'F&T-Systemic-"Foreign-To-our-Const."

22 Traitors & Invaders' VIOLATIONS!, *) w/ie. "and To

23 HAVE The Assistance of Counsel FOR his-her

24 DEFENSE."-Right's, BUT, not For HERE

25 Purposeful & deliberate "IneFFective-Assistance-

26 OF-Counsel" (* In-short & Ref.'s!, *), Thats unlawful

                    EXHIBIT "A"    → Pg 1-of-4

(Etc)' doing 'Psych-Mental-Health- "Incompetent-
To-Stand-Trial" (BS; PC 1368+)-FRAUDS' (Etc +
"UNLAWFULLY-"

"...UNABLE..." - (BS) To-'cooperate' with 'APPT-IAC-
ATY' (& However, such 'Color-of-law' coercion
To forfeit IAC is not only Forced "Self-Harms-
Tortures"; also 'Treasonousness myself To Help-
F&T-STATE's-Corruption By PARTICIPATED 'Discredited-
Psych-Inquest]'; BUT, is also Action That which
ERUPTS dismissal Grounds proof's To "Unreasonable-
Searches And Seizures." AND/OR "Partnership-Mal-
icious-Prosecution"! #), Thats For 'F&T-' Political-
Trials." (@ 1970. +/- US S.CT's Illinois Vs. Allen; Etc
And 'BS "Good-Intentions!"-References' and T-cas
PC § 1252 problematic "PASS"-The-Buck-Game!";
Thats contrary To APP-CT's-OVERSIGHT's Purposeful-
Protection + support with; access to "Data-Evidence-
Showing", Showings, OBSTRUCT; Etc and "Off-set"
legal effect rationally-unfounded(self-implications) in
'RATIONAL-"DEFENSE-Right's)' (ie. "Wrath-
OF-An-Woman!" Provokations + Frauds; Etc Etc,
Etc Crimes! "Express-Forfeitures-and-whole-self
eliminations"; ie. Sec and 'T.O.N.' agitations!),
That 'F&T-"Color-at-law"- PC 1252 -Monster onto
"Traitors + Invaders" For "Adverse To The STATE;"-
Over Throwing-Const. "Republic", AND, specifically by
'F&T-SUBVERSIVE/OPPosition/Etc and Resistance To
⟍ Pg. 2-of- for ⟨⎯

"Republican-form-of-Govt." Resistance To NECESSARY "checks-And-Balances" impartial oversights Accountabilities (Implicitly, rel. "Safety-and-happiness" Blessings, etc. Verses pre-1776 "Poverty + Despair" etc. Destruction). And, as Furthermore, That "Stupid"-People, Hardened-Hearts, colonized, etc. and spiritually-Bankrupt" are "CAUSING" 7-4-1776 "History-Repeats-Itself!" w/ie. "He-(she) HAS combined with others To Subject Us To a Jurisdiction That is FOREIGN-TO-OUR-CONST. — "; ie. "mankind are more disposed To Suffer, while Evils are sufferable, than to Right Themselves by abolishing—"; ie. That AGAIN-". our Repeated Petitions have BEEN Answered ONLY by Repeated INJURY." esp. as same Rel.-F+T-Quack-"Drs", "Badges + Robes", etc. That conviniantly ignore this And Facts BUT pretend My-"Paranoid"-"Delusional"-etc. Evil Psychotic Misdiagnosis; ie. as To Political For accomplishments That are "Erronious- wrongfulness AND unconst-Unlawful, especially and particularly because "Dishonorable-Govt-System- unlawful- Discriminatory-"Deferrances"-Favoritisms", by prejudicial IAC-misrepresentations To "Rational-"Defense-Rights"-Supremacy. In short, And, That Bs-Psych-Prof. is consiquently Joining "F+T-"Conspiracy"-Crimes"; mainly; By prostituted, fraudulent "oaths", etc. and choosing F+T-18 USC 2382 +4, Concealment—
————→ Pg. 3-of- For-4+

Crimes Vs. Hereto, proper, objective, Truth based, Concealment—
free, 'Non-Concealment—Crimes—"REPORT"; also
collectively Covington " The-Alarm-of-Tyranny—(T.O.N.)

Accordingly, as That such 'Non-IAC-
(Rational, meaningful, inconvenient, Etc)—"Defense-RIGHTS
IS HEREBY "Supreme-Law-of-The-Land!" for our USA
"Republic-Form—oF-GovT." Guarantee, AND, as is
Critically Important Prerequisite "Checks-And-
Balances" Fundamental necessity, THATS Commonly
and Implicatingly Violated Today Longstandingly for/
Treasonous—"Totalitarism" overThrow, THATS There-
fore "National- Emergency!" for all "we The People".

Furthermore -- such "Long-Train" (F↑T)-
misconducts — provocations" encompass U.S. ConsTs "IT
is Their Duty To Throw - oFF such GovT." LAW (El-
bert 2005 + Implicates 'F↑T-"we The People"* (complaint*) + SCOT—
Scrivenous' elsewhere), HOWEVER, That harmonious—
INTERVENTION proving problemsome-deFiagvenT
Time AND again, is "NOTICED", For causing frequently
necessitated "Lawful-Crimes!" (* aka "Lesser-of-Two-
Evils — Doctrine!" and/or Respectively "Proper, not Pipdov!" such
USSA— US ConsT "Allegiance" / USMC—AMI-Native +
Christian VirTious (xTremism's ! #).

"onzE Nihvpi KyTe Lo!
ConsT-yours; Le/ge (etd-T



(# "ONZe-Nihon ___ - KyTe-Lo!"; NOTICe's;
(# aka--LaKoTa-Siovx
for--'Friends-is-pref-
erred, BuT, Enmies-
IF-We-MusT!"*)
w/ Biblical "Tough-Love!",
and, Carmen's Song--
"America-Again!" (/rel.
"church" wonT Bend iTs
KNee (BuT He is should))

TO: No#3-
"MonTgomery-
Cleek - CMTy -
"church" (eT al.)-
PO BoX ___ , and
EasT-Hwy, 299,
MonTgomery Creek, CA. 96065;
AND, ie Sac. usDc #21-1399;(RTc.).

DaTed: Dec, 7th 2021 (3)

Re. "NaTional-Emergency" (ToTaliTy w/ DerivaT-
ives!) For (SysTemic) 'Felonious + Treasonous-"FAISE-
ImprisonmenT"-(Crc)' w/ ie. 1-30-2005+ "Treasonous+
OR-NOT"- Law + War; and, ViolaTions MaTh.18:15-17!

GreeTings, "RespecTs-For-All-of-My-RelaTions!",
and, "I" (eT al.) come in a good way Today, However, as
is regardless For Inconvienance And dislike: THATS
Twice earlier This 2021 obsTrucTed CollecTive-AcTion;
as is my Biblical responsibiliTy, Per MaTh. 18:15-17
To confronT + Try resolve ('properly", and, rel. snowball-
ing 'F+T-"Accessory's" ie. PaT + CourTland STewarT, ie. PasTor
clinT Highly + 'Psych-Prof. manhaTers wiFe, eTc. "church");
These PreJudicial-"Tresspasses" (onTo My "Marrige"
God-senT, Such US-ADA-"Service-Dog"; willow's seperaTion Me
Animal-CruelTy, My wiFe Evelyn, MyselF, "Home-PosT"
—> Pg 1-oF 7 ←  EXHIBIT "A"

"Home-PosT"

USSA-Embassy against such "Foreign-To-our-ConsT." - Treasonous "Traitors & Invaders"; Etc. and Thats Needless To Say detrimental such 51%+ Plus "We The People" "BENEFICIARIES of subJECT "CCPT" - correct-ive-Actions Too "DomesTic-Treason" Assisted; not evily obsTructed's w/ worsening's! You 'unbiblical-christians" were confronted such Math. 18:15-17 for 'JC-"christ-Like-Ness" - obligations (w/ ref.'s; her FACT-BASED "Tough-Love!" TRUTH NEEDS Vs. secular Female-Discriminatory-Favoritisms-Problems'; NOT My one-Confidently objective opinion), as both before such BS-2-9-2020 Arrests "wrath-of-An-Woman!" Frauds and after, Per Phone TexTs and Email Evidence's, BUT choose NeglectFul-NonFeasance's AND such uninvolvement's (w/ Ref.'s, and, Ps-made such 4+ "churches" plagued 'FacTually-"fraudulant" WITH RAMIFICATION'S, and Rel. 4 pg 10-14-21 'Shadow-Mtn-"CHURCH", Pastor

→ ConT. pg-3 →

An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1) The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largely suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's, "..the chains of the Constitution.." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem— by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here— therefore problemsome & confrontationally-justified, in addition to ...

→ Cont. Pg 2 ←



1  From Thy Legally-Tavght
2  Cause - And - Effect
3  (but expect to be
   Know-Choosing christian
4  I - mom - woman,
   most self-centered
5  Truly; (Color-Creed-or-
   FemA (Ego-Self-Esteem)
   2nd to Last Left Bia
   Pg-99) E-when is

6
7
8  "CHURCH", Pastor
   David Jerimiah;         Etc.), And, in turn are in
9  actuality, For 'maturely rational competent reason-
10 ing', THAT're "Enablers" To her "Wrongful" dis-
11 respects, 'repititious-beliefe-Pretended-Lies', ungodly-
12 marriage's-Destruction's - Benchiant - satanic-world-
13 way; Etc. And -- For such My 'E&T- "False-
14 Imprisonment(s) 2-9-2020; Bail; continuing same;
15 Etc. "Enlistees" - Factually (W//ie. 'war of Principal-
16 ities!", However, Proven wrong side "Double-
17 Agents!"; For  God's-enemies and satin), Etc, and
18 as To AGAIN 'E&T- Custody' 5-6-21 (Similiarly,
19 however, respectively confronting "Trespass"- Wife; AND,
20 SATANIC "christians"- Futilities REQUIRED MYSELF,
21 as ½ of "Two-Becomes-one!" / and 'neither-Husband-
22 or-Wife-Adverse-Testimony-To-The-other-is-"Lawful"
23 without- whole-Both-Agree-OR-AFTER-"DIVORCE"
24 husband confronted wife's wrongs To be "War";
   christian USA self-Gov't Resp'sed
25 rel. 'my 1987+ Gov'ts-Hate' for 'USMC-oath, Code and
26 virtues against discoveries of "Domestic-Treason",
   → Pg. 3 - oF 4 ←   EXHIBIT "A"   → Cont. Pg 4 →

Right margin (vertical): "The-Alarm- of- Ty (any - (T.O.N,)'!

Right margin (vertical): "Re"

Inside drawing margin (vertical): "Justice" POVERTY-PROFIT, OVER-RAILING, AND TORTURE'S (EgO-SELF-INTEREST)

— "Domestic-Treason",

Etc. and —— more and more prevelant is That The cunningly, deceitful, manipulative, Etc. and Harmful "War - on - Boyz!," per Mrs. Christina Hoff Sommers AND 'L/ge's - Supplemental' w/c 'Domestic-Violence-"Joke", and That Re-mands WAR for other Women; AND "Copt-Save-Am-Ho!," Who Ignore-Factors-Supporting - "Wrongfulness", and mostly currently 'anti-Man' Ref.'s 'F+T-"Calif. Corrupt + Fraudulant-Files-Record, as obstructions + Retaliations "Seditious-Conspiracy" As That absents "matters-outside-The-Record" For Fundamental-Rights as Truth — Etc.; per 1985 In Re Bower, And Purposeful IAC- Pd-Aty's violating "...and To HAVE The Assistance of Counsel FOR his-her Defense," right's is so That CAUSE's Stovall VS. Penno's "...The clear Danger of convicting The Innocent" (To Politically make money Prison-Business-"Racketeering"; and insulating ie. 'Wrongful-Arrests' routinely WITHOUT Culpabilities; ETC. and —— That 'division — And-Cares' BENEFITS Gov't's 'Control - AND-Whims' THATS SECRETED by problems for heterosexual-mates, (unrest) conflicts) THATS largely released Women - Emasculated via ubiquitous Accountability-(Mandating for True Wrong (i) Too Lil Police Power) ETC. So—— whats it gonna Be?/! To Hereafter (see) RESIST AGAIN such Bibles-Applicables (Math.18:15-17) ETU; OR-change ways To Bibles, Faith + Corrective-Action Confrontations (criminally (w/ additional deterrence Guided (write) so Ref. 18 USC 2382 + 4", Rom 13:7 and Non-F+T-Concealment-Crimes'-Report (Partner "whistle-blowing" County crimes, Etc. "Yesterday!" and, but of Patience for undeserving Hardened/Etc. Hearts) w/ "Reasoness-or-NOT" M.T-"Death"-Law-Lose WHILE hope Pray for Immediate + meaningful contritions change and Corrections. Ps. esp. Ref. TON-War's (re) Sincerely, God Bless You + Your (if Fund) Defective-Oversight's -- Boss; & Constitutionally Yours --
4-19-21 Disability-Rights-Ca, of C.C.; 10-10-21 Strictly-bd-of-Sup's, US Cong., Mr. United States Attorney General + → Pg 4-of-7+L Etc.; Ca-BAR, Special-Prosecutes Lee K. (senior) Jud - (inte (Etc), Eagle), Clark + (et al. --ie. 1991 + AppT USDC 'Public-Minister + Counsel' ie. Etc.)

**TO:** "Tresspassor"-Wife-Evelyn,
PO BOX-162, Rnd-MTn, CA. 96084
Tel (530) 229-4633 (Formally!)
W/2- MonTgomery Creek "church";
ATTn. ClinT Highly, P.&C. STewarT, &Tc.
POB __ , __ E-Hwy 299, M-Creek, CA. 96065
W/3 KlamouTH Falls Calgary "church";
attn. Pastor, Ed & Sue Pease, &Tc.
W/4- Ami- Full Gospel "church"
attn. Pastor Glenden, Kenny Frank, (R-Rancheria),
ATy Tracy Edwards, Murphy-Hoywards-Kelichi, &Tc.
and Jack PotTer Jr.
__ Blarney ST, Anderson, CA.
W/5- Open Pool Cmty "church"
attn. Pastor MatT Kerr, M-Lake John, &c.
PO Box 75; 33883 Hwy 44 & churchRd
ShingleTown, CA. 96088 (530) 474-3836
W/6- BeThel "church", Pastor Bill Johnson; W/7- KVIP,
GM-Phil Marlow (530) 222-4455 @/ 1139 HarTnell
Ave, Redding CA. 96001°, w/ 8- ShasTa Bible College (530)
221-4275; w/9= Marriage, Pastor-Ori, Lake Tahoe, NV,

ETc.: And, Vica-- Dr. David JerimiaH,
attn. Shadow Mountain Cmty "CHURCH";
"Turning Point" @ POB-3838, San
Diego, Calif. 92163

⟨T.O.N.!⟩
⟨"MoFTP"!⟩

*(left margin, rotated:)* "The-A/a(m-of-Ty(any-(T.O.N)!"

*(left margin lower, rotated:)* Re:

*(left margin bottom, rotated:)* 1-of-4 "

DATED: OcT. 14ᵀᴴ, 2021
Re. SnowballinG "Wrath-of-An-Woman!" Frauds;

Frauds;
"(F&T)-"; Political-Trials"; "G.C.P.T"-obstructions"-
onto "collective-Action" (Treasonousness); AND erupts
Bible's Math. 18: 15-17; National-Emergency; Interventions"

Greetings, w/ie. "Respects-For-All-of-My-Relations!"
"I" (eTal) come Today in a good way, However, This 2-9-20
snowballing (Bs)-"Domestic-Violence"-Case, over Wife's self-
ishness + senior independence; distrust, Hate, Etc. noysia And repeti-
tious-Beliefs and reTaliTory-Violation,-Marriage Vows-(cont-
antly (ie. "Two Becomes One!"), So These "AlT-Motives" for slanders
To manipulate supportPeople + Courts-ETc,-"Enablers" (rel. "war-
on-BoyZ!" against Me (w/ie. 5-6-21 "Felonious + Treasonous-false-
Imprisonment"; Trespassers over my break-drinking from Arguments
w/ neighbors-Friends, come home for bed, shed under ne ceiling light+
needed to find phone + MIA-T-Evidence, so--standing on
bed intoxicated, To FIX LightT need, and unsteady feeling,
possibly resulted accidental kicks To her Lying on bed
but no deliberate criminal violence To her misdeeds-Tas
beloved wife? ie. ETc, and my Tortures- using-PreT-
Applications; Rel. "Punishment For-Exercise-of-
Rights", Exposing (municipally) My Sex + 44 individual
(Christian) "Rights For Math. 18; 15 + 16-17)-self-
incrimination, and "2+ WitnesseS", Court+ATy-Assist-
ance, and prayer INTERVENTIONS changes, AND,
such GovT's cover ups ("Federal-"(CRIME-VICTIM") Violations-
ie. "and To HAVE The Assistance of Counsel FOR
his-her DEFENSE," Rights', as To "Fed-Jur-only!" Etc
and "WorTh-of-An-Woman!" Rational (particular) "Defense-Rights"
being violated AND Retaliated, denied "Jury-Trial" 7th Amnd
and For competent ATy "AssisTance" RighTs F&T-Viol-
ated, by ReTaliTory (ie) Bs-fc 1368+(IST)-"Incompetent-
To-STand-Trial", That's "F&T-"Political-Trials," (1970,
Illinois v. Allen, 347 US 337) for Evasions Purposefully

*[left margin, vertical:]* NULTIM(s): "Forced" + Hasty Emigrey" a POTTY

Purpose fully
So as To evade + oppress whats T-CA-Pc-1252
"Adverse To The State", whereas fully confront
such Bible's 'war-of-principalities') Etc. and our
hardened-Hearts-Problems-CAUSING-God's-Disciplinary-
'Reversed-Blessings', and Necessitatedly erupTs our
bodily walks per "Tough-Love!" AND carmins song
"we need God in America Again"!).

          AT any rate, and Furthurmore, The Fundamen-
tal Today ignored (etc) "Womens-Abuse!" Thats grow-
ing epidemic (I strongly believe, esp by GovT, friends-
Family-"Loved-ones!" AND BS-"Good-InTenTions!" w/ it,
Non-confrontational oversimplification and mahomy-
Billy Graham's   Emotional-ExperienTial-orientation-
SubjecTiviTy, In shorT) briskly, is for women being
condoned in wrongs; aka given "Blank-check!"
(ie. as not Pc 148'. Ex Filing False Police RepurT, ETc.
prosecutions).   Needless To say I "was" christian-
faithful earnest TrusT + RespecT Husband BuT not
provided entitled and merely soughT best InTerest of
The Team and out beth whole buT Her Forked-
Tongue christianry (ie. Not Leaving Prev. Family For
New Life w/ me her husband, / ie. Etc. and actually
into deliberate ProvokaTions To wanting my violence
so as To relate To abusive PasT + childhood-A.C.E;
AND even Told me 4Th month married fall 2019 Her
wanT For Me To Kill Her so I'd go To prison
For Life), and, while I'm seriously "Forced" into "Divorce"

"Divorce"

ITS my faith in God all things possible And hard
To believe My + her Loving, Righteous JuT, Etc
God would PuT me Thru This, (w/ Return m/s
my New First "Home-posT" property Shingletown
Calif 2 Acres, My here cruelty TorTures To
NS APA service Dog separation, Etc. and such
Distractions and obstructions, Increased Anger,
Etc. here To my honorable "Corrective-Action"
onto "Domestic-Treason" (or any "Salvation"
Christians otherwise Condemned per Rom 13 "Give
all Them Their Due", however, This Godly Nation
Given GovT is "we The People," REPUBLIC,
and, That "we," Responsibilities Towards "our - "four
Branches- of- GovT " - Subordinate - officials', whom are
furthermore are 'Treasonous- "TotaliTarism" - SocialiTi-
sattte (Ref. SAC-USDC #21-1399 w/ Atty help Needs!)
/ And Causing pre 1776 Again "Poverty And Despair"

Etc. So please Responsibly and Biblically
I help my These, (F&T) unbiblical Tresspassers, My wife
Etc. "yesterday!"

Sincerely, God servant, Etc.

"Mr. U.S. ATTorney General +
special-Prosecuter Lee K.
(General eagle) clarke (et al-
le. Rel. 1991+ USDC Appt, Etc)"

se p

"counter-productively!"; and, derivative Treasenous
Entrapments January 6th protesTors; Etc.
and #16174457'2; APA murderious-infectious
causing To many weaker inmates "suicides"
(frauds & murders!); and -- Large amounts NEED-
ING Legal Copies DEFENSE-RighT(s) Law
(req'd by and because mostly Large amounts
by These grievances "Custodial-Handicap(s)"
CAUSATIONS and Lawfully unavoidable by
"Doctrine-of-Unclean-Hands!"; As That unlawful
Your corrupT Jail and medical Traitors Etc. To
benefiT from Your own wrongs, AND, as To
made The complexities systemic To escape
Justice Accountability's, and geT cover-up's
FaT-Accessory's Lazy reviewing DEFER-
RANCES, That denT fix The problems by
more so defraud The Taxpayers; and as
To such Torturious Tablets power-off
shut down LosT work pre-Send grievances,
coincidence NoT

And "ProsecuTion's Suppressions of Fav-
orable Evidence (1999, In Re Platt and Req'd "Discharge" my)
w/ "Matters outside The Record (1985, In re
Bower) is devils denials!

Re. # 161423702; 16125662; 161611162; 161054732

Staff Response x 4 Jan 29, 2706) (This grievance is be-
ing denied at Level one of the grievance process
as there does not appear to be any issues
related to the APA. I am also unclear as
to any grievance That is being addressed with-
in this form. This grievance will be forwarded
to Level Two.

Lc/ge x4, Jan 30, 1248 (): so as to clearly
EVIDENCE here to "Suicidi-By-Treason!" corrupt
Jailers/ medical/ class-counsel/ BS APA-Coordinator/
SCSO HQ us mail Implicated sheriff mik Johnson
Etc. state-whores (and "Monday-Morning-QuarTerbacks!"
THAT confront "Treavonous-OR-NOT" as to HEREBY
Felonious and Treasonous "Fox watchin over The childer-
Koopl" AND defective-oversights "Foreign to our
Const" Badges and Robes/ Traitors and Invaders)
For # 161423702; 161256662; 161611162; 161054-
772 -- as to routine obvious Disregarded
Grievance's wrongs, as, To get satisfactory
repairs, NOT worsening "Abuses and Neglects" sup

Violated—
Rights Injustice to be "... may sake the
State some dollars and cents But only at the
Substantial risk of generating Anger, hostility
and Frustration -- "/ Approx / ENTRAPPINGLY as
To "Alter, Normal, Decisioning" / especially for
Routine Systemic violations "REDRESS — of
Grievance's -- AND Power-off-Tortures / for
"Unreasonable Searches and Seizures" continuing's
Tortures / Unreasonable ₤₤T "willful - Non-Under-
standing!" TORTURES; As to oversights CONSPIRACY-
DEFERRANCES Tortures / As to Stopping Defense-
Rights, Legal-Copies, For OVERSIGHTS courts and
Congress and Pres Biden-Harriss, albeit Missing-
US Mails / Etc. TORTURES) whereas "Your-
All Torturing Gov C, 8658 Murderous-Infect-
ions, and Psych-Mental-Health -"Self- Harms!"—
Coerced - Inflictions; complicancy; Stockholm-
syndrome, Etc. CAUSATIONS; And, as to
OBSTRUCTION'S Too Corrective-Action, THATS
Duly and withstandingly TREASON'S -"Aid and
± Comfort — "/ "shall suffer Death..."/ Require-
± ment per updated particular 1781-? Repub-
lica vs. McCarthy (especially w/ misrepresented
"Threats", To Jet Traitors and Self-Serving-
ª Treasonous cover-up's officials, To predominately
prove misconducts, To these TREASONOUS—
".. Political - Trials." Intolerably

"The Alarm - of - Tyranny - (T.o.N.)!"

#16 1744572; 1-30-22; 1227; APA-Grievance

Summary ( ): Evil Systemic (USMC, PTSD) ADA) TORT-
URES Re 4-To-7+ Daily Violated-Rights (Feloniously,
Treasonously) Gov't C. 8658 Murderous-Infect

Dated ( ): 5-6-21 +/- (85-99. esp Tablets Power-off
AND Lost work (X3+ Tortures Ref's Todays Log #16142370q
etc. Four F&T-OBST's

Remedy ( ): ie. as Self-Group Gov't Rcv'd's viol's
Defense-R, Legal-copies For Lg Amounts, But, unlawful
Jailers CAUSE'D IT (Doctrine-UNCLEAN-Hands

Re: STAFF, BS ( ): Upon Careful review of this
as well am any APA Grievance, I am unable To
I am denying The grievance. or Mobility issue, Therefore

Judge (etc.) Jan.30, 1504 (11): AS That'S ROUT-
INE Hereto State-whores DISREGARDING Reknown'st
(ie. For willful-Treasons; "suicide-By-Treason(s)!"; Treas-
on's-"Death"-LAW- Cure Necessitated "As-An-Matter-of-Law"
NECESSITATEDS per us Const's "Throw-off" And
"Lesser-of-Two-Evils-Doctrine" AND These (src) Futile
oversight's by Treasonous-"Totalitarism"; ie. as To
My 4-To-7+ Daily Violated-Rights AND consequences
Mayer VS. City of chicago's CAUSATIONS For Violated-

(❋ AND THAT

SCSO, HQ, sheriff Mike Johnson Implicated To be deliberately Joining, as Treasonous CHOICES EnlisTees; by disregarding My eTal. us MAILed; Etc. These Grievance's Demanded-oversighTs! ❖); and -- Demand Full PrinT ouT and DVD-elecT preserved Grievance's / RequesTs / Etc. Evidence's -- by ❖ because (ie) "RighT-To-" REDRESS -of- Grievance (s)" / 'SATISFACTION'- Reliefs - CorrecTive- Action Vs. worsening psycho "AlTers-Normal- Decisioning" CAUSATIONS ; and TorTurious usmc / pTSD / AOA/ E❖T- "Have-To-FighT-For- RighTs!" THATS (❋ "CoincidenTly"!/?? ❖) beneficial To CorrupT sTaTe noT being prompTly CorrecTed For wrongs, of Corruption's "paTern And Practice" (❖ esp. Cover-ups! ❖); ps-- and as is why GovT. hierarchy "we The People," Jan. 6 BS-"RioTs" / noT Enough of "Enough's- Enough!" / Etc Thats getting More and more JCops shoT (regardless Good-oR-bad deservingly), ❖ Etc. And CRIMES Rising, THATS per My ○1991 ❖ USDC "United States ATTorney General and ❖Special-ProsecuTer"/ us ConsT.'s ArTicles III, VI, Etc. ❖ Appointment') ": Ambassiders, Public Ministers and Counselors"- ↑ AND, according To Discoveries ❖ DuTies, Re. Treasonous- Criminal- JusTice- SysTem's "COUNTERPRODUCTIVELY" making, violent, angry, Etc Criminals

(conT)   ADA-GR# 160740692              (ref. whole)

L-(ge                  ( ): Third "work" enTry attempT
w/ F+T subversive Tablets Power-off TorT-
ures  ignored AGAIN depuTy's scheibli/Hambly/
Dunham / Van Gorn/ / Edwards/ creager/ Panis/
Cavdel/ wyacFF/ Grace / GTL/ Marler/ etc.x20+
(Therefore Reference Now completeness via
sepelate TON-DocumnaT's, AND ToTaliTy Now
vs. otherwise willful-Treason's AlTernative mis-
conducts!); And, by class-counsel; BS - ADA-
coordinator (# "__-wholes"! #) condoning
These COVER-up's AND TORTURES; And fd/
systemic distraction's; w/ie. Felonious AND
Treasonous OBSTRUCTION's To subJecT 1-24-
2022 violated-"LAW-EnForcement"; as To
My "DeFense-RighT(s)" (# esp. respectively-
relevant HERE  IAC-ATy/ biased-Judge/ DisT-
ATy's  18 usc 2382+4 Concealmat-Crimes/ etc.
"CONSPIRACY, That Scsog wellfath Corp; Dr.
R.C., etc. ConFront EiTher--"Problem-OR-soluTion!"
'T.O.N'.! #), TO Fraudulantly Psycho Quacks
"Dr.'s" violation's--"… and To HAVE The
AssisTance of Counsel FOR his-her DEFENSE
Lawfulness'. As ThaTs previously 1-17-2022 +/-
Demanded  Lawful RighTs (# And That

[several lines illegible/faded at top]

These Treasonous
"Political-Trials!" evasions + provokations"
TO US-CONST's- [illegible] & Treasons) AI,
"Suicide-By-Treason!" ([illegible] evil females (expecting Discimatory-Unlawful-
favoritisms!) and, Tablets 'Off-Site'-power-
off"-Tortures, aborts Grievance's sadisms Tortures,
AND PREMEDITATED's without work saved,
and Interupting calls, when Grievances composition,
Etc. THATS Forcing Treason's-"Death"-Law-(ure'
(OR alternatively "We The People" choosing Join
Treasons-Intolorably: As per competent, Etc.
Extraordinary '1-30-2005 +/- "Treasonous-or-Not-
Law + war' (Etc) Ref:' and Pre-Dilegence, and
personal Pow-wow Treasonously Resisted x100+
Grievance's, For Ten Plus Months Tortures, AND,
PTSD evil aggrivations)

        w/ Ref:'s Grievance's ie as
        # 16154732 (ADA-Grievance Right),
        Jan 25, 2218 (ref. whole)

"The - Alarm - of - Tyranny - (T.O.N.)'."

Re:

#160740692', US-ADA, 6R, 1-24-22; 0954:

(")° Jailvs - Med / Marla / Etc. "Treasonous -
Imprisonment" Vs. "Law - Enforcement"; 6th
Amend's ",, FOR his - her DEFENSE." (Recorded -
Psych - Eval - "Dr.")

(")° 1-24-2022+/- (PS - Here EVASION'S
TO MY NOT - IST, BUT, IAc - ATy's / CB / Flyn /
D-ATys 18 USC 2382+4 / Etc. 'F&T - CONSPIRACY -
is Intolerable !

(")° SCSO; Med. DISREGARD 1-17-22+/-
"DEMAND" - ed Psych - Eval To be preserved ()°
F & T - Accessory's', condones her "Confirm - Bias"/
" Frauds

✓ Staff, Jan 25, 1124 ()°  upon APA Review of
↓ This Grievance, I am unable To ascertain
any Grievance issue relating To ADA or
mobility. Therefore I am denying This
grievance.

Lt/Sgt, Jan. 25, 2250 ()° Violations For reas-
onable sheriffs "LAW - Enforcement; Defense -
Rights; Recorded Quick Co-conspirator Dr.



F&T-SCSO-Grievance — NO. # 154535232, 12-13-2021

Summary(4): That Jailer, etc. are willful-Treuois (Ref
Exp elsewhere non-Rep) w/ ca s. ct. # 5472187 (Fraud-
ulantly incomplete, rel denials)

Pate d ("): 12/13/21+/- Rel psycho "Badges + Robes" per "The
Dunning-Kruger-Effects (Disorder)"; "Danger Yourselust
and-others; esp Tablets

Decline(11): Req's "T-"Death"-Law-Cure" (vs. AIT's) w/
Dep's Van guen, Dumstad; Rogers, Edwards, Etc.
Deny-Grievance-Rights-NEEDS (by ITF, Pc 4019.5
unlawful        (Ref's # 1141326662; Etc. Evid's!)

# 157279832- Tablet-C//o/s (GTL), 1-1-2022 :

RequesT ( ): STOP: GTL, 7+ mnths (F+T)-CONSPIRACY
(Refs + Due-Dilegence), For SET-UP Premeditated
EVASIONS, To "Redress-of-6.." RIGHTS-VIOL'S

( ): 12-31-2021 w/ Ref's # 135478252;
#135504462; Etc. x25+ Felonies + Treason-
eous Evidence's

( ): Seperate To Custodians-Med-Sop (Abuses/
NeglecTS) Self-serving Grievance's obsT's is predom-
inate Unlawful elect-Etc AborT-ABiliT

# ADA, #157355692; Jan. 1, 2022

( ): w/ Ref's F+T-LT, Marla//Tanner/SouTh/
Etc. CRIMES Deny's #154140692; 154709232-ADA;
156414562-ADA TorTures  Disc's (DiscenTing) "Redress

( ): 5-6-2022+/- (Sum; Assistance's OR
Felonious + Treasonous Misconducts!)(w/ ~/4+w/s + MIA Torturers)

( ): That TorTurious manipulative GTL, Etc.
Grievance SysTem (w/ x10+ Jailers, Med, HQ, Etc)
18 USC 2382+4: CONCEALMENT-CRIMES) Non-Report"

Summary

Describe (3): Ref. USDA, VSO, VFD, and VA NCIS
Referral Investigation; PCMAL Agency(?); 2015 US D.I.
vs. CA ___ ___ Best Practice ("CLWS")

Bk Fact (4): 5-6-21 w/ LAW – "A Nurse (RN)
HAS the Resp. To Seek Assistance from more
skilled Personnel @ PSTT; DATS vs. HEW (NOT-Ended)

#2 6 2 7677782; Hearing exam Report, Jan 30, 15:25

Summary (4): Forward HQ (Treasonous-OR-NOT Law & War)
Sheriff M. Johnson -- STOP Jail vs CRIMES, Pursuing-Contrts;
Implication T-Perth-Law
Bkmport (4): 5-6-2021
Wants Reg (4): STOP Your subordinate Treasonous-
CRIMES; Viol's Defense; Legal copies (evil rel c,
Manson O-UNCLEAN-Hands); ReTal's (Evid's)

*(left margin, vertical text, bottom to top)* Treasonous + Political, The conduct to opinions Treasonous and Traitorous that to correct *(...)*

# 161744572, 1-30-22, 1227, APA~6R

(1) Evil systemic (USMC, PTSP, APA) TORTURE'S
Re H To 7+ Daily Violated-Rights (Feloniously, Treasonously
Gov 8658 Murderous-Infect

Y () 5-6

(G) ie. as Sedit-Conl Cover-up's violi's
Defense-R, Legal copies for Lg Amount, BUT, unlawful
Jaw's CAUSED IT (Doctrine UNCLEAN Hand's

↘ (2) 5-6, 21 +/- (PS-99 esp Toilet's lower-
off AND LOST work (3X Torture's Ref's Today, Log)
# 1614 23704, ETC few F-T-OPST'S
(STAFF B's, D's, *, Sup () upon Careful review of this
Grievance, I am unable to ascertain any APA or Mobility
issues. Therefore I am denying the grievance.

Jan 30 ():  As nat's routine hereto state where's Dis-
issed, e/p/e (): REGARDING DeKnowNST's (ie. For Willful Treason
Suicide-By-Treason(s)" Treason-" Death Law-Cure Necessit-
ated "As-A-Matter-of-Law" NECESSITATED by us Const "Throw
off" and "Less'r-of-Two-Evil's-Doctrine" And Thus ETC Futile
oversight's by Treasonous-Totalitarism, ie. as To my 4-7+ Daily
Violated-Rights and consequences Meyer vs. City of Chicago's
CAUSATION's for violated-Right, INJUSTICE To be "I may
save the state some dollars and cent's but only at the substantial
ed risk of generating Anger, Hostility and Frustration -- "ENTRAP-
INGLY" "deter' Normal decisioning", esp. routine systemic
violations "REDRESS of Grievances AND Power off Torture's
Unreasonable "Seeding' of Seizure's Torture's/ unreasonable "willful
Non-understanding" Torture's' as To oversight's CONSPIRACY Perfor-
mances Torture's/es/ As To stopping Defense Rights Legal copies
For oversights courts and Congress and f/s Biden-Harris, missing
US mail's/ ETC TORTURES) whereas Torturing Gov C 8658
Murderous Infection's, of Psych Mental Health "Self-Harm's Coerced
infliction, complacency, Stockholm-Syndrome, ETC CAUSATION's/ and
as To OBSTRUCTION's To Collective-Action nat's Relief withstand-
ingly Treasury-of Aid or Comfort W/ shall suffer death/ requirement's for
(2Thing) Republic in McCarthy (esp W miscreant's) -1811 proposed Republic V



‹TON=T-M+N's –
OR– CCDT! ›

F + T – S. C. S. O. ‥
# 149476952 ‥           Nov. 9ᵀᴴ, 2021 ‥ ADA-Grievance --

SUM("): That HERETO   USMC- PTSD-ADA-TORTURES
(w/ Ref.'s AND. "Partnership-Malicious-Prosecution"-
FACTORS` Poisoing Req'd 13ᵀᴴ Amend's ".Duly-Convicted.."

Dated("): Nov. 10ᵀᴴ, 2021 +/- (P.S. rel. Ad-Seg violations,
To 2007: US-D.OJ, "Cripa"-RpT on state Hospital's
Psych, for ".. counterproductive.." HERE Ad-Seg. !

Describe("): As (ie. Etc.) F+T-Jailers/medical/Etc. w—
US- DOJ, ATY Gen Merrick Garland (?-Etc) CRIMES –
Here (Non-Interventions!) for Noticed 42 USC 1997

        ⟶ w/ ie. 9-12-21 #141227842 ; ie. 11-10-2021 +
#149643972 - CMSY-Rel-Req's ; ie. 11-10-21, 1400 +/- Hr. confront-
ed personally + verbally LT. Marla (stop unlawful prcJ. Ad-Seg);
ie. 10-2-21 #144152662 (6P V. ITF); T-Pcf. van been; ie. #147436272)
ie. 8-26-2021, US-ADA, 6-R: #138928102 (Disc; Poli "Psych-
Jacket"/ F+T-"Adverse To the state"- EVASIONS-Domestic-Treason'!)
                    EXHIBIT "A"

Rel. 'ALL-USA-"Grievance-Right(s)"/ F&T-"Custodial-Handicap(s)";

↳ (ie) 9-12-2021 #141227842; ADA-Grievance
(): PL 96-247: Sect-4 w/ 42 USC 1997 (+/-)(a(2) Again "Notified in writing Gov (erner)// AG (xx)// and The Director of The Institution (const's MJ + ER)!
(): dated 8-1-2021 (+/-)
(): Rel. US-DOJ, US Attorney General (xx) "intention To commence investigation of such Institution"/ "Deprive such person of any Right (ii)

↳ (ie) US-ADA, 10-8-2021; #145037742 --
(): As To direct Admin + implicated Jailers-Med Treasonously Delinquent USA "Allegiance" OBLIGATIONS Neglecting Grievance; "Assist... -- (ii)

↳ (ie) 9-17-21; US-ADA, #141903392 --
(ii): Felonious + Treasonous (w/ 18 USC 2381, 2382, 1961, 2384, 4; Etc) "seditious-conspiracy"-CRIMES w/ ie. CT-Viol-Holding Cell Gen R 25
(ii) As To Gen Rule 25 "Inmates will OBEY ALL Laws of The United States..", BUT, My F&T-constantly OBSTRUCTED To 2382-(MofTP)-Report Ong

↳ (ie) 9-19-21, Med-G.R; #142137192 --
(ii): Rel (ie) PC 2652 ".. or allow ANY Lack of care .." (F&T) Violations + Crimes (med/ US-ADA /USMC-PTSD Aggravations); ESP-HEREAFTER-(SOP)!
↳ (ie) 10-27-21, 1340 hrs. — #147580712 --
(ii): F&T-SCSO-Med-Crimes; SOP (ie) includes "unreasonable"/ Etc. Ad-Seg (orig's) Ref's prev Earnestness, (GP vs. ITF) and coercive CONSP
(ii): 10-20-21 +/- (#s 147436272; Re. "Lawful-Murder" Loren Beatty T-Traitor per "Lesser-of-Two-Evils-Doctrine" For PEOPLE ALT-T
(ii): w/ ie. No real safety security Inst INTEREST (as no more ITF; benefits To COs WHILE PreJ I'm Entitled Rights; Resolves Probs —(#146715942) ——

↳ (ie) ~~Aug 26/21~~, ADA, G-R, #~~13892802~~ --
(ie): V-GR: Forked Tongue (NOT Paranting Purpose for REDRESS (Co...Tnts-Actions; To x35+ V-(R") Denied App.

⟶ Ref's ALL (+/-); Context AND #161256662;
(as to US-ADA-Grievance-Rights, F+T-Obstructions /#14/2278 42;
US DOJ: 42 USC 1997 Commerce Investigation/Interventions;
Violations "Confrontation-Rights"/ Relevant-USA-
Allegiance obligations w/ ie. 158 415522 +/-);



"Willful-Non-Under-standing" Unreason-enableness Thats 18 U.S.C. 2384 + 4 (Seditious-Conspiracy) Accessory-CRIMES; Purposefully NOTICED So Alter-natively Coerce and exhaust myself Joining Treasonous Fulfillis EXCEPT Then "Credible - Evidentuary - Support" (People Vs Frierson C ,AND, As That --

Staff, Sept. 28, 1312 (a). Inmate clarke, This Seems like a Statement. I cannot Find any Question in Your writings. (* Notice-24/7:25, Grievance's Don't have question · But Problems And earnest Thereto specifics! *) Please Feel Free To make any Request of Grievance NECES-SARY, however, it needs To be more clear. If You Need help, please Contact Your Hous-ing Unit deputy For Assistance, LT. Merlo. (a)



PRESENTMENT- REPORT" OF AND about

[illegible]

... [illegible] THAT YOU ALL FBI-CONSPIRACY IS CONTIN-UING TO IGNORE FBI-CRIMINALLY AND w/ US-DEPT. ATTY-GEN CONFRONTED HERE 42 USC 1997 FOR EVIDENCED "Reasonable-Cause" GRIEVANCE RIGHTS ETC DEPRIVAT-IONS BY THESE "..PATTERN OR PRACTICE OF RESISTANCE.." TOO GRIEVANCE'S COLLECTIVE-ACTION (# FOR STOP; DEFEND-RIGHTS, TORT-URES, ETC, VIOLATION'S TO US CONST LAW PROTECTIONS AND PROHIBITIONS; esp. "ACCESS TO THE COURTS LAW ENFORCEMENT w/

[illegible]

And/OR Willful-Non-Under-

→ pg 6-of-7+

(cont.)

therefore problemsome & confrontationally-justified, in addition to "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here— "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem— by discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently TREASON" would continue to grow & prosper; by government-officials (subordinate to Such is largely suspect to be purposeful result so in that "DOMESTIC-

#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

**An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation**

an ORDER from
The CourT. This grievance is being Denied
and forwarded To CLASS-COUNSEL as requir-
ed of a Level Two denial.

Leiges sept. 29, 0028(). as seP; feloniously and
TreasonOusly So here AGAIN (Ref. PrestaTed That's
Ignored as usual and counTerproductively worsen-
ing matters w/ deliberate SysTemic TorTurcs);esp.
as To Your LongTime Jailrs and wellPath Neglig-
ence (rel, (a PC 2652 % or ALLOW Any Lack
of CARE whatever;" PROPER regardless for
O-fense-Rights exposing corrupTion's detrim-
ental 51%+ criminal DEFENDANT'S (as on
non Paranoid!) AND THEIR Families eTc. and
emoloyers); PARTICULARLY as and for such
Yourselves 18 USC, SecT-2382 & 4; F&T-CONCEAL-
MENT-CRIME(s); And COURTS UnlawfUlly OBST-
RUCTING MY (eTc) SAME NON-conceal(onnT)

EXHIBIT "A"    Pg. 5-of-7+∠

(sic)'. AND, as That SAME violation of---

[illegible lines]

Ref (A. v) THAT NEEDED EVIDENCE ---
(ie) The ignored (and consistently further compel-
ling EVIDENCE Grounds Unlawfulness) The (Pup-
[illegible] & 1412 270412, 46 U.C 1112 SUER-
SEGNTS & A) "Notification WITS, [illegible]
(cont) ATy-Gen (esp. rel. GovT. C, 12550' F+T-
NON- "uTake full charges," evid-EVils-Ref-un-
lawful Co-Conspirators WORSENING (CRIMES)-/
and THE Director of The INSTITUTION." (& w/ie.
Capt Randell, Megreeny, Basinko, Bunhut. Milk
[illegible lines]

my (COMPLEXITIES Tactics) W None yous
[illegible]

[illegible lines]

[illegible] T APA Contained
[illegible]
Custed Legally (Bill) in an ord from the
Shasta Caaty Superior court. We willNOT
be releasing You without an ORDER From

— ⊃ pg 4-of-7+↙



DONE WITH

your court proc — eedings.

Lc/ge: sept. 19, 0723)(11): Lies, sop Felonious AND
Treasonous "Foreign-To-our-Const" UNLAWFULNESS
(w/ ie. evil self-serving Here Jailers and sheriffs and
Mike Johnson "sadists" evils Thats HERE Again
"counter productively" (Per 2007 US-DOJ, CRIPA-Right
condemnations To Psych Mental Health "PROVES"
violations for CONSENT-JUDGEMENT's mandates +
prohibition's, AND, That HERETO Further evidences
necessitated EXTREMISMS being Provoked LAWFUL
US Const mandatory citizens —[:] But when a
LONG-TRAIN of Abuses AND usurpations—/ it is
Their Right; IT IS THEIR DUTY To THROW-
off such Govt and..." ETc. and "Treason's--
".SHALL suffer DEATH etc." — LAW— Cu(re' To be
Provoked Per UPDATED 1781-?. Republica Vs.
McArthy: WHEREAS "Fear" Insufficient due To
manipulative-Detrimental-Fraudulent-"Political Trials//

EXHIBIT "A"      ⟶ pg 3- of- 7 + ⟵

Case 2:22-cv-00380-WBS-DMC   Document 1   Filed 03/01/22   Page 250 of 323

right of an authorized State official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of State or other law.

(5) Nothing in this chapter shall be construed to expand, restrict, or otherwise modify any right of an authorized local government official to proceed in State court, or take other enforcement actions, on the basis of an alleged violation of local or other law.

(Added Pub. L. 95–575, §1, Nov. 2, 1978, 92 Stat. 2465; amended Pub. L. 107–296, title XI, §1112(1)(2), Nov. 25, 2002, 116 Stat. 2277; Pub. L. 109–177, title I, §121(f), Mar. 9, 2006, 120 Stat. 223.)

### REFERENCES IN TEXT

Chapter 52 of the Internal Revenue Code of 1986, referred to in subsec. (b)(1), is classified generally to chapter 52 (§5701 et seq.) of Title 26, Internal Revenue Code.

### AMENDMENTS

2006—Pub. L. 109–177 designated existing provisions as subsec. (a) and added subsec. (b).

2002—Pub. L. 107–296 substituted "Attorney General" for "Secretary".

### EFFECTIVE DATE OF 2002 AMENDMENT

Amendment by Pub. L. 107–296 effective 60 days after Nov. 25, 2002, see section 4 of Pub. L. 107–296, set out as an Effective Date note under section 101 of Title 6, Domestic Security.

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

| Sec. | |
|---|---|
| 2381. | Treason. |
| 2382. | Misprision of treason. |
| 2383. | Rebellion or insurrection. |
| 2384. | Seditious conspiracy. |
| 2385. | Advocating overthrow of Government. |
| 2386. | Registration of certain organizations. |
| 2387. | Activities affecting armed forces generally. |
| 2388. | Activities affecting armed forces during war. |
| 2389. | Recruiting for service against United States. |
| 2390. | Enlistment to serve against United States. |
| [2391. | Repealed.] |

### AMENDMENTS

1994—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

1953—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

## § 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language relating to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

### AMENDMENTS

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

## § 2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

### AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## § 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

### AMENDMENTS

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## § 2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.



**TO:** US-DOJ:
"X"-Aty-Gen (personally)            Via -- SCSO + HQ:
(re) Meredeth Garland                Jailers/Medical/Justice
950 Pennsylvania                     Responsibly ("Law-
Ave, W/DC, 20530                     Enforcement") For My
                                     "Confrontation-Rights"
Sept 12th, 2022; 1642:               "Defense-Right(s)"
Grievance-ADA-Rights; #141227842; 9-21-2021 :

SUM (1): PL 96-247; Sect-4 w/ 42 USC 1997
(a)(2) +(-) Again-- ", NOTIFIED (S) in Writing Gov-
(ernor) // ATY-Gen (Calif) // and The Director Of The
INSTITUTION (S) . (rel. OBST's --SCSO-MJ, GR, Etc.)
Dated (W): 8-1-2021 +/-.
Describe (W): Rel. US-DOJ, US-(X)-ATY-Gen-
"..Intention To Commence // To Commence Invest-
igation of Such Institution.."// ". Deprive Such
Person of ANY Right

Sept, 17, 08:43 - Staff-R (n): Clarke, no one has Violated
Any of Your Rights. You are being held in
Custody by The courts-(et al.) and we cannot
release you UNTIL You are DONE WITH

                    EXHIBIT "A"            ─ Pg 1-of-7+4



"TMF. United States Attorney General+

**Name** Special-Prosecutor Lee K. Dchera)--
eagle) Clarke (et al.--ie. Agpt-USOC-
**Address** 1991+ US Const. Article VI + III)", Ambas-
sidors, Public Ministers and Counsuls."
ie. Etc. and "Federal--"CRIME-Victim")"
(ie. "Pain" + "Treasonous--Imprisonment"(+)

**Code or ID Number** @ Shasta Cty Jail--Wrongfully!
1655 West ST, Redding Ca, 96001).

US "Courts-of-Inquiry":
Ca Superior Court, Shasta+Sisk, Cty's
(Court)

Dated: 1.29.2022                    "Mcf TP"; Anti-18 USC 2382 Crimes
L. Lige (et al.--ie. 51% + Ben-fee)"     **PETITION FOR WRIT OF HABEAS CORPUS**
(Petitioner)
              **vs.**
                                    **No.** _____
(E+T)-Implicated "Badges + Robes"- Etc.     (To be supplied by the Clerk of the Court)
**Respondent** X 77+ Plaintiffs + Invaders
& USOC 21-1399; 22-026; 05-2073

Dated: Jan, 29, 2022 **INSTRUCTIONS — READ CAREFULLY**        (+/_)!

CLASS-ACTION; USMC-PTSD; ADA; Grievance             "1616|1162".
SUMARY ("). So called Rioters; Protestors **ARE RIGHT** and
"Power-Mongers"/"4-Branches-of-Govt."-subordinates-
**WRONGS** ("counterproductive; PROVOKINGS), AS HERE

Dated (")'. 5-6-21+/- (Ps. rel. 2011 "Jury"; Res-
Judicata'. IST-Today; T-Marla/Etc. Can't-Call-Me-Paranoid-
w/ HERE FACTORS "Have-To-Fight-for-(Rights--

Rescribe ("). Ref. ALL Corrupt CRIMES violates Grievances/
**RIGHTS**; ie. # 161157202; "oPsT'; T-MIA
Mail vs-pres / Etc. 9-14+21 SF-CA-S. CT. (Reasonab

CA       w/ E+T-" Custodial-Handicap(s)" Pre Judicial unlawful-
Ev.     ness Jail w/s-Med; 1985 In Re Bowe "Matter outside Record"
451     1997 In re Pratt "Prosecution's suppressions--/Discharge-

In most cases, the law    'ce of a copy of the petition on the dis    y attorney, or city prosecutor. Set
Penal Code section 1     nment Code section 72193. You may    by mail.                "Dismissed"
                         Sandra Adickes vs. S.H.                Kress + Co
Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court (as Convicted)/s
amended effective January 1, 1999). Subsequent amendments to Rule 44(b) may change the number of copies to be furnished/s
the Supreme Court and Court of Appeal.  rel. US Const's paramount  "checks + Balance)"
T-RC 1252 "PASS"-The-Buck-Game" ext'nct (a-BAR/Jud-Perry Med-Bd/
DRE/VS Cong. Jud-Cmte ("Judges--"Shall Hold Office DURING Good (page?et"
**Form Approved by the**        **PETITION FOR WRIT OF HABEAS CORPUS** (too,N.)  Cal. Rules of Court, rules 56.5
**Judicial Council of California**
**MC-275 [Rev. January 1, 1999]**





NOTICE: w/re. "Co-Conspirators" (F&T) Wellpath-Corp. @ 1283 Murfeesboro Pike, Nashville, Tenn. 37217 Tel (800) 592-2974; ie. GTL-Phone-services (rel. F&T-Jail-Tablets-Programming & deliberate-Malfunction Responsibilities & Culpabilities) via Calif-Public-Utilities-Comm'; Consumer Affairs Branch, Complaints @ 505 Van Ness Ave, SF-CA, 94102-3298, 800-649-7570; FAX 415-703-1158; SCSO-Shasta County Sheriffs Office, @ 300 Park Marina Drive, Redding CA. 96001, Mike Johnson, Capt Gene Randell, LT Dale Markfar; Rdng-Ch-'Salvation Army', Capt. Steve Dwelling; US Cong. Doug La Malfa w/'Jud-Cmte';

↳ w/ Ref's--

1/30/2005 -- "ION"; and; Dual- Allegiance!

## An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largly suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem-- by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here—therefore problemsome & confrontationally-justified, in addition to (cont'd)

1   Re. (F&T) Sha-
2   CTy-(CA-People-CRIMES
3   Preserved Grievance Evid's

4
5        w/ Ref.'s!
6
7   NO.# 1511128 42 ;        "Medical-Grievance"11-20-21, 1833

8
9   SUM (ii): That Jailers & WellPath medical Felonious &
10  Treasonous   US-ADA, PTSD  Grievance(s) Violations;
11  esp System obstruct App/changes

12
13  Dated (ii): 5-6-21 +/- Snowballing Daily constants (sed-
14  itious-conspiracy deliberately Persecuting, Torturing,
15  etc. us unpreferreds/ Innocents

16
17  Description (ii): As To Ref's Fully (ie) as To USMC-PTSD-
18  Aggravations by 18 USC 2382 & 4 'concealment-crimes'
19  (However should ASSIST such F&T-whistleblowing
20  VS. F&T-State-whores) AND, as To VIOLATIONS
21  BS-fraudulent Political F&T-crimes rel. violations--
22  [ii].. Trial by Jury-- Has Long been cherished
23  by our People as a VITAL RESTRAINT on
24  The Penal Authority of Government." Case-Law
25  @ 1970, US S.CT Illinois Vs. Allen, 397 US 337, and,
26  That Yourselves OTHERWISE are deliberately cond-
     ucting such 18 USC 2384- seditious [ii]

EXHIBIT "A"

Grievance's Referenced- Relevant- Totality, w/

#155622712 : Dec. 20th. 2021

() : That SCSC (FFT) CRIMES demanded To STOP  
it, as 18 USC 2382 ÷ 4 Concealment-CRIMES w/  
False-Imprisonment per Unlawful Court/IAC

() : 12-1-2021 t/- (and fs rel. opportunity to  
Civilly etc. OBJECT/ To materially Fake/ is repeatedly  
Violated by Your Co-conse /"Foreign To our (Const)

() : Viol's (ie) Hill vs. Sciarrota, 140 F.3d  
215 (1998)  RIGHT Not To be sentenced (aka- Commit-  
TED) on The basis Info Mater FAKE



Ref. #155622712
Grievance, Dec. 20, 2021

Writ-#11- Claim:
w/ "The-Alarm-
Of-Tyranny-(TON)!"

Re. (ie) "Temporary- Release-(Etc)"/ "Home-Retention"-
(USS A "Embassy"): Residential- (USMC-PTSP)-Treatment-Facility"-
(Gov.C. 8658), per "Partnership Malicious-Prosecution"- (F&T-
Conspiracy), and, "counter productively"/ Etc. "Poisoned"
Conviction/ committment with deliberate, willful,
unlawful, Etc. and unreasonable as BEKNOWNST
erroneous, derogatory and fraudulently Adverse Infor-
mation: aka-- pretended Evidence) --

In ("all") criminal proceeding Fn-1/, There
is a Right ["] not to be Sentenced Fn-2/ on The
basis of information that is materially False
Fn-3/, and that right is protected by affording
The Defendant NOTICE of an opportunity to
respond to information Fn-4/ on which the
court Fn-5/ intends to rely in imposing sent-
ence Fn-6/ [ii]. see, Hill Vs. Sciarrota, 140
F.3d 210, 215 (2nd Cir 1998)

EXHIBIT "A"



# 15975963[illegible]; 1-17-2022;

(c): That Jailers, Med - ENCOMPASSING "Prosecution's Suppression of Favorable! Evidence (In re Pratt, 1999): Entitled To Discharge

(i): 1-17-2022 w/ denied cooperation per Defense - Right REASONABLE Conditional Eval - recorded copy for Me / Etc. Ref. # 15971042 - Med - Grievance;

(ii): Unlawful Psych, Jailers, Etc. Viol's "To be Informed" AND Deny DEFENSE PAPERWORK Showing NOT - IST (IAC-ATY'S) HEREBY Demand Discharge

↳ # 16003462; ADA - Grievance; 1-19-2022:

(i): Ref's TOTALITY; CONSTANT RETALIATIONS (Torturious "Badges + Robes" / IAC-ATY'S / Etc. Fraudulant - PSYCHO - DR'S REQ(uir)'s T - "Death" - LAW - Cure!

(ii): 1-19-2022 +/- w/ my Denied Time out Yesterday All Day; Dumstad - Nojera, SGT DISREGARD Med - CRIMES Sho VIOL'S Grievance's NON (comp) LAW

(iii): w/ Ref's Abuses/Neglects; False - Imprisonment; Concealment - Crimes (w/ F-T, U.S. DOJ, N - Scott, [illegible] Legal Copies / Mails / [illegible]

An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1.) The misunderstandings about TREASON subject matter is magnificent & serious. Such is largely suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People..":i) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem-- by "Proportionate-Seriousness":! *), and of which is largely unbeknownst to readers here— therefore problemsome & confrontationally-justified, in addition to

Ref: _____
Dec. 31, '21

1
2
3
4
5
6
7  Jail-Medical —                    # 160066892, 1-19-2022

8
9   SUM   ('') ؛   That You "Probable-Cause!" HERE
10  (F-T)- MISCONDUCTS (Ref's) ERUPTS Yourselves
11  ("Danger-TO-YOURSELVES/ Others!"-DISORDER!) Thats
12  Discouraged!

13
14  Date   ('?) ؛   1-19-22 +/- w/ VIOL'S T-15-1205- NON-
15  (Complete) ؛ ERUPTS -"Suicide-By-Treason!"-(Unp); Grc.Dep
16  Do'STUM TOLD A 10K each "PwR-off"-COPS

17
18  Resolve ('') ؛   These USMC, PTSD, Tortu?ious-CAUSATIONS
19  (ie) "Have-To-Fight-For-Rights!" (w/ scso Hirec van Gomer w/
20  Sadistic-Wash-State-Assault, AND scso conseq's Moral -
21  Turpitude For Employing Him; Shaftas-Tactics "Traitors-
22  And-Invaders"-ADVERSITIES; Worsenings The Current
23  felonious + Treasonous Futile-Grievances/ US Const's
24  "Checks + Balances"/ Fraudulant Psycho Dr.'s Quacks
25  IGNOREING "Ineffective-Assistance-of-Counsel"-FACT-
26  ORS'/ and, x7+scso Ambushed-Defense 1-17-2022 Dr. Rob
      Camp? w/o I AC, NO-IST-BS-Politics   ('')

EXHIBIT "A"

# MEDICAL CARE OF PRISONERS

(a) Protected Health Information (PHI) maintained by the California Department of Corrections and Rehabilitation (CDCR) is private and confidential. CDCR shall not use or disclose PHI, except as permitted or required by law.

(b) CDCR may use or disclose PHI for Treatment, Payment, or Health Care Operations (TPO) purposes without patient authorization as follows:

(1) For CDCR's own TPO.

(2) For treatment activities of another health care provider.

(3) To another covered entity or health care provider for its payment activities.

(4) To another covered entity for its health care operations activities, if CDCR and the other covered entity has or had a relationship with the patient who is the subject of the PHI being requested, and the disclosure is for the purpose of health care fraud and abuse detection or compliance.

(c) CDCR shall not use and disclose PHI for non-TPO purposes, unless the disclosure is pursuant to a valid authorization for disclosure of PHI from the patient or the personal representative of the patient or unless the disclosure meets one of the following exceptions:

(1) To a coroner or medical examiner, for the purpose of identifying a deceased person, determining a cause of death, or other duties authorized by law.

(2) To organ procurement organizations or other entities engaged in procuring, banking, or transplantation of cadaver organs, eyes, or tissue, for the purpose of facilitating transplantation.

(3) A Limited Data Set only if the receiving entity enters into a written Data Use Agreement (DUA) with CDCR. A DUA is to ensure such entity shall use or disclose the PHI only as specified in the written agreement.

(4) If a business associate is required by law to perform a function, activity, or service on behalf of CDCR, CDCR shall disclose the minimum necessary PHI to comply with the legal mandate.

(d) Minimum necessary use or disclosure. CDCR shall limit PHI/Personally Identifiable Information (PII) to the minimum necessary to accomplish the intended purpose of the use, disclosure, or request when disclosure of a patient's PHI/PII is permitted or when requesting PHI/PII from another entity.

(1) The minimum necessary uses or disclosures of PHI does not apply to the following:

(A) Disclosures to or requests by a health care provider for treatment.

(B) Disclosures to the patient who is the subject of the information.

(C) Uses and disclosures based upon a valid authorization to use and disclose PHI.

(D) Uses or disclosures required by law.

(e) CDCR shall provide patients the following rights related to the use and disclosure of their PHI and PII:

(1) The right to inspect their PHI/PII and to obtain a copy of it with the following exceptions:

(A) Mental health records when the health care provider determines there is a substantial risk of significant adverse or detrimental consequences to the patient in seeing or receiving a copy of the requested records.

(B) Documents protected by attorney work-product privilege.

(C) When obtaining such information would jeopardize the health, safety, security, custody, or rehabilitation of the individual or of other inmates, or the safety of any officer, employee, other person at the correctional facility, or individual responsible for the transporting of the patient.

(2) The right to request an amendment to their PHI/PII.

(3) The right to an accounting of PHI disclosures made by CDCR for up to six years prior to the date of request except for disclosures:

(A) To carry out TPO activities.

# MEDICAL CARE OF PRISONERS

(B) Made to the patient.

(C) Authorized by the patient.

(D) To persons involved in the patient's care.

(E) For national security or intelligence purposes.

(F) Made to correctional facilities or law enforcement officials having lawful custody of a patient.

(4) The right to an accounting of PHI disclosures made by CDCR for up to three years after disclosure or until the disclosed information is destroyed, except for disclosures:

(A) Made to the patient or the patient's duly appointed guardian, representative, or conservator

(B) Authorized by the patient.

(C) To CDCR where disclosure is necessary for the performance of official duties and is related to the purpose for which the information was acquired.

(5) The right to request restrictions on the uses and disclosures of their PHI/PII made by CDCR.

(6) The right to request that CDCR communicate with them about their PHI/PII at an alternative location or via alternative means.

(7) The right to file complaints, if they believe their PHI/PII has been improperly disclosed, through the standard health care grievance process

(f) General use and disclosure of PHI. CDCR shall only disclose PHI in a manner that would not link the information disclosed to the individual to whom it pertains unless the information is disclosed as follows:

(1) To the individual to whom the information pertains.

(2) With the prior written voluntary consent of the individual to whom the record pertains, when consent has been obtained within 30 calendar days before the disclosure, or in the limit agreed to by the individual in the written consent.

(3) To the duly appointed guardian or conservator of the individual or a person representing the individual.

(4) To a governmental entity when required by state or federal law.

(5) To a person who has provided the agency with advance, adequate written assurance that the information shall be used solely for statistical research or reporting purposes, and only if the information to be disclosed is in a form that shall not identify any individual.

(6) To any person pursuant to a subpoena, court order, or other compulsory legal process if, before the disclosure, CDCR reasonably attempts to notify the individual to whom the record pertains, and if the notification is not prohibited by law.

(g) The Department shall take steps to protect the privacy verbal exchanges or discussions of PHI/PII including, but not limited to, the use of enclosed offices or interview rooms.

(1) In work environments with few offices or closed rooms such as facilities with open office environments, unit or disclosures that are incidental to an otherwise permitted use or disclosure could occur. Such incidental usage or disclosure is not considered a privacy violation provided that the minimum necessary use requirements were met.

(2) The Department shall promote employee awareness of the potential for inadvertent verbal disclosure of PHI and PII.

(h) Privacy breach notifications to patients, or others as applicable, shall be made by the Department as follows:

(1) Notifications shall be written in plain language and meet the following requirements if the information is available at the time the notice is provided.

(A) Name and contact information of CDCR.

MEDICAL CARE OF PRISONERS

(6) LEP services shall include:

(A) Interpretation and translation services to patients who have a limited ability to speak, read, write, or understand English.

(B) A designated LEP coordinator to ensure interpretation and translation services are available, current, and operational.

(7) LEP services shall be made available through the following:

(A) Telephonic interpretation service available 24 hours a day, seven days a week for staff requiring interpretation services for most commonly spoken languages used by non-English speaking patients.

(B) A list of certified bilingual staff and other local interpreters or interpreters from neighboring institutions or agencies competent to interpret and translate.

(C) Forms and documents translated into commonly spoken languages available to staff.

### 15 CCR § 3999.202
### § 3999.202. Informed Consent to Treatment.

(a) When unusual, serious or major health care procedures are indicated and time and circumstances permit, the patient's specific written informed consent shall be obtained before treatment is undertaken, except as otherwise provided in sections 3999.210 and 3999.344. If the patient or the patient's guardian or responsible relative objects to the recommended treatment, such objection shall be documented for inclusion in the patient's health record.

### 15 CCR § 3999.203
### § 3999.203. Capacity for Informed Consent.

(a) A patient shall be considered capable of giving informed consent if in the opinion of health care staff the patient is:

(1) Aware that there is a physiological disorder for which treatment or medication is recommended.

(2) Able to understand the nature, purpose, and alternatives of

the recommended treatment, medication, or health care procedures.

(3) Able to understand and reasonably discuss the possible side effects and any hazards associated with the recommended treatment, medication, or health care procedures. A patient shall not be deemed incapable of informed consent solely because of being diagnosed as mentally disordered, abnormal, or mentally defective.

### 15 CCR § 3999.205
### § 3999.205. Over-the-Counter Products.

(a) The Department shall provide and distribute approved Over-the-Counter (OTC) health care products through the inmate canteen services system process pursuant to section 3091 without cost to the patient or a need for a health care provider's prescription.

(b) All patients housed within CDCR institutions shall have access to OTC products.

(c) Patients shall access OTC products as a function of normal programming.

(d) Patients in the Reception Center shall have access to OTC products through the canteen within 30 calendar days of arrival.

(e) Patients admitted to an Acute or Intermediate Care Facility, Correctional Treatment Center, Skilled Nursing Facility, Psychiatric Inpatient Program, or Mental Health Crisis Bed shall have access to all non-medicated comfort products only. All other medicated OTC products shall be provided by Pharmacy Services as ordered by licensed health care providers.

(f) Patients shall utilize the standard canteen pick list which shall include the approved OTC products.

(1) Patients shall be allowed to receive up to three OTC units per canteen period, but shall not be permitted to receive more than two units of any single OTC product.

(g) Patients unable to receive their OTC products during their first canteen draw shall be allowed to receive their OTC products during open line of the current month.

(h) A patient may be restricted from access to OTC product(s) on
Page 121 of 192

---

the basis of a documented health care concern or a documented custody (i.e., safety and security) concern.

(1) Restoration of access to restricted OTC product(s) for a health care concern shall be made by a licensed health care clinician, as the result of a documented assessment of the patient.

(2) Restriction from OTC product(s) for safety and security concerns shall be supported by a guilty finding in a disciplinary hearing for a serious rule violation involving the misuse of an OTC product or its packaging.

### 15 CCR § 3999.206
### § 3999.206. Right to Health Care Services.

(a) Patients shall be provided an opportunity to report an illness or any other health problem and receive an evaluation of the condition and medically necessary treatment and follow-up by health care staff.

### 15 CCR § 3999.207
### § 3999.207. Private Consultants.

(a) Health care personnel not employed by the Department are not authorized to order treatment for a patient. Such persons may offer opinions and recommendations for consideration by Department health care staff as follows: a patient or a patient's responsible guardian or relative, or an attorney or other interested person acting on the patient's behalf, may provide a physician, shall submit a written request to the institution head. The institution head shall, after consulting with the facility's Chief Medical Executive, grant the request unless convinced that specific case factors warrant denial. The fact of and reasons for such denial, and notice of the right to appeal the decision in writing to the Secretary, shall be documented and given to the patient or the person requesting the outside health care service. Costs of such private consultations or examinations shall be paid by the patient or the person requesting the service.

(b) When a patient or a patient's guardian or relative, or an attorney or other interested party desires to have a patient examined by a private Psychiatrist or other mental health professional, a request shall be submitted in writing by such person(s) to the warden. After consulting with the institution's Chief Psychiatrist or, in his absence, the Chief Medical Executive, the warden will grant the request unless there are specific case factors which, in the judgment of the warden, warrant denial. If the request is denied, the person(s) making the request will be notified in writing of the reason for the denial and the right to appeal the
Page 122 of 192

---

decision, to the Secretary. Any financial responsibility or obligation for private consultants or examinations will be assumed by the patient or the person(s) requesting the service. Private consultants will not be permitted to order mental health treatment for any patient. However, the private consultant may be asked to make a report of findings and recommendations to the warden.

### 15 CCR § 3999.210
### § 3999.210. Refusal of Treatment.

☐────────── [handwritten marks]

**Article 2. Refusal of Health Care Services**

(a) Health care treatment may be given without the patient's consent when an emergency exists. An emergency exists when there is a sudden, marked change in a patient's condition so that action is immediately necessary for the preservation of life or the prevention of serious bodily harm to the patient or others, and it is impractical to first obtain consent.

(b) A patient may accept or decline any or all portions of a recommended dental treatment plan. The patient's decision is reversible at any time and shall not prejudice future treatment. Refusals shall be documented for inclusion in the patient's health record.

(c) When a patient has a valid advance health care directive or a valid executed Physicians Orders for Life Sustaining Treatment (POLST), health care staff shall act in accordance with the provisions of the advance health care directive, or POLST, as provided by law.

(d) Each institution shall establish procedures to implement the provisions of the Health Care Decisions Law, codified in the Probate Code at Division 4.7, section 4600 et seq.

(e) Health care treatment, including medication, shall not be forced over the objections of a mentally competent patient, the guardian of a mentally incompetent patient, or a responsible relative of a minor patient, except in an emergency, or as required to complete the examination or tests for tuberculosis infection, or to implement the treatment for tuberculosis disease, or unless the provisions of Probate Code sections 3200 et seq. or the procedures set forth in Penal Code section 2602 are followed.

**Article 3. Confidentiality and Privacy**

### 15 CCR § 3999.215
### § 3999.215. Protected Health Information and Personally Identifiable Information.

If such appliance is removed, the prisoner shall be deprived of such appliance only during such time as the facts which constitute probable cause for its removal continue to exist; if such facts cease to exist, then the person in charge of the facility shall return such appliance to the prisoner.

When such appliance is removed, the prisoner shall be examined by a physician within 24 hours after such removal.

If the examining physician determines that removal is or will be injurious to the health or safety of the prisoner, he shall so inform the prisoner and the person in charge of the facility. Upon receipt of the physician's opinion, the person in charge of the facility shall either return the appliance to the prisoner or refuse to return such appliance to the prisoner, informing the physician and the prisoner of the reasons for such refusal and promptly providing the prisoner with a form, as specified in subdivision (c) of this section, by which the prisoner may petition the superior court of the county in which the facility is located for return of the appliance.

Upon petition by the prisoner, the court shall either order the appliance returned to the petitioner or within two judicial days after the petition is filed receive evidence relevant to the granting or denial of the petition. When evidence is received, the court shall consider the opinion of the physician who examined the prisoner and the opinion of the person in charge of the facility and all other evidence it deems relevant. A decision shall be promptly made and shall be based upon a weighing of the risk of immediate harm to persons within the facility and the threat to the security of the facility created by the appliance's presence in the facility as against the risk to the health and safety of the petitioner by its removal.

(c) The form for a request for return of an orthopedic or prosthetic appliance as required in subdivision (b) of this section shall be substantially as follows:

(Name of the facility) ___________ day of ___________ 19 ___

I, ___________ (person in charge of the facility), have today received a request for the return of an orthopedic or prosthetic appliance, namely, ___________ (description of appliance or device) from the undersigned prisoner.

When the prisoner has signed or made his mark upon such form, the person in charge of the facility shall promptly file the completed form with the superior court.

(d) No person incarcerated in any facility of the Department of Corrections shall be deprived of the use or possession of any orthopedic or prosthetic appliance unless both the inmate's personal physician and a department physician concur in the professional opinion that such appliance is no longer needed.

Article 2. Organic Therapy (Refs & Annos)

West's Ann.Cal.Penal Code § 2670

## § 2670. Declaration of policy

Currentness

It is hereby recognized and declared that all persons, including all persons involuntarily confined, have a fundamental right against enforced interference with their thought processes, states of mind, and patterns of mentation through the use of organic therapies; that this fundamental right requires that no person with the capacity for informed consent who refuses organic therapy shall be compelled to undergo such therapy; and that in order to justify the use of organic therapy upon a person who lacks the capacity for informed consent, other than psychosurgery as referred to in subdivision (c) of Section 2670.5 which is not to be administered to such persons, the state shall establish that the organic therapy would be beneficial to the person, that there is a compelling interest in administering such therapy, and that there are no less onerous alternatives to such therapy.

West's Ann.Cal.Penal Code § 2670.5

## § 2670.5. Informed consent to organic therapy; persons lacking capacity; "organic therapy" defined; withdrawal of consent

Currentness

(a) No person confined or detained under Title 1 (commencing with Section 2000) and Title 2 (commencing with Section 3200) shall be administered or subjected to any organic therapy as defined in subdivision (c) without his or her informed consent, provided that:

(1) If the person gives his or her informed consent to organic therapy, it shall be administered only if there has been compliance with Sections 2675 to 2680, inclusive.

(2) If the person lacks the capacity for informed consent to organic therapy other than psychosurgery as referred to in subdivision (c), in order to proceed with the therapy, the warden shall secure an order from the superior court to authorize the administration of the therapy in accordance with Sections 2675 to 2680, inclusive.

(b) No person confined or detained under Title 1 (commencing with Section 2000) or Title 2 (commencing with Section 3200) who lacks the capacity for informed consent shall be administered or subjected to psychosurgery as referred to in subdivision (c).

(c) The term organic therapy refers to:

(1) Psychosurgery, including lobotomy, stereotactic surgery, electronic, chemical or other destruction of brain tissues, or implantation of electrodes into brain tissue.

(2) Shock therapy, including, but not limited to, any convulsive therapy and insulin shock treatments.

(3) The use of any drugs, electric shocks, electronic stimulation of the brain, or infliction of physical pain when used as an aversive or reinforcing stimulus in a program of aversive, classical, or operant conditioning.

(d) A person does not waive his or her right to refuse any organic therapy by having previously given his or her informed consent to the therapy, and the person may withdraw his or her consent at any time.

If required by sound medical-psychiatric practice, the attending physician shall, after the person withdraws his or her previously given informed consent, gradually phase the person out of the therapy if sudden cessation would create a serious risk of mental or physical harm to the person.

(e) Nothing in this article shall be construed to prevent the attending physician from administering nonorganic therapies such as psychotherapy, psychoanalysis, group therapy, milieu therapy, or other therapies or programs involving communication or interaction among physicians, patients, and others, with or without the use of drugs when used for purposes other than described in paragraph (3) of subdivision (c).

(f) Nothing in this article shall be construed to prevent the administration of drugs not connected with a program of conditioning and intended to cause negative physical reactions to ingestion of alcohol or drugs.

West's Ann.Cal.Penal Code § 2671

## § 2671. Persons inflicting or attempting to inflict substantial physical harm upon themselves or others; shock therapy consent

Currentness

(a) Notwithstanding Section 2670.5, if a confined person has inflicted or attempted to inflict substantial physical harm upon the person of another or himself, or presents, as a result of mental disorder, an imminent threat of substantial harm to others or himself, the attending physician may in such emergency employ or authorize for no longer than seven days in any three-month period the immediate use of shock treatments in order to alleviate such danger.

(b) Notwithstanding Section 2670.5, if a confined person gives his informed consent to a program of shock therapy for a period not to exceed three months, the attending physician may administer such therapy for a period not to exceed three months in any one-year period without prior judicial authorization.

West's Ann.Cal.Penal Code § 2672

## § 2672. "Informed consent" defined; capacity

Effective: January 1, 2015

Currentness

(a) For purposes of this article, "informed consent" means that a person must knowingly and intelligently, without duress or coercion, and clearly and explicitly manifest his consent to the proposed organic therapy to the attending physician.

(b) A person confined shall not be deemed incapable of informed consent solely by virtue of being diagnosed with a mental health disorder.

(c) A person confined shall be deemed incapable of informed consent if the person cannot understand, or knowingly and intelligently act upon, the information specified in Section 2673.

(d) A person confined shall be deemed incapable of informed consent if, for any reason, he or she cannot manifest his or her consent to the attending physician.

West's Ann.Cal.Penal Code § 2673

## § 2673. Information required prior to an informed consent

Currentness

(a) For purposes of this article, "informed consent" requires that the attending physician directly communicate with the person and clearly and explicitly provide all the following information prior to the person's decision:

(1) The nature and seriousness of the person's illness, disorder or defect.

(2) The nature of the proposed organic therapy and its intended

*(handwritten across top: # 1567141022; 1567147622)*

MEDICAL CARE OF PRISONERS

Part 3. Of Imprisonment and the Death Penalty
(Refs & Annos)

Title 1. Imprisonment of Male Prisoners in State Prisons (Refs & Annos)

Chapter 2. Administration of State Prisons (Refs & Annos)

Article 1. Miscellaneous Powers and Duties of Department and Director of Corrections (Refs & Annos)

West's Ann.Cal.Penal Code § 2065
§ 2065. Department of Corrections and Rehabilitation responsibility associated with inmates granted medical parole; memoranda of understanding with federal, state, or county entities; inmates eligible for Medi-Cal; implementation
Effective: June 27, 2012
Currentness

(a) The Department of Corrections and Rehabilitation shall complete all of the tasks associated with inmates granted medical parole pursuant to Section 3550 that are specified in this section. Subdivisions (c) and (d) shall apply only to the period of time that inmates are on medical parole.

(b) The department shall seek to enter into memoranda of understanding with federal, state, or county entities necessary to facilitate prerelease agreements to help inmates initiate benefits claims.

(c) This subdivision shall be implemented in a manner that is consistent with federal Medicaid law and regulations. The Director of Health Care Services shall seek any necessary federal approvals for the implementation of this subdivision. Claiming of federal Medicaid funds under this subdivision shall not occur until federal approval, if necessary, is obtained. If an inmate is granted medical parole and found to be eligible for Medi-Cal, all of the following shall apply:

(1) Hospitals, nursing facilities, and other providers providing services to medical parolees shall invoice the department in accordance with contracted rates of reimbursement or, if no contract is in place, pursuant to Section 5023.5.

(2) Upon receipt of an acceptable claim, the department shall reimburse hospitals, nursing facilities, and other providers for services provided to medical parolees in accordance with contracted rates of reimbursement or, if no contract is in place, pursuant to Section 5023.5.

(3) The department shall submit a quarterly invoice to the State Department of Health Care Services for medical parolees who are eligible for Medi-Cal for federal claiming and reimbursement of allowable federal Medicaid funds.

(4) The State Department of Health Care Services shall remit funds received for federal financial participation to the department.

(5) The department and the State Department of Health Care Services shall work together to do all of the following:

(A) Maximize federal financial participation for service costs, administrative costs, and targeted case management costs incurred pursuant to this section.

(B) Determine whether medical parolees shall be exempt from mandatory enrollment in managed health care, including county organized health plans, and determine the proper prior authorization process for individuals who have been granted medical parole.

(6) The department may submit retroactive Medi-Cal claims, in accordance with state and federal law and regulations to the State Department of Health Care Services for allowable certified public expenditures that have been reimbursed by the department. The department shall work with the Director of Health Care Services to ensure that any process established regarding the submission of retroactive claims shall be in compliance with state and federal law and regulations.

(d) If an inmate is granted medical parole and found to be ineligible for Medi-Cal, all of the following shall apply:

(1) The department shall consider the income and assets of a medical parolee to determine whether the individual has the ability to pay for the cost of his or her medical care.

(2) If the individual is unable to pay the cost of their medical care, the department shall establish contracts with appropriate medical providers and pay costs that are allowable pursuant to Section 5023.5.

(3) The department shall retain the responsibility to perform utilization review and cost management functions that it currently performs under existing contracts with health care facilities.

(4) The department shall directly provide, or provide reimbursement for, services associated with conservatorship or
Page 37 of 192

MEDICAL CARE OF PRISONERS

public guardianship.

(e) Notwithstanding the rulemaking provisions of Chapter 3.5 (commencing with Section 11340) of Part 1 of Division 2 of the Government Code, the department and the State Department of Health Care Services may implement this section by means of all-facility letters, all-county letters, or similar instructions, in addition to adopting regulations, as necessary.

(f) Notwithstanding any other state law, and only to the extent that federal law allows and federal financial participation is available, for the purposes of this section and implementing this section, the department or its designees are authorized to act on behalf of an inmate for purposes of applying for redetermination of Medi-Cal eligibility and sharing and maintaining records with the State Department of Health Care Services.

Chapter 4. Treatment of Prisoners (Refs & Annos)

Article 1. Mistreatment of Prisoners (Refs & Annos)

West's Ann.Cal.Penal Code § 2650
§ 2650. Protection of person of prisoner; unauthorized injury; impairment
Effective: October 1, 2011
Currentness

The person of a prisoner sentenced to imprisonment in the state prison or to imprisonment pursuant to subdivision (h) of Section 1170 is under the protection of the law, and any injury to his person, not authorized by law, is punishable in the same manner as if he were not convicted or sentenced.

West's Ann.Cal.Penal Code § 2652
§ 2652. Cruel, corporal or unusual punishments; treatment injurious to health; prohibited devices; offense
Currentness

It shall be unlawful to use in the prisons any cruel, corporal or unusual punishment or to inflict any treatment or allow any lack of care whatever which would injure or impair the health of the prisoner, inmate or person confined; and punishment by the use of the strait-jacket, gag, thumb-screw, shower-bath or the tricing up of prisoners, is hereby prohibited. Any person who violates the provisions of this section, or who aids, abets, or attempts in any way to contribute to the violation of this section shall be guilty of a misdemeanor.

West's Ann.Cal.Penal Code § 2653
§ 2653. Order by physician requiring particular medical treatment; modification or cancellation; violation
Currentness

(a) If a physician employed by the Department of Corrections or the Department of the Youth Authority certifies in writing that a particular medical treatment is required to prevent a violation of Section 147, 673, 2650, or 2652, or if required to prevent an injury and imminent harm to the health of a patient, any particular medical treatment may not be modified or cancelled by any employee of the department without the approval of the medical officer of the institution or the physician in attendance unless an inmate or ward has a known history of violence or otherwise disruptive behavior that requires additional measures to protect the safety and security of the institution specified in writing by the warden or superintendent, or unless immediate security needs require alternate or modified procedures. Following any necessary modified or alternate security procedures, the treatment of the inmate or ward shall be effected as expeditiously as possible.

Nothing in this section shall be construed to prevent a registered nurse from questioning, or seeking clarification of, an order from a physician that in the professional judgment of that nurse endangers patient health or safety, or otherwise is contrary to the professional ethics of the registered nurse.

(b) Any person who violates this section shall be subject to appropriate disciplinary action by the department.

West's Ann.Cal.Penal Code § 2656
§ 2656. Orthopedic or prosthetic appliance used by prisoners; petition for return; form for request
Currentness

(a) A person sentenced to incarceration or who is being held pursuant to a pending criminal matter in a county or city jail, or any other county or city custodial correctional facility shall not be deprived of the possession or use of any orthopedic or prosthetic appliance if such appliance has been prescribed or recommended and fitted by a physician.

(b) If, however, the person in charge of the county or city custodial or correctional facility has probable cause to believe possession of such orthopedic or prosthetic appliance constitutes an immediate risk of bodily harm to any person in the facility or threatens the security of the facility, such appliance may be removed.

Page 38 of 192

# HABEAS CORPUS, WRIT OF
II. Habeas Corpus
D. Grounds.
2. Unlawful Restraint.
(e) Denial of Fundamental Rights.

Correlation Table  Tables and Index

## (1) [§ 51] In General.

Certain rights of the criminal defendant are regarded as so fundamental that their denial or substantial impairment constitutes a violation of due process, and the judgment of conviction cannot stand. On appeal, the error is reversible per se, without regard to the state of the evidence (see 6 Cal. Crim. Law (4th), Reversible Error, § 25 et seq.), and, irrespective of appeal, it may be made the basis of an attack on the judgment by habeas corpus. The principal situations are the following:

(1) *Denial or impairment of jury trial generally*. (See Rose v. Mitchell (1979) 443 U.S. 545, 99 S.Ct. 2993, 2997, 61 L.Ed.2d 739, 746 [racial discrimination in grand jury selection]; People v. Adamson ('1949) 34 C.2d 320, 327, 210 P.2d 13, supra, § 23 [dictum; exclusion based on race]; In re Shackelford (1995) 40 C.3d 391, 396, 220 C.R. 382, 708 P.2d 1200 [juror misconduct]; In re Freeman (2000) 38 C.4th 620, 651, 42 C.R.2d 850, 133 P.3d 1015 [exclusion of prospective jurors based on religion]; In re Adams (1958) 160 C.A.2d 454, 455, 325 P.2d 107 [not generally waived]; People v. Cooper (1993) 7 C.A.4th 593, 599, 8 C.R.2d 912 [petitioner must make prima facie showing of prejudice by affirmatively alleging uninformed, involuntary plea; allegation, without elaboration, that petitioner did not waive right to jury trial, is not sufficient]; 2 Cal. Proc. (5th), Jurisdiction, § 306 [civil event]; cf. In re Price (2011) 51 C.4th 547, 560, 121 C.R.3d 572, 247 P.3d 929 [evidence established that prisoner did not give bartender money specifically to give to juror who worked at bar; prosecutor's motive to bartender to split tip money with juror was interdited and understood as joke]; on reversible error per se, see 6 Cal. Crim. Law (4th), Reversible Error, § 23 et seq.)

(2) *Exclusion of juror opposed to death penalty. Violation of Witherspoon rule.* (See In re Hill (1969) 71 C.2d 997, 1019, 80 C.R. 537, 458 P.2d 449; In re Field (1969) 1 C.3d 129, 124, 31 C.R. 577, 460 P.2d 449; In re Lane (1969) 1 C.3d 496, 488, 82 C.R. 628, 462 P.2d 380; on Witherspoon rule, see 5 Cal. Crim. Law (4th), Criminal Trial, § 559 et seq.)

(3) *Trial of defendant while insane.* (See In re Dennis (1959) 51 C.2d 666, 672, 335 P.2d 657.)

(4) *Denial of speedy trial.* (See In re Smiley (1967) 66 C.2d 606, 691, 58 C.R. 579, 427 P.2d 179 [right was not lost by failure to raise issue at trial on appeal, where defendant was not represented by counsel].)

(5) *Denial of right of confrontation.* (See In re Montgomery (1970) 2 C.3d 863, 865, 87 C.R. 695, 471 P.2d 15.)

(6) *Involuntary pleadings tantamount to guilty plea.* (See People v. Gallego (1971) 4 C.3d 242, 249, 93 C.R. 229, 481 P.2d 237 [dicta].)

West's Key Number Digest  Habeas Corpus ⟜308

Copyright © 2020 Bennett E. & Alta Witkin Charitable Foundation

End of Document

Witkin | April 2020 Update
California Criminal Law, Fourth Edition
B.E. Witkin, Norman L. Epstein, and Members of the Witkin Legal Institute

Chapter XVIII. Criminal Writs
II. Habeas Corpus
2. Unlawful Restraint.
(e) Denial of Fundamental Rights.

Correlation Table  Tables and Index

## (2) [§ 52] Denial or Impairment of Right to Counsel.

---

# HABEAS CORPUS, WRIT OF

**Supplement**

The denial or impairment of a fundamental right sufficient to justify an attack on the judgment by habeas corpus (see supra, § 51) often involves the right to counsel at the preliminary examination, trial, or judgment.

(1) *Failure to advise defendant of right.* (See In re Turrieta (1960) 54 C.2d 816, 820, 8 C.R. 737, 356 P.2d 681, 5Cal. Crim. Law (4th), Criminal Trial, § 181.)

(2) *Failure to provide counsel for indigent defendant who has not effectively waived right.* (See In re James (1952) 38 C.2d 302, 304, 240 P.2d 596; In re Levi (1952) 39 C.2d 41, 42, 244 P.2d 403; In re Boyce (1959) 51 C.2d 699, 703, 356 P.2d 166; In re Smiley (1967) 66 C.2d 606, 625, 58 C.R. 579, 427 P.2d 179 [no showing of prejudice is required; disapproving contrary expressions]; In re James (1943) 38 C.A.2d 167, 168, 198 P.2d 520; In re Klein (1961) 197 C.A.2d 58, 59, 17 C.R. 71.)

(3) *Defendant informed of rights, but did not waive them.* (See In re Bartlett (1971) 15 C.A.3d 176, 181, 93 C.R. 96 ["In the face of a silent record, we cannot assume a waiver".])

(4) *Multiple defendants.* (See In re Hochberg (1970) 2 C.3d 870, 873, 87 C.R. 681, 471 P.2d 1 [defendant wife was forced to accept estranged husband's attorney to represent her, writ granted].)

(5) *Interrogation of defendant in counsel's absence.* (See Brewer v. Williams (1977) 430 U.S. 387, 97 S.Ct. 1232, 1238, 51 L.Ed.2d 424, 435.)

(6) *Ineffective appointment.* (See In re Newbern (1960) 53 C.2d 786, 791, 3 C.R. 364, 350 P.2d 116; People v. Snow (2003) 30 C.4th 43, 99, 132 C.R.2d 271, 65 P.3d 749 [claim that trial court's failure to appoint new counsel to make argument in penalty phase (after original counsel failed to do so) violated defendant's right to counsel could not be decided on appeal, but was more appropriately addressed in context of habeas corpus claim].)

(7) *Ineffective representation.* A claim of ineffective representation may justify habeas corpus relief. (See In re Banks (1971) 4 C.3d 337, 343, 93 C.R. 591, 482 P.2d 215 [denial of effective counsel on appeal]; In re Jones (1996) 13 C.4th 552, 583, 584, 58 C.R.2d 52, 917 P.2d 1175 [in capital case, defense counsel committed numerous errors at guilt phase; cumulative effect of errors undermined confidence in outcome, warranting habeas corpus relief]; People v. Johnson (1993) 6 C.4th 1351, 1356, 1357, 24 C.R.2d 481 [denial of effective assistance of counsel at trial justified writ; trial counsel misadvised maximum term to which defendant was exposed, calculating it at 35 years rather than actual 27 years, resulting in defendant's accepting advice to enter plea with resulting 20-year sentence]; In re Vargas (2000) 83 C.A.4th 1125, 1132, 100 C.R.2d 265; 88 Proof of Facts 3d 1 [pleading and proving ineffective assistance of counsel in federal habeas corpus proceeding].)

Frequently, however, relief on habeas corpus is denied for failure to show prejudice. (See In re Visciotti (1996) 14 C.4th 325, 351, 352, 58 C.R.2d 801, 926 P.2d 987 [despite many failings of defendant's attorney in capital case, there was no total breakdown of adversarial process; absent failure to show prejudice precludes relief]; In re Thomas (2006) 37 C.4th 1249, 1265, 39 C.R.3d 845, 129 P.3d 49 [defendant failed to overcome presumption from failure of trial counsel to locate and present witnesses]; In re Barton (2006) 40 C.4th 205, 214, 225, 52 C.R.3d 86, 147 P.3d 1014 [evidence supported referee's finding that trial counsel kept defendant informed of strategy not to present guilt phase defense; proclaiming innocence and suggesting avenues for further investigation are insufficient for habeas review; defendant must "clearly" and "unequivocally" request such defense]; In re Hardy (2007) 41 C.4th 977, 1021, 63 C.R.3d 845, 163 P.3d 853 [counsel's failure to conduct more thorough pretrial investigation into third party's culpability was not prejudicial, where other evidence amply supported alternate theories of conspiracy and aiding and abetting]; In re Alcox (2006) 137 C.A.4th 657, 665, 40 C.R.3d 491 [habeas relief was properly denied where defense counsel acted reasonably in not investigating and developing alibi defense for fear of opening door to further incriminating evidence].)

**SUPPLEMENT**

*Relief denied for failure to show prejudice:* See In re Champion (2014) 58 C.4th 965, 994, 170 C.R.3d 211, 322 P.3d 56 [any deficiency of defense counsel in failing to rebut evidence that defendant participated in uncharged home invasion murder was not prejudicial, no reasonable juror would have regarded that murder as aggravating circumstance, where prosecutor told jury that it could consider this murder only if it found beyond reasonable doubt that defendant had committed it, and prosecutor said that he would "not belabor that" by asking jury for the finding].

End of Document

Copyright © 2020 Bennett E. & Alta Witkin Charitable Foundation

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

## HABEAS CORPUS, WRIT OF

### 2. Unlawful Restraint.

### (b) [§ 50] Lack of Subject Matter Jurisdiction.

**Correlation Table   Tables and Index**

*Subject matter jurisdiction cannot be conferred by consent, and lack of it cannot be waived by going to trial and judgment* (see 4 Cal. Crim. Law (4th), Jurisdiction and Venue, § 1); hence, a challenge based on lack of jurisdiction over the subject matter raising lack of jurisdiction can always be attacked by habeas corpus, regardless of failure to appeal or affirmance on appeal. The principal situations are as follows:

**(1)** *No territorial jurisdiction.* (See In re Wyatt (1931) 114 C.A. 557, 562, 300 P. 132 [former justice court, offense committed outside township].)

**(2)** *Court is not competent.* (See In re Cannon (1957) 48 C.2d 851, 859, 887, 313 P.2d 817 [disagreeing and concurring opinions; Indian defendant committed crime on Indian allotment, exclusive jurisdiction was probably in federal court].)

**(3)** *Criminal statute or ordinance is unconstitutional.* (See In re Teal (1942) 19 C.2d 488, 495, 122 P.2d 22; In re Porterfield (1946) 28 C.2d 91, 99, 168 P.2d 706; In re Newbern (1960) 53 C.2d 786, 792, 3 C.R. 364, 350 P.2d 116; In re Schillaci (1961) 196 C.A.2d 591, 594, 16 C.R. 757; In re Davis (1966) 242 C.A.2d 645, 649, 51 C.R. 702.)

Where the statute is only partially invalid, the petitioner has the burden of proving that the conviction was based on the invalid portion. (See In re Cadillac (1966) 64 C.2d 70, 75, 48 C.R. 875, 410 P.2d 379 [petition after 10 years, criminal complaint had been destroyed, burden was not met]; In re Klor (1966) 64 C.2d 816, 821, 51 C.R. 903, 415 P.2d 791 [petitioner failed to show that conviction was not based on valid part]; In re Smith (1970) 3 C.3d 509, 510, 86 C.R. 104, 467 P.2d 836 [burden not met to show that conviction was based on unconstitutional section]; In re Bartlett (1971) 15 C.A.3d 176, 178, 93 C.R. 96 [same].)

**(4)** *Conduct is not prohibited by statute.* "[A] defendant is entitled to habeas corpus if there is no material dispute as to the facts relating to his conviction and if it appears that the statute under which he was convicted did not prohibit his conduct." (In re Zerbe (1964) 60 C.2d 666, 668, 36 C.R. 286, 388 P.2d 182, 3 Cal. Crim. Law (4th), Crimes Against Property, § 297; see In re Murdock (1968) 68 C.2d 313, 316, 66 C.R. 380, 437 P.2d 764; In re Bevill (1968) 68 C.2d 854, 863, 69 C.R. 599, 442 P.2d 679, citing the text [conviction is in excess of jurisdiction if conduct is not prohibited by statute]; In re Crumpton (1973) 9 C.3d 463, 467, 106 C.R. 770, 507 P.2d 74 [defendant is entitled to habeas corpus relief under retroactive change in interpretation of kidnaping statute if it appears the statute relating to his conviction and if it appears the statute under which he was convicted did not prohibit his conduct]; In re Brown (1973) 9 C.3d 612, 622, 108 C.R. 465, 510 P.2d 1017 [habeas corpus was appropriate remedy to challenge conviction for unlawful assembly in violation of P.C. 407 and 408 "because there is no substantial evidence to support the conviction"]; In re Catalano (1981) 29 C.3d 1, 8, 171 C.R. 667, 623 P.2d 228, 2 Cal. Crim. Law (4th), Crimes Against Property, § 297; on same holding as to prohibition, see infra, § 104; of. People v. Stanworth (1971) 11 C.3d 588, 605, 114 C.R. 250, 522 P.2d 1058 [claim that rape conviction was invalid because victim was already dead was not cognizable on habeas corpus].)

**(5)** *Conviction violating prohibition against double jeopardy.* (See In re McNeer (1959) 173 C.A.2d 530, 343 P.2d 304; 1 Cal. Crim. Law (4th), Defenses, § 104.)

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

6 Witkin, Cal. Crim. Law 4th Crim Writs § 51 (2020)

Witkin April 2020 Update
California Criminal Law, Fourth Edition
B.E. Witkin, Norman L. Epstein, and Members of the Witkin Legal Institute
Chapter XVIII. Criminal Writs

Page 34 of 108

---

**(4)** "Where a party has been committed on a criminal charge without reasonable or probable cause." (P.C. 1487(7); see In re Williams (1921) 52 C.A. 566, 571, 199 P. 347; In re Martinez (1940) 36 C.A.2d 687, 98 P.2d 528; on use of prohibition, see infra, § 104.)

**(5)** "When the imprisonment was at first lawful, yet by some act, omission, or event which has taken place afterwards, the party has become entitled to a discharge." (P.C. 1487(5).)

The following are examples:

**(a)** *Unconstitutionality of criminal statute or ordinance* defining the offense; the court has no jurisdiction to try the petitioner for violation of a statute that is a nullity. (See In re Dassa (1973) 8 C.2d 599, 600, 67 P.2d 333; In re Peterson (1958) 51 C.2d 177, 181, 331 P.2d 24; In re Berry (1968) 68 C.2d 137, 145, 65 C.R. 273, 436 P.2d 273 [applying rule to contempt prosecution for violation of unconstitutional court order]; In re Zerry (1912) 20 C.A. 360, 371, 129 P. 295; on use of prohibition, see infra, § 104; on habeas corpus after conviction, see infra, §§ 16, 23, 50; and see 2 Cal. Proc. (5th), Jurisdiction, § 88.)

**(b)** *Unconstitutional court order.* (See In re Berry, supra, 68 C.2d 145 [restraining order in labor dispute infringing on First Amendment freedoms].)

**(c)** *Lack of jurisdiction of the subject matter* of the offense by reason of territorial limitations or court not competent, etc. (See In re Fisher (1930) 100 C.A. 313, 284 P. 509 [defendant was held to answer without evidence that venue was in county]; see 4 Cal. Crim. Law (4th), Jurisdiction and Venue, § 46 et seq.)

**(d)** *Lack of personal jurisdiction* by reason of defective extradition proceeding. (See In re Cooper (1960) 53 C.2d 772, 3 C.R. 140, 349 P.2d 956.)

**(e)** *Lack of jurisdiction to try case after expiration of statutory limitations* is brought in to trial under mandatory dismissal statutes. (See People v. Wilson (1963) 60 C.2d 139, 150, 32 C.R. 44, 383 P.2d 452; In re Yanez (1954) 125 C.A.2d 751, 271 P.2d 162; on preferred remedy of mandamus, see 5 Cal. Crim. Law (4th), Criminal Trial, § 377.)

**(f)** *Jurisdictional defense of statute of limitations.* (See In re Davis (1936) 13 C.A.2d 109, 111, 56 P.2d 302; 1 Cal. Crim. Law (4th), Defenses, § 235.)

**(g)** *Jurisdictional defense of former jeopardy.* (See In re Berman (1930) 104 C.A. 259, 286 P. 1043; 1 Cal. Crim. Law (4th), Defenses, § 207; on use of prohibition, see infra, § 104.)

**(h)** *Jurisdictional defense of immunity* from prosecution gained by waiver of self-incrimination privilege and testifying. (See In re Connolly (1936) 16 C.A.2d 709, 711, 716, 61 P.2d 490 [prisoner was denied relief, but immunity was approved]; 1 Cal. Crim. Law (4th), Defenses, § 204.)

**(i)** *Prosecution's suppression* of favorable evidence. (See In re Pratt (1999) 69 C.A.4th 1294, 1315, 82 C.R.2d 260 [defendant was entitled to discharge on showing that prosecution withheld significant evidence that could have been used to impeach key prosecution witness].)

*Witt's Key Number Digest, Habeas Corpus* §§ 27

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

Witkin, Cal. Crim. Law 4th Crim Writs § 50 (2020)
Witkin April 2020 Update
California Criminal Law, Fourth Edition
B.E. Witkin, Norman L. Epstein, and Members of the Witkin Legal Institute
II. Habeas Corpus
D. Grounds.

Page 33 of 108

---

Rel, unlawful IAC-PD-ATY "conspiracy" FRM-VID, "Illatmnt-Trial 15c (CstA Fraud in Proc)

CstA Fraud in Proc

as to (Evidence) Pros/Malicious-Pros

Rel: Ineffective Assistance of Counsel, Violations US Const Cl. Amnd. Rights (Sel. Proc) Attorney-Methods

ISC 4351122 - 6 R-tyfy

Rec'd VRCJ-B   5694089282
V.R.C.J-B   LAWSuit of the 4th US
Fraudulant Remittic-Vigilant "Wealth of Woman"
8-11-21
18 USC 1961-68



**§ 4. Misprision of felony, 18 USCA § 4**

United States Code Annotated
Title 18. Crimes and Criminal Procedure (Refs & Annos)
Part 1. General Provisions (Refs & Annos)
Chapter 1. General Provisions

18 U.S.C.A. § 4

§ 4. Misprision of felony

Currentness

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

CREDIT(S)
(June 25, 1948, c. 645, 62 Stat. 684; Pub.L. 103-322, Title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

Notes of Decisions (71)

18 U.S.C.A. § 4, 18 USCA § 4
Current through P.L. 113-296 (excluding P.L. 113-235, 113-287, and 113-291) approved 12-19-2014

© 2015 Thomson Reuters. No claim to original U.S. Government Works.

End of Document

---

**§ 241. Conspiracy against rights, 18 USCA § 241**

United States Code Annotated
Title 18. Crimes and Criminal Procedure (Refs & Annos)
Part 1. Crimes (Refs & Annos)
Chapter 13. Civil Rights

18 U.S.C.A. § 241

§ 241. Conspiracy against rights

Effective: October 11, 1996
Currentness

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

CREDIT(S)
(June 25, 1948, c. 645, 62 Stat. 696; Pub.L. 90-284, Title I, § 101(a), Apr. 11, 1968, 82 Stat. 75; Pub.L. 100-690, Title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub.L. 103-322, Title VI, § 60006(a), Title XXXII, §§ 320103(a), 320201(a), Title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub.L. 104-294, Title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

Notes of Decisions (511)

18 U.S.C.A. § 241, 18 USCA § 241
Current through P.L. 113-296 (excluding P.L. 113-235, 113-287, and 113-291) approved 12-19-2014

© 2015 Thomson Reuters. No claim to original U.S. Government Works.

End of Document

## CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT

(ii) the supporting facts giving rise to the alleged conditions, including the dates and time period during which the alleged conditions and pattern or practice of resistance occurred; and

(iii) to the extent feasible and consistent with the interests of other plaintiffs, the minimum measures which he believes may remedy the alleged conditions and the alleged pattern or practice of resistance; and

(B) that he believes such intervention by the United States is of general public importance and will materially further the vindication of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

(2) Any certification made by the Attorney General pursuant to this subsection shall be personally signed by him.

(3) Any motion to intervene made by the Attorney General pursuant to this section shall be personally signed by him.

(b) In any action in which the United States joins as an intervenor under this subsection, the court may allow the prevailing party, other than the United States, a reasonable attorney's fee against the United States as part of the costs. Nothing in this subsection precludes the award of attorney's fees available under any other provisions of the United States Code.

### SEC. 6. // 42 USC 1997d. // PROHIBITION OF RETALIATION.

No person reporting conditions which may constitute a violation under this Act shall be subjected to retaliation in any manner for so reporting.

### SEC. 7. // 42 USC 1997e. // EXHAUSTION OF REMEDIES.

(a)(1) Subject to the provisions of paragraph (2), in any action brought pursuant to section 1979 of the Revised Statutes of the United States (42 U.S.C. 1983) by an adult convicted of a crime confined in any jail, prison, or other correctional facility, the court shall, if the court believes that such a requirement would be appropriate and in the interests of justice, continue such case for a period of not to exceed ninety days in order to require exhaustion of such plain, speedy, and effective administrative remedies as are available.

(2) The exhaustion of administrative remedies under paragraph (1) may not be required unless the Attorney General has certified or the court has determined that such administrative remedies are in substantial compliance with the minimum acceptable standards promulgated under subsection (b).

(b)(1) No later than one hundred eighty days after the date of enactment of this Act, the Attorney General shall, after consultation with persons, State and local agencies, and organizations with background and expertise in the area of corrections, promulgate minimum standards for the development and implementation of a plain, speedy, and effective system for the resolution of grievances of adults confined in any jail, prison, or other correctional facility. The Attorney General shall submit such proposed standards for publication in the Federal Register in accordance with section 553 of title 5, United States Code. Such standards shall take effect thirty legislative days after publication unless, within such period, either House of Congress adopts a resolution of disapproval of such standards.

(2) The minimum standards shall provide—

(A) for an advisory role for employees and inmates of any jail, prison, or other correctional institution (at the most decentralized level as is reasonably possible), in the formulation, implementation, and operation of the system;

(B) specific maximum time limits for written replies to grievances with reasons thereto at each decision level within the system;

(C) for priority processing of grievances which are of an emergency nature, including matters in which delay would subject the grievant to substantial risk of personal injury or other damages;

(D) for safeguards to avoid reprisals against any grievant or participant in the resolution of a grievance; and

(E) for independent review of the disposition of grievances, including alleged reprisals, by a person or other entity other than the direct supervisor or direct control of the institution.

(c)(1) The Attorney General shall develop a procedure for the prompt review and certification of systems for the resolution of grievances of adults confined in any jail, prison, or other correctional facility, or pretrial detention facility, to determine if such systems, as voluntarily submitted by the various States and political subdivisions, are in substantial compliance with the minimum standards promulgated under subsection (b).

(2) The Attorney General may suspend or withdraw the certification under paragraph (1) at any time that he has reasonable cause to believe that the grievance procedure is no longer in substantial compliance with the minimum standards promulgated under subsection (b).

(3) The failure of a State to adopt or adhere to an administrative grievance procedure consistent with this section shall not constitute the basis for an action under section 3 or 5 of this Act.

### SEC. 8. // 42 USC 1997f. // REPORT TO CONGRESS.

The Attorney General shall include in his report to Congress on the business of the Department of Justice prepared pursuant to section 522 of title 28, United States Code—

(1) a statement of the number, variety, and outcome of all actions instituted pursuant to this Act including the history of, precise reasons for, and procedures followed in initiation or intervention in each case in which action was commenced;

(2) a detailed explanation of the procedures by which the Department has received, reviewed and evaluated petitions or complaints regarding

Page 3 of 4

## CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT

conditions in institutions;

(3) an analysis of the impact of actions instituted pursuant to this Act, including, when feasible, an estimate of the costs incurred by State and other political subdivisions;

(4) a statement of the financial, technical, or other assistance which has been made available from the United States to the State in order to assist in the correction of the conditions which are alleged to have deprived a person of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States; and

(5) the progress made in each Federal institution toward meeting existing promulgated standards for such institutions or constitutionally guaranteed minima.

### SEC. 9. // 42 USC 1997g. // PRIORITIES FOR USE OF FUNDS.

(a) It is the intent of Congress that the deplorable conditions in institutions covered by this Act amounting to deprivations of rights protected by the Constitution or laws of the United States, be corrected, not only by litigation as contemplated in this Act, but also by the voluntary good faith efforts of agencies of Federal, State, and local governments. It is the further intention of Congress that where Federal funds are available for use in improving such institutions, priority should be given to the correction or elimination of such unconstitutional or illegal conditions which may exist. It is not the intent of this provision to require the redirection of funds from one program to another or from one State to another.

### SEC. 10. // 42 USC 1997h. // NOTICE TO FEDERAL DEPARTMENTS.

At the time of notification of the commencement of an investigation under section 3 or of the notification of an intention to file a motion to intervene under section 5 of this Act, and if the relevant institution receives Federal financial assistance from the Department of Health and Human Services or the Department of Education, the Attorney General shall notify the appropriate Secretary of the action or the reasons for such action and shall consult with such officials. Following such consultation, the Attorney General may proceed with an action under this Act if he is satisfied that such action is consistent with the policies and goals of the executive branch.

### SEC. 11. // 42 USC 1997i. // DISCLAIMER—STANDARDS OF CARE.

Provisions of this Act shall not authorize promulgation of regulations defining standards of care.

### SEC. 12. // 42 USC 1997j. // DISCLAIMER— PRIVATE LITIGATION.

The provisions of this Act shall in no way expand or restrict the authority of parties other than the United States to enforce the legal rights which they may have pursuant to existing law with regard to institutionalized persons. In this regard, the fact that the Attorney General may be conducting an investigation or contemplating litigation pursuant to this Act shall not be grounds for delay of or prejudice to any litigation on behalf of parties other than the United States.

Approved May 23, 1980.

### LEGISLATIVE HISTORY:

HOUSE REPORTS: No. 96—80 (Comm. on the Judiciary) and No. 96—897 (Comm. of Conference)
SENATE REPORT No. 96—416 accompanying S. 10 (Comm. on the Judiciary)
CONGRESSIONAL RECORD
Vol. 125 (1979): May 16, 23, considered and passed House. May 24, considered in Senate.
Vol. 126 (1980): Feb. 26, 27, S. 10 considered and passed Senate, amended, in lieu of S. 10. April 23, 25, 28—30, May 1, 6, Senate considered and agreed to conference report. May 12, House agreed to conference report.
WEEKLY COMPILATION OF PRESIDENTIAL DOCUMENTS:

PL 96—247, 1980 HR 10

PL 96—247, 1980 HR 10

END OF DOCUMENT

Page 4 of 4

# CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT

PL 96-247, MAY 23, 1980, 94 Stat 349

UNITED STATES PUBLIC LAWS
96th Congress - Second Session
Convening January 3, 1980

Copr. (C) West Group 1998. No Claim to Orig. U.S. Govt. Works

DATA SUPPLIED BY THE U.S. DEPARTMENT OF JUSTICE. (SEE SCOPE)
Additions and Deletions are not identified in this document.

PL 96-247 (HR 10)
MAY 23, 1980

An Act to authorize actions for redress in cases involving deprivations of rights of institutionalized persons secured or protected by the Constitution or laws of the United States

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That this Act // may be cited as the "Civil Rights of Institutionalized Persons Act"

## SEC 2. DEFINITIONS.

As used in this Act— // 42 USC 1997 //
(1) The term "institution" means any facility or institution—
(A) which is owned, operated, or managed by a State, or political subdivision of a State, and
(B) which is—
(i) for persons who are mentally ill, disabled, or retarded, or chronically ill or handicapped,
(ii) a jail, prison, or other correctional facility,
(iii) a pretrial detention facility,
(iv) for juveniles—
(I) held awaiting trial;
(II) residing in such facility or institution for purposes of receiving care or treatment; or
(III) residing for any State purpose in such facility or institution (other than a residential facility providing only elementary or secondary education that is not an institution in which reside juveniles who are adjudicated delinquent, in need of supervision, neglected, placed in State custody, mentally ill or disabled, mentally retarded, or chronically ill or handicapped); or
(v) providing skilled nursing, intermediate or long-term care, or custodial or residential care.
(2) Privately owned and operated facilities shall not be deemed "institutions" under this Act if—
(A) the licensing of such facility by the State constitutes the sole nexus between such facility and such State;
(B) the receipt by such facility, on behalf of persons residing in such facility, of payments under title XVI, XVIII,

// 42 USC 1381, 1395. // or under a State plan approved under title XIX, of the Social Security Act.

// 42 USC 1396. // constitutes the sole nexus between such facility and such State; or
(C) the licensing of such facility by the State, and the receipt by such facility, on behalf of persons residing in such facility under title XVI, XVIII, or under a State plan approved under title XIX, of the Social Security Act, constitutes the sole nexus between such facility and such State.
(3) The term "person" means an individual, a trust or estate, a partnership, an association, or a corporation;
(4) The term "State" means any of the several States, the District of Columbia, the Commonwealth of Puerto Rico, or any of the territories and possessions of the United States;
(5) The term "legislative days" means any calendar day on which either House of Congress is in session.

## SEC. 3 // 42 USC 1997a // INITIATION OF ACTIONS.

(a) Whenever the Attorney General has reasonable cause to believe that any State or political subdivision of a State, official, employee, or agent thereof, or other person acting on behalf of a State or political subdivision of a State is subjecting persons residing in or confined to an institution, as defined in section 2, to egregious or flagrant conditions which deprive such persons of any rights, privileges, or immunities se-

Page 1 of 4

cured or protected by the Constitution or laws of the United States causing such persons to suffer grievous harm, and that such deprivation is pursuant to a pattern or practice of resistance to the full enjoyment of such rights, privileges, or immunities, the Attorney General, for or in the name of the United States, may institute a civil action in any appropriate United States district court against such party for such equitable relief as may be appropriate to insure the minimum corrective measures necessary to insure the full enjoyment of such rights, privileges, or immunities, except that such equitable relief shall be available under this Act to persons residing in or confined to an institution as defined in section 2(1)(B)(ii) only insofar as such persons are subjected to conditions which deprive them of rights, privileges, or immunities secured or protected by the Constitution of the United States.
(b) Any compliant filed by the Attorney General pursuant to this section, the court may allow the prevailing party, other than the United States, a reasonable attorney's fee against the United States as part of the costs.

## SEC. 4 // 42 USC 1997b. // CERTIFICATION REQUIREMENTS.

(a) At the time of the commencement of an action under section 3 the Attorney General shall certify to the court—
(1) that at least 49 calendar days previously he has notified in writing the Governor or chief executive officer and attorney general or chief legal officer of the appropriate State or political subdivision and, the director of the institution of—
(A) the alleged conditions which deprive rights, privileges, or immunities secured or protected by the Constitution or laws of the United States and the alleged pattern or practice of resistance to the full enjoyment of such rights, privileges, or immunities;
(B) the supporting facts giving rise to the alleged conditions and the alleged pattern or practice, including the dates or time period during which the alleged conditions and pattern or practice of resistance occurred, and when feasible, the identity of all persons reasonably suspected of being involved in causing the alleged conditions and pattern or practice at the time of the certification, and the date on which the alleged conditions and pattern or practice were first brought to the attention of the Attorney General; and
(C) the minimum measures which he believes may remedy the alleged conditions and the alleged pattern or practice of resistance;
(2) that he has notified in writing the Governor or chief executive officer and attorney general or chief legal officer of the appropriate State or political subdivision and the director of the institution of his intention to commence an investigation of such institution, that such notification was delivered at least seven days prior to the commencement of such investigation and between the time of such notice and the commencement of an action under section 3 of this Act—
(A) he has made a reasonable good faith effort to consult with the Governor or chief executive officer and attorney general or chief legal officer of the appropriate State or political subdivision and the director of the institution, or their designees, regarding financial, technical, or other assistance which may be available from the United States and which he believes may assist in the correction of such conditions and pattern or practice of resistance;
(B) he has encouraged the appropriate officials to correct the alleged conditions and pattern or practice of resistance through informal methods of conference, conciliation and persuasion, including, to the extent feasible, discussion of the possible costs and fiscal impacts of alternative minimum corrective measures, and it is his conclusion that reasonable efforts at voluntary correction have not succeeded; and
(C) he is satisfied that the appropriate officials have had a reasonable time to take appropriate action to correct such conditions and pattern or practice, taking into consideration the time required to remodel or make necessary changes in physical facilities or relocate residents, reasonable legal or procedural requirements, the urgency of the need to correct such conditions, and other circumstances involved in correcting such conditions; and
(3) that he believes that such an action by the United States is of general public importance and will materially further the vindication of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.
(b) Any certification made by the Attorney General pursuant to this section shall be personally signed by him.

## SEC. 5 // 42 USC 1997c. // INTERVENTION IN ACTIONS.

(a)(1) Whenever an action has been commenced in any court of the United States seeking relief from egregious or flagrant conditions which deprive persons residing in institutions of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States causing them to suffer grievous harm and the Attorney General has reasonable cause to believe that such deprivation is pursuant to a pattern or practice of resistance to the full enjoyment of such rights, privileges, or immunities, the Attorney General, for or in the name of the United States, may intervene in such action upon motion by the Attorney General.
(2) The Attorney General shall not file a motion to intervene under paragraph (1) before 90 days after the commencement of the action except that if the court determines it would be in the interests of justice, the court may shorten or waive the time period.
(A) that he has notified in writing, at least fifteen days previously the Governor or chief executive officer, attorney general or chief officer of the appropriate State or political subdivision and the director of the institution of—

Page 2 of 4

154374552

Ref. ... (3)...

... ... ... ... ... ...
... ... ... (defendant was entitled to
discharge on showing that Prosecution with-
held ... ... ... that could not be
used to impeach key witness(es)

* notably w/ie, IAC-Atty and/or Court-Judge

Ref. (4) "where a party has been committed
on a criminal charge WITHOUT REASONABLE or
Probable cause." (Re 1483(1). See ...
... ... ... ... ...
... ... ... ... ...

(5) "when the imprisonment was at FIRST
lawful ... ... ... ... ...
... ... ... ... the party
has become entitled to a discharge ... ..."

State of California
PENAL CODE
Section 4019.5

4019.5. (a) "Kangaroo court" as used in this section means a mock court conducted by any prisoner or group of prisoners for the purpose of inflicting punishment upon any fellow prisoner in any prison, jail, jail camp, or other place of detention.

(b) "Sanitary committee" means a committee of prisoners formed thereby for the purpose of enforcing institutional sanitation but actually used for the purpose of inflicting punishment on any fellow prisoner, or group of prisoners in any prison, jail camp, or other place of detention.

(c) It is unlawful for any sheriff, deputy sheriff, police officer, warden or keeper of a jail to delegate to any prisoner or group of prisoners, authority to exercise the right of punishment over any other prisoner or group of prisoners in any county or city prison, jail, jail camp, or other place of detention at which any person charged with or convicted of crime is detained.

(d) It is unlawful for any sheriff, deputy sheriff, police officer, warden or keeper of a jail to knowingly permit any prisoner or group of prisoners to assume authority over any other prisoner or group of prisoners by the operation of "kangaroo courts" or "sanitary committees."

(e) Every public official in charge of a prison, jail or other place of detention shall keep a record of all disciplinary infractions and punishment administered therefor.

(f) This section shall not prevent the use of skilled inmates, under adequate and proper supervision and guidance of jailers or other employed personnel, as instructors of other inmates in the performance of assigned work, if that relationship does not include the exercise of disciplinary authority.

(Amended by Stats. 1996, Ch. 872, Sec. 124. Effective January 1, 1997.)

NOTICE(s) applicable w/ "punishment"/Ad-seg/ITF - Tablets -
Prejudices/ie. "fat-" punishment-for-Exercise-of RIGHTS" (Ps- for EEs not
allowed Held cell-ext'd AND hurt-hand thru inmate, Bo&T, "inmate-
task-force/fake ap/ does w/ my determinati, cops 2 slandered
altercation "Problems"/etc. AND Tablet tortures in 1w ext del'y's), or
w/ie  At least an ct has held that Transfer to a psych -
to trial facility can be sufficiently Adverse Action (aka - reqts app
for 10-22-21 1'nd Judgment) that is unconstitutional to threaten such Transfer in

"punishment" (by ITF's "co-
"defendants"/shariffs) w/ Rights)

(retaliation & filing grievances (or Protected Activity
@ medical vs Macklin, 27 F.3d 121)

(included) Ad-Seg (1 w ext Vs. ew
w/ medical - sufficient) Tablets - grievances
etc. (w/ medical - sufficient) - Jailers/shariffs, etc.

"custody - staff" - Non-fat-unlawful-
"hands-off-doctrine" - Preferance & "reasf-
...credible-evidentiary" -
ie. Tells, but, "credible-evidentiary"-
support (based) objective overt sights
us costs - "objective" over-sights - verses
checks-and-[balances] verses
fat- "foreign-to-our-
legal common-place [foreign-to-our-
...longtime communi(pla) "fat-" foreign-to-our-
at least - "Rel. grievances way loged AND
...foreignest.  mails HG, 4 & overnighty

Fletka vs. Nix, 957 F2d 1480,
1483 (8th cir 1992)-"a person may
not be punished by government with-
out due-process of law" w/ McCann
Vs. Coughlin 698 F2d 112;121(2d cir 1982)
holding that any time in SHU or 14 days
or more of any other disciplinary conf-
inement reqd due-process, w/ Matiya
Vs. Henderson, 841 F2d at 36 (if inmate was
Placed in seg, e.g. then for four days with-
out receiving Notice for due process was
Violated)

State of California

PENAL CODE

Section 2653

2653. (a) If a physician employed by the Department of Corrections or the Department of the Youth Authority certifies in writing that a particular medical treatment is required to prevent a violation of Section 147, 673, 2650, or 2652, or is required to prevent serious and imminent harm to the health of a prisoner, the order for that particular medical treatment may not be modified or canceled by any employee of the department without the approval of the chief medical officer of the institution or the physician in attendance unless an inmate or ward has a known history of violent or otherwise disruptive behavior that requires additional measures to protect the safety and security of the institution specified in writing by the warden or superintendent, or unless immediate security needs require alternate or modified procedures. Following any necessary modified or alternate security procedures, treatment of the inmate or ward shall be effected as expeditiously as possible.

Nothing in this section shall be construed to prevent a registered nurse from questioning, or seeking clarification of, an order from a physician that in the professional judgment of that nurse endangers patient health or safety, or otherwise is contrary to the professional ethics of the registered nurse.

(b) Any person who violates this section shall be subject to appropriate disciplinary action by the department.

(Added by Stats. 1992, Ch. 602, Sec. 1. Effective January 1, 1993.)

State of California

PENAL CODE

Section 2652

2652.   It shall be unlawful to use in thy prisons, any cruel, corporal or unusual punishment or to inflict any treatment or allow any lack of care whatever which would injure or impair the health of the prisoner, inmate or person confined; and punishment by the use of the strait-jacket, gag, thumb-screw, shower-bath or the tricing up of prisoners, inmates or persons confined is hereby prohibited. Any person who violates the provisions of this section or who aids, abets, or attempts in any way to contribute to the violation of this section shall be guilty of a misdemeanor.

(Added by Stats. 1941, Ch. 106.)

1 as to Grievance(s)- Referances, AND USE, such Neglects, cleasminoliness and delinacate-Indifferances to (R) uniquly US military-Vateans earlier US MC-PTSD-Vateans being Tortured for Honorable- "Code" without Discrimatory Fevoritisms for Oath's US Const Allegiance; Etc. and against such mac and more presimate Domestic-Enimis"

MEDICAL CARE OF PRISONERS
in Department's guidelines for tuberculosis control

T-15-1402. Scope of Health (E-E-E?) Qt Treatment

Administration shall develop AN treatment written

___ AND delineate those services the on-site preventive

Health Care SHALL be Provided within The facility

AND Delineate These Services That SHALL

be available Through community Providers. Each

Facility SHALL Provide: (1) at least one Health Care Provider

To Provide Treatment; and (2) health care services which

meet The Minimum requirements of this code AND be at

a Level To address EMERGENCYs and/or symptoms and/or

conditions AND avoid Preventable Deterioration of

Health while in confinement.

*(handwritten margin notes, partially legible: "Ref Preliminary" / "Same thing" / "describable or indicates" / "Preliminary")*

(3) Percentage of inmates and wards with tuberculosis who complete the prescribed INH (isoniazid) or other appropriate drug observed preventive therapy in accordance with the Centers for Disease Control and Prevention recommendations and as specified in the department's guidelines for tuberculosis control

*(handwritten: "VS. Counter- "inmate's obstructions & fraudulent Records (1205)" / "Incomplete" / "Prob various T, T, "To Tch Team"")*

---

Barclays Official California Code of Regulations Currentness
Title 15. Crime Prevention and Corrections
Division 1. Board of State and Community Corrections
Chapter 1. Board of State and Community Corrections
Subchapter 4. Minimum Standards for Local Detention Facilities
Article 11. Medical/Mental Health Services

**MEDICAL CARE OF PRISONERS**

### 15 CCR § 1200
**§ 1200. Responsibility for Health Care Services.**

(a) In Type I, II, III and IV facilities, the facility administrator shall have the responsibility to ensure provision of emergency and basic **health care services** to all inmates. Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, and psychiatrist or psychologist respectively; however, security regulations applicable to facility personnel also apply to health personnel.

(b) In court holding and temporary holding facilities, the facility administrator shall have the responsibility to develop written policies and procedures which ensure provision of emergency health care services to all inmates.

Each facility shall have at least one physician available to treat physical disorders. In Type IV facilities, compliance may be attained by providing access into the community; however, in such cases, there shall be a written plan for the treatment, transfer or referral in the event of an emergency.

### 15 CCR § 1202
**§ 1202. Health Service Audits.**

The health authority shall develop and implement a written plan for annual statistical summaries of health care and pharmaceutical services are provided. The responsible physician shall also establish a mechanism to assure that the quality and adequacy of these services are assessed annually. The plan shall include a means for the correction of identified deficiencies of the health care and pharmaceutical services delivered.

Based on information from these audits, the health authority shall provide the facility administrator with an annual written report on health care and pharmaceutical services delivered.

---

### 15 CCR § 1203
**§ 1203. Health Care Staff Qualifications.**

State and/or local licensure and/or certification requirements and restrictions, including those "defining the recognized scope of practice specific to the profession, apply to health care personnel working in the facility the same as to those working in the community. Copies of licensing and/or certification credentials shall be on file in the facility or at a central location where they are available for review.

### 15 CCR § 1204
**§1204. Health Care Staff Procedure.**

Health care performed by personnel other than a physician shall be performed pursuant to written protocol or order of the responsible health care staff.

### 15 CCR § 1205
**§ 1205. Health Care Records.**

(a) The health authority shall maintain individual, complete and dated health records in compliance with state statute to include but not be limited to:

(1) receiving screening form/history;

(2) health evaluation reports;

(3) complaints of illness or injury;

(4) names of personnel who treat, prescribe, and/or administer/deliver prescription medication;

(5) location where treated; and,

(6) medication records in conformance with section 1216.

*(handwritten: "NCMI/IDO")*

(b) The physician/patient confidentiality privilege applies to the health care record. Access to the health record shall be controlled by the health authority or designee.

The health authority shall ensure the confidentiality of each inmate's health care record file (paper or electronic) and such files

## MEDICAL CARE OF PRISONERS

shall be maintained separately from and in no way be part of the inmate's other jail records. Within the provisions of HIPAA, 45 C.F.R. § Section 164.512(k)(5)(i), the responsible physician or his designee shall communicate information obtained in the course of health screening and care to jail authorities when necessary for the protection of the welfare of the inmate or others, management of the facility, or maintenance of jail security and order.

**15 CCR § 1206. Health Care Procedures Manual.**

The health authority shall, in cooperation with the facility administrator, set forth in writing, policies and procedures in conformance with applicable state and federal law, which are reviewed and updated as least every two years and include but are not limited to:

(a) summoning and application of proper medical aid;

(b) treatment and evaluation with other treating health care professional;

(c) emergency and non-emergency medical and dental services, including transportation;

(d) provision for medically required dental and medical prostheses and appliances;

(e) verification of next of kin or legal guardian in case of serious illness which may result in death;

(f) provision for screening and care of pregnant and lactating women, including prenatal and postpartum information and health care including but not limited to access to necessary vitamins as recommended by a doctor, information pertaining to childbirth classes and infant care;

(g) referral, and care of mentally disordered and developmentally disabled inmates;

(h) implementation of special medical programs;

(i) management of inmates suspected of or confirmed to have communicable diseases;

(j) the procurement, storage, repackaging, labeling, dispensing, administration/delivery to inmates, and disposal of pharmaceuticals;

(k) written authorization by the inmate is necessary for transfer of jail care record information unless otherwise provided by law or administrative regulations having the force and effect of law.

(l) plates shall not be used for health care record-keeping;

(m) patient confidentiality and its exceptions;

(n) the transfer of pertinent individualized health care information, or individual documentation that no health care information is available, to the health authority of another correctional system. Necessary inmate medication and health care information shall be provided to the transporting staff together with precautions necessary to protect staff and inmate passengers from disease transmission during transport;

(o) forensic medical services, including drawing of blood alcohol samples, body cavity searches, and other functions for the purpose of prosecution shall not be performed by medical personnel responsible for providing ongoing care to the inmate;

(p) preparations for application and removal of restraints on pregnant inmates consistent with Penal Code Section 1407;

(q) other Services mandated by statute; and.

Page 75 of 192

## MEDICAL CARE OF PRISONERS

**15 CCR § 1206.5**
**§ 1206.5. Management of Communicable Diseases in a Custody Setting.**

(a) The responsible physician, in conjunction with the facility administrator and the county health officer, shall develop a written plan to address the identification, treatment, control and follow-up management of tuberculosis and other communicable diseases. The plan shall cover the intake screening procedures, identification of relevant symptoms, referral for a medical evaluation, treatment responsibilities, and the follow-up evaluation of communicable diseases. The plan shall reflect the current local incidence of communicable diseases which threaten the health of inmates and staff.

(b) Consistent with the above plan, the health authority shall, in cooperation with the facility administrator and the county health officer, set forth in writing, policies and procedures in conformance with applicable state and federal law, which include, but are not limited to:

(1) the types of communicable diseases to be reported;

(2) sharing of medical information with inmates and custody staff;

(3) the persons who shall receive the medical reports;

(4) medical procedures required to identify the presence of diseases(s) and lessen the risk of exposure to others;

(5) medical confidentiality requirements;

(6) housing considerations based upon behavior, medical needs, and safety of the affected inmates;

(7) provisions for inmate consent that address the limits of confidentiality;

(8) reporting and appropriate action upon the possible exposure of custody staff to a communicable disease.

**15 CCR § 1207**
**§ 1207. Medical Receiving Screening.**

With the exception of inmates transferred directly within a custody system with documented receiving screening, a screening shall be completed on all inmates at the time of intake. This screening shall be completed in accordance with written procedures and shall include but not be limited to medical and mental health problems, developmental disabilities, tuberculosis and other communicable diseases. The screening shall be performed by licensed health personnel or trained facility staff. Staff documentation of staff training regarding the specific forms with appropriate disposition based on responses to questions and observations made at the time of screening. The training depends on the jail staff are expected to play in the receiving screening process.

The facility administrator and responsible physician shall develop a written plan for complying with Penal Code Section 2656 (orthopedic or prosthetic appliance used by inmates).

**15 CCR § 1207.5**
**§ 1207.5. Special Mental Disorder Assessment.**

There shall be a written plan to provide care for any inmate who appears at it a screening to be in need of or who requests medical attention. The screening shall be performed... Written procedures and screening protocol shall be established by the responsible physician in cooperation with the facility administrator.

An additional mental health screening will be performed according to written procedures, on women who have given birth within the past year and are charged with murder or attempted murder of their infants. Such screening will be performed an entry if the assessment indicates postpartum psychosis a referral for further evaluation will be made.

**15 CCR § 1208**
**§ 1208. Access to Treatment.**

The health authority, in cooperation with the facility administrator, shall develop a written plan for identifying and/or referring any inmate who appears to be in need of medical, mental health or developmental disability treatment at any time during any incarceration subsequent to the receiving screening. This plan shall also include the assessment and treatment of such inmates as described in Section 1207. Medical Receiving Screening. Assessment and treatment shall be performed by either licensed health personnel or by persons operating under the authority and/or direction of licensed health personnel.

Page 76 of 192



State of California

PENAL CODE

Section 422.6

422.6. (a) No person, whether or not acting under color of law, shall by force or threat of force, willfully injure, intimidate, interfere with, oppress, or threaten any other person in the free exercise or enjoyment of any right or privilege secured to him or her by the Constitution or laws of this state or by the Constitution or laws of the United States in whole or in part because of one or more of the actual or perceived characteristics of the victim listed in subdivision (a) of Section 422.55.

(b) No person, whether or not acting under color of law, shall knowingly deface, damage, or destroy the real or personal property of any other person for the purpose of intimidating or interfering with the free exercise or enjoyment of any right or privilege secured to the other person by the Constitution or laws of this state or by the Constitution or laws of the United States, in whole or in part because of one or more of the actual or perceived characteristics of the victim listed in subdivision (a) of Section 422.55.

(c) Any person convicted of violating subdivision (a) or (b) shall be punished by imprisonment in a county jail not to exceed one year, or by a fine not to exceed five thousand dollars ($5,000), or by both the above imprisonment and fine, and the court shall order the defendant to perform a minimum of community service, not to exceed 400 hours, to be performed over a period not to exceed 350 days, during a time other than his or her hours of employment or school attendance. However, no person may be convicted of violating subdivision (a) based upon speech alone, except upon a showing that the speech itself threatened violence against a specific person or group of persons and that the defendant had the apparent ability to carry out the threat.

(d) Conduct that violates this and any other provision of law, including, but not limited to, an offense described in Article 4.5 (commencing with Section 11410) of Chapter 3 of Title 1 of Part 4, may be charged under all applicable provisions. However, an act or omission punishable in different ways by this section and other provisions of law shall not be punished under more than one provision, and the penalty to be imposed shall be determined as set forth in Section 654.

(Amended by Stats. 2004, Ch. 700, Sec. 8. Effective January 1, 2005.)

Duran vs. Elrod, 760 F2d 756, 760-61 (7th Cir 1985)
(weighing Public Safety and Criminal Justice System concerns in enforcing
Jail crowding order)

Toussaint v. McCarthy, 801 F2d 1080, 1086-87, (9th Cir 1986)
(pre-PLRA cases applying similar standard)

?.Bett    Gilmore vs. Calif, 220 F3d 987, 1006 (9th Cir 2000)

ANI    Morrison v. Garraghty, 239 F3d 648, 661 (4th Cir 2001)
(affirming injunction prohibiting refusing the plaintiff a Religious
exemption from property restrictions solely based on his (His)
non-membership in the "Native American Race")

"Dependant-Domestic-Nation":

Crawford vs. Clarke, 578 F.3d 39, 43-44 (1st Cir 2009)
⤷ (granting injunction concerning religious practices for all
"special management units" in non-class suit brought by
residents of one unit)

Morales Feliciano vs. Rullan, 378 F.3d 42, 54-56 (1st Cir 2004)
⤷ Finding remedy of privatization (and concerns) of Medical care
appropriate in light of failure of less intrusive measures;
"Drastic times call for Drastic Measures"

PLRA - "Prisoner Release Orders"

w/ 18 USC 3626 (a)(3)(B)(i)  "Three Judge Court" Required by
the moving party    w/ Tyler vs. Murphy, 135 F3d 594, 598
(8th Cir 1998) (Unclear under PLRA whether "Finding that will avoid
termination of an existing injunction must in all cases be made
by a three-judge court) if the injunction includes a prisoner
release order")  Re, Different Kinds of Relief's

w/ Coleman Vs. Schwarzenegger, 2010 WL 99000 (ED (al.1-12-10)
(entering order to reduce Prison population)

Miller vs. French, 530 US 327, 120 S.Ct. 2246 (2000) (S.Ct. PLRA does not viate the Principle of Seperation of Powers)

Imprisoned Citizens Union v. Ridge, 169 F.3d 178 (3d Cir 1999)

Inmates of Suffolk County Jail vs. Rouse, 129 F.3d 649 (1st Cir 1997) USDC & Cir App Ct upheld decision)

Taylor vs. US, 143 F.3d 1178 (9th Cir 1998) (striking down provision as violating Seperation of Powers), and superseded, 181 F.3d 1017 (9th Cir 1999 (en banc))

Mapp vs. Ohio (1961) 367 US 643, 81 S.Ct. 1684 (Court admit illegally obtained evidence in state trial)

and Conseq Shows -- !

Important Case-Law

Baker vs. Cal        @ 369 US 186, 208-10 (    )
(Political-Question-Doctrine

· Crawford vs. Wash. @ 541 US 36, 124 S.Ct. 1354 (2004)

In re  Reyna  Carmen @ 48 Cal 2d 851, 313 P.2d 517 (1957)
[illegible handwritten lines]
In re (×2 [illegible]) (1961) SJW XMV3 Lake SLMDS "in
People vs. Collins  @ 105 Cal 504, 509 (39 P. 16)
". Such Jur. claims Are ordinarily DEFENSIVE Matter(s)."

Meyer vs. City of Chicago (1971)   404 US 189
[illegible] of App review -- not only at the substantial risk of G. Fro. Take it in. Tik Ry

1875,  Minor vs  Happersett  88 US  162
In Re Bower, 1985, 38 Cal 3d 695 -- [Jj when reference to matter(s)
outside the Record is Necessity To Est. (Def. Pend Fund. of R) [illegible] Resort to H.C [illegible]
Beckett, Ramirez Vs.  Gonllerz  Begot (Murphy vs. Collins) [illegible]

Cherokee Nation vs. Georgia, 30 U.S. (5 Pet) 1 (1831)

People vs. Collins, (1895)   105 Cal 504, 39 P. 16
(Fed. Exclusive Jur./ "ordinarily Defensive Matters";

People vs. Ken Byrd (way on) (2015) 5th Dist CT, No. F069939
(Cy ea Atty Gen Kamala Harris & CT-of-App-Appt-Def'y Atty Steven Turner

Brandenburg vs. Ohio  (1969) US S.Ct. 395 US 444,
("advocating violence, -- means of accomplishing Industrial or politil reform"

Bonnie Hedlund vs. Superior CT, (1983)  669 P.2d 41 ("Failed To
(PTSD CdT = "Their prof. Req'd them To Notify -- of the danger of Duty was breached

New york Times vs. Sullivan  (1964) 376 US 254.
(Freedom of expression/speech -- Robust, Vehement & Caustic Distikes)

Connick vs. Thompson, 2011, 563 US 51, 131 S ct 1350 (25 pgs)
(Re: Running Keyer Effect) Relevant in stance)

Nichols vs. Penn Health (Apr 14 2020)
(Re: Running-Keyer Effect / 5 pgs-50 pp) Exhibits, vs. 16 + 245 pgs Decrpp)

Clement vs. Gomez, 298 F3d 898 (9th Cir. 2002)
(Re: deliberate indifference is Evil, ONLY when signal. Knows
Safety), the officer must prthen be AWARE of the facts...

Irwin vs. City of Hemet, 22 Cal App 4th 507, 27 CRd 433 (4th Dit)
Re: Conditions of confinement for indigent, medical care needs, "Confs unused..."

Detten vs. Central Leather Co (1919)

Nixon v. U.S. (1992)
good here. Political Question (Non-justiciability. Pt. time)

Hudson vs. Youth... 509 F 3d... (2010)...
...significant risk of cancer complication... house... injury...

Carl Massey vs. Mercy medical enter Redding (2003) 180 Cal App 4th 690
(Aty Mike Dunn's, med-negligence) "Prof standards of indulge + put.

Jamison vs. Hanford (1989) 100 Cal App 3d 223
(medical malpractice, decided no negligent)

(left margin, rotated:) Francis v. Hartford Hosp 1979
98 Cal App 3d 331, 349, 160 CR 246

Important-Relevant,
Case-Law/Authority--

Altman vs. Hefferbe (1980) 28 Cal 3d 161, 167 CR 859
Civil Consl. The law does not, though, Require an EQUALLY STRingent showing of E.
("involves Less of Liberty and substantial stigma, forbidding err.)
must be minimized when such drastic consequences are at stake.

Habeas (i): (III) Prosecution's suppressions of
Favorable Evidence (see In re Pratt, 1999, 69 CA 4th 1294,
1315, 82 C.R. 2d 260 [Defendant was, Entitled to
discharge on showing that prosecution witheld significant
Evidence, that could have been used to impeach key
prosecution witness.]"

Poyner vs. Weaver, 131 Cal App 3d 38, 182 Cal Rptr 225
(32.28 FRAUD); "CAUSE of Action for fraudulent misrepresentation"

(III) a psychotherapist has a duty to protect certain
third parties from a patients Dangerousness." w/ St. Francis
vs. Superior court 194 Cal App 3d 468, 239 Cal Rptr 765 (1979)

Re. Malpractice, (Ie) as Negligent Nurses w/ (II) particular
circumstances is within the common knowledge of Layman—
per Massey vs. Mercy med. Ctr Rdg, 180 Cal 4th
610, 2009. (Rel. common knowledge Reraakhnist vs. "Pass" the
Buck - Game. Systemic

Jury-Inst (7th Ed) 6.25 -- (i) Nurses must
have the knowledge AND skill ordinarily possessed,
and must exercise the CARE and SKILL ordin-
arily used in like cases
w/ Fraijo vs. Hartland Hospital, 99 Cal App
3d 331, 160 Cal Rptr 2 461, 1979
w/ (II) A nurse has the responsibility to seek
Assistance from more highly skilled med-
ical personnel if do so is in accord with the
standard of care (responsibility of the Nursing
profession" (w/o detrimental Divided-Loyalty favoritism)

# w Gov. C. 8658 (II) All COUNTY SHERIFFS—(commind-
ing govt ENTITIE of Hon. authority, to "Remove" or "Release")

- Authority/

"Federal-Jurisdiction-only!"/ [illegible]-Penalties,
ie. etc. and as to - No-PV etc. BUT,
"Wrath-of-An-Woman!"- Frauds (and include
"IAC-Aty's" m'ships to "Matters-outside-
The - Record"/writ is "Required"/ 1985, incl.
Bounds; And for "Prosecution's suppression
of Favorable Evidence @ [illegible] Incopett,
69 CA 4th 1365] Defendant was entitled to
DISCHARGE   on showing That prosecution
witheld significant EVIDENCE That could
have been used To impeach Key pros-
ecution witness-J"/ Rel. IAC-Aty's;
Judicial-MISCONDUCTS; DIST-Aty's F+F
Concealment-Crimes"; "Custodial-Handicap(i)-
Prejudices"; Defective-oversight's continues
abuse suppression", etc. And "show-no
[illegible] Allegical-corruption "Authored"

(e)   as To   This and OTHERS Ref's to-reity
WHEREBY   dismissed; [illegible] 1385 o [illegible] as a [illegible]
encompassing (contradictive)-5 2 Am[illegible]-d IV,3 57;
"(for This-slip) Malicious-Prosecution(i)" (Furthermore
and Notably Forever "Debored" + "Tainted" 13th Amend.
PRE REQUISITE "  Duly Convicted." To be Impossible
"As-An-Matter-of-Law" THEREFORE deprivations of
" Involuntary-Servitude"/"Life, Liberty, Property and Pursuit
of Happiness"/ IS  Felonous + Treasonous-Violation's!

Ca. PC 995; Etc, Non-Statutory: Dismissal

10a) Violation of "a (Statutory or otherwise) Substantial Right of the Defendant"

11) substantial violation of statutory procedure. The statutory procedure may be violated in so substantial a manner as to make the commitment by the magistrate illegal, in which event the superior court —

(") has No Jurisdiction To Proceed" (@ 54 C2d 503)

by the following circumstances thats applicable grounds for setting aside an information (esp. 1368-BS-"Doubt"), (aa) Failure ("To be Informed") the defendant of his-her rights at the examination, in violation of PC 858 (Supl. §§ 143, 145) (see People vs. Salas, 1926, 80 C.A. 318, 250 P. 526)

(b) A denial of the Right(s) to ('and to have the Assistance of-) counsel (for his-her defense.") (see 1-30-2005 +/- "Treasonous-or-Not"-Law + War; Components--Definitions USA "Allegiance"/" obligations of fidelity and obedience to the Gov't/" we the People" vs. "Four-Branches-of-Gov't" Subordinates; ie. cf. Ten-Polk County vs. Dodson, 1981, 454 US 312, appt-Defense-Aty's Not to be Neutral "officer-of-the-court". Faretti vs. Ackerman, 1979, 444 US 193, Crawford vs. Wash. @ 541 US 26, Confrontation-Rights-Etc "Common-Law" vs. "Foreign-To-our-Const." Unlawful-Officials;

w/ People vs. Napthaly (1895), 105 C. 641, 644; 39 P. 29; People vs. Hellum (1962 205 C.A. 2d 150, 22 CR 254; People vs. Miller (1932) 123 C.A. 499, 502

(c) The District-Attorney's Potential For bias OR an appearance of having a conflict of interests, Leading to the conclusion that Defendant was not Legally committed (See People v. Superior Court (6cess 1977) 19 C3d 255, 265, Foot note 5, 137 CR 476, 561 P.2d 1164)

Re. (ie) as to 'Leg-Scratch' (Sepsis of Innocens) pertinent misdemeanor (not felony charge), AND that All other Violated-Defense-Rights)/ implicates P. Aty's 18 USC 2382 +4; FTT-Concealment-crimes.

(d) Viol's "Right to Speedy Trial" is substantial Right; Ref. "correctly sought review of the Magistrate's ruling by filing a 1section 995 motion to set aside the Information." (@ 101 C.A. 4th 740

(ie). Particularly To No-Calif-Lawful-Authority/

"Misdiagnosis - 5%" +
per NEWS-ed's Inst-of-Med-Rpt / Navy-Virg Pr. Tim McDonald
Stanford-Navy Jeff Oliver; for 1973 Stanford-Navy
Dr. Rosenhans "on being sane in insane places" for
exposing - Epidemic-Misdiagnosis's; AND update
HERE TO "maliciously-deliberate-Misdiagnosis-for-
(F&T)-"Political-Trials" Prisoners; AND Torturious-
Futilities + worsening's - To- Correct-Misdiagnosis-slanders
+ "Exterminating-Dissenters." - REQUIRES- DUTIFUL-
"THROW-OFF" - and -Treason's-"DEATH"- Law-Cure
by Const-Law-"People" - F&T- Misrepresented-To-Be-
Terrorists- subjected- 'F&T-"Punishment-for-Exercise-
of-civil-Rights"; rel. "Psychiatry is on the Couch",
and, exposed "Unprincipaled"; "Psycho-Prosecuters";
manipulating rationalized-Justification, for Destructively
evil Use-Const's Protections + Prohibitions violations.

    P-- Accordingly THAT Hereby "Confrontat-
Right(s)" is to expose/Prosecute/and correct such
"(F&T)-"Political-Trials."; esp. (ie) 'Fraudulently-
Erronious- Unconstitutional-"Obstructions"- CRIMES
For - "unreasonable"-Adversities' This is as to
IAC-Pd-Aty's misrepresentations; IAC- retaliation's
declaring Psych Pc 1368 + Mental-Competence "Point";
That Jealous biased -Judges, Dist-Aty's 18 USC 2382 or
4--'concealment-crimes; Etc. Participant-Evasion's, to
"Adverse to the state"- MATTERS', being oppressed-Suppressed
'Deliberate-"Miscarriage-of- Justice"- (F&T)-CRIMES'
(Furthermore-- esp. re. "Political-Trials."-EVASION' Concerted-WRONGS, by Psych; 1st; MPO; IAC; T-M&N's;
Etc. AND is party: Plundering-America's-Destruction;
intolerable Felonious AND Treasonous Govt. Crimes!).
        → Pg. 16-of- ∠

8/2/2021

"Being sane in insane places" - Google Scholar

**Rouse v. Cameron**
373 F.2d 451 (1966) - Court of Appeals, Dist. of Columbia Circuit, 1966 - Google Scholar
… the trial is charged in C. ROUSE, Appellant, v. Dale C. CAMERON, Superintendent,
Saint Elizabeths Hospital, Appellee. No. 19883. United States Court of Appeals District of
Columbia Circuit, Argued March 23, 1966. Decided October 10, 1966 …
☆ 99   Cited by 1613   How cited   Related articles

**Bartley v. Kremens**
402 F. Supp. 1039 - Dist. Court, ED Pennsylvania, 1975 - Google Scholar
… The child's attorney shall be in receipt of the notice at least forty-eight (48) hours prior
… to the initial hearing; [20] The possibility and danger of error is discussed by DL Rosenhan
in "On Being Sane in Insane Places." 179 Science 250 (1973) …
☆ 99   Cited by 405   How cited   Related articles

**Rosenstock v. Bd. Of Governors of Univ. of NC**
423 F. Supp. 1321 (1976) - Dist. Court, MD North Carolina, 1976 - Google Scholar
OF the UNIVERSITY OF NORTH CAROLINA et al., Defendants. No. C-75-483-D. United States
District Court, MD North Carolina, Durham Division. December 17, 1976 …
☆ 99   Cited by 46   How cited   Related articles

**Tarasoff v. Regents of University of California**
551 P. 2d 334, 17 Cal. 3d 425, 131 Cal. Rptr … - Cal: Supreme …, 1976 - Google Scholar
… [8] Other studies, and there are many, have reached the same conclusion, psychiatrists simply
cannot predict dangerous behavior." (Id., at p. 227.) Equally illuminating are studies
Rosenhan, On Being Sane in Insane Places (1973) 13 Santa Clara Law …
☆ 99   Cited by 5388   How cited   Related articles

**People v. Burnick**
535 P. 2d 352, 14 Cal. 3d 306, 121 Cal. Rptr … - Cal: Supreme …, 1975 - Google Scholar
… omitted.) (Developments in the Law — Civil Commitment of the Mentally Ill (1974) 87
Harv. L. Rev. 1190, 1200-1201; second, Rosenhan, On Being Sane in Insane Places (1973)
13 Santa Clara Law … 379, 385, and authorities cited in fn 11.) …
☆ 99   Cited by 558   How cited   Related articles

**In re Bailey**
482 F. 2d 648 - Court of Appeals, Dist. of Columbia Circuit, 1973 - Google Scholar
… See, Developments in the Law — Civil Commitment of the Mentally Ill (1974) 87
Harv. L. Rev. 1190, 1200-1201; second, Rosenhan, On Being Sane in Insane Places (1973)
"pseudo-patients" (including three psychologists, a pediatrician, a psychiatrist and a housewife)
were admitted to various mental institutions by feigning a controlled pattern of symptoms …
☆ 99   Cited by 327   How cited   Related articles

**Conservatorship of Roulet**
590 P. 2d 1, 23 Cal. 3d 219, 152 Cal. Rptr … - Cal: Supreme Court, 1979 - Google Scholar
… omitted.) (Developments in the Law — Civil Commitment of the Mentally Ill (1974) 87
Harv. L. Rev. 1190, 1200-1201; second, Rosenhan, On Being Sane in Insane Places
(1973) 13 Santa Clara Law … 379, 385, and authorities cited in fn …
☆ 99   Cited by 466   How cited   Related articles

**State v. Krol**
344 A. 2d 289, 68 NJ 236, 192 NJ Super. 480 - NJ: Supreme Court, 1975 - Google Scholar
… L. 275 Rev. 438 (1974); Ennis and Litwack, "Psychiatry and the Presumption of
Expertise: Flipping Coins in the Courtroom," 62 Calif. L. Rev. 693 (1974); Rosenhan,
"On Being Sane in Insane Places," 179 Sci. 250 (1973);
… L. Rev. 693 (1974); Rosenhan, "On Being Sane in Insane Places," 179 Sci. 250 (1973);
☆ 99   Cited by 123   How cited   Related articles

**In re Stephenson**
367 NE 2d 1273, 67 Ill. 2d 544, 10 Ill. Dec. 507 - Ill: Supreme Court, 1977 - Google Scholar
… L. Rev. 693 (1974); Diamond, The Psychiatric Prediction of Dangerousness, 123 U. Pa.
Scheff, Being Mentally Ill: A Sociological Theory 130-51 (1966) …
☆ 99   Cited by 129   How cited   Related articles

8/2/2021

"Being sane in insane places" - Google Scholar

**State Ex Rel. Hawks v. Lazaro**
202 SE 2d 109 - W. Va: Supreme Court of Appeals, 1974 - Google Scholar
… determination can be made by trial, Bittersweet: See, Brigante and Brigante,
Priests of the Middle Class, Psychology Today, December, 1973; Rosenhan, "On Being
Sane in Insane Places," Science, January, 1973. The lack of …
☆ 99   Cited by 337   How cited   Related articles

https://scholar.google.com/scholar?hl=en&as_sdt=2006&q=%22being+sane+in+insane+places%22&btnG=

https://scholar.google.com/scholar?hl=en&as_sdt=2006&q=%22being+sane+in+insane+places%22&btnG=

**18 USC 2384: Seditious conspiracy**
Text contains those laws in effect on May 31, 2021
From Title 18-CRIMES AND CRIMINAL PROCEDURE
PART I-CRIMES
CHAPTER 115-TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
Jump To:
**Source Credit**
**Miscellaneous**
**Amendments**
**Effective Date**

**§2384. Seditious conspiracy**

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808 ; July 24, 1956, ch. 678, §1, 70 Stat. 623 ; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148 .)

HISTORICAL AND REVISION NOTES
Based on title 18, U.S.C., 1940, §6 (Mar. 4, 1909, ch. 321, §6, 35 Stat. 1088 ).

EDITORIAL NOTES
AMENDMENTS
1994–Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000".
1956–Act July 24, 1956, substituted "$20,000" for "$5,000", and "twenty years" for "six years".

STATUTORY NOTES AND RELATED SUBSECTIONS

EFFECTIVE DATE OF 1956 AMENDMENT

Act July 24, 1956, ch. 678, §3, 70 Stat. 624 , provided that: "The foregoing amendments [amending this section and section 2385 of this title] shall apply only with respect to offenses committed on and after the date of the enactment of this Act [July 24, 1956]."

By Absertion // Budget-...
Robert - officials - Covid

rel's - conducts under "color-of-Law" w/n
of wis/wer office, ("misuse or abus-...
@ wo-wroughts" (rev.minized us + Co...
Supreme ct "however evidence" tied to
Renown'd "Foreign To our Const." ti-
Today (# Non-USA Const-Republic

rel. Felonious & Treasonous violations,
of U.S. Const.-Laws, "Authority (((ct.,
Article VI will. The US Const. IS Both To
be "supreme Law of the Land" And includ-
ing that "The Judges in every state shall
be Bound thereby, by 56,550 will full
Here-To "Seditious - Conspiracy

Re: conducts (7-MEN's) aka- Abus-s and
Neglect(s) THAT which constitutes -
(ii) IF Two or more Persons in
any state or Territory, or in any place subject
To the Jurisdiction of the U.S.;

OR  TO OPPOSE by FORCE
THE AUTHORITY Thereof

# ref, Blacks Law Dict Cent-Ed; OPPOSIT-
ion: "ACT of opposing or Resist-ing;
Antagonism; Antithesis; Also, a position
confronting another or placing in
contrast; That which is or furnishes
an obstacle To some result.
"Political Party opposed To ministry
or administration;"

**U.S. Department of Justice**

Civil Rights Division

*Federal Coordination and Compliance Section*
*950 Pennsylvania Ave. NW*
*Washington, DC 20530*

COMPLAINANT CONSENT/RELEASE FORM

Your Name:

Address:

Complaint number(s): (if known)

*Please read the information below, check the appropriate box, and sign this form.*

I have read the Notice of Investigatory Uses of Personal Information by the Department of Justice (DOJ). As a complainant, I understand that in the course of an investigation it may become necessary for DOJ to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOJ to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOJ to disclose information, including personally identifying details, that it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by DOJ's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOJ.

CONSENT/RELEASE

☑ CONSENT - I have read and understand the above information and authorize DOJ to reveal my identity to persons at the organization or institution under investigation. I hereby authorize the Department of Justice (DOJ) to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

☐ CONSENT DENIED - I have read and understand the above information and do not want DOJ to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

SIGNATURE                           DATE

OMB No.1190-0008
Expires: 03/21/2023

*Ref (w/ret "Long-Train"
m____ ___ as there ___ ___ ___
(1e) US (ong Jud-Cmty)
Sen. 6 Passhy (P. Lamalfa
fraction al Packages'
re. 1-30-2005 +/-

**U.S. Department of Justice** X ATy-Gen.
Grievance
**Civil Rights Division** (No-Waivers)

"Treasonous-or-Not"
LAW-and-War"!

< *Federal Coordination and Compliance Section*
950 Pennsylvania Ave, NW
Washington, DC 20530

Thats not w/ in standing etc ____ & tempted Evasions

'US-("REDRESS-OF-) Grievance-Rights'!

*"Culprits" esp. rel. Discrimatory-Favoritisms"
DOJ-AG

**COMPLAINT FORM**

The purpose of this form is to assist you in filing a complaint with the Federal ~~Coordination and Compliance Section~~ (FCS). You are not required to use this form; a letter with the same information is sufficient. However, the information requested in the items marked with a star (*) must be provided if you submit something other than this form.

1.* Your name and address.
Name: "Mr. United States Attorney General & Special-Prosecutor, Beck, general-etc. & clerke 1914 t
Address: c/o KCM-1308 Placer ST
Redding CA. Zip 96001
Telephone: Home: (____) Work or Cell: (____)

2.* Person(s) discriminated against, if different from above:
Name: ie, U.S. DoJ, Aty Gen's)/Aty's Mergers w/ P. Tobeg (etc)
Address: above w/ DC and sac-CA, 501 I' ST.
Zip_____
Telephone: Home: (____) Work or Cell: (____)
Please explain your relationship to this person(s).
As to "Grievances" "Common-Defence" "Confrontation-
Rights" to obtain DUTIFUL "Assistance" "Interventions"

3.* Agency and department or program that discriminated: OR AIT.
Name: Yourselves, US-DOJ, ATy Gen. ATy's
Address: w/ DC and sac-CALIF ETC. HERE where I am
w/ Pres-Bidin' Denied 'shall Receive' *-LAW!' Zip_____
Telephone: Home: (____) Work or Cell: (____)
* Ref's "Long-Train..." (T.O.N.)-Evidence's!

4A.* Non-employment: Does your complaint concern discrimination in the delivery of services or in other discriminatory actions of the department or agency in its treatment of you or others? If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.
____ Race/Ethnicity: USA-(US Const")="Allegiance"-Obligations Minority-of-Minority-Dissenter real-rare-American
____ National origin: X- U.S.A. USMC) ~ vy Native Amaricn Lakota-Sioux
____ Sex: "Man"
____ Religion: AMI, Native-American, Christian, USMF code
____ Age: 60 yrs XII "Miles"
____ Disability: USMC-PTSD, ADA (ie, esp. Routinely (indexed)
Systemic "Domestic-Enemies" / "Traitors & Invaders"
evil, wrongful, unreasonable, Torturious, etc.
malfeasance's and/or Neglectful Nonfeasance's
Retaliations (ie, Felonious & Treasonous- "Political-
Trials") violated-defense-Rights, etc. and "Punishment-for-
Exercise-of-civil-Rights")"Crime-Victims Systemic cover-ups

OMB No.1190-0008
Expires: 03/21/2023

(left margin, vertical) "Re-" "The-Alarm-of-Tyranny-(T.O.N.)"

(right margin, vertical) Compartmentalizations-Redress'

4B.* Employment: Does your complaint concern discrimination in employment by the department or agency? If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.

_____ Race/Ethnicity: AMI, Lakota-1st Nation vs. Status Quo
_____ National origin: USMC, Rel. orth; Anti-"Domestic-Enemies/Treason"
_____ Sex: "Man" (e), "Wic-Un-Beye" / Feminen;
_____ Religion: Right Has Light, Wicahg's bring old songs! (Chai Tian) (N-Tai-r(on)
_____ Age: 60
_____ Disability: PTSD. Etc. But dislike for "Assistance"; No "Submission" or "Compromise" to Govt Wicahg's disliked!

5. What is the most convenient time and place for us to contact you about this complaint?
Now ("yestaday'in") @ Sh+t-Jail; T-A.M.H

6. If we will not be able to reach you directly, you may wish to give us the name and phone number of a person who can tell us how to reach you and/or provide information about your complaint: (?) Warden / Executive Director / Shrif (Ton-Traitors)
→ ie 18 USC 241, 4!
Name:_____
Telephone: Home:(____)_____ Work or Cell: (____)_____
→ Thats denied (1st Amnd's Right) you Dis-Courte.

7. If you have an attorney representing you concerning the matters raised in this complaint, please provide the following: cel, snow-balling 18 USC 241, 4, 2384, Etc.
Name:_____ (ie) "Seditious-conspiracy" (furthermore
Address: _____ that US DoJ + Aty Gen / ATy's
_____ Intervene, Zip STOP, or "col-consp"!
Telephone: Home: (____)_____ Work or Cell: (____)_____
☆ Ref, F+T-IAC-ATy's (a-Stth-Bar, Grievance's "conspiracy"!

8.* To your best recollection, on what date(s) did the alleged discrimination take place?
Oct. 2-11-21'  (ie) Feb.11'2021+Thereafter
Earliest date of discrimination: 15 (r's) (Tony)'  Daily Prej. (F+T) Effects
Most recent date of discrimination: 'Now'  ☆ Supp's 42 USC 1997-Cir-Duty's! Malfeasence's/ Nonfeasence's!

9. Complaints of discrimination generally must be filed within 180 days of the alleged discrimination. If the most recent date of discrimination, listed above, is more than 180 days ago, you may request a waiver of the filing requirement. If you wish to request a waiver, please explain why you waited until now to file your complaint and FCS will evaluate the explanation and decide if a waiver is appropriate.

9.) Review 'ones' online + mailed are (F+T) MIA Trust Systemic - Failure's - Cover-Up US-DoJ etc. (unlawful) (and Evil. Hole (st)) 12, and Prejudiced (Amnd's that Tyrany, + Duplicitive Rel'g of "Chris-Mercy" 'Scofflier" safely MIA!) by collective Concert's "Gang Danger's" that Deny Relief and perpetuate Adversity, so To "War-of-Principalities" w/ Prison-Ties vs. These "F+T-Futilities"-Evid.!!

OMB No.1190-0008
Expires: 03/21/2023

10.* Please explain, as clearly and neatly as possible, what happened, why you believe it happened, and how you were discriminated against. Indicate who was involved. Be sure to include how other persons were treated differently from you. (Please use additional sheets if necessary and attach a copy of written materials pertaining to your case.)

As That Implication's-and-Ref's-Totality, however, Into-evts My "(Felonins + Treasonous)-", Political-Trials" (ie. IAC-Aty's, Ct's, etc "CONSPIRACY" Violating" and To Have The Assistance of Counsel For His-Her Defense, - Right's - "Supreme-Law-of-The-Land"/ US-Const.-Law), As To Disregarding 2-9-2020 snow-balling "Unreasonable searches + seizures", Forcing IAC-Aty's "conflicts-of-Interests"/"Judicial-Activism"/ Dist-Aty's/ US + Ca DoJ Aty-frog's/ Custodial-Handicap/ Defective-Oversights/Etc, concerted Abuses + Neglect's, Systemic persecution, "confirmation-Bias" and/or "viol-ated-Rights" (purposeful Stovall vs. Denno's causation's "The clear Danger of convicting The innocent")-- Etc.

  IP-- That (ie) specifically US DoJ Aty Gen's Has Unlawfully, wrongfully, Etc Denied Myself (etal) such Demanded 15 pgs 2-11-2021 US-DoJ's "Sought 28 USC 594(+/9) ie. "Assistance" (and Protective/Injunct-ive-Relief's such Urgent-Govt-Injunction's, includ-ing These "BS-"good-Intentions"" w/ ie. F+T-obstructions of The-Rest-of-The-Story

11. Title VI of the Civil Rights Acts of 1964, 42 U.S.C. §§ 2000d – 2000d7 and the nondiscrimination section of the Omnibus Crime Control and Safe Streets Act of 1968, 28 U.S.C.§ 3789d(c), prohibit recipients of Department of Justice funds from intimidating or retaliating against anyone because he or she has either taken action or participated in an action to secure rights protected by these laws. If you believe that you have been retaliated against (separate from the discrimination alleged in #10), please explain, as clearly and neatly as HERE possible, the circumstances below. Be sure to explain what actions you took which you believe were the basis for the alleged retaliation. (w/ Grievance's-collective-Oversights-Tortured)

Thats encompassing The Voluminous Calif. "People" particuler To Siskiyou + Shasta county Govt's ("Badges + Robes"/ "Accessory's"-officials) ie. especially Shasta county Sheriffs office + Jail, as That is constantly, Ten months "obstructions-of-Justice"/ prejudices "Defense-Right's" manipulative "Grievance-system" Tortures + cover-up's, 18 USC 2384 "oppress"/2382 + 4--F+T-concealment-crimes" ie. Protection+ Advocacy Inc/ Disability-Rights-Calif; ie. Etc, Fully Unbeknownst HERE beneficiaries to These "Justice-Funds" (and derivative party's) THATS Abuses + Neglects Subjected myself because "my-Race-Nationality - "good" good-Fait-ing/ Principeled + Virteous (To Experienced-Factual-Encroach-ment And implicated Psych-Mental-Health-"Frauds" ie. H + HS, ie. Wellpath corp, ie. DMH/"Dr's"-quacks Wilson/ Carlton/ Servic/ Luke/ Daisy/ Campbell Etc.) Etc. AND especially Yourselves US-DoJ, AG, Sac-CA-Aty's-BAR, THAT Here Harms, Not helps "Justice/Truth-- (and, even furthermore, esp. rel. "Home-Post" and "CCD", pre J-obst.s!)!!!!

OMB No. 190-0008
Expires: 03/21/2023

12. Please list below any persons (witnesses, fellow employees, supervisors, or others), if known, whom we may contact for additional information to support or clarify your complaint.

☆ Ref. Your-All US Const. Law (Due-Diligence, Research Laws, Etc!)

Name _____ Address _____ Area Code/Telephone

Sur-Ex- _____ SCSO Jailer(s); med. (Mandatory-Release-Participants), Etc re: various Infractions"/"Constitution-Rights..." Violations ☆ Wife Evelyn (Recorded + Mirandized only w/ My only experience @ 530-229-4033, Jim Richard 356-0842, IAL Atty's 338-0178, 691-0245, SCSO-M.John, PRC 916-504-5800, Etc, Your

13. Do you have any other information that you think is relevant to our investigation of your allegations?

Contexts 30+ yrs Rel. "Credible-Evidentury-Support"/ "Truth-Hurts"/ 1-30-2005+L "Treasonous-or-Not"/ Etc, and Normally Felonies + Treasonous Temptation's Join Govt. Wrongs (willful-crimes Hereafter 14 days) --(Etc) vs. Systemic psych. overwhelmed Convienance/Fort-Etc- "oversimplification(s)" Retalitory "Pinning-Krugger-Bias- (Danger self + Others)-Effects, Etc. is Today critical To

14. What remedy are you seeking for the alleged discrimination?

Responsible + Assistful Intervention's onto (ie) wrong (alif. "Badger + Robes") Accessory's/Etc- officials) my Immidiate Entitled Reliefs-Release- Intervention's And Reparations (ie. USDC # 21-1399, 22-026, 05-2077 Fed-off-Rem.)

15. Have you (or the person discriminated against) filed the same or any other complaints with other offices of the Department of Justice (including the Office of Justice Programs, Federal Bureau of Investigation, etc.) or other Federal agencies? Actually + Tortiumly!

Yes ✓ No ___  w/ Ref's Totality Rel. Const's incomplete" AKA--- Manip'ulatively-Fraudulent!

If so, do you remember the Complaint Number?

No provisions, fractional LT-No's w/ie. Systemic oppressions (F+T) Self-Crimes!

What agency and department or program was it filed with?

All, Ref. "Long-Train" (ie. Ca-Bar/ Jud-Perf/ med-Bd/etc.

Address: _____ Disability - Rights - Calif. Long/etc _____ Zip _____

Telephone No: (___) _____
Date of Filing: _____ Filed Against: _____

L+ all and "Forced" (Compounded)-Syntax- Multi-Efficiency) To be National-Emergcy Treasonousness) By + because Your all, X-Atty-Gen/Atty's unlawfully denying Mandatory 28 USC § 94 +L "Shall"/"Assistance So--- Now "Assistance (or--alt. solidifi-F+T-crimes, and Consiquential Harmonious "checks + Balances"- F+T- Futility"

(right margin, vertical text):
includes US Const Per 28 USC-Enforcments + their offices PURPOSE!

OMB No.1190-0008
Expires: 03/21/2023

"REDRESS - (ToW) - of - Evidence - Right(s)"!

Briefly, what was the complaint about?
4) My Wrongly (F+T) Denied (ie) 15 pgs. 2-11-2021; Demanded US-DOJ X-Aty Ed., 28 USC 594 "Assistance(s)" (and/of Sec-(A) US Aty's Alt. Their 18 USC 2382 +4 "Concurrent Crimes"; 2384 "Conspiracy-Violated - Rights/Political-Crimes"/ ETC. and National-Emergency-Prejudicial CostAv."

What was the result? 4, e)  F+T/Neglect Ful - Non-Evidence (Unlawfulness) Fur Ther "Unreasonable - S+S", Condoning "Enablers" To State - Corruption", RECO/Poverty + Despair /

16. Have you filed a charge or complaint concerning the matters raised in this complaint with any of the following?
✓ US DOJ (Aty's) w/ Collateral", Foreign Fe ou Custin"
____ U.S. Equal Employment Opportunity Commission  ret. Wants - Vis, - ought's
✓ Federal or State Court (5x 7+) "Accessorys"
✓ Your State or local Human Relations/Rights Commission
✓ Grievance or complaint office
✓ Other  US.+ Cons. CT'S / USPC / Pres-Biden/ Cong Jud-Cmte.
                                2-11-21 +/- Grievances (Compound "Crimes"!

17. If you have already filed a charge or complaint with an agency indicated in #16, above, please provide the following information (attach additional pages if necessary): Viol-Copies! # Generally (F+T) "(Civil)-File",
Agency: _____ "Rubber-Stamp" System "willful-Non-
Date filed: _____ understanding(s)" ETC,
Case or Docket Number: _____ and "Unlawful-Discriminatory-Female-
Date of Trial/Hearing: _____ Favoritisms" (Rel. "Way-oh-Pg.2"/
Location of Agency/Court: _____ ETC, and "Man-Heterii" Especially
Name of Investigator: _____ Neutered - State - whores/Stockholm-Syndr
Status of Case: _____
Comments: PS - THATS notwithstanding Your-US-DOJ/AG/ETC, manipulated - Rationalizations; To Your (ETC) Unlawfulness, AND as Thats New, additional "Reasoning (EVIDENCES) about US-DOJ (F+T) "Discrimination" (To Males) THAT IS Concurrently making Calif (Un-Jerk ATy's) Psycho-Pol., Etc. more.

18. While it is not necessary for you to know about aid that the agency or institution you are filing against receives from the federal government, if you know of any Department of Justice funds or assistance received by the program or department in which the alleged discrimination occurred, please provide that information below. (ie) For F+T- Unlawful (Ref.'s) Siskiyou + Shesta County Court's/ Pd-ATy's/Law-Enforcement (ie) as To F+T- Disability-Rights + Calif. (Patients-Rights- Advocates) (ie,) Ca-DMH, / State-Hospitals + Psyche - "Frauds" Drs (# Notably--esp. rel. 2005 DCJ vs. Ca-DMH "Federal - Consent-Judgments" / Mandate + Prohibitions by 42 USC 1997, 2007-CRIPA-RPT, AND, Violations-("Evidence-Based-Practices" / ETC, And "Report"-Abuse/Neglect; Non-F+T-Concealment-Crimes") Thats stipulated "Counterproductive" (Therefore US- DOJ, Ca-DMH, Cong. Jud-Cmte ETC, Culpable These "Murderous/Felonious + Treasonous "Partnership-Malicious - Prosecution(s)"!

[Right margin, vertical text:] To 'Corrective - Action' (ecept one dealt Domestic-Treason/ Discern-u!

[Box:] OMB No.1190-0008 Expires: 03/21/2023

[Left margin, vertical text:] Crievances - to 'Purpose-Fix' (Wrongs) Implications) 3x (Unlawful) This is 'Purpose-Fix' desired Implications)

19.* We cannot accept a complaint if it has not been signed. Please sign and date this Complaint Form below.

*(# 7 This 14 maths!)*

_____        Jan 29th, 2022
(Signature)   *y 'Too,N,'*                (Date)

Please feel free to add additional sheets to explain the present situation to us. *(aka — "Self-Harms!" Torturious Futilities: Coerced-Comp-IRACY; ie, Felonious + Treasonous 18 USC 2384 + 4' Etc.)*

We will need your consent to disclose your name, if necessary, in the course of any *(Lawful/mandatory)* investigation. Therefore, we will need a signed Consent Form from you. (If you are filing this complaint for a person whom you allege has been discriminated against, we will in most instances need a signed Consent Form from that person.) See the "Notice about Investigatory Uses of Personal Information" for information about the Consent Form. Please mail the completed, signed Discrimination Complaint Form and the signed Consent Form (please make one copy of each for your records) to:

*i.e. x 4+ unBiblical
Math 18:15-17 church's — Oe   OR, Not To Be - -
TO   "seditious -
(F+T)   "notices!*

United States Department of Justice  *2-11-22  'MIA' pages*
Civil Rights Division
Federal Coordination and Compliance Section - NWB   *Conspiracy"*
950 Pennsylvania Avenue, NW
Washington, D.C. 20530   *by T-M+N's (Abuso/Neglect)*

Toll-free Voice and TDD: (888) 848-5306
Voice: (202) 307-2222
TDD: (202) 307-2678

20. How did you learn that you could file this complaint?
*USMC + US CoAST Law Training; Duties;
Tmt Implicates alternatives InTollable
Participant To X — "America The BeauTiful" being Hundred
Re, The-New-world-Ordo/ MulTi-Nationals(--)/"interdepend"*

21. If your complaint has already been assigned a DOJ complaint number, please list it here: *Mentacide*
_____
*↳ Renied 4 Times 2021!
PS — rel. systemic snowballing's,
conseq. condoning causations;
Futilities, complexities*

Note: If a currently valid OMB control number is not displayed on the first page, you are not *"* required to fill out this complaint form unless the Department of Justice has begun an administrative investigation into this complaint. *"F+T"Fraud" ie, esp, per
oThcrwise 18 USC 2382+4'
F+T - "Concealment-Crimes"*

OMB No.1190-0008
Expires: 03/21/2023

*PS — That Erronious "Coercion" is possibly biggest single factor (ie, as appearing "Hopeless-uncost Non-Jail/Arrest/Etc. "checks-And-Balances" - Corrective-oversight) - Deprivation's AND conseq. F-T-CRIME's*

w/ Emergency Pow-wow Meet Me Remed' Rights;
That Interfeance's (etc) Temp Trs!

(# SUPP - "MofTP"; TON! #)
TO: US-CT's - Evid's;
and, SCSO-HQ, Sheriff M. Johnson
300 Park Marina Dr.
Redding CA. 96002-?
(Via-Aty's x7e+ RMH; 'TON' - "Draftees!"/
T. - "Problem - OR - Solution!" - Assistances!)

Dated; Feb. 7ᵀᴴ 2022

This is unpleasantly 4ᵀᴴ mailed Attempt
SCSO - Sheriff - Hierachy - Responsible - Oversight's (Vs.
Felonius + Trevanous - Crimes - "Willfully"!), since 5-
2021 +/- (F&T) - Conspiracy snowballing by My Remanded
Custody (unlawfully, Etc. and Ref's FACTORS w/ ie. PC
4015 unlawfulness)? And includes '(F&T) "Custodial - Handling"
That's prevelant 'Systemic - More - Harms - Than - Good "Null-
ifications!" (esp. Your - Jailers/Med "Conspiracy" - Accessory's";
F&T - Violations - Vs. - "REPRESS - of - Grievance's - - "- RIGHTS;
including GTL; Tablets - Violations; 3 ADC # C095492;
F&T - OBST'S - "Reconsideration" - "Judicial - Notices; 1AC-Aty's'
Judicial - Activisms / Dist - Aty's "Concealment - Crimes / Def' Web-
Scheibli - Etc. "Conduct - Unbecoming - USMC"/ Fraudulent - Psycho-
Pro's" - unlawful - Suppression's - "Rational -", for His Defense. "- Rights'
AND consequential 'F&T - Jailers/Med/Etc "Conspiracy" - Conceal-
ments'; Etc.!), and, Yourself - Sheriff ⑥ (see etc. status -
Quo) That's Deferrance's (Etc.) is Necessitating US-
Const - Lawful - Extremisms / Defense - Rights/ "it is
Their DUTY TO THROW - OFF Such Govt." (regard-
less for unpreferred's, albeit, rightewsly/etc. "Forced!") Etc.

Re: "The Alarm - of - Tyranny - (T.O.N.) !"  Via Barreled Park Drafters. Relo. T - Copy - Periods!

F3 - 7. Draft Via Feb 7
1 - of - ?

"Force!") etc.,

..., being as that its [current] obvious your-posit-
ion is (F+T-UNCONST!) "Code-of-BLUE" "Same-
ol'-[calvary]" -BS/ [...] (1)
[simply Tell] HERE That WE NEED [formul-
ion-word-TALK- Yesterday! -Now,] w/ REF'S >To
[Felonious] + Treasonous EVIDENCE's Grievance's
and Requests HERE TOTALITY; (2) "NOTICE(')"
purposeful "Due-Diligence" oversights-Responsibilities
vs. T-(A-P- [125L "TAX" -The-Buck-Lame) etc.
Longstanding "counterproductive" govt. "[Poverty +]
Despair!" CAUSATIONS pre-1776- Protections + prohib-
ition's; (3) ALT-SCP is prejudicial constituting
Treason's- "Aid and comfort" - Willfully- Yourselves)
(party denies "REDRESS-of-Grievance's--"-Relief's);
and (4) unfortunately encompasses Routinely
factual + Treason COVERNCE(') x 4-To-7 + Times
[...] to commit Murder [in plain] (a-PEOPLE-culture')
Too Treason's-"Death"-LAW-(Ure/ "Lesser-of-Two-
Evils- Doctrine"/ "Suicide-By-Treason!" (For [beyond]
[...] Reckoning [...] Perpull, [...] Culton, when, etc. / Traitors + Invaders / "Lawful-
Murders!" ie. as Court's protections' [when fight]
threats' for any Murder which THEY should
commit," Longstandingly provoked!), and, alternat-
ively RESOLVE these 'F+T- OBSTRUCTIONS' To
"C.C.O.T." -Endeavours/ Collective-Action/of Intolerable
Domestic-Treason; Systemic DISTRACTIONS + Slanders

2-of-4+/

+ slanders
+ Delinquent - Allegiance - Assistance - obligations /
Etc. EVIL - sadists, "Dunning - Krugger - (Disorder) -
Bias - Effects!" beneficent Corrupt X - USA - T -
"Totalitarism; Etc. coerced - collusion - complicency -
CAUSATION's other/wise worsening's; AND, so as
that avoids systemic self-serving sof- "Two-
Wrongs - Will - Hopefully - Equal - An - Right!" dys-
functional OFFICIAL's "Danger-Self-OR-Others!"
psych disorder Rel. Nov. 2014, NPR's Navy-
vurg; "Inst - of - Medicine - RPTs - - "Deny & Defend!"
Psycho - Psych Mental Health Evil whores; AND,
that partners' FJT - Political - Trials, fraudulent/
Etc. Psych Detriments, THAT makes successful -
USA - Const - Republic's Revitalization; "checks + Balances"
blessings, peace, Justice and prosperity RETURN
To be Less And Less Possible, by Treasonousness
routinely, and THEREFORE its you/us/us
unconst / unlawfulness THATS worsening
"Forced" Unpreferred Extremism's; SO -- MEET
Me Now - "Yesterday!" - (objectively, Etc) Duties;
To FJT - MIS conducts - HERE Violating
"Grievance/ETC.- Right's; "REDRESS-- / Reliefs (Etc.)
and Corrective - Interventions for Violations of
Rights; "Defense" / Legal - copies / Confrontat-
ions / Mail's / Etc. and -- "Parenting 1-30-
2005 +/- "Treasonous - OR - NOT" - Law & war;
(Ps. Including To pertinencies Mrs. Christina Huff-
Sommers - - "War - on - Boyz!", and These "Unlawful-

Discriminatory - Female-Position," Esp. ? 9-c-zoo "Unlawful-
Sheriff's and 5-c-21 "Judicial-Activism/Confirmat-
ion-Bias"/ 18 USC 2384 & 4 "Seditious-Conspiracy";
malfeasances and/or neglectful-Non-feasances, THAT's
Felonwily And Treasonly snowballing--Esp. AGAIN
because Retaliatory, Abusive-Cover-Up's, Tortures,
and Commonplace Dishonorable-officials) of
which Truly Need(s) either "Nice - WAY - OR - NOT-
Collective-Action- HEREAFTER, now!

Constitutionally Yours, and,
In The spirit of My Ancestors"

PS. (11) as To US-DOJ,
X-Aty-Gen/Aty's, SAC CA,
McGregor scott, P. Talberg,
etc. THAT'S NOT Only
Furthering THEIR
18 USC 594/ "Ambitions")
But, also Joining "CONSPIRACY"
(by non-Intervention's
These Judas-Goat /
Moles 18 USC 2384,
4, 241, 242, 1512/ 2381-
2382 Rep. and Dist-Aty's
Pc 422.6; "Attempted Murde"

"Mr. United States Attorney
General + Special-Prosecuti-
Lee K. (grand-folks) clerks
(et al.; ie 1991 Appts US
Const.'s Article-III's "Ambas-
sidors, Public ministers and
Counsels" / "Independent-
Counsel-ACT" / Misconducts
Nullifies official Authoritys;
ie, etc. T-MANS "Self-Incrim-
inations" (consequential's)"

The following is a sample Proof of Service.  Pursuant to Rule 5 of the F. R. Civ. P. and Local Rule 135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

Re. "The-Alarm-of-Tyranny - (ToC, N/Draftees To T-Entistees)"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Lee K. Clarke; USA6+SP
(eTal--ie.5%, Plaintiff or Petitioner
v. CCOT-"W2 The People" Beneficiaries)

(F+T)-"Badges+Robes"/ie 5c5o;
"Accessory's Defendant or Respondent X70+
Treasonous-"Total Transom" -
participants (malfeasance's AND
Non feasances) - Malicious-Pros-
ecutions" / Defective-Oversights
US-Const-Law-"Throw-off"
culprits - (F+T-Self-Incrim's) --

#(ie)05CV-2073-
#18-(MofTP;ETC)-02044
Case Number: 2:99-
#2:21-01399-
#22-(HC)-026-

PROOF OF SERVICE
"Treasonous-oR-Not" as to HERE
(F+D", Political-Trials;" IAC-ATy's;
Detrimental obstructions "ECPT;
CTC, "Treasonous-Imprisonment
AND, Prov-ETC. Relief's VS. etT
50P- 18 USC 2382+4; F+T-

I hereby certify that on _____(Date)_____, I served a copy of the attached
TCN-"particulars"------------------------------(Title of Document Served and Filed) CONCEALMENT-crimes
CCOT-Precise -(F+T-P.)
INTERVENTION'S (aka--"compulsory "part-of-the-solution!")

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the United States Mail at (F+T) SHASTA CTY, CA. Jail 1655 West St, Rdng CA.
(Location of Mailing)
<TON; CCOT; Collective- "Draftees!" X 11 + !>
(List Name and Address of Each Defendant or Attorney Served) W/ Ref's (VS-Const's-Law's)
"Long-Train" / x70+ Entities Confronted To 1-30+
2005 (+/-) "Treasonous-oR-Not-LAW-and-WAR; And, for
particular situations: Dutiful-"Allegiance"-(x-USA)-
INTERVENTION'S- Assistance!" (ie. TON-Pkg Nov
10th 2021: 'NON- (F+T)-CONCEALMENT-CRIMES
<cont. over-pg>

I declare under penalty of perjury that the foregoing is true and correct.
_____ (signature)
(Name of Person Completing Service)   W/ 'T.O.N.'

Summary: "(Lakota-Sioux's)-" ounze-Nihupi-Kyte-Lo'";
(aka-!- "Friends is preferred, BUT, Enemies if we must!")

Lee K. Clarke (eT al.)
SHASTA COUNTY JAIL
1655 West Street
REDDING, CA 96001

w/ie. T-0-N', 202-324-3000; 530-223-
6473; Bethel; Bill Johnson 530-246-6000 223-
5898; 202-225-3076 (Cong, LaMalfa + Sen. Grossly) — CRIMES':
ALT. "WhisTleblowing!" - ReporT!" (MofTP), Per--
OTherwise 18 V.S.C. SS 2382 +4 Delinquent-DuTies;
and/OR eTC. ie. Felonies + Treasonous 2381-2382;
2384'; 241: 371: 1961; "ObsTrucTion-of-JusTice"/
ETC. "PARTICIPANTS"— Malfeasances And/OR NeglecT-
Ful- Nonfeasance'S - Criminal- MISCONDUCT'S!),
iTemiZed log elsewhere ReFi's, onTo --ie. "Dick"
530-246-9131; 3187 BarrelCT, Rdng. Ca. 96002-?', 356-0342;
605-4367; KVIP-6M Phil Morow (Tel. x4 + unbiblical Math18;
15-17 "Church's" Frauds), PaTrick-(Jones forT) 1600 E. Cypress Ave
Dane WhiTTingTon (Geo-Eng); ATy PeTe PeTers (KQMS/"Freedom-in-
AcTion!"); MaTT— ("LiberTy- unabashed!"/KCNR; Terry Reposq, Lyn
CarpenTer; Mark KenT, Carl + Linda BoTT; Beb Burrows/VeTerans/
US MC-DOD-DIA- USVA/ xeTerans -JusTice-ouTreach/VSO/
Dave cockrel/ Carlos Zapata "Red, white + BluepriNT!"); Shasta-
Regional- Medical-Group 605-4260; 5llm-General-Public-Fund/Ind-
Joor Rich+Lori 968-5108; 691-1707; 246-4517; 378-2280; 221-0101; 703-
207-9588; 973-252-9800; 202-872-8800; 650-681-5000; 434-
295-4784; 202-265-8305; 800-592-2974; 651-955-9550;
918-492-2660; 310-255-2000; 510-831-4357; 971-236-7897;
(530)-744- 4539; 244-9606; 243-8599; 355-7504/McConnell-
Fdn/ 918-337-8015 - 415-477-3800; 415-954-4495/ 800-
342-2255 - ACLJ/ Calif Senator Dahl/ ATy's Tony Serra, Helen
Snell, Erin McNally 530-246-1578, Mike Borges 241-2640/
PaTrick Gorman 262-2168/ chris ikelsTrom 744- 4539/415-
263-7000 + 310-277-6910 + 310-772-2328 PS 2+J/Archy
Pugh / Romeo insT + Daniel Shehan Jesuit 831-451-6135/
Wa- Craig HulleT/ Dr. Tom BeruT whisper-PasTor 561-753-5998/
inv-ROT/ Dave Emory KFJC- 201-521-1416; 201-200-9368/
Clyde Lewis, Ground-Zero 503-225-0860/304-445-2980/



1  Dated: Janury 30Th
2         2022

3

4  TO: (F+T: TON!)
5  FBI, Director/Successor
6  ie. chris whrey
7  935 Penn. Ave NW        20-535
8  (202) 324-3000; 530?-223-6473 (1-7-21+/-)

9

10  US. DOJ. X-Atv-Gen-Meredeth Garland
11  950  Penn. Ave NW, WIPC 20530
12  Ph (ie)

13                    DATED: Janvav 30, 2022

14  Re.    Your-All ConFronTed-consequence's To
15  Your-All LONGSTANDING unlawful (ie. 28 USC 594+/-
16  Denied "AssisTance"/Again 15 pgs 2-11-2021; ie. ETc) THATS
17  PARTICIPATIONS-'violated-RighTs' (ALT-T-"DeaTh"-/"Justice-
18  Reliefs/ Lawful "Throw-off" ExTremisms) 40 Days

19

20     # Provoked/ unpreferred/ Necessitated:"DVTiful-
21  "Allegiance" - INTERVENTIONS- AssisTance" Reliefs-
22  Release  within These 40-Days; w/ie. REF's To
23  (F+T)-"False-Imprisonment"/"unreasonable-Searchst
24  seizures!" 2-9-2020 +/- /  8Th Amend's TorTurious-
25  "Punishment-For-Exercise-of-Civil-RighT(s)!" viol-
26  ation "Due-Process" And Aggravate USMC-PTSD/ Violat-

EXHIBIT "A"

-tion's US Const.'s 6th Amend.'s [illegible] and To HAVE
The Assistance of Counsel FOR His-her Def-
ense." RIGHT'S deprivations and Retaliation's / ie
As THAT deliberately purposeful "Felonious And Trea-
sonous "OBSTRUCTION(S)", To [illegible] (etc.) other-
wise Elsewhere "C.C.D.T." - Endeavours; Corrective-Action
of Domestic-Treason; However, Prestated Prejudice
does Consequently Constitute Treason's-"Aid And Com-
Fort --/ is Guilty of Treason and SHALL Suffer"/
For T-MAN'S', Abuses And Neglects 'violating-Rights';
making myself "Federal-"CRIME-VICTIM!"; etc. That're
yourselves implicated "Accessory's" - (ETC) - Co-"Conspirators"
Crimes for Constantly-(unreasonably-etc)-Disregarded;
Violating my "Defense-(etc)-Rights Re. wife's -

<Cont. Pg 2-of- >

**An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation**

#1.) The misunderstandings about TREASON subject matter is magnificent & serious. Such is largely suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem-- by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here— therefore problemsome & confrontationally-justified, in addition to

(4) Draft via -- The-New-World-
Library; 14 Pamaron way,
Novato, Calif. 94949)

< Pg-3-of-  >                    Re. WIFE'S-
ACE ("adverse-       -      -Childhood-Experiences"),
Etc. "Repetitious-   -Pretentions-Beliefs-"Wrath-
of-An-Woman!,'" - Frauds; Etc., However, NOT
Domestic-Violence / Etc. CRIMES  but real crimes
15   Concerted oppressions And Suppressions ~~THAT~~
as To "Alterior-MOTIVES!" (etc).

        Accordingly (TON!) Demand Corrective-INTER-
VENTION'S ("Yesterday!") / ie. ".. and TO HAVE The
Assistance of Counsel FOR HIS DEFENSE." Now,
by LAW, or  Conseq. Party That's unlawful-
Cie. FjT— 18 USC 2384 & 4; "Seditious-Conspiracy"; Etc!
And -- as To Your-All OTHERWISE ("Counterprod-
uctive" rel. your 2007 US DOJ vs. Ca DMH; Ciper-RPT),
That's "credable-Evidentuay-Support" for "FjT" Partners-
in-crime"; and. Provoking My "Public-Trial"-Right(s)
w/ie. US Const. LAWS ".. IT IS Their DUTY TO THROW-
OFF such GOVT.." / To updated 1781-? Republica Vs.
McCarthy's T-"Death"-LAW-(usc) (alt. T-"Fear"-Polit-
ical-Trials." Otherwise Treasonous obstructions Systemic)/

< *Con't ...* System" 15)/

as to "Suicide-By-Treason!" w/ "Lesser-of-TWO-EVILs-Doctrine!" w/ "Lawful-Murders!" (& Ref. I-"Aid & Comfort"/T-MYKOD/ factors Thats unavoidable "Credable-Evidentiary-Support" Today, by all arrogant, habitual, serial wrongfully delinquent obedience; compliances, etc. and submission to x-usA const'y Protections And Prohibitions, THATS "Foreign-To our Const" - F&T-Crimes; yourselves, intolerably

NOTICes / beKnownst My 2011-July Lawfully-Dangerous (and 1ST-Pc 1368 + F&T "Re-Examed"/ Res-Judicata/ To Psych-Political-Evasions, Frauds, impeached/discredited, etc.(+F's).

w/ ie. esp, relevant "Evidence-Based-Practices" vow all felony's and Treason's for these x 25+ Jailers/ Marler/sheriff M. Johnson/ Ad-min/ med-well path-corp/etc. for These VIOLATION's To "Grievance-Right(s)" Tortures/ etc. Implications And (F&T)-"Collateral-Damage(s)" onto Myself; and, including 18 USC 2382 & 4; F&T-"CONCEALMENT-CRIMES (ie. the beKnownst; earnestly articulated "As-An-Matter-of-Fact's!" HERE TO. 18 USC 241, 7, 371, 2384, 1961, 2381-2382 / ATTempTed-Murder (to MD)/ etc. and "obstructions-of-Justice(n)"; AND, Their consequential-crimes; Domestic-Treason(s)"

etc. - - - -
and - - "Do-or-Die!", constitut-ionally Yours, /in The Spirit of My ANGSTERS'.../, et al, "Mr. uniTed States ATTorney General + special- Prosecutor Lee K. (general-eagle) clarke (et al. -- ie 1991 USC APPT US const A-III "; Ambassadors, public Ministers and Counsels.", ie, eTc. revitalizing "checks + Balance" Req'd for Republic's Govt's)"

w/ 'T.O.N.'
Law + War !

MC-

Name Special-Prosecutor Lee K. (general-
eagle) Clarke (et al.--ie, Appt-USDC-
Address 1991 + US Const. Article VI & III", Ambas-
sidors, Public Ministers and Couns. us.",
ie. etc. and "Federal-"CRIME-VICTIM")
(& POW, and, "Treasonous-Imprisonment"

CDC or ID Number _____

w/ie. US-DOJ "Courts-of-Inquiry!"
Ca-Superior/T-3App/Supreme / Etc.
                              (Court)

Dated: 1-30-2021 (2-11-2022)  "MofTP": TON=T-M&N's or ccot!

PETITION FOR WRIT OF HABEAS CORPUS

LC/ge (et al)
Petitioner ☆ 51%+ "We the ppl" Beneficiaries

                vs.

No. _____
(To be supplied by the Clerk of the Court)

"(F&T)-CA-"Foreign-To-our-Const."
Respondent "Badges & Robes"/ IAC-ATYS/
Quack-"DCS"- Frauds/Const-Republics-
Oversights-Protection/Governor G.N.-
"Acessory's "×77+   INSTRUCTIONS — READ CAREFULLY
To: X4+ "churches" - (☆/T.O.N. ☆)
"Confrontation-Right(s)" / ie.
"Indian- Full-Gospell-"CHURCH" AMI;
ATTN. Members & Pastor Glendan Franks,
ETC. rel. delinquent Biblical-Duties/Math.18:15-17/wit's-church/
and consequence's (& "Fire-Revival": satins-soldiers vs-Christs-church)
      - Barney St., Anderson, Calif. 91007

☆ CONTEXT w/ie. #05-2073;
21-1399; 18-2044; 22-026,
etc.                "Treasonous"-
                    OR-NOT"!

PREFACE: "National-Emergency!"-IMPLICATIONS (Felonious +
Treasonous)-"False-Imprisonment", snowballing wife-Evelyn + Has-
bend-Leige/"Marriage-Problems" (Denied "2-Becomes-1" God sent/Tress-
Passes)/ Thats "Fraudulant-"churches" exposed unbiblical.
      Greetings, and "Respects-For-All-My-Relations!" And
"I" (et al.) come today in a good-Way, However, am once
again compelled unfortunately And necessitatedly To be
confrontational (aka-- JC's "Righteous-Anger", "Tovah-Love"),
Furthermore--in attempt To cause "Self-Corrective"(Repentance)
To otherwise publisized "Responsibility-of-Irresponsibility"

• In most cases, the law ___ce of a copy of the petition on the dis___ y attorney, or city prosecutor. Se_
  Penal Code section 1___ nment Code section 72193. You may ___ by mail.        Pg 1-of-8.☆

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as
amended effective January 1, 1999). Subsequent amendments to Rule 44(b) may change the number of copies to be furnished
the Supreme Court and Court of Appeal.

Re. "The-Alarm-of-Tyranny-(T.O.N.)!"

Form Approved by the
Judicial Council of California
MC-275 (Rev. January 1, 1999)        PETITION FOR WRIT OF HABEAS CORPUS        Page or
                                                        Penal Code, § 147___
                                                        Cal. Rules of Court, rules 56.5

— of- Irresponsibility's"

(I Tim. 5:20 / Eph 5:25 / Etc + Math. 13:41) About Serious unbiblical- Wrongs AND Nonfeasances (albeit HEREAFTER rel. Factual- Frauds THATS Intolerably-"willful"- petrimente- OnTo- ENTIRE- church- Body). Having had 2+ years sought "Mariage" assistance, However, Earthly- Grievances be- Loved-" wife's unbadly manipulative- deceits; Lays- ations- of- est- Harms; Retaliations, Etc. Evils; by and because Referrance's (ie. 4tfg 5-11-2021 Ten- Declaration"), Particulars Too Her wrongful "Tresspasses" ONTo Myself and Sabatoging our Godsent- Marriage (notably 'ACE'= "Adverse- child hood- Experiences!", rel. Perverts; bad men. Parents abandonment Foster System, per JC's burdensome- Forgiveness "They Know not what They doeth"; Heb. 5:11 "Dull-of-Hearing!", esp. per spoiled benefits From Unlawfully- Predominate- "War- On- Boyz!" / Man- Haters / - Feminazi's- Female- Favor- itisms- Discriminations / And "Accessory's- ENABLERS"; BUT, costly expensive "Judgment- Day!" Condemnations) THAT'S Seriously Implicating PROBLEMSOME- UNBIBLICAL witnesses And church's (rel. IRS- 501B(c) church- Frauds- disqualified's; Etc. and My- Your- All- Supp. To MS. Christina Hoff - Sommers' "war- on- Boyz!" / 'Man- up; stop Neutering'?/1)!

P— These snowballed- worsening's; ie. "False- Imprisonment"- (F+T)- CRIMES; "Animal- Cruelty" Seperation "Service- Dog!" - MRS. Teddy Willow; ie. Etc. encompasses "Seditious- conspiracy" / PartnersS, AgentS, officials, and, Accessory's (F+T; 18 U.S.C. 2384; 4; 1961; 371, 241, 2381 + 2382; Etc. Ca. P C 422.6; "Attempted- Murder", and, "Genocide's-"... Exterminating-

⟶ Pg. 2- of- ⟵



TO: Vatican City /
Apostolic-Nunciatu
@ 3339 Mass, Ave NW
Wash - DC, 200

Re. "ORDERED!" - St. Thomas More, Re: "Assistance"

please Help Me (etc. 51%+ American's
w/   Here "National -
                    Emergency!"

(Fraudulent-Psych-IST, Tortures / Rel. Viol's
2011-Jury's   Rel. "Res-Judicata!"/ Etc. ref')
collateral - Estoppel"/ Violated-Rights'
                 E T C --

and   rel. commons-Sens "America-Again!"
rel. Rom 13:7 'Give unto All Their Due' WHEREAS
"we The People..." (hierarchy) GovT Duties OVER
our - "Four-Branches-of-GovT", Subordinates,
is only available Harmon(N) (non-Rev) Correct-
ive-Action (w/ veterans, christians, American-
Indians, Etc. "Honorable" Lawyers)
                    Please + Thank(

EXHIBIT "A"



# An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation

#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

Such is largly suspect to be purposeful result so in that "DOMESTIC-TREASON" would continue to grow & prosper; by government-officials (subordinate to "We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently discovered framer Jefferson's "..the chains of the Constitution..", for activated 1/30/05 "Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem-- by "Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here— therefore problemsome & confrontationally-justified, in addition to (Con'T.) (Yet-New--) allow us-ourselves, Here and now, To engage an written-conversation That compells critical-Thinking-"conversation" (and, as even furthermore, in so doing would prove beneficant To Am-Etc other readers competant-understanding), And, subsequently mutually bene-ficial To 51% +(millions) "We The People," as actual beneficiaries of "Part-of-Solution" Assist-ances/ collective-Action/ etc. successfully!

R-- Having said 'THESE' ("viewpoints"-FACTUAL-Judgments; and/or Etc. other "Sound-Investments-Inc", NewPort Beach CA. 1987 +); IT is Hoped-PRAYED That 'OTHERS' would Join 'THIS'-conversation; Thanks.

Lc(ge (et al.) * separate pg "PART"

"(DraftTree" (X70+) as To 'Public Trial' 'Defense'/

1  To: U.S.(T.O.N.) —
2  Congress/Jud-
3  iciary—Committee';
4  Senator chuck Grassley
5  X70 + "DRAFTEES"
6  % 111 7ᵀᴴ Ave, SE, Box 13,
7  Suite—680, Cedar Rap-
   —ids, IA, 52701

w/ie. Cong. LaMalfa;
w—VP—"western—Gurus"
2885 Churn Creek Rd,
Suite C, Redding, CA. 96002
Ph (530) 223—5898;
FAX 530—223—5897;
(# 202—225—3076 #)

8
9  DATED: Nov. 11, 2021
   Re. The snowballing "National—Emergency!"; POW's; ETc.
10  + "Treasonous—Imprisonment"—IMPLICATIONS (Ref. ie 1-
11  30—2005 +/- "Treasonous—or—NoT"—Law + war!), And,
   "Long—Train"/"Throw—off"/INTERVENTIONS—Relief's; now!
13

14       Greetings, and "RespecTs—For—All—My—Relations!" and
15  "I" (eTal.) come today in a good way, However, as That
16  problematic And Disliked because confronts Longstanding-
17  systemic T—M&N's (aka— Treasonwily prejudicial Mal-
18  feasance's and/or Neglectful—Nonfeasance's; THAT's
19  intolerably—obstructing—"CORRECTIVE—ACTION;" onTo
20  Domestic—Treason; THEREFORE "NOTICES" For conduct-
21  ing Treason's—"Aid and ComforT" Fully!)!! Ref.'s
22  To such 'Felonious + Treasonous—". Political—Trials."
23  (w/ Ref.'s ie esp. ocT '21 US + caUS. CT's Evasion's: 'NO—LAW-
24  LawFul—AuThority/"Foreign—To—our—COAST"/TraiTors—And-
25  Invaders; ie. Etc. and consequence's For various US
26  COAST's "LAW—EnForcemenT", and "Checks—And—Balances"),

                    EXHIBIT "A"     → Pg 1-of-10 + ∠

"-And-Balances"),
particularly includes [illegible] Totalitarism -Socialist-State' Inevitably -- overthrowing US Const. guaranteed "Republic-Form-of-Govt"; however dutiful citizenry [illegible] "...And-Balances" [illegible] "[illegible] Long [illegible] [illegible] Abuses And Usurpations / it is their Right, it is their Duty to THROW-OFF Such Govt / "Treasonous-or-Not -Law [illegible] !/ etc.), And, as that (F + T) futilities for Collective-Action / Interventions / "Redress-of-Grievances" SATISFACTion / etc. to VIOLATIONS of Protections AND Prohibitions (ie. per Courts; Law-Enforcement; US & CA DOJ; CA-Bar / Jud-Perf / Medical-Board / "Disability-Rights-Calif." / US-Congress & Senate's Judiciary-Committee"; etc. and -- CA-"PEOPLE"-chargers REL. "Public-Trial" / "..and to HAVE the Assistance of Counsel For his-her DEFENSE," -Rights / esp. to [illegible] "Unreasonable-Searches-And-Seizures"- VIOLATIONS Feb 9th 2020 + Snowballings / etc. CORRECTIONS

-> pg. 2-of-2

therefore problemsome & confrontationally-justified, in addition to (con't)

"Proportionate-Seriousness"! *), and of which is largely unbeknownst to readers here—

"Treasonous-Or-Not" revolution (* whereas be 'part-of-the-solution'/ not problem-- by

discovered framer Jefferson's "..the chains of the Constitution.." for activated 1/30/05

"We the People.."!) & "Domestic-Enemies". This is provably true. Not only by recently

TREASON" would continue to grow & prosper; by government-officials (subordinate to

Such is largly suspect to be purposeful result so in that "DOMESTIC-

#1.) The misunderstandings about TREASON subject matter is magnificent & serious.

**An 18 U.S.C. Section 2382 Misprision-Of-Treason-Presentation**

1/30/2005 - '1st N'* 'Dutiful- Allegiance

ETC, CORRECTION'S
TO "Prosecution's suppressions of Favorable Evidence --/ "Discharge - Defendant/ IIII In regard, WRIT- Required/ "Matters outside The Record"/As To denied "Fundamental-Right" @ 1985 In Re Bower, That court's, IAC-P's-ATY's, PATY's concedment crimes, Dr's Psych Frauds IST-Bs, Jailers-Mud OBST's, ETC. 18 USC 2384 & 4 "Seditious-Conspiracy" That disregards US Const prestated "DEFENSE-Rights" TO "wrath-of-An-Woman!"-Frauds, For No Domestic violence"/ ETC. crimes by Lc/gc, AND, "No-Calif-Jus-Authority" Pc 1004 Demurrer; for F&T-IST-pc 1370-Res Judicata "2011-Jury" AND Precedented "Lawful-Crimes"-pr-"Lesser-of-Two-Evils-Doctrine!" Adjudication To Foremost STOP Treason; ETC.; AND, ie. OTHERWISE such Lawfulness And Worsenings For LAWFULLY-Proper "Jan-6TH" EXTREMIUMS, and Cheney/Pelosi/ ETC.-Democrats-Cong-Cmte's subordinates-overthrowing-MaTTers Hierarchy we The People, AND, Reg's w/Pc "Judges shall HOLD Their offices DURING Good behavior"-Kimberly Johnson' ETC. US-Const-LAW-Enforcement, as To "establish-Justice."/ETC. INTERVENTION's req'd To These INFECTIOUS snowballing X-USA/"Four-Branches-of-GovT."/ "Doctrine-of-Unclean-Hands!"-CAUSATION's of InJUSTICE's Rel. Forefather Sir MonTesquieu / ETC. RELEVANCIES, and Furthermore, so That CONSEQUENTLY CIRCUMVENTS OTHERWISE more so RIGHTEOUSLY LAWFUL Worsening's Provoked EXTREMISMS, To STOP America's Plunderings).

Plundering's).

<u>Secondly</u> (As That 4+ "PriJority-1!"
Emergency's compounds INTRO.): Is as To
specific-particulars Re. CALIF.'s current 2+ counties
"<u>Foreign-To-our-ConsT.</u>" / F+T-M+N's misconducts
"<u>Badges + Robes</u>"-State-whores + 'Accessorys-"EnlisTees"-
public-officials' / <u>Etc.</u> UNLAWFULNESS (<u>Ref.</u>'s such
"Long-Train" prerequisites "<u>THROW-OFF</u>", as To
These Grievance's AND 'F+T-Non-Concealment-Crimes-
Presentments HERETO. <u>Etc.</u> OR 'T-"Death"-LAW-
<u>Cure</u>' /'updated' 1781-? Republica Vs. MC(a Thy / "<u>Lesser-</u>
<u>of-Two-Evils-Doctrine!</u>" + "<u>Necessity-Defense</u>" / Etc. alt.
To preferred Harmonious INTERVENTION'S, Rel.--
Sac-CA-USDC #21-1399 ; #22-0026 +/-' Etc. T-MN'S
Vs. "C.C.P.T." - Collective-Action!), and, DIRKTLY or
To 'Felonious-And-Treasonously-"VIOLATED-RIGHTS"
(ie. esp. Paramount is The ",, and TO HAVE The Assistance
of Counsel) FOR his-her DEFENSE."- Right's-LAW-
Violations', ie. "Due-Process" Rel. 'F+T-"Punishment-
For-Exercise-of-Civil-Rights"', ie. and Consig's
US MC-PTSD Frequently ROUTINE TorTures-"shocks-
The-Conscience!"', ie. Etc. and "oBSTRUCTIONS-of-
JUSTICE" FOR 'F+T-"Adverse-To-The-State" THATS
collectively and withstandingly 18 USC 2384+
4', 'F+T-"Seditious-Conspiracy"/ Abuses + Neglects',
2382+4 <u>CONCEALMENT-CRIMES</u>, Neglectful perjuries,
Etc. THATS HEREBY Nationally-Detrimental by and
because These such "opposes" Vs. ConsT. Etc.
"Supreme-Law-of-The-Land!" AuThority; And, esp. Re.

esp. Re.

prestated, Marsden-Motions; IAC-pd-ATy's T-M+N's,
"Hearing(s)" objection And Implications; Judge's "Foreign-
To-our-Const," Judicial-Activism w/ "Confirmation-Bias"
partnering manipulations; D. ATy's "F+T-"concealment-crimes",
Dr's-psycho-frauds + unlawful-"unreasonable" VIOLATIONS us
DoJ federal-consent-Judgmt 2005 +/, and Cripa-RPT 200?
Vs. Calif-DMH: Reqs "Evidence-Based-Practices"/Etc. mand-
ates + prohibition's psych-Patients-Rights Vs. "counterproduct-
ive"; As To F+T-ToN-violations "Federal-Supremacy"/
Free Vs. Bland's "Any state law--/ MUST Yeild."; for!
Unreliable And "confrontation-Rights" Vs. F+T-IAC-ATy's
conspiracy, Discredited "Wrath-of-An-woman!" Frauds,
For "Alterior-Motives!" And That wife-Evelyn's-
"ACE"= "Adverse-childhood-Experiences!"/ foster family,
child-molesteTation, Etc. encompasses Independant-Surv-
ival-Involuntary-"Push-Him-Away!"/ Etc. Defensive-
ness, Etc. Impeached unfaithful-Etc. pretended Beliefs,
Etc. and unlawful-violations and Malicious-Motives-
obstructing "Jury-Trial"-AND-Rational-"For his
Defense."-Etc.-RIGHTS! THATS 1983+ USMC-PTSD-
Tortorious-F+T-"Punishment-for-Exercise-of-Civil-
Civil-Rights!" (Etc. and w/ ie. numerous related
Derivative Detriments As F+T-"Custodial-Handicap(s)",
as To x70+ Ref's set forth NOW, for Violation's
of "REDRESS-of-Grievance's--"<RIGHT'S, respect-
ively stipulated violated-Rights, by F+T-SCSO-HQ,
sheriffs Barnhart, Mcgreary, Etc. Mike Johnson, Jailers,
Med. Wellpath Corp. Nash, Tn x40+ F+T-ENtities;

- ENTITIES:

ie. as To F&T Routine evasions, coercions, violations onto unpreferred "Dissenters" Discrimination HoweVER as enormously compounded for exTraordinary Honorable Ledge HERE TO 1991+ Discoveries: Domestic-Treason, ie. "Calif - UnconsT / insurrecTed / counterproductive" / Etc. F&T- "More-HARMS-THAN-GooD!" - criminal-Law-System' -- and REVERSED 7-4-1776 ProTection's And Prohibition's InTended Abolishments -T- AbsolutTisms-Ⓧ 27+ "He-she-HAS--" CAUSATION's "PoverTy-And-Despair!", THEREFORE constituTes to be Treason's- "Aid and comforT--/ is guilTy of Treason AND shall suffer deathᵤᵤ"/ That drastically compounded presently Biden-Harris-ETC. New-world-order's "INTER DEPEND-ANCE!" To be deliberate Anti America Plunderings and us-pres-OATH's- Frauds / sTovall vs. Denno's-ToN-violated- RighTs-CAUSATion's-- "The clear Danger of ConvicTing The Innocent" / ie. Etc. voluminous "Due-Dilegence!" mere EARNEST InTro. BesT-EfforT Today).

THIRD LY -- As That Calif.-(Rel. Ref's)-DefecT-ive- correcTive- processes; aka insurrecTed us ConsT's "checks-And-Balances" (ie. sTate Remedies "IneffecTive" and "unavailable" per 28 USC 2254(b) and PROOFS— "Credable- EvidenTcry-supporT" such "counterproductive" Calif's T-M&N's overwhelming Incidentals provide; And Thats 4 To 7+ Daily Violated-Rights POST 5-6-21 unlawful-wrongful-ETc. CusTody, And is Longstandingly Yourselves - us-Cong's "LegislaTive-Branch-of-govT"-subordinaTes

—subordinate—

officials` Implicatingly Required INTERVENTION's
onto Calif-Unconst- concerts-"Four-Branches" AND
"checks-AND-Balances"-LAW -Enforcement, for These
Unlawful "Law-Enforcement"/unlawful- Lawmakers
unlawful-Judiciary / Unlawful Media "Watchdog"-
Press (ie. Rel. T- pc 1252 "PASS"-The-Buck-Game" for
"Adverse To The State" Matters, AND Thats T-"Totalitarism
Anti- us const.'s A-4-Republic-Guarantee Vs. HERE To
purposeful "To establish-Justice" confrontations "with
People.." onto Sabotaged and/or Futile Corrective-Over-
sight's and T-usurpation's Thatre deliberately systemic
For plundering X-USA's "America The Beautiful" by &
because Domestic-Enemies / Domestic-Treason / "Badge & 
Robes"-officials/ being subordinate slaves over Throwing
hierarchy "we the People.." Boss Master's Treasonously!)
And (etc) That HERE TO FORE immediately Now-
"Yesterday!" requires us congress's Intended (ie
"House-Senate-"Judiciary-Committee" To (ii) Intervene-
Corrective-Reliefs (w/ const, veterans, etc. (ates) "In
order To form a more perfect Union.." (PS-w/ ie
"Contempt-of-congress" processes Simultaniously Immed-
iately, as for Unlawful-US- DOJ, x-Aty-Gen/Aty's,
Sac-CA mcgregor scott, Philly Talberg, etc. Re, 15 pg 2-11-
2021-TCN-Docs, Demanding 28 usc 594+/- "Assist-
ance", But, instead F&T-M&N's; Nonfeasance's as
is Resulting in These snowballing concerts Violations -of-
Rights, "obstructions"-F&T-To-Paramount-Elsewhere-
Corrective-Action Vs. Here Collateral-Damage(s);

- Damage(s) -

ie. Etc. and "NOTICES - 72-HOURS-HereafTer-"National-Emergency!" As THAT WHICH MAKES "Cause-of-Action" For US congress Legislated-Ratified LAW + Const.(T.O.N); ps-7. esp. whereas Murderous-F&T-", exterminating-DISSENTERS."- (Lg.-us-"crime-victim"-)-Genocide-Implications; ps-11. provisions updated by 14 Amend's % 4 "Bounties For services --/ Suppressing Insurrection --/ SHALL NOT Be questioned/" AIT-T-Congress Violating ccpT-NEEDs; and ps-14. my Federal-state-GovT, - "Immunity" Protection's from These unconst-F&T-"Political-Trials."; Partnership-Malicious-Prosecutions, 5 2 Am Jur 2d % 57; and That OTHERWISE "supreme-Law-of-The-Land!" Inclusion's citizenry's "IT IS Thr Duty To THROW-OFF such GovT."/ T-"Death"-LAW-Cure alt. "Deny & Defend!" sof Retaliations/ etc. and -- Deadly-Force; "License-To-Kill!" INTERVENTION'S RelieF's!); ps-21. and rel. US congress, veterans-Affairs, Armed-Services, National-security, oversight's, Etc. Cmte's As THAT 30+ yrs my USMC-PTSD-100% - Service-connected- Disability: compensation + Pension PAYMENTS being Longstandingly "unreasonable-searches-And-seizures" (Etc) Deprivation's (etc) AND Problemsome Corrupt Court's events (Rel. "Fruit-of-The-Poisonous-Tree!"/Etc.), THATS very NeedFul Corrective-INTERVENTION's (formally × 400+ USMC-HQ, Advocates, JAG, PIA, DOD; TON-Jim Richards 530-356-0342; Chris Kelso 744-4539; Dick_ "Bovel' 246-9131; ATy's KCM 243-8599; RMH 244-9606

RMH 244-9606;
E. McNally 246-1570; Joe Alwat 246-7556; Mike Berger
241-2646/FAX 243-2644; 410-4213; 338-0778; 434-
295-4784; FepTopp 510-501-6218; ETC; V50 225-5616;
091-1707; 962-5168; 605-4260; Etc. and -- esp. All-USMC,
"Red, white and Blue Print"; Carlos Zapata; McConnell Fdn;
Patrick-"Jones-ForT"; Conn-STate Revenge Anselmo winery;
Tesla + Elon MUSK 650-681-5000; Swanson + McNamara
415-477-7800 / PSZ+J, Cia Meckle 310-772-2528, Sha-
Reginal Oted Gay 605-4260; Aty Arch Pugh; RRS 225-8211;
Romero + JesviT Daniel sheehan 831-451-6135; Grnd Zero 503-
225-0860; Dave Emory 201-521-1416; Sha BAR 710-8734;
Nat-Crim-Def-Lawyer; 202-872-8600; Full-Fyth Liars 246-4517;
USMC League 703-207-8588; Mayo clinic 507-284 2511;
Mental Health Am 703-684-7722; Therapy Poj lat) 973-252-
9800; Disability-Rights-Calif 916-504-5800; SF-FBI 415-553-
7400; Todd Herman-R.L 206-421-0770; 918-377-8015 Voice of
MarTyrs; USVA chea Nicki Bethea 530-520-1853; VJC-
Kim Higgins 916-843-2793; Mike Akrwedo 530-879-5000;
Lockheed-MISTe + Space Corp; Disney land Corp; Etc.

       FourThly. - (and Ref.'s Grievance's ToTality's;
esp. # 162916502; 162895132; 162781142; 162004562;
162424842; 162908202; +/- and TON / AO-LM; July'67
Folsom-prison; Etc.) -- As That problemsome-Grievance's-
SysTemic - Defective-oversight's; Felonius + Treasonous-
ness (ie. 18 USC 2384 + 4; "Seditious-Conspiracy"/Abuses/
Neglects; ie. Etc. and Treason's 2381 "Aid and Comfort"
As HEREBy "Treasonous-Imprisonment"; Esp. "Pererlances"

"Referrances"

Yourselves HEREAFTER, and, Ref.'s previous TON-congress-
Thats-MIA onto Jud-Cmte (ie. via 4pgs 9-12-21 Cong.Dr.Issen,
etc.) THAT is consequently Necessitating moreso LAW-
Ful Extremisms Than Jan. 6th "TaisT!" (w/ Deadly-
Force Purposefully stopping Treasons), by and because U.S.
const.'s "Law-Enforcement" w/ ie. "BuT when a Long
Train of Abuses and ussurpations--/ IT is Thev Right,
IT is Thev DuTy To THROW-OFF such GovT and.."
and, There fore provocations T-"Death"-LAW-(ue/
"Suicide-By-Treason!" (unprefered Revolutionary extremisms)

P-- In closing Now, please properly, etc.
and Immediately Intervene(s) w/ie undivided Attention,
and, Interventions Reliefs/Assistance/provide+ AlT.
To F&T- Penned-Right's / etc, please + Thank you

TON-Pkg Sent D. Durven, ConstiTutionally 'Yours, and, In the
w/ Aug 11,'21
Aug 12 '21 cong-TON-   Spirit of My Ancestors;
Pkg Jerry Nadler;
Phone-"ConfronTations-
Right(s)" violated;                                   (etal.)

w/ 'T.O.N'    "Mr. United States Attorney
General + special-Prosecutor Lee
K. (general-eagle) clarke (etal.--
ie. 1991+ USDC AppT us const.'s
Article III, VI, IV +/- "Ambassidors,
Public Ministers and Counsels..",
ie. etc. and benefits "Treaties Made,
OR which shall be made..")"

US Cong. Jud-Cmte: Supp's

PS. Demand (ie) Immediate HEREAFTER "Contempt-of-Congress" for US-DOJ, x-ATy-Gen/ATy's, Sec-CA, M.Scott, P. Thly, Etc. AND--For "Law-Enforcemt"/ US ConsT's A-IV Republic's "checks + Balances" / for A-3, "Judges -- shall Hold Their offices DURING Good behavior," And, That THEREFORE (and HERETO) That Such 4 + Implications Disq/ Removed Judges "yesterday!"

1991+ USPC Appt's

PS 11) My "US AG+SP'/ "Ambassadors, public Ministers and Consuls"/ Command IS similar USMC Oath/code/ Anti-Domestic-Enemies-Focus/ BUT Focuses Fake Fraudulent-False-phrophet-"churches" AND Particularly Today Rel "Churches" Bible Math 18:15-17 violations (w/ I Tim 5:20 publisized Tresspasses-sin's Rebuke before All, That oTHERS Also MAY fear."

ATY's Anti-c-c-Report's,

PS - 17) That Non-US-/ConsT-Republic's-OVER-SIGHT's-PROTECTION's (ie, Cout's; Etc), MAKES T-"Totalitivsim" and/or "NO-Lawful-Authority-(F+T)-False-Impriant/'SBT/ Etc, And IS consequential CAUSING Necessitated unprefered US ConsT EXTREMIIM's as and because counterproductive and/or FUTILE otherwise "Checks and Balances" Corrective Redress-Remedies (Thats "EnTappmnt" by Extra Tm), And, TON-Confrontations/ is w-PC "Judge" Kim Johnson)

"Political-Trials" — Analysis, Nov 11, 2021 + -2

PS- 41. That my property/"item-cost"/
USA-Embassy's TREASURIES-Absman (and Collateral-
damage) includes crazing people DayTay protection
Allegiance USA obligation' on property possessions/needs

PS - 44. As that THESE
confine (promotion-prosecution-"Judges"
That focus' ongoing unconst-
unlawful (F&T)- "Punishment-
for-Exercise-of-Civil-Rights!" is one of
many "Judicial-Rule!" Insurrection factors
which ALTERNATIVELY should be
sunjected To "Judiciary-Committee's Removal
and disqualification" per (ie) US Const. Article-
III "Judges --/ shall Hold Their Offices
DURING Good Behavior." and, by
Such Accessory Extensions THERETO
onto all "Few-Branches-of-Gov.T." as to
These Todays (long-standing) "Judicial-Branch"
unconst. etc and (counterproductive)favorit-
ism - "Partiality"/ "Deferences" / And
Evasions To US Const.'s "checks-And-Balancs"
THAT requires "OTHER-Branches' and
"we the peopLes" Hierarchy INTERVENTIONS
onto Their "majority!"- non -"Good Behave/" Judges
AND per US Const.'s "establish-Justice" Authority



1  TO: US. Cong. Jud-Cmte

@ 226 Dirksen-Senate
("3-Strikes-Your-Out": Again)
Bldg. 50 Const. Ave.

2  Attn. CH-Dick Dirksen
ETC. Successors + Members

3  NE, W/DC, 20002

4  ARP (T.O.N);

5  Legal-Mail-Log:  Tel. (202) 224-5225

6  Deputy's: Storms, Larsen

7  ETC. Addressees: Via-  "Nat-Assn-of-Crim-Defense-Lwys"

8  Mailed; 11-17-2021  @ 1660 L. St. NW, 12th Fl;
Washington, DC, 20036

9  7+ Pg's  11-9-21, 'Nat-Assn-Criminal Defense- Lawyers'

10  ("Ostensibly others; "Forced" Draft!)"/ Am-Psych-Assn/oath-Keepers/

11  US congress "Jud-Cmte" : PACKAGE!

12

13  1 pg 8-1-21, Sac-US DC, *2:21-(UN)CV-1399-JPP-___(Recline Mag.)

14  2 Pgs 10-4-21 (Rec'd 10-22) NOTICE-of-Appeal (w/ Ret: 10-21+22 3rd App-

15  F+T-3rd App Dist ct and CCAP.

16  2 Pg PL 96-247, 42 USC 1997 'CRIPA': 4 pgs MoFTP-Supp US-A6,

17  MOU; 6 Pg Bef's Griev's *1412278422; *144132662; 3 Pg Sac-US

18  Atty 3-20-21; 4 pgs 8-17-21 US-DOJ w/PC CivilR.Div.+ Dis-R-Sect;

19  6 Pgs 5-13-21 Ca-comm-on-Jud-Perf; 6+ pgs 9-19-2021 Dis-

20  ability-Rights-CA' (T-Michele-N); 2- Cartoons-Evid. (5-26-21 Peanuts/

21  Lucy Hits Lioness; 7-28-21 Dilbert (w/ Persted-Self-Psycho-E)

22  4+ pgs 9-1-21 Redding-Rancheria (etd.~ToN-Interventions);

23  6 pgs 8-17-21 SCSO-Sheriffs, Barnhart, M.Johnson; 4 Pgs 10-10-

24  21 sha-cty, Bd-of-Sup's (TON; Appt. "and TO HAVE Them")

25  4 of 400+ pgs Avg   .2021 US cong, Jud-Cmte, CH-J. Nadler

26  (etc. w/ie. US const. Law? "checks + Balances" + Corrective-Action;

EXHIBIT "A"

Corrective - Action's

2 Pgs; Sept, 2021, Mail Log; 2 Pgs 9-19-21 + Mail Log;

w/ 12 Pgs 9-21-21, (Aty's) Farrella, Braun, & Martel LLP.
(@ 235 Montgomery St. SF-CA. 94104) 'T.O.N.'!
# w/ 5 + Pgs Sept. 21, 2021
2 Pgs Sept. 2/21; et-"Hering"; Evid - Unlawful - (Factors);
2 Pgs, Nov. 11th 2021, TON w/ "Throw-off", etc. prov-
oked AIT. T-"shall suffer Death." Law (Un Extremus!
# 4 + Pgs. 10-14-2021, X7 + via Foster P. Jerimiah, Wifey,
Etc. Re. F&T - Unbiblical Math 18:15-17 - "church"/wit's
# CT 1, F&T-BS (ase #21-_____ (? 06210?)(ContmPT.

w/ 10 Pgs 1-30-2005 (#/-), X77+ Govt Entities, TON-Email!
w/ 5+ Pas-Pkg "WRIT-OF-QUO-Warranto"; Oct. 2021,
US + Calif. Supreme Courts (F&T-M&N's);
w/ 15 + Pgs 2-11-2021; US - DOJ, Aty Gen w-PC;
undi Suc-CA us Aty's M.Scott, C. Turner (TON) and; c
28 USC 594 "Assistance(s)" -~X 40+ Particulars;
w/ 7.+ Pg's (Fraudulently Incomplete Jail Mail Log Account
For 10-25-21 Thru 11-29-2015 (Some ? 1/2) Legal Mail's

⤷ 4+ Pgs Pkg 7-4-2021, US Pres Biden-Harris
(TON; MoFIP) "a Recieve", "Mc;
⤷ 2 Pgs July 4 '21 / "MoFIP" / Re, ie. Govt, C 8858 -
(Infectious) - "Emergency" & "Release" Me Law

Mailed: 9-12-2021
DATED: Aug. 11, 2021

('T.O.N.' + 'SnipeT'!)
TO: U.S. Congress
(# "Treasonous-or-Not"
ie. Judiciary- Committee)
Attn. via: CH-Hon (?!) – Jerry Nadler
(US CONST. LAW: Formalized "checks-
And- Balances"; Confrontation-Rights/DUTY's!)
    %/0 2141 Rayburn House Office Bldg.
    WashingTon, DC, 20515

w/ ie.
us-Senate-
CH-Dick Dicken
(eTal.)!

[i] FROM: Mr. United States Attorney General + Special-
Prosecutor Lee K. (general-eagle) clarke (eT al.--ie.
1991 +/- USDC APPT. US ConsT.'s Article III "Ambassidors;
Public Ministers AND counsels.."; ie. Etc. and "Treas-
onous-OR-NOT"-Law + WAR` RE. PL-96-247!
For Jail's/ DMH/ Etc.- INTERVENTIONS-"Yesterday!":
Rel. 9-1-2021 'MOU' +/- : ie. Etc. applicable displeasanT
Necessitated --"But When--/ IT IS THEIR DUTY TO THROW-
OFF Such GovT. and .." ToTality Vs, T-oversimplifications)"

(#ps-- 'DuTiful-AssisTances-ALTERNATIVE-ParTicip-
ations' TO OTHERWISE 'Felonious + Treasonous-
CONCEALMENT- CRIMES/ "Accessory's"/ 18 U.S.C.

EXHIBIT "A"

18 U.S.C.

SECT - 2382 + 4/ USA's - "Allegiance" - obligations - Etc.
w/ 2384', 2381', 371', 241', CA, PC 422.6 ; Etc. "Brubaker -
Law's; rel. 42 U.S.C. 1997 -- [".. Independent -
Review.." / ".. conditions which DEPRIVE
RIGHTS.." / ".. Causing Them To suffer Grievous
HARM (s) and The Aty - Gen HAS Reas -
onable - CAUSE TO Believe That such
DEPRIVATION (s) IS PURSUANT TO a PAT -
TERN or PRACTICE oF ResisTance.." /
Etc. NATIONAL EMERGENCY July 1, 2021 [+/-]
".. CommencemenT (s).." THATS "As - An - Matter - oF - Law",
AND, in and around ReF's - "credible - EvidenTuary -
SupporT" X 40 + Violated - "Grievance - RighT[s] -
PurPoseFul - CollecTive - Action → Reliefs; For ie.
"DeFense - RighTs" / ie. F+T - "Punishment - For - Exercise -
oF - Civil - Rights" / ie. ".. and To have The AssisTance -
oF Counsel FOR his - her DEFENSE." / ie. For
criminal + Civil Law "Jury - Trial" DeTermination / ie.
Etc. and ".. EsTablish - JUSTICE.." RIGHT's - -
w/ ie. 15 pgs 2 - 11 - 2021 US - DoJ, Aty. Gen. Merrick
Garland, ETc. and Gov - CA. US Aty M. ScaTT + P. Talberg
w/ ie. US - DoJ, AG, ETc. CollecTive - Responsibilities, Per
CaliF - D. M. H.'s 'Federal - Consent - Judgment's PROSECUT -
ED "Evidence - Based - PracTices" - ETc. - VIOLATION'S
2005 +/- 2007 'CripA - "Report" AND Todays "SupplemenTal -
Provoked NecessiTatingly 'TON', Etc. charges - ProsecTion's -
INTERVENTIONS; rel. 1970's "on Being Sane In Insane
Places" / 2007 DSM - DI. SPitzer's psych "SubjecTive" + "FraudulenT" / 9 - 27 -
2015 NPR's "S% misdiagnosis" AND "Psy + Prend" luary Prof" / ETc. *) And,
includes ".. InsTiTuTions For PurPoses oF receiving CARE and TREATMENT
MENT." (DMH, ASHi Napa → State - Thousands - Hospital) ETc. + 1C 1170.9