**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE KELLY CLARKE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCSO, et al.,<br><br>　　　　Respondents. | No. 2:22-CV-0380-WBS-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. On March 23, 2022, the Court directed Petitioner to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days. Petitioner was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, Petitioner has failed to comply.

Based on the foregoing, the undersigned recommends that this action be dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders.

/ / /

/ / /

/ / /

1

1    These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
3  after being served with these findings and recommendations, any party may file written
4  objections with the court.  Failure to file objections within the specified time may waive the right
5  to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7  Dated: May 20, 2022

                                DENNIS M. COTA
                                UNITED STATES MAGISTRATE JUDGE